Hearing Date: April 22, 2016 at 11:00 a.m. (Prevailing Eastern Time)
Objection Deadline: April 22, 2016 at 11:00 a.m. (Prevailing Eastern Time)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
J. Eric Ivester
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

James J. Mazza, Jr. (*pro hac vice pending*)
Louis S. Chiappetta (*pro hac vice pending*)
155 N. Wacker Dr.
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Proposed Counsel for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SUNEDISON, INC.,** *et al.*, | Case No. 16- 10992 (SMB) |
| Debtors.[1] | (Joint Administration Pending) |

**NOTICE OF HEARING ON "FIRST DAY" MOTIONS AND APPLICATIONS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

**PLEASE TAKE NOTICE** that on April 21, 2016 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT** on the Petition Date, the Debtors filed or plan to file, among other items, the motions and applications that are listed on Exhibit A hereto (collectively, the "First Day Pleadings") and the Declaration of Patrick M. Cook Pursuant to Local Bankruptcy Rule 1007-2 and in Support of the Chapter 11 Petitions and First Day Pleadings (the "First Day Declaration").

**PLEASE TAKE FURTHER NOTICE THAT** a hearing will be held on **April 22, 2016, at 11:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel can be heard, before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004, to consider the relief requested in the First Day Pleadings.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings and First Day Declaration and can be obtained through the Bankruptcy Court's electronic case filing system at www.nysb.uscourts.gov using a PACER password (to obtain a PACER password, go to the PACER website, www.pacer.gov) or the website maintained by the Debtors' proposed noticing agent, Prime Clerk LLC, at www.cases.primeclerk.com/sunedison.

Dated: New York, New York
April 21, 2016

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Jay M. Goffman*
    Jay M. Goffman
    J. Eric Ivester
    Four Times Square
    New York, New York 10036-6522
    Telephone: (212) 735-3000
    Fax: (212) 735-2000

    -and-

    James J. Mazza, Jr. (*pro hac vice pending*)
    Louis S. Chiappetta (*pro hac vice pending*)
    155 N. Wacker Dr.
    Chicago, Illinois 60606-1720
    Telephone: (312) 407-0700
    Fax: (312) 407-0411

*Proposed Counsel for Debtors and Debtors in Possession*

# EXHIBIT A

### First Day Motions and Applications

1. Debtors' Motion for Order (I) Directing Joint Administration of the Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) and (II) Waiving Requirements of Bankruptcy Code Section 342(c)(1) and Bankruptcy Rule 2002(n)

2. Debtors' Application for Order Pursuant to 28 U.S.C. § 156(c), Bankruptcy Code Section 105(a), Bankruptcy Rule 2016, and Local Bankruptcy Rule 5075-1 Authorizing Employment and Retention of Prime Clerk as Claims and Noticing Agent, Nunc Pro Tunc to the Petition Date

3. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Super-Priority Financing Pursuant to Bankruptcy Code Sections 361, 363, 364(c), and 364(e), (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c), and (III) Granting Related Relief

4. Debtors' Motion for Entry of an Order Authorizing Debtors to File Redacted Portions of the Fee Letters Related to Proposed Postpetition Financing Facilities Under Seal

5. Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 345, 363, 364, 503, 1107, and 1108 and Bankruptcy Rules 6003 and 6004 (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, Business Forms, and Payment of Related Prepetition Obligations, (II) Waiving Certain Deposit Requirements, and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations

6. Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 363, 507(a), 541, 1107(a), and 1108 and Bankruptcy Rules 6003 and 6004, (I) Authorizing, but Not Directing, the Debtors to Pay Prepetition Employee Obligations; (II) Authorizing, but Not Directing, the Debtors to Continue Certain Employee Benefit Programs in the Ordinary Course; and (III) Authorizing, but not Directing, Applicable Banks to Honor Prepetition Checks for Payment of the Prepetition Employee Obligations

7. Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 363, 1107, and 1108, and Bankruptcy Rules 6003 and 6004 (I) Authorizing Payment of Prepetition Claims of Certain Critical Vendors and Service Providers, (II) Authorizing Provisional Payment to Certain Contract Counterparties, and (III) Granting Related Relief

8. Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 363, 503(b), 1107(a), and 1108 and Bankruptcy Rules 6003 and 6004 (I) Authorizing Payment of Prepetition Claims of Certain Lien Claimants,

(II) Confirming Administrative Expense Status for Certain Goods Delivered to Debtors Postpetition, and (III) Granting Related Relief

9. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363(b), 1107(a), and 1108 and Bankruptcy Rules 6003 and 6004 Authorizing the Debtors to Continue Customer Programs and Practices in the Ordinary Course of Business

10. Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 363(b), 506(a), 507(a)(8), 541, 1107(a), and 1108 and Bankruptcy Rules 6003 and 6004 Authorizing the Debtors to Pay Certain Prepetition Taxes and Related Obligations

11. Debtors' Motion for Interim Order and Final Order Pursuant to Bankruptcy Code Sections 105(a), 362(a)(3) and 541 and Bankruptcy Rule 3001 Establishing Notice and Hearing Procedures for Trading in Equity Securities in Debtors

12. Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 361, 362, 363, 364, 1107, and 1108 and Bankruptcy Rules 6003 and 6004 (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay all Insurance Obligations thereunder, (B) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Policies, and (C) Continue to Honor Premium Financing Obligations and (II) Directing Financial Institutions to Honor all Related Payment Request

13. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 1015, 2002, 9007, and 9036, and Local Bankruptcy Rule 2002 Authorizing the Establishment of Certain Notice, Case Management, and Administrative Procedures

14. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 342(a), Bankruptcy Rules 1007(d) and 2002, and Local Bankruptcy Rule 1007-1 (I) Waiving Certain Creditor List Filing Requirements; (II) Authorizing the Filing of a Consolidated List of Top 40 Unsecured Creditors; and (III) Authorizing Debtors to Establish Procedures for Notifying Parties of the Commencement of These Cases

15. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 341, and 521, Bankruptcy Rules 1007(a)(3), 1007(c), 2002(d), 2002(m), and 9006(b) and Local Bankruptcy Rule 1007-1 (I) Granting Additional Time to File Schedules and Statements of Financial Affairs, (II) Granting Additional Time to File Reports of Financial Information Required Under Bankruptcy Rule 2015.3, (III) Authorizing Debtors to File Required Monthly Operating Reports on a Consolidated Basis, and (IV) Waiving Requirement to File List of Equity Security Holders and Provide Notice of Commencement to Equity Security Holders

16. Debtors' Motion for Entry of an Order (I) Appointing an Examiner and (II) Granting Related Relief

5