James S. Carr, Esq.
Benjamin D. Feder, Esq.
Sarah Carnes, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897

*Attorneys for DDR Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*, | Case No. 16-10992 (SMB) |
| | **(Joint Administration Pending)** |
| **Debtors.** | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF**
**PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases on behalf of creditor, DDR Corp. ("DDR"), and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address and further request to be added to the Master Service List:

> Eric C. Cotton
> Deputy General Counsel & Corporate Compliance Officer
> DDR Corp.
> 3300 Enterprise Parkway
> Beachwood, Ohio 44122
> Tel: 216-755-5660
> Email: ECotton@ddr.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive DDR's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which DDR is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
      April 21, 2016

    KELLEY DRYE & WARREN LLP

    By: */s/ James S. Carr*
        James S. Carr, Esq.
        Benjamin D. Feder, Esq.
        Sarah Carnes, Esq.
    101 Park Avenue
    New York, New York 10178
    Tel: 212-808-7800
    Fax: 212-808-7897

    *Attorneys For DDR Corp.*