Steven M. Lucks, Esq
FISHKIN LUCKS LLP
277 Broadway, Suite 408
New York, NY 10007
Telephone: (646) 755-9200
Facsimile: (973) 679-4429

-and-

Joseph E. Bain
EDISON, MCDOWELL & HETHERINGTON LLP
Phoenix Tower
3200 Southwest Freeway, Ste 2100
Houston, Texas 77027
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
*Counsel to Direct Energy Business, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., | Case No. 16-10992 (SMB) |
| Debtor.[1] | (Joint Administration Pending) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears on behalf of **Direct Energy Business, LLC** ("Direct") pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

"Bankruptcy Rules") and hereby submits this notice of appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, and 9007. All notices given or required to be given in this case shall be served upon:

Steven M. Lucks, Esq.
FISHKIN LUCKS LLP
277 Broadway, Suite 408
New York, NY 10007
Email: slucks@fishkinlucks.com
Telephone: (646) 755.9200
Facsimile: (973) 679.4429

-and-

Joseph E. Bain
EDISON, MCDOWELL & HETHERINGTON LLP
Phoenix Tower
3200 Southwest Freeway, Suite 2100
Houston, Texas 77027
Email: joe.bain@emhllp.com
Telephone: (713) 337.5580
Facsimile: (713) 337.8850

Please take further notice that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and includes, without limitation, any plans of reorganization, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

**[SIGNATURE ON NEXT PAGE]**

Dated: April 21, 2016
      Houston, Texas

        */s/ Joseph E. Bain*
Steven M. Lucks, Esq.
FISHKIN LUCKS LLP
277 Broadway, Suite 408
New York, NY 10007
Telephone: (646) 755-9200
Facsimile: (973) 679-4429
Email: slucks@fishkinlucks.com;
      zsilverman@fishkinlucks.com

-and-

Joseph E. Bain, Esq.
EDISON, MCDOWELL & HETHERINGTON LLP
Phoenix Tower
3200 Southwest Freeway, Ste 2100
Houston, Texas 77027
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
Email: joe.bain@emhllp.com

***Counsel to Direct Energy Business, LLC***