AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Daniel H. Golden
Erik Preis
Deborah Newman
Kristine Manoukian

*Counsel to the Tranche B Lenders/Steering Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*,[1] | Case No. 16-10992 (SMB) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL PLEADINGS AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") hereby appears in the above-captioned case as counsel to the Tranche B Lenders (as defined in the debtor-in-possession credit agreement) and the steering committee of prepetition second lien creditors (the "Steering Committee", and together, the "Tranche B Lenders/Steering Committee"). Akin Gump enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and requests pursuant to Rules 2002(i), 9007 and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that copies of all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

> **AKIN GUMP STRAUSS HAUER & FELD LLP**
> One Bryant Park
> New York, New York 10036
> (212) 872-1000 (Telephone)
> (212) 872-1002 (Facsimile)
> Attn:  Daniel H, Golden
>   dgolden@akingump.com
>   Erik Preis
>   apreis@akingump.com
>   Deborah Newman
>   djnewman@akingump.com
>   Kristine Manoukian
>   kmanoukian@akingump.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, plan, disclosure statement, pleading or other request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Tranche B Lenders/Steering Committee, including, without limitation: (i) to require that where any adversary proceeding is to be initiated against the Tranche B Lenders/Steering Committee in this or any related cases or where any proceeding is to be initiated by complaint against the Tranche B Lenders or members of the Steering Committee under applicable non-bankruptcy law, service shall be made on the Tranche B Lenders and members of the Steering Committee in accordance

with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (ii) to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of New York (the "District Court"); (iii) to have a trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases; (iv) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (v) any other rights, claims, actions, defenses, setoffs or recoupments to which the Tranche B Lenders/Steering Committee may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
       April 21, 2016

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ *Daniel H. Golden*
    Daniel H. Golden
    Erik Preis
    Deborah Newman
    Kristine Manoukian
    One Bryant Park
    New York, New York 10036
    (212) 872-1000 (Telephone)
    (212) 872-1002 (Facsimile)
    Attn: Daniel H, Golden
         dgolden@akingump.com
         Erik Preis
         apreis@akingump.com
         Deborah Newman
         djnewman@akingump.com
         Kristine Manoukian
         kmanoukian@akingump.com

*Counsel to the Tranche B Lenders/Steering Committee*