**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*, | Case No. 16-10992 (SMB) |
| Debtors.[1] | (Joint Administration Pending) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Troutman Sanders LLP hereby appears as counsel for:

- Wells Fargo Equipment Finance, Inc.;

- WF-SunE-XII Solar Statutory Trust;

- Enfinity WF Solar Trust;

- WF-SE I Solar Statutory Trust;

- WF-SunE-SPS Solar Statutory Trust;

- WF-SunE-EPE Solar Statutory Trust;

- WF-SunE-Cascade Solar Statutory Trust;

- WF-SunE-Orion I Solar Statutory Trust;

- WF-SunE-Orion II Solar Statutory Trust;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

28213563v1

- WF-SunE-Vega Solar Statutory Trust;

- Wilmington Trust Company, solely in its capacity as Trustee for the WF-SunE-XII Solar Statutory Trust;

- Wilmington Trust, National Association, solely in its capacity as Trustee for the Enfinity WF Solar Trust; and

- Wells Fargo Bank Northwest, National Association, solely in its capacity as Trustee for the WF-SE I Solar Statutory Trust, the WF-SunE-SPS Solar Statutory Trust, the WF-SunE-EPE Solar Statutory Trust, the WF-SunE-Cascade Solar Statutory Trust, the WF-SunE-Orion I Solar Statutory Trust, the WF-SunE-Orion II Solar Statutory Trust, and the WF-SunE-Vega Solar Statutory Trust,

and hereby requests, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served at the following addresses and facsimile number:

> TROUTMAN SANDERS LLP
> Hugh M. McDonald
> Craig M. Kline
> Louis A. Curcio
> 875 Third Avenue
> New York, NY  10022
> Tel: (212) 704-6000
> Fax: (212) 704-6288
> Email: Hugh.McDonald@troutmansanders.com
> Email: Craig.Kline@troutmansanders.com
> Email: Louis.Curcio@troutmansanders.com

28213563v1

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect the above captioned Debtor.  <u>Please add the foregoing addresses to such mailing matrix as may be used for all purposes in this case.</u>

**PLEASE TAKE FURTHER NOTICE**, that, this Notice of Appearance and Request for Service of Notices and Papers or any subsequent appearance, pleadings, claim or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in this case (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[The remainder of this page has been intentionally left blank]*

Dated: New York, New York
April 22, 2016

                                  TROUTMAN SANDERS LLP

                                  By: */s/ Hugh M. McDonald*
                                         Hugh M. McDonald
                                         Craig M. Kline
                                         Louis A. Curcio
                                         875 Third Avenue
                                         New York, NY 10022
                                         Telephone: (212) 704-6000
                                         Facsimile: (212) 704-6288

*Attorneys for Wells Fargo Equipment Finance, Inc.; WF-SunE-XII Solar Statutory Trust; Enfinity WF Solar Trust; WF-SE I Solar Statutory Trust; WF-SunE-SPS Solar Statutory Trust; WF-SunE-EPE Solar Statutory Trust; WF-SunE-Cascade Solar Statutory Trust; WF-SunE-Orion I Solar Statutory Trust; WF-SunE-Orion II Solar Statutory Trust; WF-SunE-Vega Solar Statutory Trust; Wilmington Trust Company, solely in its capacity as Trustee for the WF-SunE-XII Solar Statutory Trust; Wilmington Trust, National Association, solely in its capacity as Trustee for the Enfinity WF Solar Trust; and Wells Fargo Bank Northwest, National Association, solely in its capacity as Trustee for the WF-SE I Solar Statutory Trust, the WF-SunE-SPS Solar Statutory Trust, the WF-SunE-EPE Solar Statutory Trust, the WF-SunE-Cascade Solar Statutory Trust, the WF-SunE-Orion I Solar Statutory Trust, the WF-SunE-Orion II Solar Statutory Trust, and the WF-SunE-Vega Solar Statutory Trust*