**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*, | Case No. 16-10992 (SMB) |
| Debtors.[1] | (Joint Administration Pending) |

**ORDER AUTHORIZING DEBTORS TO FILE REDACTED PORTIONS OF THE FEE LETTERS RELATED TO PROPOSED POSTPETITION FINANCING FACILITIES UNDER SEAL**

Upon the motion (the "Motion")[2] of the Debtors for entry of an order, pursuant to Bankruptcy Code sections 105(a) and 107(b) and Bankruptcy Rule 9018, authorizing the Debtors to file the Redacted Portions of the Fee Letters under seal, all as more fully set forth in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and upon the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and other parties in interest; and after due deliberation thereon, and sufficient cause appearing therefor, it is hereby:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

[2] Capitalized terms used but not defined in this motion have the meanings used in the Motion.

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted as set forth herein.

2. The Debtors are authorized to file the Redacted Portions of the Fee Letters under seal.

3. The Redacted Portions of the Fee Letters shall remain under seal and confidential and shall not be made available to anyone without the consent of the Debtors and (x) the applicable L/C Issuer in the case of any of the L/C Fee Letters or (y) the DIP Arrangers, in the case of the Arranger Fee Letter; provided that the Redacted Portions of the Fee Letters shall be provided to the Court and, upon request, counsel for any official committee of unsecured creditors appointed in the above-captioned chapter 11 cases on a strictly confidential and "professional eyes only" basis. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: April 25th, 2016
      New York, New York

                                              /s/ STUART M. BERNSTEIN
                                              UNITED STATE BANKRUPTCY JUDGE