**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |   |
|---|---|---|
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **SUNEDISON, INC.,** *et al.*, | : | **Case No. 16-10992 (SMB)** |
| | : | |
| **Debtors.[1]** | : | **(Jointly Administered)** |
| | : | |
| | : | |

### AFFIDAVIT OF SERVICE

I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned Chapter 11 cases.

On April 21, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Formation Meeting for Official Committee(s) of Unsecured Creditors attached hereto as **Exhibit B**

[*Remainder of page intentionally left blank*]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443)]; SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

Dated: April 25, 2016

Hassan Alli-Balogun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 25, 2016, by Hassan Alli-Balogun
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_18_

SRF 7720

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to the Steering Committee of Second Lien Creditors | Akin Gump Strauss Hauer & Field, LLP | Attn: Arik Preis and Kristine Manoukian<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036-6745 | 212.872.1002 | apreis@akingump.com<br>kmanoukian@akingump.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Akuo Energy | Attn: General Counsel<br>140, avenue des Champs Elysees<br>Paris 75008 France | 33(0)1 47 55 10 51 | contact@akuoenergy.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Ameresco Inc | Attn: Dominic Palma<br>111 Speen St, Ste 410<br>Framingham MA 01701-2000 | 508-661-2201 | dpalma@ameresco.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Appaloosa Investment Limited Partnership I | Attn:  Lawrence M. Rolnick and Jennifer Delgado<br>Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York NY 10020 | 212-262-6700 | lrolnick@lowenstein.com<br>jdelgado@lowenstein.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Appaloosa Investment Limited Partnership I | Attn: David J. Margules and Elizabeth A. Sloan<br>Ballard Spahr LLP<br>919 North Market Street, 11th Floor<br>Wilmington DE 19801-3034 | 302-252-4432 | margulesd@ballardspahr.com<br>sloane@ballardspahr.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Appaloosa Investment Limited Partnership I | Attn: Thomas E. Redburn, Jr. and Frank Catalina<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland NJ 07068 | 973-597-2500 | tredburn@lowenstein.com<br>fcatalina@lowenstein.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Atlantic Speciality Insurance Co. | Attn: General Counsel<br>605 Highway 169 North Suite 800<br>Plymouth MN 55441 | 781-332-7969 | PMcDonough@OneBeacon.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Borrego Solar System, Inc. | Attn: General Counsel<br>5005 Texas Street, Suite 400<br>San Diego CA 92108 | 888-898-6778 | staff@borregosolar.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | BTG Pactual Brazil Infrastructure Fund II, LP; P2 Brasil Private Inrrastructure Fund II, LP, et al. | Attn: Tai-Heng Cheng<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York NY 10010 | 212-849-7100 | taihengcheng@quinnemanuel.com<br>michaelcarlinsky@quinnemanuel.com<br>johnchun@quinnemanuel.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Chint Solar (Hong Kong) Co., Ltd. | Attn: Mr. Yongcai Wang, President<br>1335 Binan Road, Binjian District<br>Hangzhou 310053 China | 86-571-5675-3388 | amity.hu@astronergy.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | D. E. Shaw & Co., L.P. | Attn: Martin Lebwohl<br>1166 Avenue of the Americas, 6th Floor<br>New York NY 10036 | 212-478-0100 | martin.lebwohl@deshaw.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | D. E. Shaw & Co., L.P. and Madison Dearborn Capital Partners IV, L.P. | Attn: Michael J. Gillespie<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York NY 10022 | 212-909-6836 | mjgillespie@debevoise.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Dashiell Corporation | Todd Clark<br>12301 Kurland Dr Fourth Floor<br>Houston TX 77034-4812 | 713-558-6600 | todd.clark@dashiell.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Eastern Maine Electric Cooperative, Inc. | Attn: John McVeigh<br>Preti, Flaherty, Beliveau & Pachios, LLP<br>One City Center, PO Box 9546<br>Portland ME 04112-9546 | 207-791-3111 | jmcveigh@preti.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Ecka Granules of America | Attn: General Counsel<br>500 Prosperity Drive<br>Orangeburg SC 29115 | 803-928-5102 | info@ecka-granules.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Ernst & Young, LLP | Attn: General Counsel<br>One Commerce Square<br>2005 Market Street Ste 700<br>Philadelphia PA 19103 | 215-448-4069 | | Overnight Mail and Fax |
| Top 30 Creditor | Flextronics International | Attn: Michael M. McNamara, Chief Executive Officer<br>847 Gibraltar Dr Bldg 5<br>Milpitas CA 95035 | 408-576-7454 | rachael.serafini@flextronics.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Fortis Advisors LLC; Khosla Ventures II LP; Khosla Ventures III LP; Sigma Assocs. 8, L.P.; Sigma Partners 8, L.P.; Sigma Investors 8, L.P.; & Energy & Environment First Investment L.P. | Attn: Hayes P. Hyde<br>Goodwin Procter LLP<br>Three Embarcadero Center, 24th Floor<br>San Francisco CA 94111-9991 | 415-733-3220 | hhyde@goodwinprocter.com | Overnight Mail, Fax and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Top 30 Creditor | Fortis Advisors LLC; Khosla Ventures II LP; Khosla Ventures III LP; Sigma Assocs. 8, L.P.; Sigma Partners 8, L.P.; Sigma Investors 8, L.P.; & Energy & Environment First Investment L.P. | Attn: Michael T. Jones<br>Goodwin Procter LLP<br>135 Commonwealth Drive<br>Menlo Park CA 94025-1105 | 650-752-3100 | mjones@goodwinprocter.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Hefei JA Solar Technology Co Ltd | Attn: Baofang Jin, Chief Executive Officer<br>No.1, Jianhua Road, Bali Town, Economic Development Zone<br>Yangzhou Jiangsu 225000 China | 86-514-8554-8191 | yinghg@jasolar.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Inelsa UK, LTD | Veronica Miguez Magdalena<br>3 More London Riverside<br>London SE1 2RE United Kingdom | 34 986 724379 | vmiguez@grupohedomin.com<br>inelsa@inelsa.com | Overnight Mail, Fax and Email |
| Internal Revenue Service | Internal Revenue Service | Attn: District Director<br>290 Broadway<br>New York NY 10007 | 855-235-6787 | | Overnight Mail and Fax |
| Top 30 Creditor | Jinneng Clean Energy Technology Ltd. | Attn: Dr. Liyou Yang, General Manager<br>No.1 Wenshui Economic Development Zone<br>Lvliang City Shanxi 032100 China | 86-358-330-0916 | zhongping.mao@jinergy.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Kirkland & Ellis | Attn: Jeffrey Bossert Clark<br>655 15th St NW<br>Washington DC 20005-5793 | 202-879-5200 | jeffrey.clark@kirkland.com | Overnight Mail, Fax and Email |
| Counsel to the Administrative Agent Under the Debtors' Prepetition First Lien Credit Agreement | Latham & Watkins, Chicago | Attn: Richard Levy & Brad Kotler<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | 312 993 9767 | richard.levy@lw.com<br>brad.kotler@lw.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Madison Dearborn Capital Partners IV, L.P. | Attn: Matt Raino, Mark Tresnowski<br>Three First National Plaza, Suite 4600<br>Chicago IL 60603 | 312-895-1041 | mraino@MDCP.com<br>mtresnowski@MDCP.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Marathon Capital LLC | Attn: Richard Mooney<br>Rimon PC<br>One Embarcadero Center, Ste 400<br>San Francisco CA 94111 | 415-683-5472 | richard.mooney@rimonlaw.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | MOTECH Industries Inc. | Attn: General Counsel<br>No. 2, Dashun 9th Rd<br>Xinshi District<br>Tainan City 74145 Taiwan | 886-2-26625097 | info@motech.com.tw | Overnight Mail, Fax and Email |
| Office of United States Trustee - Southern District of New York | Office of the United States Trustee for Region 2 | Attn: Paul Schwartzberg<br>201 Varick Street<br>Suite 1006<br>New York NY 10014 | 212-668-2255 | | Overnight Mail and Fax |
| Top 30 Creditor | PCS Phosphate Company Inc & PCS SALES (USA) INC | Attn: Troy Erny, VP Industrial Sales<br>1101 Skokie Blvd Ste 400<br>Northbrook IL 60062 | 847-849-4695 | tlerny@potashcorp.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | PCS Phosphate Company, Inc. and PCS Sales (USA), Inc. | Attn: Charles E. Raynal, IV<br>Parker Poe Adams & Bernstein LLP<br>301 Fayetteville Street, Suite 1400<br>Raleigh NC 27602-0389 | 919-834-4564 | charlesraynal@parkerpoe.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | PCS Sales Inc | Attn: Troy Erny, VP Industrial Sales<br>1101 Skokie Blvd Ste 400<br>Northbrook IL 60062 | 847-849-4695 | tlerny@potashcorp.com | Overnight Mail, Fax and Email |
| Counsel to the Administrative Agent under the Debtors' Prepetition Second Lien Credit Agreement | Pillsbury Winthrop Shaw Pittman LLP | Attn: Daniel S. Brown<br>1540 Broadway<br>New York NY 10036-4039 | 917-464-7323 | daniel.brown@pillsburylaw.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | PricewaterhouseCoopers LLC | Attn: General Counsel<br>800 Market St<br>Suite 1900<br>Saint Louis MO 63101 | 314-206-8500 | | Overnight Mail and Fax |
| Top 30 Creditor | Pro Tech Energy Solutions LLC | Attn: General Counsel<br>215 Executive Drive<br>Moorestown NJ 08057 | 856-437-6501 | info@protechenergysolutions.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | R/C US Solar Investment Partnership, L.P. | Attn: General Counsel<br>c/o Riverstone Holdings LLC<br>712 Fifth Avenue, 36th Floor<br>New York NY 10019 | 212-993-0077 | | Overnight Mail and Fax |

In re SunEdison, Inc., et al.
Case No. 16-10992 (SMB)

Page 2 of 3

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Top 30 Creditor | Renova Energia | Cristiano C. Barros, CEO<br>Avenida Roque Petroni<br>999- 40 andar, Villa Gertrudes<br>Sao Paulo SP 04707-910 Brazil | 55 (11) 3509-111300 | | Overnight Mail and Fax |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., N.E.<br>Washington DC 20549 | | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Ste. 400<br>New York NY 10281-1022 | | bankruptcynoticeschr@sec.gov | Overnight Mail and Email |
| Counsel to the Collateral Trustee Under the Debtors' Prepetition Second Lien Credit Agreement and Indenture Trustee Under Outstanding Bond Issuances | Shipman & Goodwin LLP | Attn: Marie C. Pollio<br>One Constitution Plaza<br>Hartford CT 06103-1919 | 860-251-5212 | mpollio@goodwin.com | Overnight Mail, Fax and Email |
| Counsel to Debtors | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: James J. Mazza, Jr. & Louis S. Chiappetta<br>155 N. Wacker Dr.<br>Chicago IL 60606-1720 | 312-407-0411 | | Fax |
| Counsel to Debtors | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Jay M. Goffman & J. Eric Ivester<br>Four Times Square<br>New York NY 10036-6522 | 212-735-2000 | | Fax |
| Top 30 Creditor | Solarpark Korea Co., Ltd. | Attn: Hyunwoo Park, Chief Executive Officer<br>855-1, Dunsan-Ri, Bongdong-Wup<br>Wanju-Gun<br>Jeollabuk-Do 565-902 Korea | 82-(0)63-710-3001 | hyunwoo.park@solarpark-korea.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Taimax And Woongjin Energy Co. Ltd. | Attn: Jaekyun Lee, Chief Executive Officer<br>37, Gwanpyeong-Dong) Techno 2-RO<br>Yuseong-Gu<br>Daejoen 305-509 Korea | 82-42-939-8098 | bjkim@woongjinenergy.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Tata America International Corporation | Attn: General Counsel<br>101 Park Ave, Fl 26<br>New York NY 10178-0002 | 212 557 8038 | srai@memc.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | Trina Solar Inc. | Attn: Jifan Gao, Chief Executive Officer<br>No.2 Tian He Road,Electronics Park, New District<br>Chang Zhou Jiangsu 213031 China | 86-519-8548-5936 | Huafeng.Jin@Trinasolar.Com | Overnight Mail, Fax and Email |
| Top 30 Creditor | TSMC Solar North America, Inc. | Attn: General Counsel<br>2595 Junction Ave., Suite 202<br>San Jose CA 95134 | 408-678-2800 | solarna@tsmc.com | Overnight Mail, Fax and Email |
| Office of the United States Attorney for the Southern District of New York | United States Attorney's Office | 86 Chambers Street<br>3rd Floor<br>New York NY 10007 | 212-637-2685 | | Overnight Mail and Fax |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | One Bowling Green<br>New York NY 10004-1408 | | | Overnight Mail |
| Top 30 Creditor | Vivint Solar, Inc. | Attn: William B. Chandler, III; Bradley D. Sorrels<br>222 Delaware Avenue Ste 800<br>Wilmington DE 19801 | 866-974-7329 | wchandler@wsgr.com<br>bsorrels@wsgr.com<br>sgerman@wsgr.com<br>iliston@wsgr.com | Overnight Mail, Fax and Email |
| Counsel to the Debtors' Postpetition Secured Lenders | White & Case | Attn: Scott Greissman<br>1155 Avenue of the Americas<br>New York NY 10036-2787 | 212-354-8113 | sgreissman@whitecase.com | Overnight Mail, Fax and Email |
| Indenture Trustee for the Prepetition Bonds/ Secured Creditor/ Top 30 Creditor | Wilmington Trust, National Association | Attn: SunEdison, Inc. Administrator<br>1100 North Market St<br>Wilmington DE 19890 | 302-636-4145 | tmorris@wilmingtontrust.com | Overnight Mail, Fax and Email |
| Collateral Trustee for the Prepetition Second Lien Credit Agreement | Wilmington Trust, National Association | Global Capital Markets<br>W. Thomas Morris II<br>1100 North Market St<br>Wilmington DE 19890 | 302-636-4145 | tmorris@wilmingtontrust.com | Overnight Mail, Fax and Email |
| Top 30 Creditor | ZHONGHUAN HONG KONG HOLDING LIMITED | Attn: General Counsel<br>No. 12 East Haitai Road<br>Huayuan Industrial Park, Hi-tech Industrial Zone<br>Tianjin China | | tjsc@tjsemi.com | Overnight Mail and Email |

In re SunEdison, Inc., et al.
Case No. 16-10992 (SMB)

Page 3 of 3

**Exhibit B**

U.S. Department of Justice
Office of the U.S. Trustee
*Southern District of New York*
U.S. Federal Office Building
201 Varick Street, Rm. 1006
New York, NY 10014
Telephone: 212.510.0500
Facsimile: 212.668.2255

---

*In re:*

*SunEdison, Inc., et al.,* **Case No. 16-10992 (SMB)**
**(Joint Administration Pending)**

## Notice of Formation Meeting for
## Official Committee(s) of Unsecured Creditors

---

The above-named debtors filed voluntary petitions for relief under Chapter 11 of the U.S. Bankruptcy Code.  Section 1102(b) authorizes the United States Trustee to appoint a committee of unsecured creditors.  The debtors' petitions or other information sources indicate that you may be eligible for appointment to the Official Committee(s) of Unsecured Creditors in these cases.

This is to notify you that the United States Trustee will hold a meeting to form one or more unsecured creditors' committees on **April 29, 2016 at 10:30 a.m.,** at the following location:

### Trump Soho New York
### Soho Ballroom
### 246 Spring Street, New York, NY 10013

A representative of the debtors will attend to provide information regarding the statuses of the cases. If you wish to be considered for membership on any official committee that is appointed, please complete the enclosed questionnaire and return it to: Office of the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Rm. 1006, New York, NY 10014 **no later than April 28, 2016, at 12:00 noon (ET).** Faxes sent to 212.668.2255 by this date and time will be accepted. If you do not wish to serve on an official committee, your presence at the meeting is not required**.**

If you wish to be considered for membership on a committee but are unable to attend, you immediately should notify this Office. If you do not attend the meeting

and do not affirmatively indicate your willingness to serve, you will not be considered. If you send an individual to represent you at the meeting, that representative must present your written proxy authorizing him or her to act on your behalf. Official Committees of Unsecured Creditors perform a vital role in Chapter 11 proceedings, and for that reason your interest and consideration are solicited.

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

 */s/ Paul K. Schwartzberg*
PAUL K. SCHWARTZBERG
Trial Attorney

Dated:  April 21, 2016

CC:  Jay M. Goffman, Esq.

## Official Committee of Unsecured Creditors' Committee
## Information Sheet

**Purpose of Unsecured Creditors' Committees**.  To increase participation in the chapter 11 proceeding, section 1102 of the Bankruptcy Code requires that the United States Trustee appoint a committee of unsecured creditors (the "Committee") as soon as practicable after the order for relief has been entered.  The Committee ordinarily consists of the persons, willing to serve, who hold the seven (7) largest unsecured claims of the kinds represented on such committee.  The debtor has filed a list indicating that your claim may be among the largest unsecured claims against the debtor, and for that reason, you may be eligible to serve on the Committee.  There must be at least three (3) unsecured creditors willing to serve in order to form the Committee.

**Powers and Duties of Unsecured Creditors' Committees.**  Members of the Committee are fiduciaries who represent all unsecured creditors as a group without regard to the types of claims which individual unsecured creditors hold against the debtor.  Section 1103 of the Bankruptcy Code provides that the Committee may consult with the debtor, investigate the debtor and its business operations and participate in the formulation of a plan of reorganization.  The Committee may also perform such other services as are in the interests of the unsecured creditors whom it represents.

**Employment of Professionals.**  Section 1103 of the Bankruptcy Code provides that the Committee may, subject to the bankruptcy court's approval, employ one or more attorneys, accountants or other professionals to represent or perform services for the Committee.  The decision to employ particular professionals should occur at a scheduled meeting of the Committee where a majority of the Committee is present.  All professionals retained by the Committee may be compensated from assets of the debtor's estate pursuant to section 330 of the Bankruptcy Code.  Applications for the payment of professional fees may be monitored by the Office of the United States Trustee and are subject to the Court's approval.  However, the Committee should carefully review all applications and not rely on the Court or the United States Trustee to discover and object to excessive professional fees or costs.

**Other Matters** - The Committee should elect a chairperson and may adopt bylaws.  As a party in interest, the Committee may be heard on any issue in the bankruptcy proceeding.  Federal Bankruptcy Rule 2002(i) requires that the Committee (or its authorized agent) receive all notices concerning motions and hearings in the bankruptcy proceeding.

**In the event you are appointed to an official committee of creditors, the United States Trustee may require periodic certifications of your claims while the bankruptcy case is pending.  Creditors wishing to serve as fiduciaries on any official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the Debtor while they are committee members absent an order of the Court.  By submitting the enclosed Questionnaire and accepting membership on an official committee of creditors, you agree to this prohibition.  The United States Trustee reserves the right to take appropriate action, including removing a creditor from any committee, if the information provided in the Questionnaire is inaccurate, if the foregoing prohibition is violated, or for any other reason the United States Trustee believes is proper in the exercise of her discretion.  You are hereby notified that the United States Trustee may share this information with the Securities and Exchange Commission if deemed appropriate.**

Should you have any additional questions concerning the Committee or your membership on the Committee, please contact the Office of the United States Trustee.

U.S. Department of Justice
Office of the U.S. Trustee
*Southern District of New York*
U.S. Federal Office Building
201 Varick Street, Rm. 1006
New York, NY 10014
Telephone: 212.510.0500
Facsimile: 212.668.2255

**PKS**

## QUESTIONNAIRE FOR
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS[1]

**Case(s):**   *SunEdison, Inc., et al.,* **Case No. 16-10992 (SMB) -
Jointly Administration Pending)**

PLEASE RETURN QUESTIONNAIRE BY MAIL OR FACSIMILE
SO THAT IT IS RECEIVED *NO LATER THAN*: **April 28, 2016,
by 12:00 NOON (ET)**

**Please Type or Print Clearly.**

I am willing to serve on a Committee of Unsecured Creditors.     Yes ( )  No ( )

A.    Unsecured Creditor's Name and Contact Information:

Name: _____    Phone:_____

Address: _____    Fax: _____

_____    E-mail:_____

B.    Counsel (If Any) for Creditor and Contact Information:

Name: _____    Phone:_____

Address: _____    Fax: _____

---

[1] *Note:  This is not a proof of claim form.  Proof of claim forms are filed with the Clerk of the Bankruptcy Court, not with the United States Trustee.*

3

_____   E-mail:_____

C.   If you have been contacted by a professional person(s) (*e.g.* attorney, accountant, or financial advisor) regarding the formation of this committee, please provide the individual's name and/or contact information:

_____

D.   Amount of Unsecured Claim (U.S. $) _____

E.   Name of debtor against which you assert your claim. If more than one debtor, list all debtors:_____

_____

_____

F.   Describe the nature of your claim(s), *i.e.*, whether arising from goods or services provided; loans made; litigation; *etc.*, including whether any portion is secured.  If secured, please describe the collateral securing the claim.  If any portion of the claim(s) arises from litigation, please state the nature of the claim, the case number and jurisdiction (if applicable) and the status.

_____

_____

_____

G.   Amount of Unsecured Claim entitled to 11 U.S.C. § 503(b) as an administrative expense:

_____

H.   Would your schedule permit you to actively participate on the committee by attending weekly meetings (either by telephone or in person)?  Yes (  ) No (  )

**Representations:**

1.   Are you or the company you represent in any way "affiliated" with any of the debtors within the meaning of Section 101(2) of the Bankruptcy Code, or an insider or a shareholder of, or related to, the debtor(s)?  Yes (  ) No (  )

If a shareholder, state the number of shares:_____

4

2.      Do you, or the company you represent, engage in a business which directly or indirectly competes with any of the businesses of the debtor(s)?  Yes ( ) No ( )

3.      Have you ever been or are you an officer, director, agent, representative or employee of the debtor(s)?

        Yes ( )  No ( )  Does your claim arise from this relationship?  Yes ( )  No ( )

4.      State when you acquired the claim, the amount paid, and the face amount of the claim:_____

5.      Have you or your attorney entered into a settlement agreement with the debtor regarding resolution of your claim?  Yes ( )  No ( )

6.      Do you have a claim against any entity affiliated with the debtor?  Yes ( ) No ( )

        State the name of the entity and the nature and amount of the claims:_____

        _____

7.      Do you or any affiliated entities have any other claims against, or debt or equity securities of, the debtors(s)?  Yes ( )  No ( )

8.      Do you or any affiliated entities have any financial arrangement that may affect the value of your claim(s) against or interest(s) in the debtor(s) (*e.g.*, personal guarantees, credit insurance, *etc.*)?  Yes ( )  No ( )

9.      If you have given a proxy to a third party either to represent you at the creditors' committee formation meeting, or in connection with your claim, please attach a copy of the written proxy.  If a professional person has arranged for someone to hold a proxy on your behalf, please identify that individual:

10.     Have you voted, or agreed to support, a plan of reorganization or liquidation in this case? Yes ( )  No ( )_____

**You may attach a written statement to explain or supplement any responses.**

**Creditors wishing to serve as fiduciaries on an official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the debtor while they are committee members absent an order of the court on application of the creditor.**

5

Please be advised that once a committee is formed, the United States Trustee will file a notice of appointment in the court record that contains contact information for any creditor appointed, including the creditor's name, address and telephone number.

**Privacy Act Statement.**  11 U.S.C. § 1102 authorizes the collection of this information. The information will be used by the United States Trustee to determine your qualifications for appointment to the Committee. Disclosure of this information may be to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office of the United States Trustee's system of records, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Your disclosure of information is voluntary; however, failure to provide the requested information may result in the rejection of your application to be appointed to the Committee.

I hereby certify that, to the best of my knowledge and belief, the answers to this Questionnaire are true and correct. By executing this Questionnaire, I also agree to the restrictions and conditions set forth in the preceding paragraphs and in the Committee Information Sheet, and I agree to provide the periodic certifications upon the request of the United States Trustee.

**Date:**_____

_____
**Signature**

_____
**Print Name**

_____
**Title**

6