UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                              :        Case No. 16-10992 (SMB)
                                                   :
SUNEDISON, INC., *et al.*,                         :        Chapter 11
                                                   :
                        Debtor.                    :        Jointly Administered
---------------------------------------------------------------x

# NOTICE OF APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of the SunEdison, Inc. and its affiliated debtors-in-possession:

1. BOKF, N.A., as Indenture Trustee
   1600 Broadway
   3rd Floor
   Denver, CO  80202
   Contact: George F. Kubin
   Telephone:  (303) 864-7206

2. AQR DELTA Master Account, L.P.
   2 Greenwich Plaza, 4th Floor
   Greenwich, CT  06830
   Contact: Melinda C. Franek, VP
   Telephone:  (203) 742-3007

3. Advantage Opportunities Fund, LP
   1221 Brickell Ave, Suite 2660
   Miami, FL  33131
   Contact: Irvin Schlussel
   Telephone: (914) 714-0531

4. D.E. Shaw Composite Holdings, LLC
   1166 Avenue of the Americas, 9th Floor
   New York, NY  10036
   Contact: Martin Lebwohl
   Telephone:  (212) 478-0358

5. Flextronics Industrial, Ltd.
   600 Shiloh Road
   Plano, TX  75074
   Contact: Donald Heap
   Telephone: (469) 223-9726

6. Albemarle Corporation
   451 Florida Street
   Baton Rouge, LA  70801
   Contact: Michael Lutgring
   Telephone: (225) 388-7236

7. Vivint Solar, Inc.
   3301 N. Thanksgiving Way, Suite 500
   Lehi, UT  84043
   Contact: Jim Lundberg
   Telephone: (801) 234-7080

Dated: New York, New York
       April 29, 2016

                      WILLIAM K. HARRINGTON
                      UNITED STATES TRUSTEE

By: */s/ Paul K. Schwartzberg*
     Paul K. Schwartzberg
     Trial Attorney
     Office of the United States Trustee
     201 Varick Street, Room 1006
     New York, NY 10014
     Tel. (212) 510-0500
     Fax (212) 668-2255