**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | **Chapter 11** |
| | : | |
| **SUNEDISON, INC.,** *et al.*, | : | **Case No. 16-10992 (SMB)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |
| | : | |
| | : | |

**NOTICE OF SECOND AMENDED AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 19, 2016 AT 10:00 A.M.**

Location of Hearing:     Before the <u>Honorable Stuart M. Bernstein</u>, <u>Courtroom 723</u>,
Manhattan Courthouse, One Bowling Green, New York, NY
10004-1408

## I.     UNCONTESTED MATTERS

1.      Debtors' Amended Application for Order Under Bankruptcy Code Sections 327(e)
and 328(a), Bankruptcy Rule 2014(a), and Local Bankruptcy Rule 2014-1 for
Authorization to Employ and Retain Joseph Hage Aaronson LLC as Special
Counsel to the Debtors Nunc Pro Tunc to the Petition Date (Docket No. 151)

<u>Objection Deadline</u>:          May 12, 2016 at 4:00 p.m.

<u>Responses Filed</u>:          None to date.

<u>Replies Filed</u>:          None to date.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number
are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE
Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings,
LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison
International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison
Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison
Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge
Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison
Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308);
SEV Merger Sub Inc. (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Dr.,
Maryland Heights, Missouri 63043.

Additional Documents:

A.      Letter Brief and Supplemental Declaration of Gregory P. Joseph In
        Support of Debtors' Application Pursuant to Bankruptcy Code Sections
        327(e) and 328(a), Bankruptcy Rule 2014(a), and Local Bankruptcy Rule
        2014-1 for Authorization to Employ and Retain Joseph Hage Aaronson
        LLC as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date
        (Docket No. 299)

        Status:                 The letter brief and supplemental declaration
                                (Docket No. 299) addressing the Court's concerns
                                were filed and a proposed final order will be
                                submitted for consideration by the Court.

2.      Application to Employ Debtors' Application for Order Pursuant to Sections 327(a)
        and 328 (a), Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-
        1 and 2016-1 Authorizing Debtors to Employ and Retain PricewaterhouseCoopers
        LLP as Financial Advisor to the Debtors, Nunc Pro Tunc to the Petition Date
        (Docket No. 203)

        Objection Deadline:     May 12, 2016 at 4:00 p.m.

        Responses Filed:        None to date.

        Replies Filed:          None to date.

        Additional Documents:   None to date.

        Status:                 A proposed final order will be submitted for
                                consideration by the Court.


II.     **CONTESTED MATTERS**

3.      Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 327,
        330, and 331 Authorizing Debtors to Employ and Pay Professionals Utilized in
        the Ordinary Course of Business (Docket No. 30)

        Objection Deadline:     May 3, 2016 at 4:00 p.m. (unless
                                specifically extended by the Debtors)

        Responses Filed:        None to date.

        Replies Filed:          None to date.

        Additional Documents:

2

A.    Interim Order Granting Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 327, 330, and 331 Authorizing Debtors to Employ and Pay Professionals Utilized in the Ordinary Course of Business (Docket No. 259)

Status:    The Debtors and its constituents are negotiating revisions and a revised proposed final order addressing both the constituents and the Court's concerns will be submitted for consideration by the Court. To the extent an agreed upon final order cannot be reached, the Debtors will seek a further interim order regarding the motion.

4.    Debtors' Application for Order Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing Employment and Retention of Rothschild Inc. as Financial Advisor and Investment Banker to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date (Docket No. 101)

Objection Deadline:    May 19, 2016 at 10:00 p.m.

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:    None to date.

Status:    The objection deadline for the application has been extended for the Creditor's Committee and the Tranche A and Tranche B Lenders and an agreed proposed final order will be submitted for consideration by the Court.

5.    Debtors' Amended Motion for Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 1015, 2002, 9007, and 9036, and Local Bankruptcy Rule 2002 Authorizing the Establishment of Certain Notice, Case Management, and Administrative Procedures (Docket No. 120)

Objection Deadline:    May 12, 2016 at 4:00 p.m.

Responses Filed:

A.    Objection to Notice of Motion (Docket No. 275)

Replies Filed:    None to date.

Additional Documents:    None to date.

3

Status:                         A proposed final order will be submitted for
                                consideration by the Court.

6.      Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105 and 362,
        Bankruptcy Rule 4001, and Local Bankruptcy Rule 4001-1 Authorizing
        Modification of the Automatic Stay, to the Extent Applicable, to Allow for
        Reimbursement and/or Payment of Defense Costs and Fees Under Directors' and
        Officers' Insurance Policies (Docket No. 32)

        Objection Deadline:     May 3, 2016 at 4:00 p.m.

        Responses Filed:

        A.      Response and Statement of Non-Opposition with Reservation of
                Rights of Certain Plaintiffs in ERISA Litigation to the Debtors Motion
                for Order Authorizing Modification of the Automatic Stay, to the
                Extent Applicable, to Allow for Reimbursement and/or Payment of
                Defense Costs Under Directors and Officers Insurance Policies
                (Docket No. 286)

        Replies Filed:          None to date.

        Additional Documents:   None to date.

        Status:                 An agreed proposed final order will be submitted
                                for consideration by the Court.

7.      Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105 and 362,
        Bankruptcy Rule 4001, and Local Bankruptcy Rule 4001-1 Authorizing
        Modification of the Automatic Stay, to the Extent Applicable, to Allow for
        Reimbursement and/or Payment of Defense Costs and Fees Under Directors' and
        Officers' Insurance Policies (Docket No. 33)

        Objection Deadline:     May 3, 2016 at 4:00 p.m.

        Responses Filed:

        A.      Response with Reservation of Rights of the Court Appointed Lead
                Plaintiff Municipal Employees' Retirement System of Michigan to the
                Debtors' Motion for Order Authorizing Modification of the Automatic
                Stay, to the Extent Applicable, to Allow for Reimbursement and/or
                Payment of Defense Costs Under Directors' and Officers' Insurance
                Policies (Docket No. 173)

        B.      Response and Statement of Non-Opposition with Reservation of
                Rights of Certain Plaintiffs in ERISA Litigation to the Debtors Motion
                for Order Authorizing Modification of the Automatic Stay, to the
                Extent Applicable, to Allow for Reimbursement and/or Payment of

4

Defense Costs Under Directors and Officers Insurance Policies
(Docket No. 286)

Replies Filed:                     None to date.

Additional Documents:              None to date.

Status:                            An agreed proposed final order will be submitted
                                   for consideration by the Court.

8.      Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code
        Sections 105(a), 363, 507(a), 541, 1107(a), and 1108 and Bankruptcy Rules 6003
        and 6004, (I) Authorizing, but Not Directing, the Debtors to Pay Prepetition
        Employee Obligations; (II) Authorizing, but Not Directing, the Debtors to
        Continue Certain Employee Benefit Programs in the Ordinary Course; and (III)
        Authorizing, but Not Directing, Applicable Banks to Honor Prepetition Checks
        for Payment of the Prepetition Employee Obligations (Docket No. 8)

        Objection Deadline:        May 3, 2016 at 4:00 p.m. (unless
                                   specifically extended by the Debtors)

        Responses Filed:

        A.      Omnibus Objection of Ad Hoc Group of SunEdison, Inc. Convertible
                Unsecured Noteholders to Certain First Day Motions (Docket No. 43)

        B.      Omnibus Objection of Ad Hoc Group of SunEdison, Inc. Convertible
                Unsecured Noteholders to (I) Final Orders Relating to Certain First
                Day Motions Seeking to Spend Borrowings Under DIP Financing and
                (II) Debtors' Motion for Order Appointing Examiner (Docket No. 285)

        Replies Filed:             None to date.

        Additional Documents:

        C.      Interim Order Pursuant to Bankruptcy Code Sections 105(a), 363, 507(a),
                541, 1107(a), and 1108 and Bankruptcy Rules 6003 and 6004, (I)
                Authorizing, but Not Directing, the Debtors to Pay Prepetition Employee
                Obligations; (II) Authorizing, but Not Directing, the Debtors to Continue
                Certain Employee Benefit Programs in the Ordinary Course; and (III)
                Authorizing, but Not Directing, Applicable Banks to Honor Prepetition
                Checks for Payment of the Prepetition Employee Obligations (Docket No.
                78)

        Status:                    The hearing with respect to this matter will be
                                   proceeding.

5

9.    Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors (A) to
Obtain Postpetition Financing Pursuant to Bankruptcy Code Sections 105, 361,
362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), And 364(e) and (B) to Utilize
Cash Collateral Pursuant to Bankruptcy Code Section 363, (II) Granting Adequate
Protection to Prepetition Secured Parties Pursuant to Bankruptcy Code Sections
361, 362, 363 and 364 and (III) Scheduling Final Hearing Pursuant to Bankruptcy
Rules 4001(b) and (c) (Docket No. 26)

Objection Deadline:            May 3, 2016 at 4:00 p.m. (unless
                               specifically extended by the Debtors)

Responses Filed:

A.    Westchester Fire Insurance Company's Objection to Debtors' Motion
for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain
Postpetition Financing Pursuant to Bankruptcy Code Sections 105, 361,
362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), And 364(e) and (B) to
Utilize Cash Collateral Pursuant to Bankruptcy Code Section 363, (II)
Granting Adequate Protection to Prepetition Secured Parties Pursuant
to Bankruptcy Code Sections 361, 362, 363 and 364 and (III)
Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and
(c) (Docket No. 169)

B    Atlantic Specialty Insurance Company's Objection to Debtors' Motion
for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain
Postpetition Financing Pursuant to Bankruptcy Code Sections 105, 361,
362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), And 364(e) and (B) to
Utilize Cash Collateral Pursuant to Bankruptcy Code Section 363, (II)
Granting Adequate Protection to Prepetition Secured Parties Pursuant
to Bankruptcy Code Sections 361, 362, 363 and 364 and (III)
Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and
(c) (Docket No. 171)

C.    Limited Objection to Debtors' Motion for Interim and Final Orders (I)
Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to
Bankruptcy Code Sections 105, 361, 362, 364(c)(1), 364(c)(2),
364(c)(3), 364(d)(1), And 364(e) and (B) to Utilize Cash Collateral
Pursuant to Bankruptcy Code Section 363, (II) Granting Adequate
Protection to Prepetition Secured Parties Pursuant to Bankruptcy Code
Sections 361, 362, 363 and 364 and (III) Scheduling Final Hearing
Pursuant to Bankruptcy Rules 4001(b) and (c) (Docket No. 224)

D.    Argonaut Insurance Company's Limited Objection to Debtors' Motion
for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain
Postpetition Financing Pursuant to Bankruptcy Code Sections 105, 361,
362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), And 364(e) and (B) to
Utilize Cash Collateral Pursuant to Bankruptcy Code Section 363, (II)

Granting Adequate Protection to Prepetition Secured Parties Pursuant to Bankruptcy Code Sections 361, 362, 363 and 364 and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) (Docket No. 267)

E.      Limited Objection of Overseas Private Investment Corporation to Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to Bankruptcy Code Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), And 364(e) and (B) to Utilize Cash Collateral Pursuant to Bankruptcy Code Section 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to Bankruptcy Code Sections 361, 362, 363 and 364 and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) (Docket No. 291)

F.      Objection of the Yieldcos to the Debtors' DIP Motion (Docket No. 292)

G.      Official Committee of Unsecured Creditors' Objection to Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to (a) Obtain Postpetition Financing Pursuant to Bankruptcy Code Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (b) to Utilize Cash Collateral Pursuant to Bankruptcy Code Section 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to Bankruptcy Code Sections 361, 362, 363, and 364 and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) (Docket No. 296)

Replies Filed:

H.      Debtors' Omnibus Reply to Various Objections to Entry of a Final Order Approving Post-Petition Financing (Docket No. 326)

Additional Documents:

I.      Declaration of Homer Parkhill in Support of Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors (A) To Obtain Postpetition Financing Pursuant To Bankruptcy Code Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), And 364(e) and (B) to Utilize Cash Collateral Pursuant to Bankruptcy Code Section 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to Bankruptcy Code Sections 361, 362, 363 and 364 and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) (Docket No. 34)

J.      Declaration of Mark W. Hojnacki in Support of Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors (A) To Obtain Postpetition Financing Pursuant To Bankruptcy Code Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), And 364(e) and

(B) to Utilize Cash Collateral Pursuant to Bankruptcy Code Section 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to Bankruptcy Code Sections 361, 362, 363 and 364 and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) (Docket No. 35)

K.    Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to Bankruptcy Code Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), And 364(e) and (B) to Utilize Cash Collateral Pursuant to Bankruptcy Code Section 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to Bankruptcy Code Sections 361, 362, 363 and 364 and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) (Docket No. 87)

L.    Supplemental Declaration of Homer Parkhill in Support of Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors (A) To Obtain Postpetition Financing Pursuant To Bankruptcy Code Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), And 364(e) and (B) to Utilize Cash Collateral Pursuant to Bankruptcy Code Section 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to Bankruptcy Code Sections 361, 362, 363 and 364 and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) (Docket No. 327)

M.    Notice of Filing of Proposed Final Order (I) Authorizing Debtors (A) to Obtain Senior Secured, Superpriority, Postpetition Financing Pursuant To Bankruptcy Code Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), And 364(e) and (B) to Utilize Cash Collateral Pursuant to Bankruptcy Code Section 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to Bankruptcy Code Sections 361, 362, 363 and 364 (Docket No. 335)

Status:                        The hearing with respect to this matter will be proceeding.

## III.    ADJOURNED MATTERS

10.    Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 345, 363, 364, 503, 1107, and 1108 and Bankruptcy Rules 6003 and 6004 (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, Business Forms, and Payment of Related Prepetition Obligations, (II) Waiving Certain Deposit Requirements, and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations (Docket No. 7)

Objection Deadline:            May 3, 2016 at 4:00 p.m. (unless
                               specifically extended by the Debtors)

Responses Filed:

A.      Omnibus Objection of Ad Hoc Group of SunEdison, Inc. Convertible
        Unsecured Noteholders to Certain First Day Motions (Docket No. 43)

B.      Omnibus Objection of Ad Hoc Group of SunEdison, Inc. Convertible
        Unsecured Noteholders to (I) Final Orders Relating to Certain First Day
        Motions Seeking to Spend Borrowings Under DIP Financing and (II)
        Debtors' Motion for Order Appointing Examiner (Docket No. 285)

C.      Objection of Official Committee of Unsecured Creditors to Debtors'
        Motion for Interim and Final Orders Pursuant to Bankruptcy Code
        Sections 105, 345, 363, 364, 503, 1107, and 1108 and Bankruptcy Rules
        6003 and 6004 (I) Authorizing Continued Use of Existing Cash
        Management System, Bank Accounts, Business Forms, and Payment of
        Related Prepetition Obligations, (II) Waiving Certain Deposit
        Requirements, and (III) Authorizing Continuance of Intercompany
        Transactions and Honoring Certain Related Prepetition Obligations
        (Docket No. 295)

Replies Filed:                 The Debtors will file an omnibus reply
                               responding to objections to the DIP Motion,
                               Cash Management Motion, Employee Motion,
                               Critical Vendor Motion, and Lien Claimants
                               Motion.

Additional Documents:

D.      Interim Order Pursuant to Bankruptcy Code Sections 105, 345, 363, 364,
        503, 1107, and 1108 and Bankruptcy Rules 6003 and 6004 (I) Authorizing
        Continued Use of Existing Cash Management System, Bank Accounts,
        Business Forms, and Payment of Related Prepetition Obligations, (II)
        Waiving Certain Deposit Requirements, and (III) Authorizing
        Continuance of Intercompany Transactions and Honoring Certain Related
        Prepetition Obligations (Docket No. 84)

Status:                        Debtors will seek approval of the final order at the
                               hearing to be held at 10:00 a.m. on June 7, 2016.

11.     Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code
        Sections 105, 363, 1107, and 1108, and Bankruptcy Rules 6003 and 6004 (I)
        Authorizing Payment of Prepetition Claims of Certain Critical Vendors and
        Service Providers, (II) Authorizing Provisional Payment to Certain Contract
        Counterparties, and (III) Granting Related Relief (Docket No. 9)

Objection Deadline:         May 3, 2016 at 4:00 p.m. (unless
                            specifically extended by the Debtors)

Responses Filed:

A.      Omnibus Objection of Ad Hoc Group of SunEdison, Inc. Convertible
        Unsecured Noteholders to Certain First Day Motions (Docket No. 43)

B.      Omnibus Objection of Ad Hoc Group of SunEdison, Inc. Convertible
        Unsecured Noteholders to (I) Final Orders Relating to Certain First
        Day Motions Seeking to Spend Borrowings Under DIP Financing and
        (II) Debtors' Motion for Order Appointing Examiner (Docket No. 285)

C.      Limited Objection of Official Committee of Unsecured Creditors to
        Debtors (I) Motion to Pay Prepetition Claims of Certain Critical
        Vendors and Service Providers [Docket No. 9] and (II) Motion to Pay
        Prepetition Claims of Certain Lien Claimants [Docket No. 10] (Docket
        No. 297)

Replies Filed:              The Debtors will file an omnibus reply
                            responding to objections to the DIP Motion,
                            Cash Management Motion, Employee Motion,
                            Critical Vendor Motion, and Lien Claimants
                            Motion.

Additional Documents:

D.      Interim Order Pursuant to Bankruptcy Code Sections 105, 363, 1107, and
        1108, and Bankruptcy Rules 6003 and 6004 (I) Authorizing Payment of
        Prepetition Claims of Certain Critical Vendors and Service Providers, (II)
        Authorizing Provisional Payment to Certain Contract Counterparties, and
        (III) Granting Related Relief (Docket No. 81)

Status:                     Debtors will seek approval of the final order at the
                            hearing to be held at 10:00 a.m. on June 7, 2016.

12.     Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code
        Sections 105, 363, 503(b), 1107(a), and 1108 and Bankruptcy Rules 6003 and
        6004 (I) Authorizing Payment of Prepetition Claims of Certain Lien Claimants,
        (II) Confirming Administrative Expense Status for Certain Goods Delivered to
        Debtors Postpetition, and (III) Granting Related Relief (Docket No. 10)

Objection Deadline:         May 3, 2016 at 4:00 p.m. (unless
                            specifically extended by the Debtors)

Responses Filed:

10

A.      Omnibus Objection of Ad Hoc Group of SunEdison, Inc. Convertible
        Unsecured Noteholders to Certain First Day Motions (Docket No. 43)

B.      Omnibus Objection of Ad Hoc Group of SunEdison, Inc. Convertible
        Unsecured Noteholders to (I) Final Orders Relating to Certain First
        Day Motions Seeking to Spend Borrowings Under DIP Financing and
        (II) Debtors' Motion for Order Appointing Examiner (Docket No. 285)

C.      Limited Objection of Official Committee of Unsecured Creditors to
        Debtors (I) Motion to Pay Prepetition Claims of Certain Critical
        Vendors and Service Providers [Docket No. 9] and (II) Motion to Pay
        Prepetition Claims of Certain Lien Claimants [Docket No. 10] (Docket
        No. 297)

Replies Filed:                  The Debtors will file an omnibus reply
                                responding to objections to the DIP Motion,
                                Cash Management Motion, Employee Motion,
                                Critical Vendor Motion, and Lien Claimants
                                Motion.

Additional Documents:

D.      Interim Order Pursuant to Bankruptcy Code Sections 105, 363, 503(b),
        1107(a), and 1108 and Bankruptcy Rules 6003 and 6004 (I)
        Authorizing Payment of Prepetition Claims of Certain Lien Claimants,
        (II) Confirming Administrative Expense Status for Certain Goods
        Delivered to Debtors Postpetition, and (III) Granting Related Relief
        (Docket No. 82)

Status:                         Debtors will seek approval of the final order at the
                                hearing to be held at 10:00 a.m. on June 7, 2016.

13.     Debtors' Motion for Entry of an Order (I) Appointing an Examiner and (II)
        Granting Related Relief (Docket No. 11)

        Objection Deadline:             May 3, 2016 at 4:00 p.m.

        Responses Filed:

        A.      Omnibus Objection of Ad Hoc Group of SunEdison, Inc. Convertible
                Unsecured Noteholders to Certain First Day Motions (Docket No. 43)

        B.      Statement of Appaloosa Investment Limited Partnership I with Respect to
                Debtors Motion for Entry of an Order Appointing an Examiner and
                Granting Related Relief (Docket No. 167)

        C.      Omnibus Objection of Ad Hoc Group of SunEdison, Inc. Convertible
                Unsecured Noteholders to (I) Final Orders Relating to Certain First Day

Motions Seeking to Spend Borrowings Under DIP Financing and (II) Debtors' Motion for Order Appointing Examiner (Docket No. 285)

Replies Filed:                  None to date.

Additional Documents:           None to date.

Status:                         Debtors will seek approval of the final order at the hearing to be held at 10:00 a.m. on June 7, 2016.

14.     Debtors' Application for Order Pursuant to Sections 327(a), 328, 330, 331, and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing the Employment and Retention of McKinsey Recovery & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors, Nunc Pro Tunc to the Petition Date (Docket No. 202)

Objection Deadline:             May 3, 2016 at 4:00 p.m.

Responses Filed:

A.      Objection of the United States Trustee to Debtors' Application for Order Pursuant to Sections 327(a), 328, 330, 331, and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing the Employment and Retention of McKinsey Recovery & Transformation Services U.S., LLC as Restructuring Advisor for the Debtors, Nunc Pro Tunc to the Petition Date (Docket No. 265)

Replies Filed:                  None to date.

Additional Documents:           None to date.

Status:                         Debtors will seek approval of the final order at the hearing to be held at 10:00 a.m. on June 7, 2016.

Dated: New York, New York
      May 19, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Jay M. Goffman*         
    Jay M. Goffman
    J. Eric Ivester
    Four Times Square
    New York, New York 10036-6522
    Telephone: (212) 735-3000
    Fax: (212) 735-2000

    -and-

    James J. Mazza, Jr. (admitted *pro hac vice*)
    Louis S. Chiappetta (admitted *pro hac vice*)
    155 N. Wacker Dr.
    Chicago, Illinois 60606-1720
    Telephone: (312) 407-0700
    Fax: (312) 407-0411

    *Counsel for Debtors and Debtors in Possession*