Sven Gothel, Goethestr. 1, 27576 Bremerhaven, Germany

April 25, 2016

Hon. Stuart M. Bernstein, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: In re SunEdison Inc. 16-10992

On behalf of ourselves and the numerous shareholders in SunEdison (hereinafter "SUNE") we respectfully pray that Your Honor appoint legal counsel at SUNE's expense to represent shareholders in the matter of SUNE's bankruptcy. We respectfully request that this Court review the 8K which SUNE filed with the Securities and Exchange Commission on April 14, 2016 in which it's own Audit Committee found that "the Company's overly optimistic culture and its tone at the top" caused it to overestimate the cash on hand (which clearly deceived shareholders). Additionally, when SUNE released the April 14, 2016, 8K it was in the process of selling assets (with sales to take effect in the post-petition phase) and appears to have been planning this bankruptcy filing for quite some time. However, SUNE had previously issued and filed an 8K on March 24, 2016, which prohibited employees from placing any additional "invest[ment] contributions to the Plan in the Stock Fund or transfer any amount from any other investment option into the Stock Fund". While employees were forbidden from adding SUNE stock to the plan, the 8K specifically permitted its employees "to transfer amounts out of the Stock Fund to another investment option". This filing gave shareholders the impression that the company was aware of news which would increase the value of SUNE's stock and necessitated closing its Stock Fund to further contributions from employees to prevent insider trading. It is our understanding that a blackout period is required to protect shareholders from being disadvantaged by insider trading which may occur by giving employees the advantage of adding shares based upon knowledge of events which will increase the value of shares. However, SUNE used the blackout as a sword and plotted advantages for itself post-bankruptcy, while hiding behind a wall of silence of its own creation.

Furthermore, we believe that SUNE is attempting to commit two grievous abuses against shareholders. With particularity, SUNE reportedly has shielded its India assets from the bankruptcy proceeding. However, all of SUNE's financial reports upon which we as shareholders made investment decisions, included those assets. In addition, as Your Honor is aware, SUNE owns a large stake in two "yieldco companies". It was widely claimed by SUNE and David Einhorn, a board member by proxy, that much of the debt on SUNE's balance sheet is in fact the debt of Terraform Global and Terraform Power (hereinafter "the Terraform Companies"). It appears that this debt has now been allocated to SUNE in an attempt to avoid bringing the Terraform Companies into the proceeding before Your Honor. We believe that the Terraform Companies should be included in the bankruptcy proceeding and/or many of the debts on SUNE's balance sheet should be transferred to the Terraform companies. Clearly the Terraform Companies are merely the alter ego of SUNE. These companies have the same officers and directors as SUNE and there are zero employees at either company. It is beyond cavil that the Terraform Companies should be included in this proceeding as assets of SUNE.

SUNE has directed common shareholders to follow the process at restructuringupdates.com, a website which SUNE set up some time ago while allowing shareholders to believe that it would avoid filing bankruptcy through subterfuge. However, it is evident that there will be no information for shareholders other than generic information which would be available in the media and the advice to seek advice from someone other than SUNE. SUNE has proven that it will protect and advance its own interests and that it has no regard for the law. As evidenced by claiming

"optimism" as a defense to adding over One Billion ($1,000,000,000) Dollars to its balance sheet which monies did not exist.

Additionally, it appears from media reports that Mr. David Tepper of Appaloosa Management has information in his possession which he acquired under the seal of a confidentiality agreement that will probably further demonstrate fraud. We shareholders request the presence of counsel to raise these issues on our behalf and to seek residual value in the form of shares in the post-bankruptcy SunEdison or any other relief this Court deems just.

Accordingly, we respectfully pray that Your Honor appoint competent counsel at the expense of SUNE to represent common shareholders who have been deceived by the Bankrupt. We thank this Honorable Court for considering this request.

Respectfully submitted

*[signature]*

Sven Gothel

Goethestr. 1, 27576 Bremerhaven, Germany

Email: sgothel@jausoft.com

Petition Manager: Common Shareholder Petition for Representation, In re SunEdison Inc. 16-10992

Enclosed: Petition data / signatures

PS: I can send the electronical data (spreadsheet) to you via email on request.

16-10992-smb    Doc 354    Filed 05/20/16    Entered 05/20/16 08:01:20    Main Document
Pg 2 of 11

Common Shareholder Petition for Representation, In re SunEdison Inc. 16-10992

| Date | Full Name (Last, .., First) | Full Address (Including Zip Code & Country Name) | Email Address | Shares held as of 4/21/2016 (BK) | Average Price per Share |
|---|---|---|---|---|---|
| 2016/04/24 5 | Gothel, Qun | Goethestr. 1, 27576 Bremerhaven, Germany | qgothel@jausoft.com | 94,577.00 | $1.71 |
| 2016/04/24 6 | Loberg, Matthew A. | 2225 Ellis Ave NE Salem, OR 97301 | mattloberg94@gmail.com | 9,250.00 | $2.63 |
| 2016/04/24 6 | Alain Lagauw | Sint Katarinastraat 67 8310 Assebroek Belgium | alain/lagauw.al@gmail.com | 4,000.00 | $2.00 |
| 2016/04/24 6 | Michael Sklorenko | 5276 Summerlin Commons Way #703 Fort Myers Florida 33907 | michael@alescodata.com | 830,000.00 | $1.25 |
| 2016/04/24 6 | Samrat Kunwar | 120 Dartmouth Dr. Se, apt#d,albuquerque, nm 87106 | sbkunwar@unm.edu | 690.00 | $2.96 |
| 2016/04/24 6 | Sofie Ghesquiere | Sint Katarinastraat 67 | Grootfietje@hotmail.com | 1,000.00 | $5.00 |
| 2016/04/24 6 | Dalibor Dvanajscak | 19 Arlington Street,Melrose MA 02176 | dvanajscak@gmail.com | 20,000.00 | $0.37 |
| 2016/04/24 6 | Muhammad Khan | 3401 w ardmore ave chicago il 60659 | Mokhan215@gmail.com | 700.00 | $0.40 |
| 2016/04/24 6 | John,Solliday,W. | 16 Mush Dahl Road, New Ringgold, Pa 17960 | JWSolliday@Yahoo.com | 24,000.00 | $5.89 |
| 2016/04/24 6 | Michael A Breckley | 21975 N 103rd ln lot 439 Peoria AZ 85383 | Michael0702b@gmail.com | 18,000.00 | $0.76 |
| 2016/04/24 6 | David, Joseph | 9540 brandy springs lane, sandy. Utah 84044. USA | Hardytitan@yahoo.com | 12,670.00 | $0.23 |
| 2016/04/24 6 | Chung, Marvel M | 213 East 88th St Apt 2C New York, NY 10128 USA | Marvelous127@gmail.com | 30,000.00 | $0.99 |
| 2016/04/24 6 | Hardman, Mark A | Kabul Afghanistan APO AE 09832 | mh6892@hotmail.com | 15,190.00 | $1.89 |
| 2016/04/24 6 | Zanette, Lou | 320 Lorne Ave., Newmarket, Ont., Canada, L3Y 4K7 | lou.zanette@icloud.com | 32,400.00 | $1.73 |
| 2016/04/24 6 | Rafael Hernandez | 22842 SW 113 ct , Miami , Florida , 33170 | Rafaelher1975@gmail.com | 80,000.00 | $1.30 |
| 2016/04/24 6 | Shailesh Maniyana Subbanna | Pasir Ris drive 1 , BELYSA, Blk 59b, #11-17, Singapore-519532 | beenaay@gmail.com | 30,000.00 | $2.50 |
| 2016/04/24 6 | Primavera, Al | 4644 hathway dr Lexington, ky 40515 | Aprimav986@gmail.com | 860.00 | $0.42 |
| 2016/04/24 6 | Mauricio A Pachon | 2803 Angela way dr, Spring TX. 77386 | Mauricio41pachon@yahoo.com | 50,000.00 | $1.07 |
| 2016/04/24 6 | Scott Thomas | 158 Fowler circle, Franklin TN 37064 | se35448@yahooo.com | 7,900.00 | $0.89 |
| 2016/04/24 6 | Michal Marczyk | 10781 158 st Jupiter FL 33478 | mike7091@hotmail.com | 75,040.00 | $1.37 |
| 2016/04/24 6 | Yu, Flint Tang | 4443 Shady Riv 77459 United States | flinttyu@gmail.com | 4,500.00 | $0.40 |
| 2016/04/24 6 | Memon, Aiyub M. | 46 Dunelm St, Toronto, Ontario, Canada. M1j 3g1 | chachi-87@hotmail.com | 44,000.00 | $5.00 |
| 2016/04/24 6 | O'Donahue, Aaron W. | 206 Vine St. Eau Claire, WI 54703 | aaron.odonahue@gmail.com | 5,276.00 | $1.12 |
| 2016/04/24 7 | Ibsen, Christopher, Elkær | Skrejrupvej 19, Denmark, Rønde 8210 | Christopheribsen@me.com | 5,530.00 | $0.68 |
| 2016/04/24 7 | Lisa Gutermuth | PO Box 101184, Cape Coral, FL 33910 USA | goozer2d@me.com | 11,190.00 | $0.89 |
| 2016/04/24 7 | Phillip Kwong | 2808 warren way Arcadia ca | Phillip4387@yahoo.com | 13,000.00 | $1.60 |
| 2016/04/24 7 | Ong Mei Leng | 804 Chai Chee Road #07-616 S460804 Singapore | Linda.ongml@gmail.com | 254,000.00 | $1.38 |
| 2016/04/24 8 | Takidin, Omar | 3300 NE 191st street # PH5 Aventura, FL 33180 USA | Takidin@aol.com | 20,000.00 | $0.36 |
| 2016/04/24 8 | Rause, David V | 1008 Pointy Knob Rd, Davis, WV 26260 USA | daverause@gmail.com | 6,331.00 | $1.92 |
| 2016/04/24 8 | Fridoon Abawi | 270-F north el camino real 442 Encinitas California 92024 | Fred@westcoastsaunas.com | 22,000.00 | $1.84 |

Common Shareholder Petition for Representation, In re SunEdison Inc. 16-10992

| Date | Name | Address | Email | Shares | Price |
|---|---|---|---|---|---|
| 2016/04/24 8 | JANE ORLANDO J | 3051 SW 114 AVE MIAMI,FL 33165 USA | OJANE27@YAHOO.COM | 35,100.00 | $1.37 |
| 2016/04/24 8 | Doddareddy, Rajitha | 19034, USA | rajitha_c@yahoo.com | 27,000.00 | $1.00 |
| 2016/04/24 8 | Feliciano, Carlos A. | Hc 01 box 5244 Canovanas P.R. 00729 | carlos@stampapr.com | 5,170.00 | $1.53 |
| 2016/04/24 9 | Rodriguez, Joseph E | 331 Market Ct Fullerton CA 92832 USA | Joe85rod@yahoo.com | 9,456.00 | $0.86 |
| 2016/04/24 9 | Steven J Toy | 5033 Big Red Street Apt A | Toys001@hawaii.rr.com | 20,000.00 | $0.76 |
| 2016/04/24 9 | Ferreira, Nuno Carlos | Av.Brasil, 157-7B São Marcos 2735-676 Agualva-Cacém Portugal | nferreira.perinova@gmail.com | 3,350.00 | $2.67 |
| 2016/04/24 9 | HASAN, M Emrul | 7840, 13th street, Burnaby, BC, Canada, V3N 4M2 | emrulhasanprince@gmail.com | 25,000.00 | $1.90 |
| 2016/04/24 9 | Ferry, Carlos F | 6212 S Tonti St | carlos.ferry@gmail.com | 7,000.00 | $0.65 |
| 2016/04/24 9 | Avdoulos Peter G. | 621 Carlson Court, Ste. # 2, Rohnert Park, CA> 94928 | paintflow1@sbcglobal.net | 15,141.00 | $2.73 |
| 2016/04/24 9 | Fordham, Justin R | 1757 emerson lake circle, snellville, ga, 30078, usa | Justinfordham@ymail.com | 47,100.00 | $0.22 |
| 2016/04/24 9 | Subira,pinyol sergio | C progreso 9 zaidin 22530 huesca spain | subi26@hotmail.com | 6,480.00 | $0.60 |
| 2016/04/24 9 | Ragupathi, Sasikala | 407 Aspen Dr, Plainsboro,NJ 08536,USA | Fishing4LifeST@gmail.com | 44,485.00 | $1.30 |
| 2016/04/24 9 | Greenman, Cole Watson | 8109 Manassas Dr, Austin TX, 78745 USA | ecracker44@yahoo.com | 98.00 | $0.37 |
| 2016/04/24 1 | Lazar Cotiga Ioan | Zapor utca 57.4.22, Budapest 1032, Hungary | onulazar@yahoo.com | 10,000.00 | $1.80 |
| 2016/04/24 1 | Drobyshev, Alexander | 418 - 16 The Donway East, North York, ON, M3C 1X8, Canada | a.drobyshev@hotmail.com | 5,127.00 | $1.11 |
| 2016/04/24 1 | Robert E Albright jr | 25 woodside Drive burnt hills, NY, 12027 | Baabl309@yahoo.com | 12,000.00 | $1.85 |
| 2016/04/24 1 | Bal Kaji Gurung | 50 aylmer house,Eastney street, Greenwich, London,UK, SE10 9NU | bal_gurung07@hotmail.com | 13,380.00 | $0.60 |
| 2016/04/24 1 | Jones, Wesley | 1300 Filmore Street, Raleigh NC 27605 USA | joneswesley41@yahoo.com | 4,600.00 | $2.96 |
| 2016/04/24 1 | Hermanson, Jacob L | 1215 46th Ave W, West Fargo, ND 58078 | Jakehermanson@yahoo.com | 25,000.00 | $4.16 |
| 2016/04/24 1 | Jones, Brandon P | 11743 Northpointe Blvd #1118, 77377, Tomball, Texas, USA | enthused1286@gmail.com | 2,400.00 | $1.96 |
| 2016/04/24 1 | van Oosten, Martin HJF | Barnsteen 11, 2719 RR Zoetermeer, The Netherlands | mvo@hccnet.nl | 6,000.00 | $2.49 |
| 2016/04/24 1 | Pardieck, Jason C | 427 Athens Place, Westfield, IN 46074, USA | jasonpardieck@gmail.com | 19,880.00 | $0.34 |
| 2016/04/24 1 | Donna Chan | 158 Booth Avenue, Toronto, Ontario. M4M-2M4 Canada | Donna.chan@sympatico.ca | 97,600.00 | $4.00 |
| 2016/04/24 1 | Re, Christopher J | 27315 Willow Oak CT Canyon Country, CA 91387 USA | Cjre5@yahoo.com | 50,000.00 | $4.17 |
| 2016/04/24 1 | Schubert, Stefan | 90542 Eckental, Ahornweg 1a, Germany | steffelchen@hotmail.com | 11,787.00 | $4.51 |
| 2016/04/24 1 | BINSON NELLISSERY GEORGE | BINSON nellissery george | binson.ng@gmail.com | 9,000.00 | $1.09 |
| 2016/04/24 1 | Wanders, Kevin T | 3802 Jacob stout rd doylestown PA 18902 | Kevin.t.wanders@gnail.com | 2,000.00 | $0.40 |
| 2016/04/24 1 | xavier vasquez | 1829 Lexington Ave Apt 13A New York New York 10029 | xavier360v@gmail.com | 1,116.00 | $0.44 |

Common Shareholder Petition for Representation, In re SunEdison Inc. 16-10992

| Date | Name | Address | Email | Shares | Price |
|---|---|---|---|---|---|
| 2016/04/24 1 | Anjan Kumar Tripathi | 2870 Lower Ridge Drive, Apt 14, Rochester Hills, MI, 48307, USA | anjan.tripathi@gmail.com | 82.00 | $0.61 |
| 2016/04/24 1 | Miller, Joseph D | 341 goose lane, carbondale, co 81623 USA | Mill3rtime7@yahoo.com | 428.00 | $0.36 |
| 2016/04/24 1 | tony w wong | 300 constitution dr #109 virginia beach va 23462 | crazyninjavb@yahoo.com | 100,000.00 | $0.34 |
| 2016/04/24 1 | Velasco, Sergio | 4090 Hodges Blvd. Apt 2112 | velascosr@gmail.com | 3,000.00 | $20.00 |
| 2016/04/24 1 | Ding, Lily | 64-38 185th Street, Fresh Meadows NY 11365 | lding2004_75@hotmail.com | 47,500.00 | $2.01 |
| 2016/04/24 1 | Gould, Michael Wayne | 8989 West Rd. #1433, Houston,TX. 77064 USA | mikeg0891@yahoo.com | 15,449.00 | $0.55 |
| 2016/04/24 1 | Vasquez desi | 466 bayview avenue amityville ny 11701 | Thecouncilmusic718@gmail.com | 413.00 | $0.56 |
| 2016/04/24 1 | VIRGINIA E OWEN | 11421 Alpine Meadow Lan Apt 309, Raleigh, NC 27614, USA | vowen2014@gmail.com22 | 2,298.00 | $1.24 |
| 2016/04/24 1 | Anh Tuan Le | 1806 East West Hwy Silver Spring, MD 20910 | Thetuanster@gmail.com | 10,190.00 | $1.62 |
| 2016/04/24 1 | Cristina Magana | 541 Papyrus Dr. La Habra CA 90631 USA | cris4344@gmail.com | 70,000.00 | $0.34 |
| 2016/04/24 1 | Filmer, Gordon J.F. | 11010 Loyalist Parkway, Bath, Ontario, K0H 1G0 Canada | gfilmer@xplornet.com | 18,000.00 | $0.48 |
| 2016/04/24 1 | Nouvion, philip e | 401 panorama drive Mohegan lake ny 10547 | Pnouvion_316@yahoo.com | 6,600.00 | $1.38 |
| 2016/04/24 1 | Elliott VanFleet | Oakland CA 94612 | Elliot.vanfleet@gmail.com | 9,426.00 | $0.64 |
| 2016/04/24 1 | Lee, Sam | 422 Summit Ave E, unit 701, 98102, Seattle, WA. USA | samironlol3@gmail.com | 60,443.00 | $0.98 |
| 2016/04/24 1 | Salas, Cesar G. | 16612 Pennswood Ave Bellflower, Ca 90706 USA | CHEEZERSALAS@GMAIL.COM | 20,000.00 | $1.85 |
| 2016/04/24 1 | Guzzi, Jeffrey | 13919 Apache Lane, Orland Park, IL, 60462, U.S.A | jeff.guzzi1993@gmail.com | 10,500.00 | $0.29 |
| 2016/04/24 1 | McCready, james | 303 loop road, Monroe, la 7120- | Jamesmccready@yahoo.com | 75,400.00 | $1.13 |
| 2016/04/24 1 | Puvvada Anusha | 3735 James Trail Dr Cumming GA 30041 USA | ganginenimurali@gmail.com | 30,000.00 | $1.98 |
| 2016/04/24 1 | Peters, Joseph f | 2719 Floyd st | Joegatejr@aol.com | 40,000.00 | $3.64 |
| 2016/04/24 1 | Rhine Solutions LLC | 4440 Mendenhall Dr, Dallas, TX 75244 | Justindrhine@hotmail.com | 850,000.00 | $4.08 |
| 2016/04/24 1 | Richard S. Emmet Aaron | 4419 Cooper Road | amhere1946@live.com | 5,800.00 | $0.34 |
| 2016/04/24 1 | Beaver, Daniel J | 1332 n via Ronda oriente, Tucson, AZ 85715, USA | Daniel.beaver@outlook.com | 12,000.00 | $0.50 |
| 2016/04/24 1 | Ebenstein, max e | 240 Kelton street apt 6 Allston ma 02134 | Ebenstein.max@gmail.com | 125.00 | $0.61 |
| 2016/04/24 1 | Jaroslav Knotek | Jesenik, Czech Republic | Klairon@seznam.cz | 10,355.00 | $2.44 |
| 2016/04/24 1 | Diego Jarrin | 900 Biscayne Blvd. Apt 5509, Miami, Florida, 33132 | djarrins@gmail.com | 341.00 | $1.61 |
| 2016/04/24 1 | Markus chris john | 907 7th st montrose British Columbia box 486 V0G1P0 | cjmarkus@telus.net | 11,000.00 | $1.50 |
| 2016/04/24 1 | Getto, Almut | Rolandstr.72 50677 Cologne Germany | tumla@icloud.com | 6,000.00 | $6.10 |
| 2016/04/24 1 | Skidmore, Peter J | Pete Skidmore | petewsretail@gmail.com | 100,000.00 | $1.94 |
| 2016/04/24 1 | Brian Liao | 220 1st St. #103 Kirkland, WA 98033, USA | brianliao815@gmail.com | 7,064.00 | $0.99 |
| 2016/04/24 1 | Matriya, Vivek | 1485 Leverette Rd, apt 2302, Warner Robins, GA 31088, USA | rama6126@gmail.com | 18,000.00 | $1.60 |

Common Shareholder Petition for Representation, In re SunEdison Inc. 16-10992

| Date | Name | Address | Email | Shares | Price |
|---|---|---|---|---:|---:|
| 2016/04/24 1 | Verderame, Nicholas D | 1599 8th Street SE, Minneapolis, MN 55414-1760, USA | verderame0616@gmail.com | 1,000.00 | $0.65 |
| 2016/04/24 1 | Sholom Elberg | 1281 Carroll street, Brooklyn, n.y. 11213, USA | Sealteaml22@yahoo.com | 15,310.00 | $6.00 |
| 2016/04/24 1 | Nguyen, Tuan Minh | 3307 E. Clark Wichita, Kansas-67218 | tuan20202@gmail.com | 40,400.00 | $0.38 |
| 2016/04/24 1 | Venugopal gaddam | 19732 2nd dr se Bothell 98012 | venugopal262@gmail.com | 19,330.00 | $0.59 |
| 2016/04/24 1 | kwang s chuan | 921 Edith Ave Apt I, Alhambra, California, 91803 | Ls714akouki@gmail.com | 69,301.00 | $0.46 |
| 2016/04/24 1 | Lino Suarez Diaz | 1700 bronzewood CT. Thousand Oaks, CA 91320, US | linosuarezd@gmail.com | 75,000.00 | $0.42 |
| 2016/04/24 1 | Gabriel Day | 2803 Mix Ave, Bay City MI 48708, USA | daygabri@gmail.com | 94.00 | $0.33 |
| 2016/04/24 1 | Hovanec, Bradley P | 7605 Adams Street, Apt 2, Forest Park, IL 60130, USA | Bhovanec92@gmail.com | 4,000.00 | $0.34 |
| 2016/04/24 1 | Stephen Samaroo | 2301 Hayes Rd Apt 7609 Houston, TX 77077 USA | stephen.m.samaroo@gmail.com | 7,650.00 | $0.42 |
| 2016/04/24 1 | Hickey, Patrick Joseph | 1702 Cass drive Bel Air MD 21015 | phickey.ph@gmail.com | 5,525.00 | $1.14 |
| 2016/04/24 1 | RAM KESAVAN | 6064 SAINT PAUL ROAD, TROY, MI 48098 | ITISALLKARMA@YAHOO.COM | 100,000.00 | $1.00 |
| 2016/04/24 1 | Damien Teague | 5505 Valmont Rd #107, Boulder Co 80301 | damienteague@gmail.com | 2,504.00 | $0.86 |
| 2016/04/24 1 | Roshan Srinath Mirajkar | 6413 Racetec Court | roshanmirajkar@yahoo.com | 939.00 | $2.46 |
| 2016/04/24 1 | Boyea, Gary R | 75 Court St Cromwell CT 06416 USA | grboyea@aol.com | 18,000.00 | $1.37 |
| 2016/04/24 1 | Eric | Belper, Tara, Navan, Co. Meath , IRELAND | eric.wilkinson.irl@gmail.com | 650.00 | $0.39 |
| 2016/04/24 1 | Pham Hung V | 12238 Adams St. Thornton, CO. 80241 | hungvp@yahoo.com | 52,875.00 | $5.00 |
| 2016/04/24 1 | St-Arneault, Denis | 2588 Buttery Street, Windsor, ON, CANADA  N9E 4L9 | denis.st.arneault@gmail.com | 5,500.00 | $3.13 |
| 2016/04/24 1 | Prasad V | 2508 Durango Ln , Naperville , il 60564 | vsnprasad27@gmail.com | 2,523.00 | $7.42 |
| 2016/04/24 1 | Ma, Teng | 1951 Denton Ave APTC | mt880501@gmail.com | 53,300.00 | $1.80 |
| 2016/04/24 1 | Marko, Alexander | 2728 Hood Street APT 126 Dallas TX, 75219 USA | amarko0519@yahoo.com | 150,000.00 | $0.24 |
| 2016/04/24 1 | Alexander, Joshua W. | 5903 Babcock Rd. #907, San Antonio, TX USA 78240 | jalex5678@aol.com | 15,200.00 | $1.22 |
| 2016/04/24 1 | Scherr, James A | 3777 Jewell St. Apt E San Diego CA 92109 USA | james_scherr@hotmail.com | 1,414.00 | $0.64 |
| 2016/04/24 1 | Petros mekonnen | 21126 W 71st ST Shawnee KS 66218 | Peter.mekonnen@gmail.com | 7,000.00 | $1.80 |
| 2016/04/24 1 | Liang, Tony | 1925 Naio Street, Honolulu, Hi 96817 | Tonyliang411@gmail.com | 14,000.00 | $1.25 |
| 2016/04/25 1 | Alen Mrkulic | 2079 31st Astoria NY 11105 USA | Mrkulicalen@hotmail.com | 2,500.00 | $1.87 |
| 2016/04/25 1 | Smitg, Robert A | 29 Moor Road, Prudhoe UK, Ne 42 5LI | robsilversmith@gmail.com | 11,013.00 | $0.42 |
| 2016/04/25 1 | Katerina Harms | 93-1845 Lysander Crescent SE, Calgary AB, T2C1X9, Canada | kacaba@gmail.com | 8,600.00 | $3.57 |
| 2016/04/25 1 | Brett Pitblado | 110 Riverview Street, Oakville Ontario, Canada. L6L 5P7 | bpitblado@sympatico.ca | 103,000.00 | $1.65 |
| 2016/04/25 1 | Robert James Kubaiko | 21880 Green Hill Rd . Farmington Hills, Mi USA | robertjames26@gmsil.com | 3,030.00 | $4.00 |
| 2016/04/25 1 | Muzaffar Rakhmatov | 197, 1 St.George Wharf, London. SW82DU UK | muzaffar_pr@yahoo.com | 24,839.00 | $1.18 |
| 2016/04/25 1 | Tyler Pendleton | 566 Roycroft Blvd. buffalo NY 14225 | Pendlett@canisius.edu | 5,370.00 | $0.49 |

Common Shareholder Petition for Representation, In re SunEdison Inc. 16-10992

| Date | Name | Address | Email | Shares | Price |
|---|---|---|---|---:|---:|
| 2016/04/25 1 | Vikstrom, Jared S | 8215 E. Park Terrace Ln., Anaheim Hills CA 92808. USA | jsviks@yahoo.com | 319,000.00 | $1.52 |
| 2016/04/25 1 | Singh Harmohab | 908 Reeve st, Santa Clara, CA 95050 USA | Harmohansingh@gmail.con | 6,025.00 | $0.48 |
| 2016/04/25 1 | Glenn Henderson | 508 seven oaks park, hoover, alabama 35242 | Peasouper1949@gmail.com | 34,120.00 | $0.54 |
| 2016/04/25 1 | Nikolaos G. Gavrilis | 802 Dudley Lane Point Pleasant NJ 08742 | Implantdds@hotmail.com | 80,000.00 | $0.34 |
| 2016/04/25 1 | Werner, Justin Thomas | 445 SW Edgewater Depoe Bay Oregon 97367 USA | captain@thestockmarketbay.com | 104,000.00 | $0.44 |
| 2016/04/25 1 | Ertulien, Wesly C | Union NJ 07083 | Leyley75@yahoo.com | 10.00 | $5.00 |
| 2016/04/25 1 | Adams, David J | 702 South Aspen St,14, Lincolnton, NC 28092, USA | djadams@mymail.gaston.edu | 2,590.00 | $0.38 |
| 2016/04/25 1 | JAMES GUSCIORA A | 11061 Wren St NW, Coon Rapids, MN 55433 | 22gusgus@gmail.com | 127.00 | $0.39 |
| 2016/04/25 1 | Leland, Matthew D. | 8604 Looking Glass Rd. Linden, NC 28356 | mustang391@juno.com | 24,500.00 | $0.43 |
| 2016/04/25 1 | Jim Semler | 8 Stoney brook ln | Jsemler88@gmail.com | 2,500.00 | $1.80 |
| 2016/04/25 1 | Monger, Andrew J | 2025 Woodmont Blvd. Nashville, TN 37215 | monger1691@gmail.com | 30,000.00 | $0.61 |
| 2016/04/25 1 | Harris Hasan | 5013 Village Terrace Drive, Atlanta, GA 30338, USA | harrishasan2@gmail.com | 4,324.00 | $0.39 |
| 2016/04/25 1 | Smith, J | Worcestershire. United Kingdom | 1993jacksmith@googlemail.com | 900.00 | $1.65 |
| 2016/04/25 1 | Dakessian,Vicken | Canada Montreal 3555 cote des neiges apt#1910 H3h1v2 | Vickendakessian@hotmail.com | 30,000.00 | $0.72 |
| 2016/04/25 1 | Steven V. Duran | 3413 Nottingham Drive, Denton, TX 76209 | ee@automotiverobotics.net | 16,200.00 | $3.09 |
| 2016/04/25 1 | Hobby, John E. Jr. | 750 Brook Hollow Nashville, TN 37205 USA | jrhobby13@gmail.com | 16,700.00 | $1.51 |
| 2016/04/25 1 | Lee, Sean W | 1616 W 24th St. Los Angeles, CA 90007 USA | hotdumplings@gmail.com | 10,000.00 | $0.37 |
| 2016/04/25 1 | Trevor Hron | 208 Cottonwood Po Box 394 Higgins Tx. 79046 | thron79@gmail.com | 14,384.00 | $1.92 |
| 2016/04/25 1 | Mauricio a pachon | 2803 Angela way dr Spring tx 77386 | Mauricio41pachon@yahoo.com | 50,000.00 | $1.07 |
| 2016/04/25 1 | Mikhail Nuriyev | 780 Gaines school rd. Athens Ga 30605 apt 87 | nurievmikhail@yahoo.com | 3,800.00 | $1.50 |
| 2016/04/25 1 | Juan Carlos de la Torre | 1113 Lake Shore dr., Pearland, Texas, 77581 | dltorre@att.net | 20,000.00 | $0.44 |
| 2016/04/25 2 | Ward, Linda Robin | 63 Fearrington Post, Pittsboro, NC 27312 | robinwardrw@gmail.com | 2,700.00 | $3.40 |
| 2016/04/25 2 | Osman Elbeyli | 7903 Orion Circle #155 Laurel, MD 20724 | oselbey@yahoo.com | 40,000.00 | $2.67 |
| 2016/04/25 2 | Lively, Clayton L | 960 Heathshire Dr, Centerville, OH 45459, USA | ClayLively@gmail.com | 33,800.00 | $1.67 |
| 2016/04/25 2 | Williams Randy H | 104 Arbor trail Springtown Texas 76082 USA | rhwpew@gmail.com | 54,750.00 | $4.86 |
| 2016/04/25 2 | Fink,Gary,Allen | 645 Independence Blvd Dover,DE 19904 | gary@finks.us | 8,371.00 | $0.36 |
| 2016/04/25 2 | Alanis, Manuel | 6000 Shepherd Mtn Cv 1906, Austin TX 78730, USA | manuelalanis@att.net | 4,000.00 | $4.56 |
| 2016/04/25 3 | Diego Pittaluga | 5200 mountain blvd oakland ca 94619 | diego.pittaluga@gmail.com | 10,000.00 | $2.00 |
| 2016/04/25 3 | Perkins, Joshua M | 12036 North 1000th Road Effingham, IL 62401 | jperkins019@gmail.com | 6,500.00 | $1.43 |
| 2016/04/25 3 | James Chavan | 5209 Ilchester Rd Ellicott City | jameschavan@gmail.com | 50,000.00 | $1.20 |
| 2016/04/25 3 | Kavita Chavan | 5209 Ilchester Rd Ellicott City | kjchavan@gmail.com | 39,000.00 | $0.68 |
| 2016/04/25 3 | Lee,Deukjoo | 650 n leora ln #1427 | westeastlee@yahoo.com | 1,880.00 | $2.00 |

Common Shareholder Petition for Representation, In re SunEdison Inc. 16-10992

| Date | Name | Address | Email | Shares | Price |
|---|---|---|---|---:|---:|
| 2016/04/25 3 | Todd Parmelee | 12044 Frederick Rd, Ellicott City, MD 21042 | tdparmelee@gmail.com | 17,400.00 | $1.66 |
| 2016/04/25 4 | Davison, Paul | 3 Acklam Avenue, Sunderland, uk | paul.davison1981@gmail.com | 8,500.00 | $2.24 |
| 2016/04/25 4 | Raza, Nasir Masood | 9767 Deer Trail Dr., San Diego, CA, 92127 | nasir.raza@gmail.com | 6,520.00 | $2.83 |
| 2016/04/25 4 | Ralph J Auriemma | 215 4 th street Ridgefield Park NJ 07660 USA | Rauriemma7@ msn. Com | 9,000.00 | $5.00 |
| 2016/04/25 4 | Foroutan, Arvin | 4676 Brewster Drive, Tarzana, CA 91356 | arvin.foroutan@gmail.com | 26,937.00 | $1.37 |
| 2016/04/25 4 | Tam Tran | 514 shadeland ave, drexel hill, pa 19026 | bethino@gmail.com | 70,000.00 | $1.43 |
| 2016/04/25 4 | Foroutan, Mohammad | 4676 Brewster Drive, Tarzana, CA 91356 | mike.foroutan@gmail.com | 26,379.00 | $1.70 |
| 2016/04/25 4 | Kurt r ulrich | 8950 center road neenah wi 54956 | Emily_george@live.com | 3,300.00 | $1.84 |
| 2016/04/25 4 | Kovner, Gary J | 16 Jessica Drive, A, Stoughton,MA 02072 | garykovner@comcast.net | 13,000.00 | $0.34 |
| 2016/04/25 4 | Kenny R Jin | 14940 15th Dr Whitestone NY, 11357 | Kenjix217@gmail.com | 19,000.00 | $4.00 |
| 2016/04/25 4 | Boyd,Richard J | 2848 sw 129 ave miramar fl 33027 | turboman2343@aol.com | 37,800.00 | $1.31 |
| 2016/04/25 4 | Shailesh Maniyana Subbanna | Pasir ris Drive 1, BELYSA, BLK 59B, #11-17, Singapore-519532 | beenaay@gmail.com | 30,000.00 | $3.00 |
| 2016/04/25 4 | Mundell, Shah, K | 11134 La Maida Street, North Hollywood, CA 91601, USA | mundell.shah@gmail.com | 1,750.00 | $3.98 |
| 2016/04/25 4 | Jordan, Sean M | 1601 N Shackleford Rd. Little Rock, AR 72211 USA | jordansm@hendrix.edu | 200.00 | $0.50 |
| 2016/04/25 4 | Stephen Wasilewski | 163 West 31st Street Bayonne, NJ 07002 USA | Stephen12375@aol.com | 10,000.00 | $0.46 |
| 2016/04/25 4 | Adele Stewart Macmillan | 22 Sycamore Drive, East Hampton, NY 11937 | amacmill@optonline.net | 2,000.00 | $0.51 |
| 2016/04/25 4 | Kearns, Patrick W | 105 Country View Dr, Winfield Mo 63389 | Patrickkearnsjr@yahoo.com | 20,400.00 | $18.00 |
| 2016/04/25 4 | Hackmeister, Brian P | 5702 Sun Lake Drive St. Charles MO 63301 | Brian.hackmeister@gmail.com | 2,006.00 | $2.05 |
| 2016/04/25 4 | ALLDREDGE, ALAN | 2723 Vanderbilt Ln #11 Redondo Beach, CA 90278 | allalldredge@gmail.com | 4,800.00 | $1.24 |
| 2016/04/25 5 | Andrew beck | 45 ammons drive Fletcher nc 28732 | Atbeck7211@gmail.com | 1,200.00 | $4.50 |
| 2016/04/25 5 | Rhodes, Alexander Chase | 5274 wild cedar drive Buford GA 30518 | Acrhod2286@gmail.com | 929.00 | $2.27 |
| 2016/04/25 5 | Greenstein David Allen Jr | 120 Rahway Ave South Plainfield NJ 07080 | Dgreen908@gmail.com | 40,000.00 | $1.64 |
| 2016/04/25 5 | Haricharan Dingari | 265 slater street Apt 420 Manchester CT 06042 | Dingarih@gmail.com | 6,370.00 | $0.96 |
| 2016/04/25 6 | Jeong Jun Hong & kim woo yong | Republic of korea, balan | jjh9797@gmail.com | 130,000.00 | $2.50 |
| 2016/04/25 6 | Richardson, Matthew Brian | 223 west bulldog Blvd ste 117 Provo Utah 84604 | Mr4804@gmail.com | 13,000.00 | $6.00 |
| 2016/04/25 6 | Pranav Gupta | 16566 NW Paddington Dr, Beaverton, OR. 97006 | pranavid@gmail.com | 35,000.00 | $1.62 |
| 2016/04/25 6 | Baroudos, Michael G | 14163 San Antonio Drive Rancho Cucamonga, CA | Mihali1986@me.com | 6,231.00 | $0.83 |
| 2016/04/25 6 | Josef Kraus | 33-3626 Mission Springs Dr., Kelowna B.C. Canada V1W 5L1 | eurocockpit@gmail.com | 3,700.00 | $2.28 |
| 2016/04/25 6 | Caron, paul | 2332 chateaubriand, quebec city, qc, canada G2E4E2 | Interpaulcaron@gmail.com | 150.00 | $0.30 |
| 2016/04/25 6 | Maldonado, Christian | 416-2 Pocahontas Ave, Ronceverte, wv 24970 | christianme@cox.net | 400.00 | $1.85 |
| 2016/04/25 7 | Anskjær, Jan | Strandbakken 40, 4400 Kalundborg - Denmark | jan@ anskjaer.dk | 5,000.00 | $1.30 |

Common Shareholder Petition for Representation, In re SunEdison Inc. 16-10992

| Date | Name | Address | Email | Shares | Price |
|---|---|---|---|---:|---:|
| 2016/04/25 8 | Ivan Slanina | Hostice 6, 76813, Czech republic | ikob@ikob.cz | 10.00 | $0.32 |
| 2016/04/25 8 | Aganon Wilbert Oasay | 173 S. Lehua Street Kahului, HI 96732 | Waganon7685@gmail.com | 4,300.00 | $3.36 |
| 2016/04/25 8 | Vasquez, Hipolito R | 466 bayview ave , Amityville NY 11701 | Pucho_vasquez@aol.com | 12,235.00 | $0.97 |
| 2016/04/25 1 | Boulais, Robert W | 3035 Buttercup Lane, Lake Placid FL 33852, USA | rwboulais@gmail.com | 32,800.00 | $0.53 |
| 2016/04/25 1 | Fedorovsky, Yury | 41-30 Rys Ter, Fair Lawn, NJ 07410 | yfedorovsky@gmail.com | 5,306.00 | $0.63 |
| 2016/04/25 1 | Wohlgemuth, Delwin J | 12898 Kedelston Circle Fort Myers FL USA | Delwinwohlgemuth@comcast.net | 135,200.00 | $2.80 |
| 2016/04/25 1 | VAN ROSSEM, Filip Georges Petrus | Kalandestraat 8 - B9000 GENT _ BELGIUM | fvanrossem@telenet.be | 150,000.00 | $3.13 |
| 2016/04/25 1 | Quirion Olivier | 752 ch mont granit O, Thetford Mines, quebec, Canada, g6g 5r7 | oliquir@yahoo.ca | 19,500.00 | $0.41 |
| 2016/04/25 1 | Muhammad Afzal Aziz | Fasanenstr 187 82008 Unterhaching germany | Aziz.afzal@gmail.com | 24,000.00 | $1.50 |
| 2016/04/25 1 | Schedlbauer, Markus | Karl Heinz Strasse 67/1/71 1230 Vienna AUSTRIA/EUROPE | mks22@gmx.at | 1,950.00 | $3.20 |
| 2016/04/25 1 | Kaiser, Philip B | 20 Brongo Lane Spencerport, NY 14559 | splats62@hotmail.com | 2,110.00 | $2.01 |
| 2016/04/25 1 | Daniel Quinn | 57 Lexington Rd Tappan, NY 10983 | mghtyquinn@aol.com | 1,685.00 | $0.35 |
| 2016/04/25 2 | Donna Chan | 158 Booth Avenue, Toronto, On., M4M-2M4 Canada | Donna.chan@sympatico.ca | 97,600.00 | $4.00 |
| 2016/04/25 2 | Cheng Yi | 1421 Roper Mountain Road APT 272, Greenville SC 29615 | tarmendeos@gmail.com | 270,000.00 | $0.66 |
| 2016/04/25 2 | William P Ihrie II | 555 Whitethorn Drive Gastonia NC 28054 USA | wilbill891@hotmail.com | 6,000.00 | $1.48 |
| 2016/04/25 3 | Bacchus Salim | 111 Manhattan Ave NY NY 10025 USA | Sbacchus2003@yahoo.com | 20,000.00 | $0.60 |
| 2016/04/25 3 | Rasmus Bolvig Petersen | Mirabellevej 32, 2635 Ishoj Denmark | rasmusbolvigpetersen@gmail.com | 24,400.00 | $0.91 |
| 2016/04/25 3 | Harry Li | 1710-7 King Street East, Toronto, Ontario, Canada | harryli485@yahoo.com | 10,236.00 | $1.50 |
| 2016/04/25 3 | O'Neill Sheldon S | 40 Golders Green Lane Nepean Ontario Canada, K2J 5C1 | martindale2013@gmail.com | 5,200.00 | $4.15 |
| 2016/04/25 3 | Bauer, Fenton F | 1011 Bartlett, Katy, TX 77493 USA | ffbauer@netscape.com | 23,000.00 | $0.83 |
| 2016/04/25 3 | Rayis,Elaine M | 801 N Edison Royal Oak Mi 48067 | Erayis0224@gmail.com | 950.00 | $1.60 |
| 2016/04/25 3 | Mark Christopher Hubrich | 2941 Kings Walk Ave, Marietta, GA 30062 USA | mhubrich@yahoo.com | 250,000.00 | $3.27 |
| 2016/04/25 4 | Albrechtsen, Rasmus Vilain | Telefontorvet 4. 1, TV, 8000 Aarhus C, Denmark | rasmus@slikhaarshop.com | 150,000.00 | $0.67 |
| 2016/04/25 4 | Magliaro, Patrick B. | 1027 Holly Hall Drive, Richmond TX 77406 | Patrick.Magliaro@gmail.com | 30,000.00 | $0.38 |
| 2016/04/25 4 | Peji, Dennis B | 7306 Stride Avenue Burnaby BC Canada | D_peji@yahoo.com | 47,300.00 | $0.52 |
| 2016/04/25 4 | Cesar Izaguirre | 725 Napoleon St, South Bend, IN, 46617, USA | cesar.izaguirre@all.com | 9,551.00 | $0.35 |
| 2016/04/25 4 | Hjalmar Moritz | LAnghus 5, 6200 Aabenraa Denmark | Hjalmarmoritz@hotmail.com | 28,000.00 | $1.00 |
| 2016/04/25 6 | Roger Si | 3332 perry ave bronx ny 10467 | luuthaw@yahoo.com | 34,127.00 | $1.75 |
| 2016/04/25 8 | Hanlun Fan | 3610 S. Nogales St. #222, West Covina, CA 91792 | exgifan@yahoo.com | 80,000.00 | $0.42 |
| 2016/04/25 8 | Stille, Travis D | 11735 S Shannan St, Olathe, KS 66062 | travisstille@gmail.com | 3,700.00 | $1.12 |

Common Shareholder Petition for Representation, In re SunEdison Inc. 16-10992

| Date & # | Name | Address | Email | Shares | Price |
|---|---|---|---|---:|---:|
| 2016/04/25 8 | McEwan, Michael Scott | 318 W Division Rd, Valparaiso, IN, USA 46385 | msmcewan@consultant.com | 22,600.00 | $3.20 |
| 2016/04/25 8 | Nickolas Alvarez | 9401 Southwest Fwy Houston, TX 77074 | nick.s.alvarez@gmail.com | 5,600.00 | $0.64 |
| 2016/04/25 8 | peralta, vanessa | mitla 113, mexico, mexico city | vbperaltarubio@yahoo.com | 2,000.00 | $1.62 |
| 2016/04/25 8 | Patrick Cymik | Marienburger Str. 25G, 47443 Moers, Germany | P.Cymik@gmx.de | 3,400.00 | $0.37 |
| 2016/04/25 8 | Barker Jeffrey | 460 Oak St. Youngstown, NY 14174 USA | jeffrey.barker@gmail.com | 8,140.00 | $1.85 |
| 2016/04/25 9 | Derin, Bulent | 117 Rugen Ln. 77845 College Station, TX USA | bulentderin@gmail.com | 23,140.00 | $1.50 |
| 2016/04/25 9 | Lema, James D | 33 Main St N, Georgetown, Ontario, L7G 3H1 | jameslema@hotmail.com | 2,000.00 | $1.24 |
| 2016/04/25 9 | Witzleben, Patrick D. | 1471 Cache Drive Anchorage, AK 99507 | Witzplace@gmail.com | 10,000.00 | $0.38 |
| 2016/04/25 9 | Shetty, Rajat | 48 Village Brook Ln, Apt 18, Natick, MA - 01760 | rajatshetty@gmail.com | 14,600.00 | $0.35 |
| 2016/04/25 9 | Pane Beriton | 11003 kelvin ave philadelphia pa 19116 | Beriton_pane@yahoo.com | 9,000.00 | $6.84 |
| 2016/04/25 9 | Turner, Jerry w | 2417 Dover Ave. Jackson, MI. 49202 | jtenterprise77@gmail.com | 2,500.00 | $1.65 |
| 2016/04/25 9 | Wiedmont sally | 812 Chelsea street forked river nj 08731 | Sallywiedmony@gmail.com | 4,000.00 | |
| 2016/04/25 9 | Steinmetz, rebecca | 1647 Madison place, brooklyn, NY, 11229, USA | r1b1s@yahoo.com | 11,500.00 | $2.36 |
| 2016/04/25 9 | cristian dan | 6649 N Maplewood, Chicago, IL, 60645, USA | cristicdc@hotmail.com | 90,000.00 | $0.39 |
| 2016/04/25 9 | Danelz, jordan, ashton | 2240 Oliver avenue Memphis tennessee | Jordandanelz@gmail.com | 31,000.00 | $3.00 |
| 2016/04/25 9 | Worthley, John B | 723 S.Atherton ST APT#202, State College, PA, USA, 16801 | jwjop1@gmail.com | 8,270.00 | $1.00 |
| 2016/04/25 9 | Austin, Raymond L | 8643 Cottage Road, South Dayton, NY 14138,US | rayaustin0081@yahoo.com | 1,737.00 | $0.34 |
| 2016/04/25 1 | Romain Dorange | 38 chemin de l'abbaye 74940 Annecy le vieux France | Romain.dorangep@gmail.com | 136,000.00 | $1.50 |
| 2016/04/25 1 | Karen campbell | 7354 w forest preserve ave | khcampbe11@yahoo.com | 70,000.00 | $0.81 |
| 2016/04/25 1 | Wong, Philip Kin-Dak | 104 Azimuth Dr., Austin, TX 78717 | philwong@alumni.utexas.net | 17,200.00 | $9.69 |
| 2016/04/25 1 | Sheikh Mohsin | 915 Excalibur Drive, Highland Village, TX 75077 | samuddin431@yahoo.com | 47,000.00 | $6.00 |
| 2016/04/25 1 | Frankel, Justin T | 52 Pine Tree Hill Rd, Shelton,Ct 06484, USA | Justin_frankel@yahoo.com | 45,807.00 | $1.30 |
| 2016/04/25 1 | Smolin, Sergey Y | 622 N. 32nd Street, Apt. C, Philadelphia PA 19104 | ssmolin.drexel@gmail.com | 9,400.00 | $0.39 |
| 2016/04/25 1 | Gali Sandeep Reddy | 3461 Bradbury Cir Aurora IL 60504 | Sandeepk3745@gmail.com | 17,950.00 | $1.54 |
| 2016/04/25 1 | Marlene Romany | 1285 Ciara Drive, Bethlehem, PA 18017 | Mromanyfelton@yahoo.com | 7,000.00 | $2.98 |
| 2016/04/26 1 | Barger, Andrew H | 5133 Grand Palmetto Way North Port, FL 34291 | heritagecorners@yahoo.com | 14,000.00 | $2.33 |
| 2016/04/26 1 | Meeks, P Tyler | 9893 s electra lane, utah 84094 usa | Ptylermeeks@gmail.com | 850.00 | $5.88 |
| 2016/04/26 1 | Wing Leung C Cheung | 129 barbey st brooklyn ny 11207 | curtis138@gmail.com | 10,000.00 | $0.70 |
| 2016/04/26 1 | Larson, John Arthur | 9016 N Ware rd McAllen Tx 78504 | jal1432001@yahoo.com | 8,465.00 | $3.78 |
| 2016/04/26 1 | Joseph, Michael L | 356 Coronado rd Venice, FL 34293, United States | Mjoseph01@gmail.com | 7,741.00 | $5.11 |
| 2016/04/26 1 | Joseph, Kelly A | 356 Coronado rd Venice, FL 34293, United States | kjoseph12345@gmail.com | 3,158.00 | $4.71 |
| 2016/04/26 1 | Joseph, Michael L | 2202 seaboard ave Venice, FL 34293, United States | michaeljosephsr@gmail.com | 2,648.00 | $3.84 |
| 2016/04/26 2 | Testani, Maria | 10 Penguin Lane, Commack, NY 11725 USA | Newworldsec@optonline.net | 5,000.00 | $0.34 |

Common Shareholder Petition for Representation, In re SunEdison Inc. 16-10992

| | | | | |
|---|---|---|---|---|
| 2016/04/26 3 Pettie, Larry Preston, Jr. | 19201 Upper Fort Hampton Drive | larry_pettie@yahoo.com | 5,675.00 | $1.28 |
| 2016/04/26 3 Phan Thi Banguyen | 2268 Zoria Cir. San Jose CA, 95131 USA | thibphan@yahoo.com | 31,024.00 | $1.88 |
| 2016/04/26 4 Vitale, Anthony, J | 145 West Blvd , East Rockaway, NY, 11518, USA | Tonyvitale22@gmail. Com | 4,500.00 | $0.38 |
| 2016/04/26 6 Thomas, Kelly L | Shreveport LA 71104 USA | Kelly@teamsoftomorrow.com | 157,350.00 | $1.50 |
| 2016/04/26 9 Shotiveyaratana, Vena | 381 Dolores St. San Francisco, CA 94110 | mikewan21@yahoo.com | 70,000.00 | $3.02 |
| 2016/04/26 1 marvin arrecis | 426 Beardsley ave, bloomfield NJ 07003 | speedfrik05@gmail.com | 5,200.00 | $1.22 |
| 2016/04/26 2 Pasquale Cardenia | Via sopra la croce 6, 80069 vico equense (Napoli), Italia | Pasqualecardenia@gmail.com | 21,000.00 | $0.36 |
| 2016/04/26 2 Scott, Ryan M | 843 Old Taxville Rd York PA 17404 | Rswre05@gmail.com | 2,700.00 | $0.88 |
| 2016/04/26 2 Wallrath, Kyle P | 1443 Scilly Cay Lane. Jupiter, FL 33458 | Kyle@Floridapipe.com | 2,200.00 | $4.38 |

| | | | | |
|---|---|---|---|---|
| **Entries** | **254** | **Total Shares** | **8,599,323.00** | |
| | | **Total Average** | | **$1.93** |