UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SUNEDISON, INC.**, *et al.*, | : | Case No. 16-10992 (SMB) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| | : | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 2, 2016 AT 11:30 A.M.

Location of Hearing:    Before the Honorable Stuart M. Bernstein, Courtroom 723, Manhattan Courthouse, One Bowling Green, New York, NY 10004-1408

I.    **UNCONTESTED MATTER**

1. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363(b), 363(f), 363(m), 1107, and 1108 and Bankruptcy Rules 2002, 6004, 9006, and 9019 Authorizing and Approving Entry Into Commitment Letter for Certain Project Sales and Granting Releases in Connection Therewith (Docket No. 374)

    Objection Deadline:    June 2, 2016 at 11:30 a.m.

    Responses Filed:    None to date.

    Replies Filed:    None to date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

Additional Documents:

A. Order to Show Cause Scheduling Hearing on Shortened Notice for the Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363(b), 363(f), 363(m), 1107, and 1108 and Bankruptcy Rules 2002, 6004, 9006, and 9019 Authorizing and Approving Entry Into Commitment Letter for Certain Project Sales and Granting Releases in Connection Therewith (Docket No. 366)

B. Declaration of J. Eric Ivester Pursuant to Local Bankruptcy Rule 9077-1(a) in Support of Order to Show Cause Scheduling Hearing on Shortened Notice for the Debtors Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363(b), 363(f), 363(m), 1107, and 1108 and Bankruptcy Rules 2002, 6004, 9006, and 9019 Authorizing and Approving Entry Into Commitment Letter for Certain Project Sales and Granting Releases in Connection Therewith (Docket No. 374)

C. Notice of Revised Start Time for Hearing on June 2, 2016 (Docket No. 387)

Status: A proposed final order will be submitted for consideration by the Court.

## II. INITIAL CASE CONFERENCE

2. Order Scheduling Initial Case Conference (Docket No. 92)

Objection Deadline: June 2, 2016 at 11:30 a.m.

Responses Filed: None to date.

Replies Filed: None to date.

Additional Documents:

A. Order Granting Debtors' Amended Motion For Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 1015, 2002, 9007, and 9036, and Local Bankruptcy Rule 2002 Authorizing the Establishment of Certain Notice, Case Management, and Administrative Procedures (Docket No. 360)

B. Notice of Revised Start Time for Hearing on June 2, 2016 (Docket No. 387)

Status: This matter will be going forward.

Dated: New York, New York
May 31, 2016

          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Jay M. Goffman*
    Jay M. Goffman
    J. Eric Ivester
    Four Times Square
    New York, New York 10036-6522
    Telephone: (212) 735-3000
    Fax: (212) 735-2000

-and-

James J. Mazza, Jr. (admitted *pro hac vice*)
Louis S. Chiappetta (admitted *pro hac vice*)
155 N. Wacker Dr.
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*