**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:  SUNEDISON, INC., et al.,                      Case No.: 16-10992 smb

                                                                           Chapter 11

                                  Debtor

---------------------------------------------------------------x

                                                           Adversary Proceeding No.: _____

                               Plaintiff

                            v.

                               Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of Jay H. Ong, to be admitted, *pro hac vice*, to represent Solar Prime LLC, (the "Client") a creditor and party in interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Western District of Texas,  it is hereby

      **ORDERED**, that Jay H. Ong, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May 31st, 2016

New York, New York                           /s/  STUART M. BERNSTEIN
                                                       UNITED STATES BANKRUPTCY JUDGE