# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SUNEDISON, INC., *et al.*,<br><br>Debtors.[1] | Case No. 16-10992 (SMB)<br>Chapter 11<br><br>(Joint Administration Pending) |

**ORDER GRANTING MOTION TO PRACTICE, *PRO HAC VICE,* OF MATTHEW S. RORK**

Upon the motion of Matthew S. Rork to be admitted, *pro hac vice*, to represent Scanio family, LTD. (the "Client"), an interested party and possible creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bars in the States of California and Colorado, and the bar of the United States District Courts for Colorado and the Northern, Central, and Southern Districts of California, it is hereby

ORDERED, that Matthew S. Rork, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

New York, New York

DATED: May 31st, 2016

BY THE COURT
/s/ STUART M. BERNSTEIN
The Honorable Stuart M. Bernstein
United States Bankruptcy Court Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.