CHAPMAN AND CUTLER LLP
James M. Heiser
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000

-and-

Steven Wilamowsky
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 655-6000

*Counsel for PNC Energy Capital, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SUNEDISON, INC.,** *et al.,* | Case No. 16-10992 (SMB) |
| **Debtors.**[1] | (**Jointly Administered**) |

**CERTIFICATE OF SERVICE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

I, James M. Heiser, employed by the law firm of Chapman and Cutler LLP, hereby certify pursuant to 28 U.S.C. § 1746 that on or prior to 4:00 p.m. (Prevailing Eastern Time) on the 31st day of May 2016, I caused a true and correct copy of the Objection of PNC Energy Capital, LLC's Objection of PNC Energy Capital, LLC to Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363(b), and 541(a)(1) and Bankruptcy Rules 2002, 6004, and 9006 Authorizing and Approving Procedures for (A) the Sale or Transfer of Assets of Non-Debtor Subsidiaries; (B) the Sale or Transfer of *De Minimis* Assets; and (C) Taking Corporate Action in Connection Therewith, to be served electronically through the Court's ECF System on the parties requesting electronic service and via email and U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

**Via Email**

| | |
|---|---|
| Jay M. Goffman<br>Skadden, Arps, Slate, Meagher & Flom LLP,<br>Four Times Square<br>New York, NY 10036<br>Jay.Goffman@skadden.co | United States Trustee, U.S. Federal Office Building, 201<br>Varick Street, Suite 1006<br>New York, NY 10014,<br>Paul.Schwartzberg@usdoj.gov |
| Eric Ivester<br>James J. Mazza, Jr.<br>Louis S. Chiappetta<br>Skadden, Arps, Slate, Meagher & Flom LLP,<br>155 North Wacker Dr.<br>Chicago, IL 60606<br>Eric.Ivester@skadden.com<br>James.Mazza@skadden.com<br>Louis.Chiappetta@skadden.com | Richard Levy<br>Brad Kotler<br>Latham & Watkins<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago, IL, 606<br>richard.levy@lw.com<br>brad.kotler@lw.com |
| Tom Lauria<br>White & Case LLP 1155<br>Avenue of the Americas<br>New York, NY 10036-2787<br>tlauria@whitecase.com | Daniel S. Brown<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036<br>daniel.brown@pillsburylaw.com |

| | |
|---|---|
| Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103<br>mpollio@goodwin.com | Arik Preis<br>Daniel H. Golden<br>Kristine Manoukian<br>Deborah Newman<br>Akin Gump Strauss Hauer & Field, LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY, 10036<br>apreis@akingump.com<br>dgolden@akingump.com<br>kmanoukian@akingump.com<br>djnewman@akingump.com |
| Matthew S. Barr<br>David J. Lender<br>Jonathan D. Polkes<br>Joseph H. Smolinsky<br>Jill Frizzley<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>SunEWeilBFR@weil.com | Lorenzo Marinuzzi<br>Jennifer Marines<br>Jonathan I. Levine<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019<br>lmarinuzzi@mofo.com<br>jmarines@mofo.com<br>jonlevine@mofo.com |
| Michael H. Torkin<br>Andrew G. Dietderich<br>John L. Hardiman<br>David R. Zylberberg<br>TerraForm Power, Inc.<br>and TerraForm Global, Inc., Sullivan & Cromwell<br>125 Broad Street<br>New York, NY 10004<br>torkinm@sullcrom.com<br>dietdericha@sullcrom.com<br>hardimanj@sullcrom.com<br>zylberbergd@sullcrom.com | |

**Via U.S. Mail, First Class**

| | |
|---|---|
| Internal Revenue Service<br>290 Broadway<br>New York, NY 10007<br>Attn: District Director | Securities and Exchange Commission<br>200 Vesey Street, Suite 400<br>New York, NY 10281<br>Attn: Bankruptcy Department |

| Office of the United States Attorney for the Southern District of New York<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 | SunEdison, Inc.<br>13736 Riverport Dr.<br>Maryland Height, Missouri  63043 |

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief.

Dated:  Chicago, Illinois
        May 31, 2016

                                CHAPMAN AND CUTLER LLP


                            By: */s/ James M. Heiser*
                                James M. Heiser
                                111 West Monroe Street
                                Chicago, Illinois  60603
                                Telephone: (312) 845-3000