Matthew S. Rork
*Admitted Pro Hac Vice*
Colo. State Bar. No. 38434
Cal. State Bar No. 195884
FAIRFIELD AND WOODS, P.C.
1801 California Street, Suite 2600
Denver, CO 80202-2645
Telephone: (303) 830-2400
Facsimile: (303) 830-1033
Email: mrork@fwlaw.com
Counsel for Scanio Family Ltd.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 16-10992 (SMB) |
| SUNEDISON, INC., *et al.*, | Chapter 11 |
| Debtors.[1] | (Joint Administration Pending) |

**SCANIO FAMILY LTD.'S JOINDER TO WESTCHESTER FIRE INSURANCE COMPANY'S AND PNC ENERGY CAPITAL'S OBJECTIONS TO DEBTORS' MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 363(b), AND 541(a) AND BANKRUPTCY RULES 2002, 6004 AND 9006 AUTHORIZING AND APPROVING PROCEDURES FOR (A) THE SALE OR TRANSFER OF ASSETS OF NON-DEBTOR SUBSIDIARIES; (B) THE SALE OR TRANSFER OF DE MINIMIS ASSETS; AND (C) TAKING CORPORATE ACTION IN CONNECTION THEREWITH**

SCANIO FAMILY LTD. ("Scanio") by and through its counsel of record, Fairfield and Woods, P.C., in the above captioned cases, hereby joins Westchester Fire Insurance Company and PNC Energy Capital LLC in their Objections to Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363(b), and 541(a) and bankruptcy rules 2002, 6004 and 9006 authorizing and approving procedures for (a) the sale or transfer of assets of non-debtor

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

subsidiaries; (b) the sale or transfer of de minimis assets; and (c) taking corporate action in connection therewith.

Adequate time and proper notice must be given to all interested parties and any order must be clear that it does not alter any provisions of existing contracts or leases entered into by affiliated non-debtor entities including any applicable consent to sale or assignment provisions. The current proposed order fails to provide these basic protections. This would include notice to entities, such as Scanio, that have leased real property to affiliated non-debtor entities where projects are currently under construction.

Dated this 31st day of May, 2016.

        */s/ Matthew S. Rork*      
Matthew S. Rork
Colo. State Bar. No. 38434
Cal. State Bar No. 195884
FAIRFIELD AND WOODS, P.C.
1801 California Street, Suite 2600
Denver, CO 80202-2645
Telephone: (303) 830-2400
Facsimile: (303) 830-1033
Email: mrork@fwlaw.com

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on this 31st day of May, 2016, a true and correct copy of the foregoing was sent by ICCES e-service, electronic mail, or U.S. regular first class mail postage pre-paid as so indicated as follows:

See Attached List of Mailing

        */s/Dzen Filipek*      
Dzen Filipek

16-10992-smb    Doc 426    Filed 05/31/16    Entered 05/31/16 17:27:22    Main Document
Pg 2 of 13

```
Label Matrix for local noticing          1031, 1035, 1039 North McDowell, LLC      7550IAD, LLC
0208-1                                    c/o Gregg M. Ficks                        c/o Goldman & Van Beek
Case 16-10992-smb                         Coblentz Patch Duffy & Bass LLP           510 King Street, Suite 416
Southern District of New York             One Montgomery Street                     Alexandria, VA 22314-3132
Manhattan                                 Suite 3000
Tue May 31 17:00:09 EDT 2016              San Francisco, CA 94104-5500

Adler Tank Rentals, LLC                   Appaloosa Investment L.P. 1               Argonaut Insurance Company
c/o Kyle L. Dickson                       c/o Lowenstein Sandler LLP                c/o Westerman Ball Ederer Miller
Murray Lobb, PLLC                         65 Livingston Avenue                      Zucker & Sharfstein, LLP
700 Gemini St., #115                      Roseland, NJ 07068-1791                   1201 RXR Plaza
Houston, TX 77058-2735                                                              Uniondale, NY 11556-4201

BOKF, N.A., as Indenture Trustee          Borrego Solar Systems, Inc.               Bureau Veritas (India) PVT, Ltd.
1600 Broadway                             5005 Texas Street
3rd Floor                                 Suite 400
Denver, CO 80202-4930                     San Diego, CA 92108-3725


Caparo Engineering India Limited          Drake Loeb PLLC                           First Solar, Inc.
                                          Drake Loeb PLLC                           c/o Gary M. Kaplan
                                          555 Hudson Valley Avenue, Suite 100       Farella Braun + Martel LLP
                                          New Windsor, NY 12553-4749                235 Montgomery St., 17th Fl
                                                                                    San Francisco, CA 94104-3104

Floyd CAD                                 HSH Nordbank AG, Luxembourg Branch        Harris County
Lee Gordon                                                                          c/o John P. Dillman
P O Box 1269                                                                        Post Office Box 3064
Round Rock, TX 78680-1269                                                           Houston, TX 77253-3064


Inforeliance Corporation                  Jive Software, Inc.                       Missouri Department of Revenue
c/o Alexander M. Laughlin, Esq.           c/o John R. Knapp, Jr.                    Bankruptcy Unit
Odin, Feldman & Pittleman, P.C.           Miller Nash Graham & Dunn LLP             PO Box 475
1775 Wiehle Ave, Ste 400                  2801 Alaskan Way #300                     301 W High St.
Reston, VA 20190-5159                     Pier 70                                   Jefferson City, MO 65101-1517
                                          Seattle, WA 98121-1128

Nationwide Mutual Insurance Company       Ontario Power Generation Inc.             Oracle America, Inc.
c/o Law Offices of T. Scott Leo, P.C.                                               Buchalter Nemer
1 N. LaSalle St., Ste#3600                                                          Shawn M. Christianson
Chicago, il 60602-4015                                                              55 2nd St., 17th Fl.
                                                                                    San Francisco, Ca 94105-3493

PCS Sales (USA), Inc.                     PNC Energy Capital LLC                    Prime Clerk, LLC
1101 Skokie Boulevard, Suite 400          995 Dalton Avenue                         830 Third Ave 9th Fl
NorthBrook, IL 60062-4123                 Cincinnati, OH 45203-1100                 New York, NY 10022-6569


RLI Insurance Company                     Russell Reynolds Associates, Inc.         SAP America, Inc.
9025 N Lindbergh Drive                    c/o Charles E. Boulbol, P.C.              Brown & Connery, LLP
Peoria, IL 61615-1499                     26 Broadway 17th Floor                    Donald K. Ludman, Esquire
                                          NY, NY 10004-1814                         6 N. Broad Street
                                                                                    Suite 100
                                                                                    Woodbury, NJ 08096-4635

Spirtas Wrecking Co.                      SunEdison Semiconductor Limited           SunEdison, Inc., et al.,
951 Skinker Pkwy                          501 Pearl Drive                           13736 Riverport Drive
St. Louis, MO 63112-1497                  PO Box 8                                  Maryland Heights
                                          St. Peters, MO 63376-0052                 , MO 63043-4820
```

| | | |
|---|---|---|
| TerraForm Power, Inc. and TerraForm Global,<br>7550 Wisconsin Avenue<br>9th Floor<br>Bethesda, MD 20814-3559 | Togut, Segal & Segal LLP, as Proposed Co-Cou<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119-3335 | Tokai Carbon USA<br>4495 NW 235th Avenue<br>Hillsboro, OR 97124-5846 |
| Tranche B Lenders/Steering Committee<br>c/o Akin Gump Strauss Hauer & Feld, LLP<br>One Bryant Park<br>New York, NY 10036-6728 | United Steel, Paper and Forestry, Rubber, Ma<br>Five Gateway Center<br>Suite 807<br>Pittsburgh, PA 15222 | Vivint Solar, Inc.<br>3301 N Thanksgiving Way<br>Ste. 500<br>Lehi, UT 84043-4126 |
| WGSW, Inc.<br>101 Constitution Avenue, NW<br>Washington, DC 20080-0001 | Manhattan Division<br>One Bowling Green<br>New York, NY 10004-1415 | 1031, 1035, 1039 North McDowell, LLC<br>c/o Gregg M. Ficks<br>Coblentz Patch Duffy & Bass LLP<br>One Montgomery Street, Suite 3000<br>San Francisco, California 94104-5500 |
| AKERMAN LLP<br>Attorneys for Kforce<br>Attn:  Susan F. Balaschak, Esq.<br>666 Fifth Avenue, 20thFloor<br>New York, NY 10103-0001 | AT&T Services Inc.<br>Attn:  James W. Grudus<br>       C. Nicole Gladden<br>One AT&T Way<br>Bedminster, New Jersey 07921-2693 | AT&T Services Inc.<br>Attn: JW Grudus & CN Gladden<br>One AT&T Way<br>Bedminster, New Jersey 07921-2694 |
| Adler Tank Rentals, L.L.C.<br>c/o Kyle L. Dickson<br>700 Gemini St., #115<br>Houston, TX 77058-2735 | Akin Gump Strauss Hauer & Feld, LLP<br>Attorneys for Tranche B Lenders<br>/Steering Committee<br>One Bryant Park<br>New York, NY 10036-6728 | Albert Togut, Esq.<br>Frank A. Oswald, Esq.<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119-3395 |
| Alfred A. Bennett<br>1409 Franklin St., Suite 218<br>Vancouver, WA 98660-2826 | Appaloosa Investment Limited Partnership I<br>c/o Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068-1791<br>Attn:  Michael S. Etkin, Esq. | Atlantic Specialty Insurance Company<br>c/o John E. Sebastian<br>Watt, Tieder, Hoffar & Fitzgerald, L.L.P<br>10 S. Wacker Dr., Suite 2935<br>Chicago, IL 60606-7411 |
| BALLARD SPAHR LLP<br>Attorneys for BIT Holdings<br>Seventy-One, Inc.<br>Attn:  Brent Weisenberg<br>919 Third Avenue<br>New York, NY 10022-3902 | BALLARD SPAHR LLP<br>Attorneys for E.I. du Pont de Nemours<br>and Company<br>Attn:  Brent Weisenberg<br>919 Third Avenue<br>New York, NY 10022-3902 | BALLARD SPAHR LLP<br>Attorneys for E.I. du Pont de Nemours<br>and Company<br>Attn:  Tobey M. Daluz<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801-3023 |
| BROWN & CONNERY, LLP<br>Attorneys for SAP America, Inc.<br>Donald K. Ludman, Esquire<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096-4635 | BRYAN CAVE LLP<br>Attorneys for SunEdison Semiconductor<br>Limited<br>211 North Broadway<br>St. Louis, Missouri 63102-2723 | Buchalter Nemer PC<br>Attorneys for Oracle America, Inc.<br>Attn:  Shawn M. Christianson<br>55 2nd St., 17th Fl.<br>San Francisco, CA 94105-3491 |
| Bursor & Fisher, P.A.<br>Attorneys for Norene French<br>Attn:  Frederick J. Klorczyk III<br>888 Seventh Ave<br>New York, NY 10106-0001 | CHAPMAN AND CUTLER LLP<br>Attorneys for PNC Energy Capital LLC<br>111 W. Monroe Street<br>Chicago, Illinois 60603-4080 | CHAPMAN AND CUTLER LLP<br>Attorneys for PNC Energy Capital LLC<br>1270 Avenue of the Americas<br>New York, New York 10020-1708 |
| COHEN, WEISS AND SIMON LLP<br>Attn:  David R. Hock<br>330 West 42nd Street<br>New York, NY 10036-6976 | COHEN, WEISS AND SIMON LLP<br>Attn:  Richard M. Seltzer<br>330 West 42nd Street<br>New York, NY 10036-6976 | COVINGTON & BURLING LLP<br>Attorneys for Borrego Solar<br>Systems, Inc.<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1693 |

| | | |
|---|---|---|
| CURTIS, MALLET-PREVOST, COLT<br>& MOSLE LLP<br>101 Park Avenue<br>New York, New York 10178-0061 | Carolyn P. Adcock and Sherwood Lee Adcock<br>Holmes P. Harden, Esquire<br>Williams Mullen<br>PO Box 1000<br>Raleigh, NC 27602-1000 | Charles E. Boulbol, P.C.<br>Attorneys for Russell Reynolds<br>Associates, Inc.<br>26 Broadway, 17th Floor<br>New York, New York 10004-1814 |
| Coblentz, Patch, Duffy & Bass LLP<br>Attorneys for 1031, 1035, 1039 North<br>McDowell, LLC<br>One Montgomery Street, Suite 3000<br>San Francisco, California 94104-5500 | Cole Cannon<br>Cannon Law Group, PLLC<br>53<br>Salt Lake City, UT 84102 | Cole Schotz P.C.<br>Attorneys for Albemarle Corporation<br>Attn: Daniel F.X. Geoghan, Esq.<br>1325 Avenue of the Americas, 19th Fl<br>New York, NY 10019-6079 |
| DAVIS POLK & WARDWELL LLP<br>Attorneys for the Independent Directors<br>of SunEdison, Inc.<br>450 Lexington Avenue<br>New York, New York 10017-3904 | DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022-3916 | DONNELLY MINTER & KELLY, LLC<br>Attorneys for Atlantic Specialty<br>Insurance Company<br>Attn: Seth A. Abrams, Esq.<br>40 Wall Street, 28th Floor<br>New York, NY 10005-1313 |
| DORSEY & WHITNEY LLP<br>Attorneys for Basin Electric Power<br>Cooperative<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-1498 | DORSEY & WHITNEY LLP<br>Attorneys for Basin Electric Power<br>Cooperative<br>51 W. 52nd Street<br>New York, NY 10019-6119 | DREIFUSS BONACCI & PARKER, PC<br>Attorneys for RLI Insurance Company<br>Attn: JoAnne M. Bonacci, Esq.<br>26 Columbia Turnpike, Suite 101<br>North Entrance<br>Florham Park, New Jersey 07932-2213 |
| DREIFUSS BONACCI & PARKER, PC<br>Attorneys for RLI Insurance Company<br>Attn: Paul M. McCormick, Esq.<br>26 Columbia Turnpike, Suite 101<br>North Entrance<br>Florham Park, New Jersey 07932-2213 | David A. Rosenzweig<br>Melanie M. Kotler<br>Norton Rose Fulbright US LLP<br>666 Fifth Avenue<br>New York, New York 10103-0001 | Drake Loeb PLLC<br>Attn: Alana R. Bartley, Esq.<br>555 Hudson Valley Avenue<br>Suite 100<br>New Windsor, New York 12553-4749 |
| EDISON, MCDOWELL & HETHERINGTON LLP<br>Attorneys for Direct Energy<br>Business, LLC<br>c/o Joseph E. Bain<br>3200 Southwest Freeway, Suite 2100<br>Houston, Texas 77027-7525 | EISEMAN LEVINE LEHRHAUPT &<br>KAKOYIANNIS, P.C.<br>805 Third Avenue, 10th Floor<br>New York, New York 10022-7587 | Eric Cotton, Esq.<br>Deputy General Counsel & Corporate Compl<br>DDR Corp.<br>3300 Enterprise Parkway<br>Beachwood, OH 44122-7200 |
| FOLEY & LARDNER LLP<br>Attorneys for BOKF, N.A.<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313 | FUSS & O'NEILL, INC.<br>WILLIAM G. REVELEY & ASSOCIATES, LL<br>WILLIAM G. REVELEY, ESQ.<br>VERNON, CT 06066 | Farella Braun + Martel LLP<br>Attorneys for First Solar, Inc.<br>Attn: Gary M. Kaplan<br>235 Montgomery Street, 18th Fl.<br>San Francisco, CA 94104-3105 |
| FrankGecker LLP<br>Attorneys for Jones Lang LaSalle<br>Americas, Inc.<br>Attn: Joseph D. Frank<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654-6465 | GIBBONS P.C.<br>Attn: David N. Crapo, Esq.<br>One Gateway Center<br>Newark, New Jersey 07102-5321 | GIBSON, DUNN & CRUTCHER LLP<br>Attorneys for Emera Maine<br>Attn: Matthew G. Bouslog<br>3161 Michelson Drive<br>Irvine, CA 92612-4400 |
| GIBSON, DUNN & CRUTCHER LLP<br>Attorneys for Emera Maine<br>Attn: Michael A. Rosenthal<br>200 Park Avenue<br>New York, NY 10166-0005 | GIBSON, DUNN & CRUTCHER LLP<br>Attorneys for First Reserve Corp.<br>Attn: Matthew G. Bouslog<br>3161 Michelson Drive<br>Irvine, CA 92612-4400 | GIBSON, DUNN & CRUTCHER LLP<br>Attorneys for for First Reserve Corp.<br>Attn: Michael A. Rosenthal<br>200 Park Avenue<br>New York, NY 10166-0005 |
| GREENBERG TRAURIG, LLP<br>Attorneys for WFP Tower D Co. L.P.<br>200 Park Avenue<br>New York, NY 10166-0005 | Gainey McKenna & Egleston<br>Attorneys for Manuel Acosta<br>440 Park Avenue South, 5th Floor<br>New York, New York 10016-8012 | Gainey McKenna & Egleston<br>Attorneys for Richard A. Wheeler<br>440 Park Avenue South, 5th Floor<br>New York, New York 10016-8012 |

| | | |
|---|---|---|
| Genpact International, Inc.<br>c/o HERRICK, FEINSTEIN LLP<br>Attn: Stephen B. Selbst, Hanh V. Huynh<br>2 Park Avenue<br>New York, New York 10016-9302 | Goldman & Van Beek, P.C.<br>Attorneys for 7550IAD, LLC<br>Attn: Neil D. Goldman<br>510 King Street, Suite 416<br>Alexandria, VA 22314-3132 | Goodwin Procter LLP<br>Attorneys for Okta<br>620 Eighth Avenue<br>New York, New York 10018-1694 |
| HERRICK, FEINSTEIN LLP<br>Attorneys for Genpact International<br>Two Park Avenue<br>New York, NY 10016-9302 | HODGSON RUSS LLP<br>Attorneys for Tokai Carbon USA, Inc.<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202-4014 | Hiersche, Hayward, Drakeley<br>& Urbach, P.C.<br>Attorneys for BAG CORP<br>Attn: Jason Katz<br>15303 Dallas Parkway, Suite 700<br>Addison, Texas 75001-4610 |
| Imperial County Treasurer<br>Tax Collector<br>940 West Main Street, Suite 106<br>El Centro , CA 92243-2864 | JONES DAY<br>Attn: Lauren M. Buonome<br>222 East 41st Street<br>New York, New York 10017-6727 | Jennie L. Anderson<br>Union Pacific Railroad Company<br>1400 Douglas Street, STOP 1580<br>Omaha, NE 68179-0002 |
| KELLEY DRYE & WARREN LLP<br>Attorneys for DDR Corp.<br>101 Park Avenue<br>New York, New York 10178-0062 | KELLEY DRYE & WARREN LLP<br>Attorneys for Tata America International<br>101 Park Avenue<br>New York, New York 10178-0062 | KUREHA AMERICA INC<br>FRANK FRANK GOLDSTEIN & NAGER<br>1430 BROADWAY SUITE 1615<br>New York, NY, NY 10018-3356 |
| Keyence Corp of America<br>c/o Vogler & Associates, LLC<br>PO Box 419037<br>st. louis, MO 63141-9037 | Kimberly A. Walsh<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, Texas 78711 2548 | LOWENSTEIN SANDLER LLP<br>Attorneys for Appaloosa Investment<br>Limited Partnership I<br>65 Livingston Avenue<br>Roseland, New Jersey 07068-1725 |
| Lead Genesis Partners, LLC<br>53 S. 600 E.<br>Salt Lake City, UT 84102-1006 | Linebarger Goggan Blair & Sampson LLP<br>Attorneys for Harris County<br>Attn: John P. Dillman<br>P.O. Box 3064<br>Houston, Texas 77253-3064 | Louis R. Strubeck, Jr.<br>Melanie M. Kotler<br>Norton Rose Fulbright US LLP<br>666 Fifth Avenue<br>New York, New York 10103-0001 |
| MANIER & HEROD<br>Attn: Louis A. Modugno, Esquire<br>One Nashville Place<br>150 Fourth Avenue North, Suite 2200<br>Nashville, Tennessee 37219-2494 | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>Attorneys for Floyd CAD<br>Attn: Lee Gordon<br>P.O. Box 1269<br>Round Rock, Texas 78680-1269 | MESSNER REEVES LLP<br>Attorneys for Chint Solar<br>(Zhejiang) Co., Ltd.<br>Attn: Torben M. Welch, Esq.<br>805 Third Avenue, 18th Floor<br>New York, NY 10022-7546 |
| MESSNER REEVES LLP<br>Attorneys for JA Solar<br>Attn: Torben M. Welch, Esq.<br>805 Third Avenue, 18th Floor<br>New York, NY 10022-7546 | MESSNER REEVES LLP<br>Attorneys for Trina Solar<br>Attn: Torben M. Welch, Esq.<br>805 Third Avenue, 18th Floor<br>New York, NY 10022-7546 | MORGAN, LEWIS & BOCKIUS LLP<br>Attorneys for Akuo Energy USA, Inc.<br>101 Park Avenue<br>New York, NY 10179-0600 |
| MURPHY & McGONIGLE, P.C.<br>1185 Avenue of the Americas<br>21st Floor<br>New York, New York 10036-2603 | Manuel Acosta<br>c/o Gainey McKenna & Egleston<br>440 Park Avenue South, 5th Floor<br>New York, New York 10016-8012 | Mary Ann Kilgore<br>Union Pacific Railroad Company<br>1400 Douglas Street, STOP 1580<br>Omaha, NE 68179-0002 |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Louis A. Modugno, Esq.<br>1300 Mount Kemble Ave.<br>Morristown, NJ 07960-8000 | Missouri Department of Revenue<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 |

| | | |
|---|---|---|
| NORTON ROSE FULBRIGHT US LLP<br>Attorneys for AT&T<br>Attn: Melanie M. Kotler<br>666 Fifth Avenue, 31st Floor<br>New York, New York 10103-0001 | NORTON ROSE FULBRIGHT US LLP<br>Attorneys for Vogt Solar<br>Attn: Melanie M. Kotler<br>666 Fifth Avenue, 31st Floor<br>New York, New York 10103-0001 | Nutter, McClennen & Fish LLP<br>Attorneys for Invesco IF IV Operating<br>Tenant LLC<br>Seaport West<br>155 Seaport Boulevard<br>Boston, MA 02210-2698 |
| OTTERBOURG P.C.<br>Attorneys for HSH Nordbank AG,<br>Luxembourg Branch<br>230 Park Avenue<br>New York, New York 10169-0005 | Odin, Feldman & Pittleman, P.C.<br>Attorneys for Inforeliance Corporation<br>Attn: Alexander M. Laughlin, Esq.<br>1775 Wiehle Ave., Suite 400<br>Reston, VA 20190-5159 | PATTERSON BELKNAP WEBB & TYLER LLP<br>Attorneys for Bergelectric Corp.<br>1133 Avenue of the Americas<br>New York, NY 10036-6731 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Attorneys for Ecoplexus Inc.<br>Attn: Christopher R. Mirick<br>1540 Broadway<br>New York, NY 10036-4039 | Paul Wearing<br>Special Handling Group<br>IBM Credit LLC<br>7100 Highlands Parkway<br>Atlanta, GA 30082 | Perdue, Brandon, Fielder, Collins<br>& Mott, L.L.P.<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008-1772 |
| R/C US Solar Investment Partnership, L.P.<br>c/o Vinson & Elkins LLP<br>666 Fifth Avenue, 26th Floor<br>New York, NY 10103-2600<br>Attn: Steven M. Abramowitz, Esq. | REED SMITH LLP<br>599 Lexington Avenue<br>New York, NY 10022-7684 | Richard A. Wheeler<br>c/o Gainey McKenna & Egleston<br>440 Park Avenue South, 5th Floor<br>New York, New York 10016-8012 |
| Riddell Williams P.S.<br>Attn: Maria Milano<br>1001 4th Ave, Suite 4500<br>Seattle, WA 98154-1065 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>Attorneys for County of Los Angeles<br>230 Park Avenue, Suite 1130<br>New York, New York 10169-1199 | SCHIFF HARDIN LLP<br>Attorneys for Rethink Energy Corporation<br>666 Fifth Avenue, 17th Floor<br>New York, NY 10103-1700 |
| SHELDON S. TOLL PLLC<br>Attorneys for Mar-Bow Value<br>Partners, LLC<br>29580 Northwestern Highway, Suite 100<br>Southfield, MI 48034-1031 | STECKBAUER WEINHART, LLP<br>Attorneys for County of Los Angeles<br>333 S. Hope Street, 36th Floor<br>Los Angeles, California 90071-3045 | STOEL RIVES, LLP<br>Attorneys for DIF INFRA 4 US LLC<br>Attn: Oren Buchanan Haker, Esq.<br>900 SW Fifth Avenue, Suite 2600<br>Portland, Oregon 97204-1229 |
| STOEL RIVES, LLP<br>Attorneys for DIF IV Co-Invest LLC<br>Attn: Oren Buchanan Haker, Esq.<br>900 SW Fifth Avenue, Suite 2600<br>Portland, Oregon 97204-1229 | SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004-2498 | SULLIVAN & WORCESTER LLP<br>Attorneys for Tufts University<br>Attn: Amy A. Zuccarello, Esq.<br>One Post Office Square<br>Boston, MA 02109-2106 |
| Sands Anderson PC<br>Attorneys for WGSW, Inc.<br>1497 Chain Bridge Road<br>Suite 202<br>McLean, VA 22101-5728 | Solomonedwardsgroup, llc<br>c/o Vogler & Associates<br>PO Box 419037<br>St. Louis, MO 63141-9037 | SunEdison Semiconductor Limited<br>501 Pearl Drive, PO Box 8<br>St. Peters, MO 63376-0052<br>Martin Beagan, Corporate Controller |
| SunEdison Semiconductor Limited<br>501 Pearl Drive, PO Box 8<br>St. Peters, Missouri 63376-0052<br>Martin Beagan, Corporate Controller | TIMOTHY E. HAYES & ASSOCIATES L.C.<br>Attorneys for Spirtas Wrecking Co.<br>231 S. Bemiston Ave.<br>Suite 950<br>St. Louis, MO 63105-1965 | TOGUT, SEGAL & SEGAL LLP<br>Co-Counsel for Debtors and<br>Debtors in Possession<br>One Penn Plaza, Suite 3335<br>New York, New York 10119-3335 |
| TORYS LLP<br>Attorneys for Ontario<br>Power Generation Inc<br>1114 Avenue of the Americas<br>23rd Floor<br>New York, New York 10036-7703 | TRACHTMAN & TRACHTMAN, LLP<br>Attorneys for Bergelectric Corp<br>23046 Avenida De La Carlota, Suite 300<br>Laguna Hills, CA 92653-1577 | TROUTMAN SANDERS LLP<br>875 Third Avenue<br>New York, NY 10022-7254 |

| | | |
|---|---|---|
| Tokai Carbon USA<br>4495 NW 235th Avenue<br>Hillsboro, Oregon 97124-5846 | UNITED STEELWORKERS<br>Attn:  David R. Jury<br>Associate General Counsel<br>Five Gateway Center, Room 807<br>Pittsburgh, PA  15222 | Ulbrich Solar Technologies South Carolina<br>153 Washington Avenue<br>North Haven, CT 06473-1710 |
| United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014-9449 | United Steelworkers<br>Five Gateway Center, Room 807<br>Pittsburgh, PA  15222<br>Attn: David Jury | Venable LLP<br>Attn:  Richard L. Wasserman, Esq.<br>750 East Pratt Street, Suite 900<br>Baltimore, MD 21202-3157 |
| Vincent D. Vogler<br>p.o. box 419037<br>st. louis, MO 63141-9037 | WEIL, GOTSHAL & MANGES LLP<br>Attorneys for  Official Committee of<br>Unsecured Creditors<br>767 Fifth Avenue<br>New York, New York 10153-0023 | WESTERMAN BALL EDERER<br>MILLER ZUCKER & SHARFSTEIN, LLP<br>Attorneys for Argonaut Insurance Company<br>1201 RXR Plaza<br>Uniondale, New York 11556-4201 |
| WHITE & CASE LLP<br>Attorneys for  the Ad Hoc Group of<br>SunEdison, Inc. Convertible<br>Unsecured Noteholders<br>1155 Avenue of the Americas<br>New York, New York 10036-2787 | WHITE & CASE LLP<br>Attorneys for BOKF, N.A.<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, Florida 33131-2346 | WHITE & CASE LLP<br>Attorneys for the Ad Hoc Group of<br>SunEdison, Inc. Convertible Unsecured<br>Noteholders<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, Florida 33131-2346 |
| WILLIAMS MULLEN<br>Attn:  Holmes P. Harden<br>PO BOX 1000<br>Raleigh, NC 27602-1000 | WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>Attorneys for Wilmington Trust, N.A.<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007-2140 | WILSON SONSINI GOODRICH & ROSATI<br>Attorneys for Vivint Solar, Inc.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022 |
| Watt, Tieder, Hoffar & Fitzgerald, L.L.P<br>Attorneys for Atlantic Specialty<br>Insurance Company<br>Attn:  John E. Sebastian<br>10 S. Wacker Dr., Suite 2935<br>Chicago, IL 60606-7411 | Weltman, Weinberg, & Reis Co., L.P.A<br>Attorneys for Toyota Industries<br>Commercial Finance<br>323 W. Lakeside Ave, Ste 200<br>Cleveland, OH 44113-1009 | Windstream<br>929 Martha's Way<br>Hi, IA 52233-2407 |
| la Porte Tax Office<br>P.O. Box 1849<br>La Porte, TX 77572-1849 | Albert Togut<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119-3395 | Alexander Usenko<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 |
| Allen Carter<br>88724 US Hwy 89<br>Afton, WY 83110-9715 | Christopher Re<br>27315 Willow Oak Court<br>Santa Clarita, CA 91387-6876 | Eric O'Day<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 |
| Eric J. Ivester<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036-6522 | Jay M. Goffman<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522 | Julie Dull<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 |
| Manuel Acosta<br>c/o Gainey McKenna & Egleston<br>440 Park Avenue South<br>5th Floor<br>New York, NY 10016-8012 | Norene French<br>c/o Bursor & Fisher, P.A.<br>888 Seventh Avenue<br>New York, NY 10106-0001 | Prime Clerk LLC Claims Agent<br>Attn: Shai Y. Waisman<br>830 3rd Avenue, 9th Floor<br>www.primeclerk.com<br>New York, NY 10022-7523 |

```
Robert Linton                        Ronald N. Nelson                           Sergey Smolin
Moritt Hock & Hamroff LLP            5802 Creek Crest Ln                        622 N 32nd St
400 Garden City Plaza                Little Suamico, WI 54141-8875              Apt. 3
Garden City, NY 11530-3327                                                      Philadelphia, PA 19104-2032


Shawn Green                          c/o Maria A. Milano Microsoft Corporation an
38938 Calle de Companero             Riddell Williams P.S.
Murrieta, CA 92562-9148              1001 Fourth Avenue, Suite 4500
                                     Seattle, WA 98154-1065
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)ACE American Insurance Company    (u)AT&T Corp.                              (u)Ad Hoc Group of SunEdison, Inc. Convertibl


(u)Akuo Energy USA, Inc.             (u)Albemarle Corporation                   (u)Atlantic Specialty Insurance Company


(u)BAG CORP                          (u)BIT Holdings Seventy-One, Inc.          (u)Basin Electric Power Cooperative
c/o Jason Katz
Hiersche, Hayward, Drakeley & Urbach
15303 Dallas Parkway, Suite 700
Addison

(u)Bergelectric Corp.                (u)California Department of General Services  (u)Chint Solar (Zhejiang) Co., Ltd.


(u)City of La Porte                  (u)County of Los Angeles                   (u)Court-Appointed Lead Plaintiff Municipal E


(u)D & G Yardley Family Enterprises LLC  (u)D.E. Shaw CF-SP Series 1 MWP Acquisition,  (u)D.E. Shaw CF-SP Series 10-07, LLC


(u)D.E. Shaw CF-SP Series 11-06, LLC  (u)D.E. Shaw CF-SP Series 13-04, LLC      (u)D.E. Shaw CF-SP Series 8-01, LLC
```

| | | |
|---|---|---|
| (u)D.E. Shaw Composite Holdings, LLC | (u)D.E. Shaw Renewable Investments, LLC | (u)DDR Corp. |
| (u)DIF INFRA 4 US LLC | (u)DIF IV Co-Invest LLC | (u)Direct Energy Business, LLC |
| (u)E.I. du Pont de Nemours and Company | (u)EDF Trading North America, LLC | (u)Ecoplexus Inc. |
| (u)Emera Maine | (u)Enfinity WF Solar Trust | (u)European Bank for Reconstruction and Devel |
| (u)First Reserve Corporation | (u)Flextronics Industrial Ltd., Flextronics I | (u)Genpact International, Inc. |
| (u)Gestamp Solar Steel U.S., Inc. | (u)Gibbons P.C. | (u)Houston Ship Channel Security District |
| (u)Independent Directors of SunEdison, Inc. | (u)Invesco IF IV Operating Tenant LLC | (u)JA Solar |
| (u)Jones Lang LaSalle Americas, Inc. | (u)Kforce | (u)La Porte Independent School District |
| (u)MSSA Company Corporation | (u)MSSA S.A.S. | (u)Madison Dearborn Capital Partners IV, L.P. |
| (u)Mar-Bow Value Partners, LLC | (u)Official Committee of Unsecured Creditors | (u)Okta |

| | | |
|---|---|---|
| (u)Omega, Glenview, Cobalt Entities, OFPRS | (u)Overseas Private Investment Corporation | (u)PCS Phosphate Company, Inc. |
| (u)Proposed Ordinary-Course Counsel for Certa | (u)Protiviti Inc. | (u)R/C US Solar Investment Partnership, L.P. |
| (u)Rethink Energy Corporation | (u)Robert Half International Inc. | (u)Roofing Constructors, Inc. d/b/a Western R |
| (u)Scanio Family Ltd. | (u)Senniger Powers | (u)Siemens Corp. and certain of its affiliate |
| (u)Solar Prime LLC | (u)Special Renewable Energy Counsel for the O | (u)SunFusion Solar Electric, Inc., |
| (u)SunPower Corporation | (u)Tata America International Corporation d/b | (u)Texas Comptroller of Public Accounts and T |
| (u)Toyota Industries Commercial Finance, Inc. | (u)Trina Solar | (u)Tufts University |
| (u)Vogt Solar Limited | (u)WELLS FARGO BANK, N.A. | (u)WF-SE I Solar Statutory Trust |
| (u)WF-SunE-Cascade Solar Statutory Trust | (u)WF-SunE-EPE Solar Statutory Trust | (u)WF-SunE-Orion I Solar Statutory Trust |
| (u)WF-SunE-Orion II Solar Statutory Trust | (u)WF-SunE-SPS Solar Statutory Trust | (u)WF-SunE-Vega Solar Statutory Trust |

| | | |
|---|---|---|
| (u)WF-SunE-XII Solar Statutory Trust | (u)WFP Tower D Co, L.P. | (u)Wells Fargo Bank Northwest, National Assoc |
| (u)Wells Fargo Equipment Finance, Inc. | (u)Westchester Fire Insurance Company | (u)Wilmington Trust Company, solely in its ca |
| (u)Wilmington Trust, National Association | (u)Wilmington Trust, National Association, so | (u)9025 N Lindbergh Dr, Peoria, IL 61615 |
| (u)ACE American Insurance Company<br>Westchester Fire Insurance Company | (d)BOKF, N.A., as Indenture Trustee<br>1600 Broadway<br>3rd Floor<br>Denver, CO 80202-4930 | (u)Cobalt Entities |
| (u)David L. Ditman<br>dld ip@yahoo.com | (u)Glenview Entities | (u)Matthew G. Bouslog<br>(Interested Party) |
| (u)Michael A. Rosenthal<br>(Interested Party) | (u)Omega Entities | (d)Spirtas Wrecking Co.<br>951 Skinker Pkwy.<br>St. Louis, MO 63112-1497 |
| (u)Tata America International Corporation<br>d/b/a Tata America | (u)Carolyn P. Adcock | (u)David Ditman |
| (u)David S. Harkness | (u)Don Vellenga | (u)Eric Spiegel |
| (u)Iftekar Aneees | (u)James E. Hodges | (u)Jerry Rahoi |
| (u)Muzaffar Rakhmatov | (u)Richard A. Wheeler<br>c/o Gainey McKenna & Egleston<br>440 Park Avenue South, Fl 5<br>New York | (u)Sherwood Lee Adcock |

(u)Stephen Miller        (u)Sven Gothel

End of Label Matrix
Mailable recipients  184
Bypassed recipients  113
Total                297