Andrew G. Dietderich
Michael H. Torkin
John L. Hardiman
David R. Zylberberg
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

Counsel for TerraForm Power, Inc. and
TerraForm Global, Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*, | Case No. 16-10992 (SMB) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

       I, DAVID R. ZYLBERBERG, am over 18 years of age, not a party to the above-captioned action, and on June 1, 2016, I caused to be served the *Limited Objection of the Yieldcos to the Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363(b) and 541(a)(1) and Bankruptcy Rules 2002, 6004 and 9006 Authorizing and Approving Procedures for (A) the Sale or Transfer of Assets of Non-Debtor Subsidiaries; (B) the Sale or Transfer of* De Minimis *Assets; and (C) Taking Corporate Action in Connection Therewith* [Docket No. 430] by causing a true and correct copy to be:

    1. delivered via electronic mail and first class mail to the parties listed on the annexed Exhibit A,

SC1:4143068.2

2. delivered via first class mail to the parties listed on the annexed Exhibit B, and

3. delivered by hand to the party listed on the annexed Exhibit C.

Dated: June 1, 2016
       New York, New York

/s/ David R. Zylberberg
David R. Zylberberg
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
E-mail:    zylberbergd@sullcrom.com

Counsel for TerraForm Power, Inc. and TerraForm Global, Inc.

-2-

**Exhibit A**

Delivered via Electronic Mail and First Class Mail

Counsel for the Debtors:

    Skadden, Arps, Slate, Meagher & Flom LLP
    Attn: Jay Goffman and Eric Ivester
    4 Times Square
    New York, NY 10036
    jay.goffman@skadden.com
    eric.ivester@skadden.com

    and

    Attn: James J. Mazza, Jr. and Louis Chiappetta
    155 N. Wacker Drive, Suite 2700
    Chicago, IL 60606
    james.mazza@skadden.com
    louis.chiappetta@skadden.com

Counsel for the DIP Arrangers and DIP Agent:

    White & Case LLP
    Attn: Scott Greissman
    1155 Avenue of the Americas
    New York, NY 10036-2787
    sgreissman@whitecase.com

Counsel for the Prepetition First Lien Agent:

    Latham & Watkins, LLP
    Attn: Richard Levy and Brad Kotler
    330 North Wabash Avenue, Suite 2800
    Chicago, IL 60611
    richard.levy@lw.com
    brad.kotler@lw.com

Counsel for the Tranche B Lenders and the Steering Committee:

    Akin Gump Strauss Hauer & Feld, LLP
    Attn: Arik Preis, Daniel H. Golden, Kristine Manoukian and Deborah Newman
    One Bryant Park
    New York, NY 10036
    apreis@akingump.com
    dgolden@akingump.com

       kmanoukian@akingump.com
       djnewman@akingump.com

Counsel for the Second Lien Administrative Agent:

       Pillsbury Winthrop Shaw Pittman LLP
       Attn: Daniel S. Brown
       1540 Broadway
       New York, NY 10036
       daniel.brown@pillsburylaw.com

Counsel for the Second Lien Notes Trustee and the Second Lien Collateral Agent:

       Shipman & Goodwin LLP
       Attn: Maria C. Pollio
       One Constitution Plaza
       Hartford, CT 06103
       mpollio@goodwin.com

Counsel for the Ad Hoc Group of Convertible Noteholders:

       White & Case LLP
       Attn: Tom Lauria
       1155 Avenue of the Americas
       New York, NY 10036-2787
       tlauria@whitecase.com

Counsel for the Official Committee of Unsecured Creditors:

       Weil, Gotshal & Manges LLP
       Attn: Matthew S. Barr, David J. Lender, Jonathan D. Polkes, Joseph H. Smolinsky
       and Jill Frizzley
       767 Fifth Avenue
       New York, NY 10153-0119
       SunEWeilBFR@weil.com

       and

       Morrison & Foerster LLP
       Attn: Lorenzo Marinuzzi, Jennifer Marines and Jonathan I. Levine
       250 West 55th Street
       New York, NY 10019
       lmarinuzzi@mofo.com
       jmarines@mofo.com

        jonlevine@mofo.com

Office of United States Trustee:

        Paul Schwartzberg
        Office of the United States Trustee
        U.S. Federal Office Building
        201 Varick Street, Suite 1006
        New York, New York 10014
        paul.schwartzberg@usdoj.gov

The Securities and Exchange Commission:

        Attn: Bankruptcy Department
        200 Vesey Street, Suite 400
        New York, NY 10281
        bankruptcynoticeschr@sec.gov

# Exhibit B

<u>Delivered via First Class Mail</u>

<u>The Debtors</u>:

    SunEdison, Inc.
    13736 Riverport Drive
    Maryland Heights, MO 63043

<u>Office of the United States Attorney for the Southern District of New York</u>:

    86 Chambers Street, 3rd Floor
    New York, NY 10007

<u>The Internal Revenue Service</u>:

    Attn: District Director
    290 Broadway
    New York, NY 10007

## **Exhibit C**

<u>Delivered by Hand</u>

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004