**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SUNEDISON, INC.,** *et al.*, | Case No. 16-10992 (SMB) |
| **Debtors.**[1] | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 26, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- First Supplemental Declaration of Jay M. Goffman in Support of Debtors' Application for Order Authorizing Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP as Counsel *nunc pro tunc* to the Petition Date [Docket No. 400]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holding Corporation (8669); SunEdison Utility Holdings, Inc. (6443)]; SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

Dated: May 31, 2016

_____
Paul Pullo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 31, 2016, by Paul Pullo proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2017

# Exhibit A

SRF 8516

**Exhibit A**
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors | Advantage Opportunities Fund, LP | Attn: Irvin Schlussel<br>1221 Brickell Ave, Suite 2660<br>Miami FL 33131 | | First Class Mail |
| Counsel to Kforce, Inc. | Akerman LLP | Attn Jason L Margolin<br>401 E Jackson St<br>Suite 1700<br>Tampa  FL 33602 | jason.margolin@akerman.com | First Class Mail and Email |
| Counsel to Kforce, Inc. | Akerman LLP | Attn Susan F Balaschak<br>666 Fifth Avenue<br>20th Fl<br>New York NY 10103 | susan.balaschak@akerman.com | First Class Mail and Email |
| Counsel to the Steering Committee of Second Lien Creditors & The Tranche B Lenders/Steering Committee | Akin Gump Strauss Hauer & Field, LLP | Attn: Arik Preis, Kristine Manoukian, Daniel H. Golden & Deborah Newman<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036-6745 | apreis@akingump.com<br>kmanoukian@akingump.com<br>dgolden@akingump.com<br>apreis@akingump.com<br>djnewman@akingump.com | First Class Mail and Email |
| Official Committee of Unsecured Creditors | Albemarle Corporation | Attn: Michael Lutgring<br>451 Florida Street<br>Baton Rouge LA 70801 | | First Class Mail |
| Official Committee of Unsecured Creditors | AQR DELTA Master Account, L.P. | Attn: Melinda C. Franek, VP<br>2 Greenwich Plaza, 4th Floor<br>Greenwich CT 06830 | | First Class Mail |
| AT&T Services Inc. | AT&T Services Inc. | Attn: James W. Grudus & C. Nicole Gladden<br>One AT&T Way<br>Bedminster NJ 07921 | jg5786@att.com<br>gn235y@att.com | First Class Mail and Email |
| Counsel to BIT Holdings Seventy-One, Inc. & E.I. du Pont de Nemours and Company | Ballard Spahr LLP | Attn: Brent Weisenberg, Esquire<br>919 Third Avenue<br>New York NY  10022 | weisenbergb@ballardspahr.com | First Class Mail and Email |
| Counsel to BIT Holdings Seventy-One, Inc. | Ballard Spahr LLP | Attn: Matthew G. Summers, Esquire<br>919 N. Market Street, 11th Floor<br>Wilmington DE 19801 | summersm@ballardspahr.com | First Class Mail and Email |
| Counsel to E.I. du Pont de Nemours and Company | Ballard Spahr LLP | Attn: Tobey M. Daluz, Esquire<br>919 N. Market Street, 11th Floor<br>Wilmington DE 19801 | daluzt@ballardspahr.com | First Class Mail and Email |
| Counsel to The Comptroller of Public Accounts of the State of Texas ("Comptroller") and The Texas Workforce Commission ("TWC") | Bankruptcy & Collections Division | Attn: Kimberly A. Walsh, Assistant Attorney General<br>P.O. Box 12548<br>Austin TX 78711-2548 | Kimberly.Walsh@texasattorneygeneral.gov | First Class Mail and Email |
| Official Committee of Unsecured Creditors | BOKF, N.A., as Indenture Trustee | Attn: George F. Kubin<br>1600 Broadway, 3rd Flr<br>Denver  CO 80202 | | First Class Mail |
| Counsel to Borrego Solar Systems, Inc. | Borrego Solar Systems, Inc. | Attn: Andrew Hall<br>5005 Texas Street<br>Suite 400<br>San Diego CA 92108 | andrewhall@borregosolar.com | First Class Mail and Email |
| Counsel to Alexander Usenko, Julie Dull, Erin O'Day and Robert Linton | Bottini & Bottini, Inc. | Attn: Frank Bottini, Esq. & Albert Chang, Esq.<br>7817 Ivanhoe Avenue, Ste 102<br>La Jolla CA 92037 | mail@bottinilaw.com | First Class Mail and Email |
| Counsel to SAP America, Inc. | Brown & Connery, LLP | Attn: Donald K. Ludman<br>6 North Broad St<br>Suite 100<br>Woodbury NJ 08096 | dludman@brownconnery.com | First Class Mail and Email |
| Counsel to SunEdison Semiconductor Limited | Bryan Cave, LLP | Attn: Llydo A. Palans & Brian C. Walsh<br>211 North Broadway<br>St. Louis MO 63102 | lapalans@bryancave.com<br>brian.walsh@bryancave.com | First Class Mail and Email |
| Oracle America, Inc. successor-in-interest to Oracle USA Inc. | Buchalter Nemer, A Professional Corporation | Attn Shawn M Christianson<br>55 Second Street<br>17th Fl<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Norene French as Class Representative | Bursor & Fisher, P.A. | Attn: Frederick J. Klorczyk III<br>888 Seventh Ave<br>New York NY 10019 | fklorczyk@bursor.com | First Class Mail and Email |
| Counsel to California Department of General Services ("DGS") | California Department of Justice, Business & Tax Section | Attn: Matthew C. Heyn, Deputy Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles CA 90013 | matthew.heyn@doj.ca.gov | First Class Mail and Email |
| Chambers of Honorable Judge Stuart M. Bernstein | Chambers of Honorable Stuart M. Bernstein | SunEdison Chambers Copy<br>US Bankruptcy Court SDNY<br>One Bowling Green<br>New York NY 10004-1408 | | First Class Mail |
| Counsel to PNC Energy Capital LLC | Chapman and Cutler LLP | Attn Steven Wilamowsky<br>1270 Avenue of the Americas<br>New York NY 10020 | wilamowsky@chapman.com | First Class Mail and Email |
| Counsel to PNC Energy Capital, LLC | Chapman and Cutler LLP | Attn: James M. Heiser<br>111 W. Monroe Street<br>Chicago IL 60603 | heiser@chapman.com | First Class Mail and Email |
| Counsel for Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | Attn: Charles E. Boulbol<br>26 Broadway, 17th Floor<br>New York NY 10004 | rtrack@msn.com | First Class Mail and Email |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO | Cohen, Weiss & Simon, LLP | Attn: Richard M. Seltzer & David R. Hock<br>330 West 42nd Street<br>New York NY 10036 | dhock@cwsny.com | First Class Mail and Email |
| Counsel to Albemarle Corporation ("Albemarle") | Cole Schotz P.C. | Attn: Daniel F.X. Geoghan, Esq.<br>1325 Avenue of the Americas, 19th Floor<br>New York NY 10019 | dgeoghan@coleschotz.com | First Class Mail and Email |
| Counsel to Albemarle Corporation ("Albemarle") | Cole Schotz P.C. | Attn: Norman L. Pernick, Esq.<br>500 Delaware Avenue, Suite 1410<br>Wilmington DE 19801 | npernick@coleschotz.com | First Class Mail and Email |
| Counsel to Albemarle Corporation ("Albemarle") | Cole Schotz P.C. | Attn: Rebecca Hollander, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack NJ 07601 | rhollander@coleschotz.com | First Class Mail and Email |
| Counsel to Borrego Solar Systems, Inc. | Covington & Burling LLP | Attn: Dianne Coffino & R. Alexander Clark<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018 | dcoffino@cov.com<br>aclark@cov.com | First Class Mail and Email |
| Counsel to Flextronics Industrial Ltd., Flextronics International Europe B.V. and Flextronics International Asia-Pacific Ltd. | Curtis, Mallet-Prevost, Colt & Mosle LLP | Attn: Steven J. Reisman, Esq., James V. Drew, Esq. & Cindi M. Giglio, Esq.<br>101 Park Avenue<br>New York NY 10178-0061 | sreisman@curtis.com<br>jdrew@curtis.com<br>cgiglio@curtis.com | First Class Mail and Email |
| Official Committee of Unsecured Creditors | D.E. Shaw Composite Holdings, LLC | Attn: Martin Lebwohl<br>1166 Avenue of the Americas, 9th Floor<br>New York NY 10036 | | First Class Mail |
| Counsel for Independent Directors of SunEdison | Davis Polk & Wardwell LLP | Attn Marshall Huebner, James Windels, Michael Russano<br>450 Lexington Avenue<br>New York NY 10017 | SunEdDPW@davispolk.com | First Class Mail and Email |
| Counsel to DDR Corp. | DDR Corp. | Attn: Eric C. Cotton Deputy General Counsel & Corporate Compliance Officer<br>3300 Enterprise Parkway<br>Beachwood OH 44122 | Ecotton@ddr.com | First Class Mail and Email |
| Counsel to Madison Dearborn Capital Partners IV, L.P.; D. E. Shaw Composite Holdings, L.L.C.; D. E. Shaw CF-SP Series 1 MWP Acquisition, L.L.C.; D. E. Shaw CF-SP Series 13-04, L.L.C.; D. E. Shaw CF-SP Series 8-01, L.L.C.; D. E. Shaw CF-SP Series 11-06, L.L.C.; D. E. Shaw CF-SP Series 10-07, L.L.C.;and D. E. Shaw Renewable Investments, L.L.C. | Debevoise & Plimpton LLP | Attn: My Chi To, Shannon Rose Selden, Christopher Updike & Erica S. Weisgerber<br>919 Third Avenue<br>New York NY 10022 | mcto@debevoise.com<br>srselden@debevoise.com<br>cupdike@debevoise.com<br>eweisgerber@debevoise.com | First Class Mail and Email |
| Counsel for Atlantic Specialty Insurance Company | Donnelly Minter & Kelly, LLC | Attn: Seth A. Abrams<br>40 Wall Street, 28th Floor<br>New York NY 10005 | sabrams@dmklawgroup.com | First Class Mail and Email |

In re SunEdison, Inc. *et al.*
Case No. 16-10992 (SMB)

Page 2 of 8

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Basin Electric Power Cooperative | Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel, Esq. & Jessica D. Mikhailevich, Esq.<br>51 W. 52nd Street<br>New York NY 10019 | schnabel.eric@dorsey.com<br>mikhailevich.jessica@dorsey.com | First Class Mail and Email |
| Counsel to Basin Electric Power Cooperative | Dorsey & Whitney LLP | Attn: Monica Clark, Esq. & Elizabeth Hulsebos, Esq.<br>50 South Sixth Street, Suite 1500<br>Minneapolis MN 55402-1498 | clark.monica@dorsey.com<br>hulsebos.elizabeth@dorsey.com | First Class Mail and Email |
| Counsel to Drake Loeb PLLC | Drake Loeb PLLC | Attn: Alana R. Bartley, Esq.<br>555 Hudson Valley Avenue<br>Suite 100<br>New Windsor NY 12553 | | First Class Mail |
| Counsel for RLI Insurance Company | Dreifuss Bonacci & Parker, PC | Attn: JoAnne M. Bonacci, Esq. & Paul M. McCormick, Esq.<br>26 Columbia Turnpike, Suite 101, North Entrance<br>Florham Park NJ 07932 | jbonacci@dbplawfirm.com<br>pmccormick@dbplawfirm.com | First Class Mail and Email |
| Counsel to Direct Energy Business, LLC | Edison, McDowell & Hetherington LLP | Attn: Joseph E. Bain<br>Phoenix Tower<br>3200 Southwest Freeway, Suite 2100<br>Houston TX 77027 | joe.bain@emhllp.com | First Class Mail and Email |
| Counsel for Oklahoma Firefighters Pension and Retirement System, Omega Capital, Investors, L.P., Omega Capital Partners, L.P., Omega Equity Investors, L.P., Omega Overseas Partners, LTD. (Collectively, the Omega Entities), Glenview Capital Partners, L.P., Glenview Institutional Partners, L.P., Glenview Capital Master Fund, LTD., Glenview Capital Opportunity Fund, L.P., Glenview Capital Offshore Opportunity Master Fund, L.P. (Collectively, the Glenview Entities), Cobalt Partners, LP, Cobalt Partners II, LP, Cobalt Offshore Master Fund, LP, Cobalt KC Partners, LP, (Collectively, the Cobalt Entities) | Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. | Attn: Laurence May, Esq. & Peter Reiser, Esq.<br>800 Third Avenue<br>New York NY 10022 | lmay@eisemanlevine.com<br>preiser@eisemanlevine.com | First Class Mail and Email |
| Counsel to First Solar, Inc. | Farella Braun & Martel LLP | Attn: Gary M. Kaplan, Esq.<br>235 Montgomery Street, 18th Floor<br>San Francisco CA 94104 | gkaplan@fbm.com | First Class Mail and Email |
| Counsel to Direct Energy Business, LLC | Fishkin Lucks LLP | Attn: Steven M. Lucks, Esq.<br>277 Broadway, Suite 408<br>New York NY 10007 | slucks@fishkinlucks.com | First Class Mail and Email |
| Official Committee of Unsecured Creditors | Flextronics Industrial, Ltd. | Attn: Donald Heap<br>600 Shiloh Road<br>Plano TX 75074 | | First Class Mail |
| Cousnel to BOKF, N.A., as Indenture Trustee | Foley & Lardner LLP | Attn: Harold L. Kaplan, Mark F. Hebbeln & Lars A. Peterson<br>321 North Clark Street, Suite 2800<br>Chicago IL 60654-5313 | hkaplan@foley.com<br>mhebbeln@foley.com<br>lapeterson@foley.com | First Class Mail and Email |
| Counsel for Jones Lang LaSalle Americas, Inc. ("JLL") | Frankgecker LLP | Attn: Joseph D. Frank & Reed Heiligman<br>325 North LaSalle Street<br>Suite 625<br>Chicago IL 60654 | rheiligman@fgllp.com<br>jfrank@fgllp.com | First Class Mail and Email |
| Counsel for Manuel Acosta aka "Acosta" & Richard Wheeler | Gainey McKenna & Egleston | Attn Thomas J McKenna<br>440 Park Avenue South<br>5th Floor<br>New York NY 10016 | tjmckenna@gme-law.com | First Class Mail and Email |
| Counsel for Gibbons P.C. | Gibbons P.C. | Attn: David N. Crapo, Esq.<br>One Gateway Center<br>Newark NJ 07102-5310 | dcrapo@gibbonslaw.com | First Class Mail and Email |
| Counsel to First Reserve Corporation & Emera Maine | Gibson, Dunn & Crutcher LLP | Attn: Matthew G. Bouslog<br>3161 Michelson Drive<br>Irvine CA 92612-4412 | MBouslog@gibsondunn.com | First Class Mail and Email |
| Counsel to First Reserve Corporation & Emera Maine | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal<br>200 Park Avenue<br>New York NY 10166-0193 | MRosenthal@gibsondunn.com | First Class Mail and Email |
| Counsel to 7550IAD, LLC | Goldman & Van Beek, P.C. | Attn: Neil D. Goldman, Esq.<br>510 King Street, Suite 416<br>Alexandria VA 22314 | ngoldman@goldmanvanbeek.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Okta | Goodwin Procter LLP | Attn: William P. Weintraub<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018 | wweintraub@goodwinprocter.com | First Class Mail and Email |
| Counsel to WFP Tower D Co. L.P. | Greenberg Traurig, LLP | Attn: Daniel J. Ansell & Heath Kushnick<br>200 Park Avenue<br>New York NY 10166 | anselld@gtlaw.com<br>kushnickh@gtlaw.com | First Class Mail and Email |
| Counsel to Alexander Usenko, Julie Dull, Erin O'Day and Robert Linton | Harwood Feffer LLP | Attn: Daniella Quitt, Esq.<br>488 Madison Avenue, #801<br>New York NY 10022 | dquitt@hfesq.com | First Class Mail and Email |
| Counsel to Genpact International, Inc. | Herrick, Feinstein LLP | Attn: Stephen B. Selbst & Hanh V. Huynh<br>2 Park Avenue<br>New York NY 10016 | sselbst@herrick.com<br>hhuynh@herrick.com | First Class Mail and Email |
| Counsel to  BAG CORP | Hiersche Hayward Drakeley & Urbach PC | Attn Jason M Katz<br>15303 Dallas Parkway<br>Suite 700<br>Addison TX 75001 | jkatz@hhdulaw.com | First Class Mail and Email |
| Counsel for Tokai Carbon USA, Inc. | Hodgson Russ LLP | Attn: Garry M. Graber; Craig T. Lutterbein<br>140 Pearl Sreet<br>Suite 100<br>Buffalo NY 14202 | ggraber@hodgsonruss.com<br>clutterb@hodgsonruss.com | First Class Mail and Email |
| Internal Revenue Service | Internal Revenue Service | Attn: District Director<br>290 Broadway<br>New York NY 10007 | | First Class Mail |
| Counsel for PCS Phosphate Company, Inc. and PCS Sales (USA), Inc. | Jones Day | Attn: Lauren M. Buonome<br>222 East 41st Street<br>New York NY 10017 | lmbuonome@jonesday.com | First Class Mail and Email |
| Counsel to DDR Corp. & Tata America International Corporation d/b/a Tata America | Kelley Drye & Warren LLP | Attn: James S. Carr, Esq., Benjamin D. Feder, Esq., Sarah Carnes, Esq. & Kristin S. Elliot<br>101 Park Avenue<br>New York NY 10178 | KDWBankruptcyDepartment@kelleydrye.com<br>jcarr@kelleydrye.com<br>bfeder@kelleydrye.com<br>scarnes@kelleydrye.com<br>kelliott@kelleydrye.com | First Class Mail and Email |
| Counsel for Tokai Carbon USA, Inc. | Lane Powell PC | Attn: Carter M. Mann<br>601 SW Second Avenue<br>Suite 2100<br>Portland OR 97204-3158 | MannC@LanePowell.com | First Class Mail and Email |
| Counsel for Tokai Carbon USA, Inc. | Lane Powell PC | Attn: Mary Jo Heston<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle  WA 98111-9402 | HestonM@LanePowell.com | First Class Mail and Email |
| Counsel to the Administrative Agent Under the Debtors' Prepetition First Lien Credit Agreement | Latham & Watkins, Chicago | Attn: Richard Levy & Brad Kotler<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | richard.levy@lw.com<br>brad.kotler@lw.com | First Class Mail and Email |
| Counsel to Floyd CAD | Lee Gordon, of McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon<br>P.O. Box 1269<br>Round Rock TX 78680 | lgordon@mvbalaw.com | First Class Mail and Email |
| Counsel to Alexander Usenko, Julie Dull, Erin O'Day and Robert Linton | Levi & Korsinsky, LLP | Attn: Lori Feldman, Esq.<br>30 Broad Street, 24th Flr<br>New York NY 10004 | lfeldman@zlk.com | First Class Mail and Email |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>P.O. Box 3064<br>Houston TX 77253 -3064 | houston_bankruptcy@lgbs.com | First Class Mail and Email |
| Counsel to Appaloosa Investment Limited Partnership | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Esq., Scott Cargill, Esq., Andrew D. Behlmann, Esq. & Nicole M. Brown, Esq.<br>1251 Avenue of the Americas<br>New York NY 10020 | metkin@lowenstein.com<br>scargill@lowenstein.com<br>abehlmann@lowenstein.com<br>nbrown@lowenstein.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Appaloosa Investment Limited Partnership | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Esq., Scott Cargill, Esq., Andrew D. Behlmann, Esq. & Nicole M. Brown, Esq.<br>65 Livingston Avenue<br>Roseland NJ 07068 | metkin@lowenstein.com<br>scargill@lowenstein.com<br>abehlmann@lowenstein.com<br>nbrown@lowenstein.com | First Class Mail and Email |
| Counsel to ACE American Insurance Company and Westchester Fire Insurance Company | Manier & Herod | Attn: Scott C. Williams, Esquire, Sam H. Poteet, Jr., Esquire and Michael E. Collins, Esquire of Manier & Herod<br>One Nashville Place<br>150 Fourth Avenue North, Suite 2200<br>Nashville TN 37219 | swillimas@manierherod.com<br>spoteet@manierherod.com<br>mcollins@manierherod.com | First Class Mail and Email |
| Counsel to ACE American Insurance Company and Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney& Carpenter, LLP | Attn: Louis A. Modugno, Esq.<br>1300 Mount Kemble Ave.<br>Morristown NJ 07960 | lmodugno@mdmc-law.com | First Class Mail and Email |
| Counsel to Trina Solar, Ja Solar & Chint Solar (Zhejiang) Co., LTD | Messner Reeves LLP | Attn: Torben M. Welch Esq. & Jean-Claude Mazzola, Esq.<br>805 Third Avenue, 18th Floor<br>New York NY 10022 | twelch@messner.com<br>jcmazzola@messner.com | First Class Mail and Email |
| Missouri Department of Revenue | Missouri Department of Revenue | Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City MO 65105-0475 | sdnyecf@dor.mo.gov | First Class Mail and Email |
| Counsel to Alexander Usenko, Julie Dull, Erin O'Day and Robert Linton | Moritt Hock & Hamroff LLP | Attn: Leslie A. Berkoff<br>400 Garden City Plaza<br>Garden City NY 11530 | lberkoff@moritthock.com | First Class Mail and Email |
| Proposed Special Counsel to Official Committee of Unsecured Creditors | Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Jennifer Marines & Jonathan I. Levine<br>250 West 55th Street<br>New York NY 10019 | lmarinuzzi@mofo.com<br>jonlevine@mofo.com<br>jmarines@mofo.com | First Class Mail and Email |
| Counsel to MSSA S.A.S. and MSSA Company Corporation | Murphy & McGonigle, P.C. | Attn: Barry S. Gold & Steven D. Feldman<br>1185 Avenue of the Americas<br>21st Floor<br>New York NY 10036 | barry.gold@mmlawus.com<br>steven.feldman@mmlawus.com | First Class Mail and Email |
| Counsel to AT&T Corp. | Norton Rose Fulbright US LLP | Attn: David A. Rosenzweig & Melanie M. Kotler<br>666 Fifth Avenue<br>New York NY 10103 | david.rosenzweig@nortonrosefulbright.com<br>melanie.kotler@nortonrosefulbright.com | First Class Mail and Email |
| Counsel for Vogt Solar Limited | Norton Rose Fulbright US LLP | Attn: Louis R. Strubeck, Jr., Melanie M. Kotler<br>666 Fifth Avenue<br>31st Floor<br>New York NY 10103 | louis.strubeck@nortonrosefulbright.com<br>melanie.kotler@nortonrosefulbright.com | First Class Mail and Email |
| Counsel to Invesco IF IV Operating Tenant LLC | Nutter, McClennen & Fish, LLP | Attn: John G. Loughnane<br>Seaport West<br>155 Seaport Boulevard<br>Boston MA 02210 | jloughnane@nutter.com | First Class Mail and Email |
| Counsel to Inforeliance Corporation | Odin Feldman & Pittleman PC | Attn: Alexander M. Laughlin, Esquire<br>1775 Wiehle Avenue, Suite 400<br>Reston VA 20190 | alex.laughlin@ofplaw.com | First Class Mail and Email |
| Counsel to Country of Imperial, California | Office of the Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector<br>940 West Main Street<br>Suite 106<br>El Centro CA 92243 | | First Class Mail |
| Office of United States Trustee - Southern District of New York | Office of the United States Trustee for Region 2 | Attn: Paul Schwartzberg<br>201 Varick Street<br>Suite 1006<br>New York NY 10014 | | First Class Mail |
| Counsel to Okta | OKTA | Attn: Jon Runyan - General Counsel<br>301 Brannan Street, 1st Floor<br>San Francisco CA 94107 | jon.runyan@okta.com | First Class Mail and Email |
| Proposed Ordinary-Course Counsel for Certain Debtors and Debtors in Possession | Orrick Herrington & Sutcliffe LLP | Attn Frederick D Holden Jr<br>The Orrick Building<br>405 Howard Street<br>San Francisco CA 94105 | fholden@orrick.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Proposed Ordinary-Course Counsel for Certain Debtors and Debtors in Possession | Orrick Herrington & Sutcliffe LLP | Attn Monica Perrigino<br>52 West 52nd Street<br>New York NY 10019-6142 | mperrigino@orrick.com | First Class Mail and Email |
| Counsel to HSH Nordbank AG | Otterbourg P.C. | Attn: Steven B. Soll & Kevin Zozolo<br>230 Park Avenue<br>New York NY 10169 | ssoll@otterbourg.com | First Class Mail and Email |
| Counsel for Bergelectric Corp. | Patterson Belknap Webb & Tyler LLP | Attn Daniel A Lowenthal & J Taylor Kirklin<br>1133 6th Ave<br>New York NY 10036-6710 | dalowenthal@pbwt.com<br>jtkirklin@pbwt.com | First Class Mail and Email |
| Counsel to Ecoplexus Inc. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Christopher R. Mirick<br>1540 Broadway<br>New York NY 10036 | christopher.mirick@pillsburylaw.com | First Class Mail and Email |
| Counsel to the Administrative Agent under the Debtors' Prepetition Second Lien Credit Agreement | Pillsbury Winthrop Shaw Pittman LLP | Attn: Daniel S. Brown<br>1540 Broadway<br>New York NY 10036-4039 | daniel.brown@pillsburylaw.com | First Class Mail and Email |
| Counsel to EDF Trading North America, LLC | Reed Smith LLP | Attn: Andrea J. Pincus & Sarah K. Kam<br>599 Lexington Avenue<br>New York NY 10022-7650 | apincus@reedsmith.com | First Class Mail and Email |
| Counsel to Siemens Corp. | Reed Smith LLP | Attn: Chrystal A. Puleo<br>599 Lexington Avenue<br>New York NY 10022 | cpuleo@reedsmith.com | First Class Mail and Email |
| Counsel to Siemens Corp. | Reed Smith LLP | Attn: Claudia Z. Springer, Lauren S. Zabel<br>Three Logan Square, Suite 3100<br>1717 Arch St<br>Philadelphia PA 19103 | cspringer@reedsmith.com<br>lzabel@reedsmith.com | First Class Mail and Email |
| Counsel to EDF Trading North America, LLC | Reed Smith LLP | Attn: Paul B. Turner<br>811 Main Street<br>Suite 1700<br>Houston TX 77002-6110 | pturner@reedsmith.com | First Class Mail and Email |
| Counsel to Microsoft Corporation and its affiliate Microsoft Licensing GP | Riddell Williams PS | Attn Maria A Milano<br>1001 4th Ave<br>Suite 4500<br>Seattle WA 98154 | mmilano@riddellwilliams.com | First Class Mail and Email |
| Counsel to WGSW, Inc. | Sands Anderson PC | Attn: George R. Pitts, Esq.<br>1497 Chain Bridge Road<br>Suite 202<br>McLean VA 22101-5728 | gpitts@sandsanderson.com | First Class Mail and Email |
| Counsel to County of Los Angeles | Satterlee Stephens Burke & Burke LLP | Attn: Timothy T. Brock, Esq. & Abigail Snow, Esq.<br>230 Park Avenue, Suite 1130<br>New York NY 10169 | tbrock@ssbb.com<br>asnow@ssbb.com | First Class Mail and Email |
| Counsel to Rethink Energy Corporation | Schiff Hardin LLP | Attn: Louis T. DeLucia<br>666 Fifth Avenue, 17th Floor<br>New York NY 10103 | ldelucia@schiffhardin.com<br>afiedler@schiffhardin.com<br>aminear@schiffhardin.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., N.E.<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | First Class Mail and Email |
| Counsel to Mar-Bow Value Partners, LLC | Sheldon S. Toll PLLC | Attn: Sheldon S. Toll<br>29580 Northwestern Hwy., Ste. 100<br>Southfield MI 48034 | sst@lawtoll.com | First Class Mail and Email |
| Counsel to the Collateral Trustee Under the Debtors' Prepetition Second Lien Credit Agreement and Indenture Trustee Under Outstanding Bond Issuances | Shipman & Goodwin LLP | Attn: Marie C. Pollio<br>One Constitution Plaza<br>Hartford CT 06103-1919 | mpollio@goodwin.com | First Class Mail and Email |
| Counsel to County of Los Angeles | Steckbauer Weinhart, LLP | Attn: Barry S. Glaser, Esq.<br>333 S. Hope Street, 36th Floor<br>Los Angeles CA 90071 | bglaser@swesq.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to DIF INFRA 4 US LLC and DIF IV Co-Invest LLC | Stoel Rives, LLP | Attn: Oren Buchanan Haker, Esq. 900 SW Fifth Avenue, Suite 2600 Portland OR 97204 | oren.haker@stoel.com | First Class Mail and Email |
| Counsel to TerraForm Power, Inc. and TerraForm Global, Inc. | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Andrew G. Dietderich, John L. Hardiman & David R. Zylberberg 125 Broad Street New York NY 10004 | hardimanj@sullcrom.com dietdericha@sullcrom.com torkinm@sullcrom.com zylberbergd@sullcrom.com azuccarello@sandw.com | First Class Mail and Email |
| Counsel to TerraForm Power, Inc. and TerraForm Global, Inc. | Sullivan & Cromwell LLP | Attn: Michael Torkin, Andrew Diederich, and David Zylberberg 125 Broad Street New York NY 10004-0498 | torkinm@sullcrom.com dietdericha@sullcrom.com zylberbergd@sullcrom.com | First Class Mail and Email |
| Counsel to Tufts University | Sullivan & Worcester LLP | Attn: Amy A. Zuccarello One Post Office Square Boston MA 02109 | azuccarello@sandw.com | First Class Mail and Email |
| Counsel to Spirtas Wrecking Co. | Timothy E. Hayes & Associates L.C. | Attn: Timothy E. Hayes 231 S. Bemiston Ave. Suite 950 St. Louis MO 63105 | thayes@tehayes.com | First Class Mail and Email |
| Proposed Co-Counsel to Debtors and Debtors in Possession | Togut, Segal & Segal LLP | Attn: Albert Togut & Frank Oswald One Penn Plaza, Suite 3335 New York NY 10119 | altogut@teamtogut.com frankoswald@teamtogut.com adeering@teamtogut.com bmoore@teamtogut.com dperson@teamtogut.com | First Class Mail and Email |
| Counsel to Ontario Power Generation Inc. | Torys LLP | Attn: Alison D. Bauer 1114 Avenue of the Americas 23rd Floor New York NY 10036 | abauer@torys.com | First Class Mail and Email |
| Counsel for Bergelectric Corp. | Trachtman & Trachtman LLP | Attn Ryan M Craig 23046 Avenida De La Carlota Suite 300 Laguna Hills CA 92653 | rcraig@trachtmanlaw.com | First Class Mail and Email |
| Counsel to Wells Fargo Equipment Finance, Inc.; WF-SunE-XII Solar Statutory Trust; EnfinityWF Solar Trust; WF-SE I Solar Statutory Trust; WF-SunE-SPS Solar Statutory Trust; WF-SunE-EPE Solar Statutory Trust; WF-SunE-Cascade Solar Statutory Trust; WF-SunE-Orion I Solar Statutory Trust; WF-SunE-Orion II Solar Statutory Trust; WF-SunE-Vega Solar Statutory Trust; Wilmington Trust Company, solely in its capacity as Trustee for the WF-SunEXII Solar Statutory Trust; Wilmington Trust, National Association, solely in its capacity as Trustee for the EnfinityWF Solar Trust; and Wells Fargo Bank Northwest, National Association, solely in its capacity as Trustee for the WF-SE I Solar Statutory Trust, the WF-SunE-SPS Solar Statutory Trust, the WF-SunE-EPE Solar Statutory Trust, the WF-SunE-Cascade Solar Statutory Trust, the WF-SunE-Orion I Solar Statutory Trust, the WF-SunE-Orion II Solar Statutory Trust, and the WF-SunE-Vega Solar Statutory Trust | Troutman Sanders LLP | Attn: Hugh M. McDonald, Craig M. Kline & Louis A. Curcio 875 Third Avenue New York NY 10022 | Hugh.McDonald@troutmansanders.com Craig.Kline@troutmansanders.com Louis.Curcio@troutmansanders.com | First Class Mail and Email |
| Office of the United States Attorney for the Southern District of New York | United States Attorney's Office | 86 Chambers Street 3rd Floor New York NY 10007 | | First Class Mail |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | One Bowling Green New York NY 10004-1408 | | First Class Mail |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO | United Steel Workers | Attn: David R. Jury Associate General Counsel Five Gateway Center, Room 807 Pittsburgh PA 15222 | djury@usw.org | First Class Mail and Email |
| Counsel to Robert Half International Inc. & Protiviti Inc. | Venable LLP | Attn Richard L Wasserman 750 East Pratt Street Suite 900 Baltimore MD 21202 | rlwasserman@venable.com | First Class Mail and Email |
| Counsel to R/C US Solar Investment Partnership, L.P. | Vinson & Elkins LLP | Attn: Steven M. Abramowitz & Syed Haq 666 Fifth Avenue, 26th Floor New York NY 10103 | sabramowitz@velaw.com shaq@velaw.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors | Vivint Solar, Inc. | Attn: Jim Lundberg<br>3301 N. Thanksgiving Way, Suite 500<br>Lehi UT 84043 | | First Class Mail |
| Counsel to Atlantic Specialty Insurance Company | Watt, Tieder, Hoffar & Fitzgerald, LLP | Attn: John E. Sebastian & Albert L. Chollet, III<br>10 S. Wacker Drive, Suite 2935<br>Chicago IL 60606 | jsebastian@watttieder.com<br>achollet@watttieder.com | First Class Mail and Email |
| Proposed Counsel to Official Committee of Unsecured Creditors | Weil, Gotshal & Manges LLP | Attn: Matthew S. Barr, David J. Lender, Jonathan D. Polkes, Joseph H. Smolinsky & Jill Frizzley<br>767 Fifth Avenue<br>New York NY 10153 | SunEWeilBFR@weil.com | First Class Mail and Email |
| Counsel to Toyota Industries Commercial Finance Inc | Weltman, Weinberg & Reis Co., L.P.A. | Attn: Scott D. Fink<br>323 W. Lakeside Ave.<br>Suite 200<br>Cleveland OH 44113 | ecfndoh@weltman.com | First Class Mail and Email |
| Counsel to Argonaut Insurance Company | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn.: Eric G. Waxman, III, Esq. & Mickee M. Hennessy, Esq.<br>1201 RXR Plaza<br>Uniondale NY 11556 | ewaxman@westermanllp.com<br>mhennessy@westermanllp.com | First Class Mail and Email |
| Counsel to the Debtors' Postpetition Secured Lenders | White & Case | Attn: Scott Greissman<br>1155 Avenue of the Americas<br>New York NY 10036-2787 | sgreissman@whitecase.com | First Class Mail and Email |
| Counsel to Ad Hoc Group of SunEdison, Inc. Convertible Unsecured Noteholders | White & Case LLP | Attn: Glenn M. Kurtz, J. Christopher Shore, Harrison L. Denman & Michele J. Meises<br>1155 Avenue of the Americas<br>New York NY 10036-2787 | gkurtz@whitecase.com<br>hdenman@whitecase.com<br>michele.meises@whitecase.com | First Class Mail and Email |
| Counsel to Ad Hoc Group of SunEdison, Inc. Convertible Unsecured Noteholders | White & Case LLP | Attn: Thomas E Lauria<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami FL 33131-2532 | tlauria@whitecase.com | First Class Mail and Email |
| Counsel to Carolyn P. Adcock & Sherwood Lee Adcock | Williams Mullen | Attn: Holmes P. Harden, Esquire<br>PO Box 1000<br>Raleigh  NC 27602 | hharden@williamsmullen.com | First Class Mail and Email |
| Counsel to Wilmington Trust, National Association | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Andrew Goldman, Esq., Benjamin Loveland, Esq. & Andrew Glantz, Esq.<br>7 World Trade Center<br>250 Greenwich Street<br>New York NY 10007 | andrew.goldman@wilmerhale.com<br>benjamin.loveland@wilmerhale.com<br>andrew.glantz@wilmerhale.com | First Class Mail and Email |
| Counsel to Wilmington Trust, National Association | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Nancy Manzer, Esq.<br>1875 Pennsylvania Avenue NW<br>Washington DC 20006 | nancy.manzer@wilmerhale.com | First Class Mail and Email |
| Indenture Trustee for the Prepetition Bonds/ Secured Creditor/ Top 40 Creditor | Wilmington Trust, National Association | Attn:  SunEdison, Inc. Administrator<br>1100 North Market St<br>Wilmington DE 19890 | tmorris@wilmingtontrust.com | First Class Mail and Email |
| Collateral Trustee for the Prepetition Second Lien Credit Agreement | Wilmington Trust, National Association | Global Capital Markets<br>W. Thomas Morris II<br>1100 North Market St<br>Wilmington DE 19890 | tmorris@wilmingtontrust.com | First Class Mail and Email |
| Counsel to Vivint Solar, Inc. | Wilson Sonsini Goodrich & Rosati | Attn: Benjamin Hoch, Esq. & Robert M. Hemm, Esq.<br>1301 Avenue of the Americas, 40th Floor<br>New York NY 10019 | bhoch@wsgr.com<br>bhemm@wsgr.com | First Class Mail and Email |