SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
J. Eric Ivester
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

James J. Mazza, Jr. (admitted *pro hac vice*)
Louis S. Chiappetta (admitted *pro hac vice*)
155 N. Wacker Dr.
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SUNEDISON, INC.,** *et al.*, | **Case No. 16-10992 (SMB)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF COMMENCEMENT OF CHAPTER 11 CASES AND JOINT**
<u>**ADMINISTRATION**</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A) . The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

**PLEASE TAKE NOTICE** that, on April 21, 2016 (the "Petition Date"), SunEdison, Inc. and certain of its affiliates (collectively, the "Debtors") each commenced a case by filing a petition for relief under chapter 11 of title 11 of the United States Code, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order Granting Debtors' Motion For Order (I) Directing Joint Administration of the Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) and (II) Waiving Requirements of Bankruptcy Code Section 342(c)(1) and Bankruptcy Rule 2002(n)* (Docket No. 66) entered by the Bankruptcy Court on April 25, 2016 (the "Joint Administration Order"), the Debtors' respective chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 16-10992 (SMB). The Joint Administration Order applies to future filings by affiliates of the Debtors, provided that the Debtors file a notice with the Court identifying the cases of such affiliates and stating that the Joint Administration Order shall apply to such cases. Joint Administration Order ¶ 8.

**PLEASE TAKE FURTHER NOTICE** that, on June 1, 2016, six affiliates of the Debtors (the "Additional Debtors") each commenced a case by filing a petition for relief under chapter 11 of title 11 of the United States Code, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Joint Administration Order shall apply to the Additional Debtors' chapter 11 cases as listed below:

|   | **Additional Debtor** | **Case Number** |
|---|---|---|
| 1. | Sunflower Renewable Holdings 1, LLC | 16-11626 |
| 2. | Blue Sky West Capital, LLC | 16-11627 |
| 3. | First Wind Oakfield Portfolio, LLC | 16-11628 |
| 4. | First Wind Panhandle Holdings III, LLC | 16-11629 |

|   | **Additional Debtor** | **Case Number** |
|---|---|---|
| 5. | DSP Renewables, LLC | 16-11630 |
| 6. | Hancock Renewables Holdings, LLC | 16-11631 |

A list of all of the Debtors, including the Additional Debtors, and their individual case numbers is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Declaration of Patrick M. Cook Pursuant to Local Bankruptcy Rule 1007-2 and In Support of Chapter 11 Petitions [Docket No. 4] is hereby incorporated by reference with respect to each Additional Debtor.

Dated: June 1, 2016
New York, New York

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Jay M. Goffman*
Jay M. Goffman
J. Eric Ivester
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

James J. Mazza, Jr. (admitted *pro hac vice*)
Louis S. Chiappetta (admitted *pro hac vice*)
155 N. Wacker Dr.
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

## **EXHIBIT A**

16-10992-smb    Doc 436    Filed 06/01/16    Entered 06/01/16 21:14:31    Main Document
Pg 4 of 5

| | **Debtor** | **Employer Identification Number (EIN)** | **Case Number** |
|---|---|---|---|
| 1. | SunEdison, Inc. | 56-1505767 | 16-10992 |
| 2. | SunEdison DG, LLC | N/A | 16-10991 |
| 3. | SunEdison Holdings Corporation | 73-1628669 | 16-10993 |
| 4. | SunEdison Utility Holdings, Inc. | 47-3636443 | 16-10994 |
| 5. | SunEdison International, Inc. | 43-1804551 | 16-10995 |
| 6. | SUNE ML 1, LLC | 47-2843132 | 16-10996 |
| 7. | MEMC Pasadena, Inc. | 43-1715238 | 16-10997 |
| 8. | Solaicx | 01-0691969 | 16-10998 |
| 9. | SunEdison Contracting, LLC | 20-3833819 | 16-10999 |
| 10. | NVT, LLC | 20-3835370 | 16-11000 |
| 11. | NVT Licenses, LLC | 20-3835445 | 16-11001 |
| 12. | Team-Solar, Inc. | 94-3357782 | 16-11002 |
| 13. | SunEdison Canada, LLC | 26-0476287 | 16-11003 |
| 14. | Enflex Corporation | 68-0305515 | 16-11005 |
| 15. | Fotowatio Renewable Ventures, Inc. | 46-0521788 | 16-11006 |
| 16. | Silver Ridge Power Holdings, LLC | 47-2465886 | 16-11007 |
| 17. | SunEdison International, LLC | 26-0501567 | 16-11008 |
| 18. | Sun Edison LLC | 20-0291450 | 16-11009 |
| 19. | SUNE Wind Holdings, Inc. | 47-4332144 | 16-11010 |
| 20. | SUNE Hawaii Solar Holdings, LLC | 81-2320994 | 16-11011 |
| 21. | First Wind Solar Portfolio, LLC | 45-5265014 | 16-11012 |
| 22. | First Wind California Holdings, LLC | 26-2377697 | 16-11013 |
| 23. | SunEdison Products Singapore PTE Ltd. | 98-1137373 | 16-11014 |
| 24. | SEV Merger Sub, Inc. | N/A | 16-11015 |
| 25. | PVT Solar, Inc. | 26-2683308 | 16-11016 |
| 26. | SunEdison Residential Services, LLC | 27-4955787 | 16-11017 |
| 27. | Sunflower Renewable Holdings 1, LLC | 81-2246273 | 16-11626 |
| 28. | Blue Sky West Capital, LLC | 32-0467962 | 16-11627 |
| 29. | First Wind Oakfield Portfolio, LLC | 36-4813711 | 16-11628 |
| 30. | First Wind Panhandle Holdings III, LLC | 37-1774238 | 16-11629 |
| 31. | DSP Renewables, LLC | 35-2545513 | 16-11630 |
| 32. | Hancock Renewables Holdings, LLC | N/A | 16-11631 |