UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SUNEDISON, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-10992 (SMB)<br><br>(Jointly Administered) |

### ORDER OF ADMISSION OF JOHN R. KNAPP, JR. TO PRACTICE, *PRO HAC VICE*

Upon the motion dated May ___, 2016, of John R. Knapp, Jr., to be admitted, ***pro hac vice***, to represent Jive Software, Inc., (the "Client") a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bars in the States of Washington, Delaware, and Idaho and the bars of the United States District Courts for the Western District of Washington, the Eastern District of Washington, the District of Delaware, and the District of Idaho, and the United States Circuit Court of Appeals for the Ninth Circuit, it is hereby

**ORDERED**, that John R. Knapp, Jr., Esq. is admitted to practice, ***pro hac vice***, in the above-referenced cases to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 1st, 2016
New York, New York

/s/ STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); and SEV Merger Sub Inc. (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

70096148.2