**Hearing Date: June 7, 2016 at 2:00 p.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
J. Eric Ivester
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

James J. Mazza, Jr. (admitted *pro hac vice*)
Louis S. Chiappetta (admitted *pro hac vice*)
155 N. Wacker Dr.
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors*
  *and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re** | **Chapter 11** |
| **SUNEDISON, INC., et al,** | **Case No. 16-1992 (SMB)** |
| **Debtors.**[1] | **(Jointly Administered)** |
| | **Related Docket Nos. 319, 320, 321, 323, 353, 354, 355, 356, 357, 359, 377, 378, 379, 383, 384, 385, 397** |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

**DEBTORS' OMNIBUS RESPONSE TO REQUESTS TO APPOINT AN OFFICIAL
COMMITTEE OF EQUITY SECURITY HOLDERS**

**PRELIMINARY STATEMENT**

The Debtors and their advisors are fully aware of the financial hardship suffered

by SunEdison, Inc. equity holders as a result of the present situation.  Recognizing that hardship,

the Debtors and their advisors have been taking all appropriate steps to maximize the value of the

estate for all stakeholders, including equity holders, and intend to continue doing so.  There is

nothing the Debtors desire more than to be able to pay all creditors and return value to equity

holders.  Unfortunately, the facts of this situation lead to the inevitable conclusion that this is

entirely unlikely.  Accordingly, in response to certain requests[2] and this Court's Order to Show

Cause Why an Official Committee of Equity Security Holders Should Not Be Appointed in these

Chapter 11 Cases[3] [Doc. No. 356] ("Order to Show Cause"), the Debtors respectfully submit that

such "extraordinary relief"[4] is not appropriate here.  Simply put, there is no basis to conclude that

there will be any recovery – let alone a "meaningful" one[5]– for equity holders.  To the contrary,

---

[2]    This Court's Order to Show Cause specified three letters [Docket Nos. 319, 353, 354] from certain equity
holders that requested the appointment of an equity committee (the "Preliminary Letters").  However, several
other equity holder letters have been filed with the Court both before [Docket Nos. 320, 321, 323, 355] and after
[Docket Nos. 357, 359, 378, 379, 383, 384, 385, 397] the Order to Show Cause was filed (hereinafter the
"Additional Letters").  The Additional Letters do not contain any specific requests for appointment of an equity
committee, but do share common sentiments and arguments with those of the Preliminary Letters.  Accordingly,
this response (the "Response") to the Court's Order to Show Cause also applies to requests in the Preliminary
Letters and the Additional Letters (collectively, the "Requests").  In light of the joint nature of the relief sought
by the Equity Holders and the substantial overlap of their arguments in support of the Requests, this Response
refers to the Requests collectively rather than addressing each of them separately.

[3]    Capitalized terms not otherwise defined in the preliminary statement shall have the meanings ascribed to them
elsewhere in this Response.

[4]    In re Dana Corp., 344 B.R. 35, 38 (Bankr. S.D.N.Y. 2006) ("The appointment of an additional committee under
section 1102(a)(2) is considered 'extraordinary relief.'"); In re Williams Commc'ns Grp., Inc., 281 B.R. 216,
223 (Bankr. S.D.N.Y. 2002) ("The appointment of official equity committees should be the rare exception.").

[5]    Williams Commc'n's Grp., 281 B.R. at 223. (Equity committees "should not be appointed unless . . . there is a
substantial likelihood that they will receive a meaningful distribution in the case under a strict application of the
absolute priority rule . . . .").

numerous indicators demonstrate that many of the Debtors' creditors will themselves receive only a fractional recovery on their claims, thereby precluding any recovery for equity under the absolute priority rule. Because no recovery for the shareholders of SunEdison common stock (collectively, the "Equity Holders") is reasonably contemplated, the appointment of an official committee of Equity Holders, and the corresponding imposition of direct and indirect costs on the Debtors' estates arising therefrom, is unwarranted and unnecessary. Moreover, the Equity Holders are adequately represented by various significant parties in interest in these Chapter 11 Cases, including the Creditors' Committee and the Chief Restructuring Officer ("CRO"). As set forth in more detail below:

- Before Equity Holders could receive any recovery in these cases, a claims hurdle of approximately $4.2[6] billion must be cleared. The recently submitted Supplemental Parkhill Declaration[7] refutes any notion that this substantial hurdle can be overcome.

- Prepetition unsecured debt throughout the Debtors' capital structure – which must be paid in full with interest before equity may receive any distribution – is trading at a steep discount to par. For example, the Debtors' convertible notes are trading at approximately 6 cents on the dollar.[8] These trading prices make clear that the market does not anticipate any recovery for equity.

---

[6]   The $4.2 billion claims hurdle does not include any contingent or litigation related liabilities, which have been asserted in amounts of more than $1.2 billion plus unliquidated amounts. See Docket No. 1. Although the Debtors dispute the validity of the claims, any such claims would also need to be satisfied in full before equity would receive any distribution.

[7]   See Supplemental Declaration of Homer Parkhill in Support of Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Senior Secured, Superpriority, Postpetition Financing Pursuant to Bankruptcy Code Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to Bankruptcy Code Section 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to Bankruptcy Code Sections 361, 362, 363 and 364, and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Docket No. 327] ("Supplemental Parkhill Decl.") at ¶ 12. See also Declaration of Homer Parkhill in Support of Debtors' Omnibus Response to Requests to Appoint an Official Committee of Equity Security Holders, to be filed concurrently herewith.

[8]   The Bloomberg L.P. report showing the closing prices of these notes the final two weeks of May 2016 is attached hereto as Exhibit A.

- While, based on book value, the Debtors' assets may exceed their liabilities, book value of the Debtors' assets is not indicative of either the fair market value of the assets or any likely recovery for Equity Holders.[9]

The Debtors are sympathetic to the concerns of Equity Holders, but the facts here do not support the formation of an official equity committee. As set forth herein, the claims hurdle that must be cleared is overwhelming. Moreover, the Equity Holders' interests are adequately represented by the Creditors' Committee, the CRO, the Debtors' board of directors, and the Debtors' management, all of whom are fiduciaries of the estate charged with maximizing value for all stakeholders. In short, there are already a number of estate fiduciaries working to maximize value, and there is no need to add another official committee to represent Equity Holders who have no reasonable prospect of a recovery. Accordingly, the Debtors submit that the appointment of an equity committee is inappropriate in these Chapter 11 Cases.

## BACKGROUND

1.      On April 21, 2016 (the "Petition Date"),[10] the Debtors each commenced a case (the "Initial Chapter 11 Cases") by filing a petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York. On June 1, 2016, an additional six Debtors[11] filed voluntary petitions for relief under the Bankruptcy Code (collectively with the Initial Chapter 11 Cases, the "Chapter 11 Cases"). The Debtors' Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered.

---

[9]     See In re Zeta Consumer Prods. Corp., 291 B.R. 336, 347 (Bankr. D. N.J. 2003) ("Book value ordinarily does not reflect the true market value of the asset.")

[10]    For the avoidance of doubt, all references to "Petition Date" refer to the April 21, 2016 filing of the 26 debtors unless specified that it is the "June 1st Petition Date."

[11]    Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A).

2.      The Debtors continue to operate their businesses and manage their

properties as debtors and debtors in possession pursuant to Bankruptcy Code sections 1107(a)

and 1108.

3.      On April 29, 2016, the Office of the United States Trustee for the

Southern District of New York (the "United States Trustee") appointed an Official Committee of

Unsecured Creditors (the "Creditors' Committee").  To date, no trustee or examiner has been

appointed in the Debtors' Chapter 11 Cases.

4.      SunEdison is one of the world's leading developers of renewable-energy

solutions.  In addition to its development business, SunEdison owns, operates and/or provides

maintenance services for clean power generation assets.  SunEdison's renewable-energy

development business is a global enterprise with substantial development activities on six

continents.[12]

5.      Since the Debtors' chapter 11 filing, a number of individual equity holders

submitted letters to the Court, some of which requested that the Court appoint an official equity

committee.  In total, 13 letters have been filed with the Court.[13]

6.      On May 20, 2016, this Court filed its Order to Show Cause Why an

Official Committee of Equity Security Holders Should Not be Appointed [Docket No. 356].

7.      On May 20, 2016, James Hodges, a shareholder, filed a letter with the

Court requesting that the Court deny the Requests to appoint an official equity committee

[Docket No. 377].

---

[12]    Additional factual background information regarding the Debtors, including their business operations, their corporate and capital structure, and the events leading to these Chapter 11 Cases, is set forth in detail in the Declaration of Patrick M. Cook Pursuant to Local Bankruptcy Rule 1007-2 and in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 4] (the "First Day Declaration").

[13]    See n.2 above.

## RESPONSE

### I.  Legal Standard – Appointment Of An Equity Committee Is The Rare Exception.

8.  The appointment of an equity committee is considered "extraordinary relief" and "should be the rare exception."  In re Dana Corp., 344 B.R. 35, 38 (Bankr. S.D.N.Y. 2006); In re Williams Commc'ns Grp., Inc., 281 B.R. 216, 223 (Bankr. S.D.N.Y. 2002); see also In re Spansion, 421 B.R. 151, 156 (Bankr. D. Del. 2009).[14]  To obtain such extraordinary relief, equity must establish a substantial likelihood that the debtor is solvent, that equity is "in the money," and that equity is not adequately represented without an official committee.  In re Northwestern Corp., 2004 WL 1077913, at *2 (Bankr. D. Del. May 13, 2004) (quoting Williams Commc'ns. Grp., 281 B.R. at 223).

9.  The standard for "adequate representation" is not defined by the Bankruptcy Code.  Rather, courts consider the facts and circumstances of each case, including (i) the likelihood that the debtor is insolvent, (ii) the number of holders of common stock, (iii) the complexity of the case, and (iv) the additional cost of appointing a committee.  See, e.g., Williams Commc'ns Grp., 281 B.R. at 223; Spansion, 421 B.R. at 156; In re Kalvar Microfilm, Inc., 195 B.R. 599, 601 (Bankr. D. Del. 1996).

### II.  Debtors Are Insolvent And Equity Holders Will Not Receive A Meaningful Distribution.

10.  A debtor's insolvency often is dispositive – i.e., if a debtor is insolvent, courts generally deny a request to appoint an equity committee without more.  Williams Commc'ns Grp., 281 B.R. at 223 ("When a debtor appears to be hopelessly insolvent, an equity

---

[14]  Courts have recently refused requests to appoint equity committees in the following cases: In re Eastman Kodak Company, Case No. 12-10202 (ALG) (Bankr. S.D.N.Y. Aug. 15, 2013); In re School Specialty, Inc., Case No. 13-10125 (KJC) (Bankr. D. Del. May 23, 2013); In re Reddy Ice Holdings, Inc., Case No. 12-32349 (Bankr. N.D. Tex. June 21, 2012); In re Abitibowater Inc., Case No. 09-11296 (KJC) (Bankr. D. Del. Aug. 13, 2010); In re Source Interlink Companies, Case No. 09-11424 (KG) (Bankr. D. Del. May 28, 2009).

committee is not generally warranted . . . ."); see also Spansion, 421 B.R. at 156 ("[I]f equity

holders have no reasonable prospect of receiving a meaningful distribution . . . an equity

committee could serve no legitimate role . . . .").

**A.    Preliminary Indicators Of Value Show That Debtors Are Insolvent.**

11.    Despite the nascent stage of these Chapter 11 Cases, there are several

reliable factors that indicate that the Debtors are insolvent and that it is unlikely that Equity

Holders will have any recovery (let alone a meaningful one).  As a preliminary matter, before

there is any possibility for equity recovery, approximately $4.2 billion in claims (excluding

project level credit facilities) must be paid out of the estate.  As set forth in the First Day

Declaration, the Debtors' principal funded debt obligations are as follows:

| | Pro Forma[15]<br>($ millions) | Interest Rate | Maturity |
|---|---|---|---|
| **Secured Recourse Debt** | | | |
| $750 million Letter of Credit Facility | 688 | 3.75% | Feb-2017 |
| A1 Tranche 2L Term Loan | 500 | L + 10% | Jul-2018 |
| A2 Tranche 2L Term Loan | 225 | L + 10% | Jul-2018 |
| A3 Tranche 2L 5.0% Senior Notes | 225 | 5.00% | Jul-2018 |
| **Total Secured Recourse Debt** | **$1,638** | | |
| **Unsecured Recourse Debt** | | | |
| Exchangeable Notes due 2020 | 215 | 3.75% | Jan-2020 |
| 2018 Convertible Senior Notes | 256 | 2.00% | Oct-2018 |
| 2020 Convertible Senior Notes | 488 | 0.25% | Jan-2020 |
| 2021 Convertible Senior Notes | 289 | 2.75% | Jan-2021 |
| 2022 Convertible Senior Notes | 347 | 2.38% | Apr-2022 |
| 2023 Convertible Senior Notes | 279 | 2.63% | Jun-2023 |
| 2025 Convertible Senior Notes | 320 | 3.38% | Jun-2025 |
| **Unsecured Non-Recourse Debt** | | | |
| Trade Debt[16] | 357 | N/A | N/A |
| **Total SunEdison Debt** | **$4,189** | | |

---

[15]    As of April 14, 2016.

[16]    The Debtors believe that there may be additional amounts not reflected in this the total trade debt, which does
not includes goods and services that have been received, but not yet invoiced in the Debtors' books and records.
In addition, the Debtors estimate they have outstanding trade claims totaling approximately $357 million as of
April 13, 2016, based on invoices actually entered in the Debtors' books and records.

12.     The $300 million new money portion of the proposed debtor-in-possession financing must also be paid in full prior to any distributions to unsecured creditors and shareholders.[17]

13.     The recently submitted Supplemental Parkhill Declaration in support of the DIP Financing refutes any notion that this substantial hurdle will be cleared.  The Debtors principal assets include the Debtors' ownership interests in TERP[18] and GLBL[19] (which have an estimated value of approximately $650 million based on the average trading prices in the public markets over the 30-day period ending May 17, 2016)[20] and their interests in the Debtors' operating assets (which the Debtors project to yield net proceeds of approximately $200 million, after applying a 50% discount to management's expected values for these assets).[21]  Although the operating asset estimates are admittedly conservative, and the Debtors have not performed a formal valuation,[22] the estimated distributable value of $850 million[23] would need to be multiplied by a factor of at least five[24] before even coming close to the claims hurdle – a highly unlikely result.  In short, there is no indication that there will be any value for equity, let alone a meaningful one.

---

[17]    See Supplemental Parkhill Decl. ¶ 12.

[18]    TerraForm Power, Inc. ("TERP").

[19]    TerraForm Global, Inc. ("GLBL," and together with TERP, the "YieldCos").

[20]    See Supplemental Parkhill Decl. ¶ 10.

[21]    See Supplemental Parkhill Decl. ¶ 11.

[22]    See Supplemental Parkhill Decl. ¶¶ 10-12.

[23]    To be clear, the $850 million distributional value is not a formal valuation of the Company, rather was derived in support of the DIP Financing.

[24]    This factor increases to a factor of six or seven depending on the validity and amounts of the asserted contingent litigation claims.

**B.    Market-Based Measures Of The Debtors' Financial Status Indicate Insolvency.**

14.    In addition, the market unequivocally refutes solvency here.  Prepetition unsecured debt claims throughout the Debtors' capital structure are trading at steep discounts to par.  The Debtors' $1.8 billion of prepetition unsecured convertible notes ahead of equity is trading for pennies on the dollar.[25]  These prices clearly indicate the market's expectation that the Debtors will not have enough value to pay substantially all of its unsecured convertible notes.  And all of this debt must be paid in full with interest (pre- and post-petition) before equity can receive any value.  Courts have consistently relied on these types of discounted trading prices as evidence of a debtor's insolvency warranting the denial of a request for an equity committee.  See, e.g., Williams Commc'ns Grp., 281 B.R. at 221 (finding that the debtors appeared to be hopelessly insolvent, court noted that their public bonds were trading at a steep discount); In re Leap Wireless Int'l, Inc., 295 B.R. 135, 139 (Bankr. S.D. Cal. 2003) ("Further, we have evidence that the bonds are trading at a steep discount, another indicator of insolvency.").

**C.    The Debtors' Book Value Is Not An Indicator Of Equity Recovery.**

15.    The Equity Holders claim that SunEdison has "assets that exceed debts by nearly 4 billion dollars" [Docket No. 353] and "excess assets of $4.6 billion after subtracting debt as of December 31, 2015" [Docket No. 319].  The positive net worth to which they refer is, presumably, derived from the Debtors' financial statements – i.e., the difference between the book value of the SunEdison's assets and liabilities.  However, book values – entries required by generally accepted accounting principles – are accounting conventions that often have no bearing

---

[25]    On the Petition Date, the Debtors' convertible notes ("Convertible Notes") – which are general unsecured obligations which must be satisfied in full, including post-petition interest, ahead of the Equity Holders – traded at approximately 3 to 4 cents on the dollar. In the final two weeks of May 2016, these notes traded at approximately 5 to 7 cents on the dollar.  The Bloomberg L.P. report showing the closing prices of these notes on April 21, 2016 and the final two weeks of May 2016 is attached hereto as Exhibit A.

on the market value of an enterprise or the distributions to be made pursuant to chapter 11 reorganization.  See, e.g., In re EBC I, Inc., 380 B.R. 348, 356 (Bankr. D. Del. 2008) (adjusting book value to reflect market value to assess solvency); In re Nirvana Rest., 337 B.R. 495, 506 (Bankr. S.D.N.Y. 2006); In re Flutie New York Co., 310 B.R. 31, 52 (Bankr. S.D.N.Y. 2004); In re Zeta Consumer Prods. Corp., 291 B.R. 336, 347 (Bankr. D. N.J. 2003) ("Book value ordinarily does not reflect the true market value of the asset.").

16.     In addition, the positive net value that Equity Holders cite in their Requests is stale and based on financial statements issued more than six months prior to the Petition Date.  Moreover, updated public information with respect to the Debtors' solvency, such as their bankruptcy schedules and regulatory filings for the fourth quarter of 2015 and first quarter of 2016, are not yet available.

17.     The Equity Holders also apparently seek to support the Debtors' solvency by arguing that certain SunEdison non-debtor affiliates – the "India assets" and the YieldCos – should have been included as debtor entities, and contend that the Debtors chose to keep these entities out of bankruptcy in order to shield their assets from SunEdison's equity holders.[26]

18.     These contentions are fundamentally incorrect.  First, as a matter of black-letter law, parent and subsidiary corporations are separate entities, having separate assets and liabilities, such that the parent's ownership of all of the shares of the subsidiary does not make the subsidiary's assets the parent's.[27]  Hence, the parent's creditors have no claim to the

---

[26]    See Docket Nos. 353, 354.

[27]    See, e.g., Mellon Bank, N.A. v. Metro Commc'ns, Inc., 945 F.2d 635, 643 (3d Cir. 1991); 1 Charles R.P. Keating, et al., Fletcher Cyclopedia of the Law of Private Corporations, § 25, at 30 (1997 Supp.); In re Beck Indus., Inc., 479 F.2d 410, 415-16 (2d Cir. 1973); accord In re Adolf Gobel, Inc., 80 F.2d 849, 851 (2d Cir.1936); In re Brierley, 145 B.R. 151, 169 (Bankr. S.D.N.Y. 1992).  Hence, the parent's creditors have no claim to the subsidiary's assets, and vice versa.  See, e.g., Helena Chem. Co. v. Circle Land & Cattle Corp. (In re Circle Land & Cattle Corp.), 213 B.R. 870, 874-76 (Bankr. D. Kan. 1997).

subsidiary's assets, and *vice versa*.[28]  Second, it is commonplace for only some, *but not all*,

entities in a corporate family to file for bankruptcy protection.[29]  Third, there is no basis for the

Equity Holders' mistaken assertion that the Debtors chose to keep the non-debtor affiliates out of

bankruptcy in an effort to harm shareholders, or that doing so will have such effect.  To the

contrary, the Debtors currently retain the same ownership interests in non-debtor entities that

they possessed pre-petition, and any equity value generated by such non-debtor entities – either

through their going-concern operations or the monetization of the Debtors' ownership interests in

an orderly sale process – will inure to the benefit of the Debtors' estates.

### III.    Equity Holders Are Adequately Represented Without An Equity Committee.

19.    Even where there is equity value – which has not been, and cannot be,

shown here – an equity committee is not warranted unless Equity Holders' rights would not be

adequately represented without one.  Williams Commc'ns Grp., 281 B.R. at 223 (noting that "in

most cases, even those equity holders who do expect a distribution in the case can adequately

represent their interest without an official committee").  Section 1102(a)(2) does not set forth a

test of adequate representation, so the Court must examine the facts of each case.  In re Johns-

Manville Corp., 68 B.R. 155, 159 (Bankr. S.D.N.Y. 1986); In re Beker Indus. Corp., 55 B.R.

945, 948 (Bankr. S.D.N.Y. 1985).  As courts have noted, "[t]he statutory focus of § 1102(a)(2) is

not whether the equity holders are 'exclusively' represented, but whether they are 'adequately'

---

[28]    See, e.g., Helena Chem. Co. v. Circle Land & Cattle Corp. (In re Circle Land & Cattle Corp.), 213 B.R. 870, 874-76 (Bankr. D. Kan. 1997).

[29]    See, e.g., In re Residential Cap., LLC, Case No. 12-12020-MG (Bankr. S.D.N.Y.), Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, In Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 6 at ¶ 10] ("As of the Petition Date, the Debtors and *their non-debtor affiliates*, including Ally Bank, are collectively the tenth largest originator of residential mortgage loans in the United States." (emphasis added)); In re Molycorp, Inc., Case No. 15-11357 (Bankr. D. Del.), Declaration of Michael F. Doolan In Support of First-Day Pleadings [Docket No. 16 at ¶ 11] ("In addition to the Debtors, Molycorp's operations include *non-debtor subsidiaries, joint ventures and majority owned manufacturing facilities outside of the United States, including China, South Korea, Thailand, Estonia and Germany*." (emphasis added)).

represented." <u>Williams Commc'ns Grp.</u>, 281 B.R. at 223; <u>see also</u> <u>Spansion</u>, 421 B.R. at 163

(same).

20.     Although the Debtors understand the Equity Holders' concerns, adequate

representation is not an issue in this case.  When a corporate debtor remains in possession, as

here, its directors and management bear the same fiduciary responsibilities to creditors and

shareholders as would a bankruptcy trustee, if one was appointed.  "Indeed, the willingness of

courts to leave debtors in possession is premised upon an assurance that the officers and

managing employees can be depended upon to carry out the fiduciary responsibilities of a

trustee." <u>Commodity Futures Trading Comm'n v. Weintraub</u>, 471 U.S. 343, 355 (1985) (internal

quotation marks omitted); <u>see also</u> <u>In re Penick Pharm., Inc.</u>, 227 B.R. 229, 232-33 (Bankr.

S.D.N.Y. 1998) ("[I]n the case of an inanimate debtor in possession such as a corporation, the

fiduciary duties normally borne by a trustee . . . fall on the debtors' directors, officers, and

managing employees").

21.     SunEdison's board of directors and management are fully cognizant of

their duty to maximize estate value.  In addition, John Dubel, who has been retained as CRO, has

no prior affiliation with any of the Debtors and has extensive experience in board representation,

turnaround management, crisis management, operational restructurings, cost reduction plan

development and implementation, and divestments in the distressed space in complex chapter 11

cases.  In this role, Mr. Dubel will work collaboratively with the Debtors and their senior

management team to develop strategic business plans and develop a plan for reorganization or a

structured sale process that aims to maximize estate value.[30]  Indeed, pursuant to the CRO

engagement letter, Mr. Dubel's incentive structure is tied to the maximization of estate value.

22.    Moreover, the Creditors' Committee's fiduciary duties require it to

maximize estate value, which is in the interest of the Equity Holders.  See, e.g., Williams

Commc'ns Grp., 281 B.R. at 222-23 (creditors' committee had "sufficiently aligned or parallel

interests with the [s]hareholders to preclude the need for an additional committee"); see also,

e.g., Spansion, 421 B.R. at 163 ("It is expected that management would normally represent,

among other interests, the interests of equity security holders."); Leap Wireless Int'l, 295 B.R. at

139-40 (noting that "economic interests of the bondholders and shareholders appear to be the

same" and denying appointment of equity committee).

23.    Absent a meaningful likelihood of a distribution to equity, a debtor should

not bear the burden of paying an equity committee's professionals unless they provide a

substantial contribution to the debtor's estate in accordance with section 503(b)(3)(D) of the

Bankruptcy Code.  See Spansion, 421 B.R. at 163-64 (denying motion to appoint equity

committee because equity holders were adequately represented, well-funded, and could seek

reimbursement on substantial contribution claim).  Otherwise, the appointment of an equity

committee merely burdens the Debtors with additional – and likely substantial – expenses

without any corresponding benefit to the estate, and could delay the Debtors' efforts to negotiate

and confirm a plan of reorganization or structured asset sale.  See id., 421 B.R. at 156 (court

should consider "whether the cost of an additional committee significantly outweighs the

concern for adequate representation"); Williams Communc'ns Grp., 281 B.R. at 220

---

[30]    See Debtors' Amended Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 363(b) Authorizing Debtors to Appoint John S. Dubel as Chief Restructuring Officer, *Nunc Pro Tunc* to April 29, 2016 [Docket. No. 310].

(appointment of an equity committee raises cost concerns because "such appointments are

closely followed by applications to retain attorneys and accountants" (internal quotation marks

omitted)).  In this case, such a result would be unfair to the Debtors' creditors.

24.    Lastly, equity holders have alternative methods to advance their interests

without requiring a committee.  The law provides that equity holders have standing to be heard

on any issue in the bankruptcy case.  11 U.S.C. § 1109(b)(2).  Furthermore, under Bankruptcy

Code section 503(b)(3)(D)-(4), stockholders can have administrative expenses allowed if their

efforts "result in [a] substantial contribution to the estate."  Leap Wireless Int'l, 295 B.R. at 140;

see also Williams Communc'ns Grp., 281 B.R. at 223 ("[E]ven those equity holders who do

expect a distribution . . . can adequately represent their interest without an official committee and

can seek compensation if they make a substantial contribution . . . .").

WHEREFORE, the Debtors respectfully request entry of an order denying the appointment of an official committee of equity security holders, and granting the Debtors such other and further relief as is just and proper.

Dated: New York, New York
      June 2, 2016

                  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                  */s/ Jay M. Goffman*
                  Jay M. Goffman
                  J. Eric Ivester
                  Four Times Square
                  New York, New York 10036-6522
                  Telephone: (212) 735-3000
                  Fax: (212) 735-2000

                  -and-
                  James J. Mazza, Jr. (admitted *pro hac vice*)
                  Louis S. Chiappetta (admitted *pro hac vice*)
                  155 N. Wacker Dr.
                  Chicago, Illinois 60606-1720
                  Telephone: (312) 407-0700
                  Fax: (312) 407-0411

## Exhibit A

**Bloomberg L.P. Report**
**Convertible Note Trading Prices**

SUNE 3 ⅜ 06/01/25   $↑6.000      +.875      Yld 62.556

As of 17 May  Vol 2.0MM    Source TRAC

| SUNE 3 ⅜ 06/25 Co | 95) Compare | 96) Actions | 97) Edit | | Bar Chart |

| 04/21/2016 | - | 05/24/2016 | Last Price | TRAC | Mov Avg | Volume | USD |

1D  3D  1M  6M  YTD  1Y  5Y  Max  Daily ▼  | Chart    Security/Study    Event    ⚙

SUNE 3 ⅜ 06/25 Corp

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| Tu 05/24/2016 | | | | | |
| Tu 05/17/2016 | 5.750 | 6.000 | 5.750 | 6.000 | 2000.000 |
| Tu 05/10/2016 | 5.000 | 5.125 | 5.000 | 5.125 | 2000.000 |
| Mo 05/09/2016 | 5.000 | 5.125 | 5.000 | 5.125 | 1675.000 |
| We 05/04/2016 | 5.375 | 5.375 | 5.250 | 5.250 | 5000.000 |
| Tu 05/03/2016 | 5.000 | 5.000 | 5.000 | 5.000 | 1000.000 |
| Mo 05/02/2016 | 5.000 | 5.000 | 5.000 | 5.000 | 3000.000 |
| Fr 04/29/2016 | 4.250 | 4.750 | 4.250 | 4.250 | 3570.000 |
| We 04/27/2016 | 3.750 | 3.750 | 3.625 | 3.750 | 2000.000 |
| Mo 04/25/2016 | 3.250 | 3.500 | 3.250 | 3.500 | 2000.000 |
| Fr 04/22/2016 | 3.750 | 3.750 | 3.000 | 3.000 | 4000.000 |
| Th 04/21/2016 | 3.750 | 4.000 | 3.750 | 3.750 | 1600.000 |

*Did not trade on 4/21/16

SUNE 2 $\frac{5}{8}$ 06/01/23   $↑5.875        -.250       Yld 64.843
As of 20 May  Vol 2.0MM    Source TRAC

SUNE 2 $\frac{5}{8}$ 06/23 Co  95) Compare     96) Actions     97) Edit                Bar Chart
04/22/2016   -   05/24/2016   Last Price   TRAC          Mov Avg              Volume        USD
1D  3D  1M  6M  YTD  1Y  5Y   Max   Daily ▼                      ∿ Chart          Security/Study      Event
                              SUNE 2 $\frac{5}{8}$ 06/23 Corp

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| Tu 05/24/2016 | | | | | |
| Fr 05/20/2016 | 5.875 | 5.875 | 5.875 | 5.875 | 2000.000 |
| Th 05/19/2016 | 6.125 | 6.125 | 6.125 | 6.125 | 1000.000 |
| Tu 05/17/2016 | 6.000 | 6.000 | 6.000 | 6.000 | 1000.000 |
| Mo 05/02/2016 | 5.000 | 5.000 | 4.750 | 4.750 | 2000.000 |
| Fr 04/29/2016 | 4.625 | 4.625 | 4.500 | 4.500 | 450.000 |
| Tu 04/26/2016 | 3.550 | 3.550 | 3.550 | 3.550 | 1000.000 |
| Fr 04/22/2016 | 3.000 | 3.200 | 3.000 | 3.200 | 2000.000 |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2016 Bloomberg Finance L.P.
SN 652767 EDT  GMT-4:00 H192-4322-1 24-May-2016 11:46:23

SUNE 2 ³⁄₈ 04/15/22    $↑6.063        +.063        Yld 66.634
As of 19 May  Vol 4.0MM    Source TRAC

SUNE 2 ³⁄₈ 04/22 Co   95) Compare     96) Actions     97) Edit              Bar Chart
04/21/2016  -  05/24/2016   Last Price   TRAC           Mov Avg         Volume        USD
1D  3D  1M  6M  YTD  1Y  5Y  Max  Daily ▼  Chart           Security/Study     Event

SUNE 2 ³⁄₈ 04/22 Corp

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| Tu 05/24/2016 | | | | | |
| | | | | | |
| Tu 05/17/2016 | 5.813 | 6.063 | 5.750 | 6.063 | 4000.000 |
| Mo 05/16/2016 | 5.750 | 6.000 | 5.750 | 6.000 | 2000.000 |
| | | | | | |
| Tu 05/10/2016 | 5.100 | 5.125 | 4.900 | 5.125 | 5000.000 |
| Mo 05/09/2016 | 5.000 | 5.000 | 5.000 | 5.000 | 161.000 |
| | | | | | |
| We 05/04/2016 | 5.375 | 5.375 | 5.125 | 5.125 | 4000.000 |
| Tu 05/03/2016 | 5.125 | 5.125 | 4.750 | 5.000 | 4000.000 |
| Mo 05/02/2016 | 4.750 | 5.250 | 4.750 | 5.250 | 3000.000 |
| | | | | | |
| Fr 04/29/2016 | 4.500 | 4.625 | 4.500 | 4.625 | 520.000 |
| | | | | | |
| Fr 04/22/2016 | 3.000 | 3.625 | 3.000 | 3.200 | 3933.000 |
| Th 04/21/2016 | 6.500 | 6.600 | 3.750 | 3.750 | 3100.000 |

SUNE 2 ³₄ 01/01/21 $↑5.750        -.250        Yld 91.560

As of 19 May  Vol 6.0MM    Source TRAC

SUNE 2 ³₄ 01/21 Co  95) Compare    96) Actions    97) Edit                    Bar Chart

04/21/2016  -  05/24/2016   Last Price ▓   TRAC ▓▓           Mov Avg ▓▓ ▓▓▓  Volume ▓▓      USD ▓
1D  3D  1M  6M  YTD  1Y  5Y  Max  Daily ▼   ▨ ▨ ~ Chart        ▨ Security/Study   ▷ Event   ⚙

SUNE 2 ³₄ 01/21 Corp

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| Tu 05/24/2016 | | | | | |
| Tu 05/17/2016 | 5.750 | 6.000 | 5.750 | 5.750 | 6000.000 |
| Mo 05/16/2016 | 5.750 | 6.000 | 5.750 | 6.000 | 2000.000 |
| We 05/11/2016 | 5.750 | 5.750 | 5.750 | 5.750 | 3000.000 |
| Tu 05/10/2016 | 5.750 | 5.750 | 5.750 | 5.750 | 5000.000 |
| Mo 05/09/2016 | 5.125 | 5.125 | 5.125 | 5.125 | 1000.000 |
| We 05/04/2016 | 5.125 | 5.250 | 5.125 | 5.250 | 2000.000 |
| Tu 05/03/2016 | 5.375 | 5.500 | 5.250 | 5.250 | 950.000 |
| Fr 04/29/2016 | 4.750 | 4.750 | 4.750 | 4.750 | 100.000 |
| Th 04/28/2016 | 4.625 | 4.670 | 4.500 | 4.500 | 1500.000 |
| We 04/27/2016 | 5.000 | 5.050 | 3.750 | 3.750 | 1200.000 |
| Tu 04/26/2016 | 5.100 | 5.100 | 3.375 | 3.625 | 3200.000 |
| Mo 04/25/2016 | 4.185 | 4.185 | 3.875 | 3.875 | 750.000 |
| Fr 04/22/2016 | 3.625 | 3.625 | 3.000 | 3.511 | 7000.000 |
| Th 04/21/2016 | 5.500 | 5.600 | 3.000 | 4.000 | 4500.000 |

SUNE 0 ¼ 01/15/20 $↑6.500        +.375        Yld 92.672
                 As of 23 May Vol 2.0MM    Source TRAC

SUNE 0 ¼ 01/20 Co   95) Compare      96) Actions      97) Edit                        Bar Chart
04/21/2016  -  05/24/2016   Last Price   TRAC          Mov Avg                    Volume        USD
1D  3D  1M  6M  YTD  1Y  5Y  Max  Daily ▼       Chart              Security/Study       Event

SUNE 0 ¼ 01/20 Corp

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| Tu 05/24/2016 | | | | | |
| Mo 05/23/2016 | 6.250 | 6.500 | 6.250 | 6.500 | 2000.000 |
| | | | | | |
| Th 05/19/2016 | 6.000 | 6.125 | 6.000 | 6.125 | 4000.000 |
| Tu 05/17/2016 | 5.750 | 6.375 | 5.750 | 5.750 | 8000.000 |
| | | | | | |
| We 05/11/2016 | 5.750 | 5.750 | 5.750 | 5.750 | 322.000 |
| Tu 05/10/2016 | 5.100 | 5.500 | 4.900 | 5.500 | 5000.000 |
| Mo 05/09/2016 | 5.000 | 5.125 | 5.000 | 5.000 | 3575.000 |
| | | | | | |
| We 05/04/2016 | 5.375 | 5.375 | 5.125 | 5.125 | 2726.000 |
| Mo 05/02/2016 | 4.875 | 4.875 | 4.875 | 4.875 | 1000.000 |
| | | | | | |
| Fr 04/29/2016 | 4.625 | 4.625 | 4.500 | 4.500 | 1150.000 |
| We 04/27/2016 | 3.250 | 3.250 | 3.250 | 3.250 | 1000.000 |
| Tu 04/26/2016 | 3.375 | 3.500 | 3.375 | 3.500 | 2000.000 |
| | | | | | |
| Fr 04/22/2016 | 3.000 | 4.000 | 3.000 | 3.750 | 7000.000 |
| Th 04/21/2016 | 3.750 | 4.000 | 3.750 | 4.000 | 2000.000 |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2016 Bloomberg Finance L.P.
SN 652767 EDT   GMT-4:00 H192-4322-1 24-May-2016 11:47:04

SUNE 2 10/01/18 $↑4.500          -1.500      Yld 197.775
                 As of 18 May  Vol 10.0M      Source TRAC

SUNE 2 10/01/18 C    95) Compare    96) Actions    97) Edit                    Bar Chart
04/21/2016  -  05/24/2016    Last Price ▼    TRAC          Mov Avg          Volume        USD
1D  3D  1M  6M  YTD  1Y  5Y  Max  Daily ▼  📈  📊  ⌄  Chart      📊 Security/Study   📰 Event   ⚙

                                     SUNE 2 10/01/18 Corp
| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| Tu 05/24/2016 | | | | | |
| | | | | | |
| We 05/18/2016 | 5.000 | 5.000 | 4.500 | 4.500 | 10.000 |
| Tu 05/17/2016 | 5.750 | 6.000 | 5.750 | 6.000 | 2000.000 |
| Mo 05/16/2016 | 7.500 | 7.500 | 7.500 | 7.500 | 80.000 |
| | | | | | |
| Fr 05/13/2016 | 8.000 | 8.250 | 8.000 | 8.000 | 120.000 |
| Th 05/12/2016 | 7.000 | 7.000 | 6.000 | 6.000 | 1733.000 |
| We 05/11/2016 | 5.500 | 5.750 | 5.500 | 5.500 | 7000.000 |
| Tu 05/10/2016 | 5.750 | 5.750 | 5.750 | 5.750 | 2136.000 |
| | | | | | |
| Tu 05/03/2016 | 4.750 | 5.275 | 4.750 | 5.250 | 1800.000 |
| Mo 05/02/2016 | 4.500 | 4.500 | 4.500 | 4.500 | 1000.000 |
| | | | | | |
| Fr 04/29/2016 | 4.375 | 5.000 | 4.250 | 4.604 | 3330.000 |
| Th 04/28/2016 | 4.000 | 4.250 | 4.000 | 4.250 | 3000.000 |
| We 04/27/2016 | 4.375 | 4.475 | 4.375 | 4.475 | 496.000 |
| Tu 04/26/2016 | 4.000 | 4.000 | 4.000 | 4.000 | 100.000 |
| Mo 04/25/2016 | 3.250 | 4.283 | 3.250 | 4.283 | 2900.000 |
| | | | | | |
| Fr 04/22/2016 | 3.250 | 6.500 | 3.000 | 3.750 | 7510.000 |
| Th 04/21/2016 | 3.750 | 4.513 | 3.750 | 4.250 | 2900.000 |

SUNE 3 ⅜ 06/01/25    $↑6.000        +.875        Yld 62.556

As of 17 May  Vol 2.0MM    Source TRAC

SUNE 3 ⅜ 06/25 Co  95) Compare    96) Actions    97) Edit                     Bar Chart

12/01/2015  - 05/31/2016  Last Price    TRAC            Mov Avg              USD
1D  3D  1M  6M  YTD  1Y  5Y  Max  Daily ▼    «    »     Chart      ·Security/Study  ·Event    ·

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| Tu 05/31/2016 | | | | | |
| | | | | | |
| Tu 05/17/2016 | 5.750 | 6.000 | 5.750 | 6.000 | 2000.000 |
| | | | | | |
| Tu 05/10/2016 | 5.000 | 5.125 | 5.000 | 5.125 | 2000.000 |
| Mo 05/09/2016 | 5.000 | 5.125 | 5.000 | 5.125 | 1675.000 |
| | | | | | |
| We 05/04/2016 | 5.375 | 5.375 | 5.250 | 5.250 | 5000.000 |
| Tu 05/03/2016 | 5.000 | 5.000 | 5.000 | 5.000 | 1000.000 |
| Mo 05/02/2016 | 5.000 | 5.000 | 5.000 | 5.000 | 3000.000 |
| | | | | | |
| Fr 04/29/2016 | 4.250 | 4.750 | 4.250 | 4.250 | 3570.000 |
| We 04/27/2016 | 3.750 | 3.750 | 3.625 | 3.750 | 2000.000 |
| Mo 04/25/2016 | 3.250 | 3.500 | 3.250 | 3.500 | 2000.000 |
| | | | | | |
| Fr 04/22/2016 | 3.750 | 3.750 | 3.000 | 3.000 | 4000.000 |
| Th 04/21/2016 | 3.750 | 4.000 | 3.750 | 3.750 | 1600.000 |
| Tu 04/19/2016 | 4.750 | 4.813 | 4.750 | 4.813 | 1000.000 |
| Mo 04/18/2016 | 4.500 | 4.750 | 4.500 | 4.750 | 2000.000 |
| | | | | | |
| Fr 04/15/2016 | 4.440 | 4.813 | 4.250 | 4.375 | 5000.000 |
| Tu 04/12/2016 | 6.000 | 6.250 | 6.000 | 6.250 | 2000.000 |

SUNE 3 ⅜ 06/25 Corp

SUNE 2 $^5_8$ 06/01/23    $↑6.125          +.250        Yld 58.475
At 12:23d    Vol 175.0M    Source TRAC

SUNE 2 $^5_8$ 06/23 Co  95) Compare    96) Actions    97) Edit                     Bar Chart

| 12/01/2015 | - 05/31/2016 | Last Price | TRAC |  | Mov Avg |  | Volume |  | USD |
| 1D 3D 1M 6M | YTD 1Y 5Y | Max | Daily ▼ |  | Chart |  | Security/Study | Event | |

SUNE 2 $^5_8$ 06/23 Corp

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| Tu 05/31/2016 | 6.125 | 6.125 | 6.125 | 6.125 | 175.000 |
| Fr 05/20/2016 | 5.875 | 5.875 | 5.875 | 5.875 | 2000.000 |
| Th 05/19/2016 | 6.125 | 6.125 | 6.125 | 6.125 | 1000.000 |
| Tu 05/17/2016 | 6.000 | 6.000 | 6.000 | 6.000 | 1000.000 |
| Mo 05/02/2016 | 5.000 | 5.000 | 4.750 | 4.750 | 2000.000 |
| Fr 04/29/2016 | 4.625 | 4.625 | 4.500 | 4.500 | 450.000 |
| Tu 04/26/2016 | 3.550 | 3.550 | 3.550 | 3.550 | 1000.000 |
| Fr 04/22/2016 | 3.000 | 3.200 | 3.000 | 3.200 | 2000.000 |
| Fr 04/15/2016 | 4.250 | 4.250 | 4.000 | 4.250 | 2000.000 |
| Mo 04/04/2016 | 2.500 | 3.000 | 2.500 | 3.000 | 2225.000 |
| We 03/30/2016 | 4.000 | 4.125 | 3.750 | 3.750 | 3000.000 |
| Tu 03/29/2016 | 2.950 | 3.000 | 2.950 | 3.000 | 90.000 |
| Tu 03/01/2016 | 13.000 | 13.000 | 13.000 | 13.000 | 1000.000 |
| We 02/17/2016 | 13.750 | 13.750 | 13.500 | 13.500 | 2000.000 |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2016 Bloomberg Finance L.P.
SN 652767 EDT  GMT-4:00 G260-1045-1 31-May-2016 1 11:32

SUNE 2 ⅜ 04/15/22    $↑6.063         +.063         Yld 66.634

As of 19 May  Vol 4.0MM    Source TRAC

SUNE 2 ⅜ 04/22 Co  95) Compare      96) Actions      97) Edit                    Bar Chart

12/01/2015  -  05/31/2016   Last Price    TRAC              Mov Avg                    Volume              USD
1D  3D  1M  6M  YTD  1Y  5Y  Max  Daily ▼              Chart              Security/Study        Event

SUNE 2 ⅜ 04/22 Corp

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| Tu 05/31/2016 | | | | | |
| Tu 05/17/2016 | 5.813 | 6.063 | 5.750 | 6.063 | 4000.000 |
| Mo 05/16/2016 | 5.750 | 6.000 | 5.750 | 6.000 | 2000.000 |
| Tu 05/10/2016 | 5.100 | 5.125 | 4.900 | 5.125 | 5000.000 |
| Mo 05/09/2016 | 5.000 | 5.000 | 5.000 | 5.000 | 161.000 |
| We 05/04/2016 | 5.375 | 5.375 | 5.125 | 5.125 | 4000.000 |
| Tu 05/03/2016 | 5.125 | 5.125 | 4.750 | 5.000 | 4000.000 |
| Mo 05/02/2016 | 4.750 | 5.250 | 4.750 | 5.250 | 3000.000 |
| Fr 04/29/2016 | 4.500 | 4.625 | 4.500 | 4.625 | 520.000 |
| Fr 04/22/2016 | 3.000 | 3.625 | 3.000 | 3.200 | 3933.000 |
| Th 04/21/2016 | 6.500 | 6.600 | 3.750 | 3.750 | 3100.000 |
| Tu 04/19/2016 | 4.250 | 4.250 | 4.125 | 4.125 | 2000.000 |
| Fr 04/15/2016 | 7.000 | 7.100 | 4.250 | 4.375 | 8650.000 |
| Tu 04/12/2016 | 6.000 | 6.250 | 6.000 | 6.250 | 3000.000 |
| Th 04/07/2016 | 4.625 | 4.625 | 4.625 | 4.625 | 248.000 |
| We 04/06/2016 | 4.500 | 4.625 | 4.500 | 4.625 | 2500.000 |

SUNE 2 ¾ 01/01/21  $↑6.125        +.375      Yld 89.913
                    At 12:23d   Vol 175.0M   Source TRAC

SUNE 2 ¾ 01/21 Co  95) Compare   96) Actions   97) Edit                    Bar Chart
12/01/2015   -  05/31/2016   Last Price   TRAC              Mov Avg          Volume          USD
1D  3D  1M  6M  YTD  1Y  5Y  Max  Daily ▼        Chart        Security/Study    Event
                              SUNE 2 ¾ 01/21 Corp

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| Tu 05/31/2016 | 6.125 | 6.125 | 6.125 | 6.125 | 175.000 |
| Tu 05/17/2016 | 5.750 | 6.000 | 5.750 | 5.750 | 6000.000 |
| Mo 05/16/2016 | 5.750 | 6.000 | 5.750 | 6.000 | 2000.000 |
| We 05/11/2016 | 5.750 | 5.750 | 5.750 | 5.750 | 3000.000 |
| Tu 05/10/2016 | 5.750 | 5.750 | 5.750 | 5.750 | 5000.000 |
| Mo 05/09/2016 | 5.125 | 5.125 | 5.125 | 5.125 | 1000.000 |
| We 05/04/2016 | 5.125 | 5.250 | 5.125 | 5.250 | 2000.000 |
| Tu 05/03/2016 | 5.375 | 5.500 | 5.250 | 5.250 | 950.000 |
| Fr 04/29/2016 | 4.750 | 4.750 | 4.750 | 4.750 | 100.000 |
| Th 04/28/2016 | 4.625 | 4.670 | 4.500 | 4.500 | 1500.000 |
| We 04/27/2016 | 5.000 | 5.050 | 3.750 | 3.750 | 1200.000 |
| Tu 04/26/2016 | 5.100 | 5.100 | 3.375 | 3.625 | 3200.000 |
| Mo 04/25/2016 | 4.185 | 4.185 | 3.875 | 3.875 | 750.000 |
| Fr 04/22/2016 | 3.625 | 3.625 | 3.000 | 3.511 | 7000.000 |
| Th 04/21/2016 | 5.500 | 5.600 | 3.000 | 4.000 | 4500.000 |
| Mo 04/18/2016 | 4.500 | 4.750 | 4.500 | 4.750 | 2000.000 |
| Fr 04/15/2016 | 8.000 | 8.100 | 4.250 | 4.750 | 10650.000 |

SN 652767 EDT  GMT-4:00  G260-4045-1 31-May-2016 1:12:18
Australia 61 2 9777 8600 Brazil 5511 3395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2016 Bloomberg Finance L.P.

SUNE 0 ¼ 01/15/20 $↑6.500        +.450      Yld 93.285
                    At 11:24d      Vol 1.0MM    Source TRAC

SUNE 0 ¼ 01/20 Co  95) Compare    96) Actions    97) Edit              Bar Chart

12/01/2015 - 05/31/2016   Last Price   TRAC          Mov Avg          Volume        USD
1D 3D 1M 6M YTD 1Y 5Y Max  Daily ▼       »    «      Chart         Security/Study   Event

SUNE 0 ¼ 01/20 Corp

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| Tu 05/31/2016 | 6.500 | 6.500 | 6.500 | 6.500 | 1000.000 |
| Fr 05/27/2016 | 6.050 | 6.050 | 6.050 | 6.050 | 1000.000 |
| Th 05/26/2016 | 6.313 | 6.563 | 6.313 | 6.563 | 2000.000 |
| Mo 05/23/2016 | 6.250 | 6.500 | 6.250 | 6.500 | 2000.000 |
| Th 05/19/2016 | 6.000 | 6.125 | 6.000 | 6.125 | 4000.000 |
| Tu 05/17/2016 | 5.750 | 6.375 | 5.750 | 5.750 | 8000.000 |
| We 05/11/2016 | 5.750 | 5.750 | 5.750 | 5.750 | 322.000 |
| Tu 05/10/2016 | 5.100 | 5.500 | 4.900 | 5.500 | 5000.000 |
| Mo 05/09/2016 | 5.000 | 5.125 | 5.000 | 5.000 | 3575.000 |
| We 05/04/2016 | 5.375 | 5.375 | 5.125 | 5.125 | 2726.000 |
| Mo 05/02/2016 | 4.875 | 4.875 | 4.875 | 4.875 | 1000.000 |
| Fr 04/29/2016 | 4.625 | 4.625 | 4.500 | 4.500 | 1150.000 |
| We 04/27/2016 | 3.250 | 3.250 | 3.250 | 3.250 | 1000.000 |
| Tu 04/26/2016 | 3.375 | 3.500 | 3.375 | 3.500 | 2000.000 |
| Fr 04/22/2016 | 3.000 | 4.000 | 3.000 | 3.750 | 7000.000 |
| Th 04/21/2016 | 3.750 | 4.000 | 3.750 | 4.000 | 2000.000 |
| Tu 04/19/2016 | 4.375 | 4.375 | 4.313 | 4.313 | 1000.000 |

SUNE 2 10/01/18 $↑4.500          -1.500      Yld 197.775
                As of 24 May  Vol 10.0M    Source TRAC

SUNE 2 10/01/18 C   95) Compare     96) Actions     97) Edit                    Bar Chart

| 12/01/2015 - 05/31/2016 | Last Price | TRAC | | Mov Avg | | Volume | | USD |

1D  3D  1M  6M  YTD  1Y  5Y  Max  Daily ▼  «  »  Chart          Security/Study      Event

SUNE 2 10/01/18 Corp

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| Tu 05/31/2016 | | | | | |
| | | | | | |
| We 05/18/2016 | 5.000 | 5.000 | 4.500 | 4.500 | 10.000 |
| Tu 05/17/2016 | 5.750 | 6.000 | 5.750 | 6.000 | 2000.000 |
| Mo 05/16/2016 | 7.500 | 7.500 | 7.500 | 7.500 | 80.000 |
| | | | | | |
| Fr 05/13/2016 | 8.000 | 8.250 | 8.000 | 8.000 | 120.000 |
| Th 05/12/2016 | 7.000 | 7.000 | 6.000 | 6.000 | 1733.000 |
| We 05/11/2016 | 5.500 | 5.750 | 5.500 | 5.500 | 7000.000 |
| Tu 05/10/2016 | 5.750 | 5.750 | 5.750 | 5.750 | 2136.000 |
| | | | | | |
| Tu 05/03/2016 | 4.750 | 5.275 | 4.750 | 5.250 | 1800.000 |
| Mo 05/02/2016 | 4.500 | 4.500 | 4.500 | 4.500 | 1000.000 |
| | | | | | |
| Fr 04/29/2016 | 4.375 | 5.000 | 4.250 | 4.604 | 3330.000 |
| Th 04/28/2016 | 4.000 | 4.250 | 4.000 | 4.250 | 3000.000 |
| We 04/27/2016 | 4.375 | 4.475 | 4.375 | 4.475 | 496.000 |
| Tu 04/26/2016 | 4.000 | 4.000 | 4.000 | 4.000 | 100.000 |
| Mo 04/25/2016 | 3.250 | 4.283 | 3.250 | 4.283 | 2900.000 |
| | | | | | |
| Fr 04/22/2016 | 3.250 | 6.500 | 3.000 | 3.750 | 7510.000 |
| Th 04/21/2016 | 3.750 | 4.513 | 3.750 | 4.250 | 2900.000 |
| We 04/20/2016 | 5.500 | 5.500 | 5.500 | 5.500 | 500.000 |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong
Japan 81 3 4501 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2016 Bloomberg Finance L.P.