# Exhibit C

Invoice

**Trina Solar (U.S.) Inc.**

100 Century Center Court, #501
San Jose, CA 95112
Accounts Receivable

Telephone: (408) 579-1137

# Proforma Invoice

| Invoice Date | 4/7/2016 |
|---|---|
|  | NVT038 |
|  | REF. PO# FWE0026445 |

| Bill To: | Ship To: |
|---|---|
| NVT, LLC dba SunEdison | |
| 179 Lincoln St., Suite 500 | ExW Long Beach Port |
| Boston, MA 02111 | |

| SO NUMBER | Terms | Ship Date | Due Date | Incoterms | Rep | Cust PO |
|---|---|---|---|---|---|---|
| TUS-A11044-1604-XSI-12120-0 | Due upon receipt | 4/7/2016 | Due upon receipt | DDP | Wendy Ding | FWE0026445 |
| **Watt** | **Item Code** | **Description** | | | **Unit Price USD** | **Amount USD** |
| 177,320 | TSM-310 PD14 | The Utility Solution_polycrystalline_72 pcs 156 cells_system voltage 1000V | | | ▮ | $ 110,204.38 |
| 180,180 | TSM-315 PD14 | The Utility Solution_polycrystalline_72 pcs 156 cells_system voltage 1000V | | | ▮ | $ 111,981.87 |

| Sub Total | | | | $ 222,186.25 |
|---|---|---|---|---|
| | | | | |
| | | | Total Invoice | $ 222,186.25 |