UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*, | Case No. 16-10992 (SMB) |
| Debtors.[1] | Jointly Administered |

# AFFIDAVIT OF SERVICE

I, Kadeem Champagnie, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 10, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 List attached hereto as **Exhibit A**:

- Notice of Presentment of Proposed Stipulation and Agreed Order Among SunEdison, Inc., Terraform Power, Inc., Terraform Global, Inc. and the Official Committee of Unsecured Creditors of SunEdison Regarding the Debtors' Filing of Yieldco 2015.3 Reports [Docket No. 1572]

- Debtors' Objection to the Application of CSI Leasing, Inc. for Entry of an Order Authorizing and Directing the Examination of the Debtors [Docket No. 1577]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); and SunE Minnesota Holdings, LLC (8926). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

- Debtors' Statement Regarding the Committee's Application to Employ Kobre & Kim LLP as Conflicts Counsel to the Official Committee [Docket No. 1580]

On November 10, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Overnight Mail and Email on the Fee Statement Notice Parties Service List attached hereto as **Exhibit B**:

- Debtors' Statement Regarding the Committee's Application to Employ Kobre & Kim LLP as Conflicts Counsel to the Official Committee [Docket No. 1580]

Dated: November 14, 2016

Kadeem Champagnie

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 14, 2016, by Kadeem Champagnie, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_18_

**<u>Exhibit A</u>**

16-10992-dsj    Doc 1599    Filed 11/15/16    Entered 11/15/16 13:08:41    Main Document
Pg 3 of 17

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors | Advantage Opportunities Fund, LP | Attn: Irvin Schlussel<br>1221 Brickell Avenue<br>Suite 2660<br>Miami FL 33131 | | Overnight Mail |
| Counsel to Kforce, Inc. | Akerman LLP | Attn: Jason L Margolin<br>401 E. Jackson Street<br>Suite 1700<br>Tampa FL 33602 | jason.margolin@akerman.com | Email |
| Counsel to Kforce, Inc. | Akerman LLP | Attn: Susan F Balaschak<br>666 Fifth Avenue<br>20th Fl<br>New York NY 10103 | susan.balaschak@akerman.com | Email |
| Counsel to the Steering Committee of Second Lien Creditors & The Tranche B Lenders/Steering Committee | Akin Gump Strauss Hauer & Field, LLP | Attn: Arik Preis, Kristine Manoukian, Daniel H. Golden & Deborah Newman<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036-6745 | apreis@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com | Overnight Mail and Email |
| Official Committee of Unsecured Creditors | Albemarle Corporation | Attn: Michael Lutgring<br>451 Florida Street<br>Baton Rouge LA 70801 | | Overnight Mail |
| Official Committee of Unsecured Creditors | AQR DELTA Master Account, L.P. | Attn: Melinda C. Franek, VP<br>2 Greenwich Plaza<br>4th Floor<br>Greenwich CT 06830 | | Overnight Mail |
| Counsel to Motech Industries Inc. | Ardent Law Group, P.C. | Attn: Hubert H. Kuo, Esq.<br>2301 Dupont Drive<br>Suite 510<br>Irvine CA 92612 | hkuo@ardentlawgroup.com | Email |
| AT&T Services Inc. | AT&T Services Inc. | Attn: James W. Grudus & C. Nicole Gladden<br>One AT&T Way<br>Bedminster NJ 07921 | jg5786@att.com<br>gn235y@att.com | Email |
| Attorney General for the State of Michigan | Attorney General for the State of Michigan | Attn: Juandisha M. Harris, Assistant Attorney General<br>Cadillac Place, Suite 10-200<br>3030 W. Grand Boulevard<br>Detroit MI 48202 | harrisj12@michigan.gov | Email |
| Counsel to NRG Renew LLC and NRG Energy Inc. | Baker Botts L.L.P. | Attn: C. Luckey McDowell & Ian E. Roberts<br>2001 Ross Avenue<br>Suite 600<br>Dallas TX 75201 | luckey.mcdowell@bakerbotts.com<br>ian.roberts@bakerbotts.com | Email |
| Counsel to BIT Holdings Seventy-One, Inc. & E.I. du Pont de Nemours and Company | Ballard Spahr LLP | Attn: Brent Weisenberg, Esq.<br>919 Third Avenue<br>New York NY 10022 | weisenbergb@ballardspahr.com | Email |
| Counsel to BIT Holdings Seventy-One, Inc. | Ballard Spahr LLP | Attn: Matthew G. Summers, Esq.<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801 | summersm@ballardspahr.com | Email |
| Counsel to E.I. du Pont de Nemours and Company | Ballard Spahr LLP | Attn: Tobey M. Daluz, Esq.<br>919 N. Market Street, 11th Floor<br>Wilmington DE 19801 | daluzt@ballardspahr.com | Email |
| Counsel to The Comptroller of Public Accounts of the State of Texas ("Comptroller") and The Texas Workforce Commission ("TWC") | Bankruptcy & Collections Division | Attn: Kimberly A. Walsh, Assistant Attorney General<br>P.O. Box 12548<br>Austin TX 78711-2548 | Kimberly.Walsh@texasattorneygeneral.gov | Email |
| Counsel to Aldridge Construction, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Daniel Meier, Esq.<br>39 Broadway, 25th Floor<br>New York NY 10006-3039 | dmeier@beneschlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Aldridge Construction, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Esq. 222 Delaware Avenue, Suite 801 Wilmington DE 19801-1611 | kcapuzzi@beneschlaw.com | Email |
| Counsel to Woongjin Energy Co. Ltd. | Blank Rome | Attn: Gregory G. Vizza, Esquire One Logan Square 130 North 18th Street Philadelphia PA 19103-6998 | Vizza@BlankRome.com | Email |
| Counsel to Woongjin Energy Co. Ltd. | Blank Rome | Attn: Michael B. Schaedle, Esquire The Chrysler Building 405 Lexington Avenue New York NY 10174-0208 | Schaedle@BlankRome.com | Email |
| Official Committee of Unsecured Creditors | BOKF, N.A., as Indenture Trustee | Attn: George F. Kubin 1600 Broadway 3rd Floor Denver CO 80202 | | Overnight Mail |
| Counsel to Borrego Solar Systems, Inc. | Borrego Solar Systems, Inc. | Attn: Andrew Hall 5005 Texas Street Suite 400 San Diego CA 92108 | andrewhall@borregosolar.com | Email |
| Counsel to Alexander Usenko, Julie Dull, Erin O'Day and Robert Linton | Bottini & Bottini, Inc. | Attn: Frank Bottini, Esq. & Albert Chang, Esq. 7817 Ivanhoe Avenue Suite 102 La Jolla CA 92037 | mail@bottinilaw.com | Email |
| Counsel to SAP America, Inc. | Brown & Connery, LLP | Attn: Donald K. Ludman 6 North Broad Street Suite 100 Woodbury NJ 08096 | dludman@brownconnery.com | Email |
| Counsel to SunEdison Semiconductor Limited | Bryan Cave, LLP | Attn: Llydo A. Palans & Brian C. Walsh 211 North Broadway St. Louis MO 63102 | lapalans@bryancave.com brian.walsh@bryancave.com | Email |
| Oracle America, Inc. successor-in-interest to Oracle USA Inc. | Buchalter Nemer, A Professional Corporation | Attn Shawn M. Christianson 55 Second Street 17th Floor San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to Norene French as Class Representative | Bursor & Fisher, P.A. | Attn: Frederick J. Klorczyk III 888 Seventh Ave New York NY 10019 | fklorczyk@bursor.com | Email |
| Counsel to California Department of General Services ("DGS") | California Department of Justice, Business & Tax Section | Attn: Matthew C. Heyn, Deputy Attorney General 300 South Spring Street Suite 1702 Los Angeles CA 90013 | matthew.heyn@doj.ca.gov | Email |
| Counsel to Newmark & Company Real Estate, Inc. d/b/a Newmark Grubb Knight Frank | Cantor Fitzgerald | Attn: David A. Paul 110 East 59th Street, 7th Floor New York NY 10022 | dpaul@cantor.com | Email |
| Chambers of Honorable Judge Stuart M. Bernstein | Chambers of Honorable Stuart M. Bernstein | SunEdison Chambers Copy US Bankruptcy Court SDNY One Bowling Green New York NY 10004-1408 | | Overnight Mail |
| Counsel to PNC Energy Capital LLC | Chapman and Cutler LLP | Attn Steven Wilamowsky 1270 Avenue of the Americas New York NY 10020 | wilamowsky@chapman.com | Email |
| Counsel to PNC Energy Capital, LLC | Chapman and Cutler LLP | Attn: James M. Heiser 111 W. Monroe Street Chicago IL 60603 | heiser@chapman.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | Attn: Charles E. Boulbol<br>26 Broadway<br>17th Floor<br>New York NY 10004 | rtrack@msn.com | Email |
| Counsel for the City and County of San Francisco | City and County of San Francisco | Attn: Stephanie Profit, Tax Collector Attorney<br>Office of the Treasurer/Tax Collector - Legal Section<br>P.O. Box 7027<br>San Francisco CA 94120-7027 | phil.delacruz@sfgov.org | Email |
| Counsel for 1031, 1035, 1039 North McDowell, LLC | Coblentz, Patch, Duffy & Bass LLP | Attn: Gregg M. Ficks<br>One Montgomery Street<br>Suite 3000<br>San Francisco CA 94104 | gficks@coblentzlaw.com | Email |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO | Cohen, Weiss & Simon, LLP | Attn: Richard M. Seltzer & David R. Hock<br>330 West 42nd Street<br>New York NY 10036 | dhock@cwsny.com | Email |
| Counsel to Albemarle Corporation ("Albemarle") | Cole Schotz P.C. | Attn: Daniel F.X. Geoghan, Esq.<br>1325 Avenue of the Americas<br>19th Floor<br>New York NY 10019 | dgeoghan@coleschotz.com | Email |
| Counsel to Albemarle Corporation ("Albemarle") | Cole Schotz P.C. | Attn: Norman L. Pernick, Esq.<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington DE 19801 | npernick@coleschotz.com | Email |
| Counsel to Albemarle Corporation ("Albemarle") | Cole Schotz P.C. | Attn: Rebecca Hollander, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack NJ 07601 | rhollander@coleschotz.com | Email |
| Counsel to Enphase Energy, Inc. | Cooley LLP | Attn: Richelle Kalnit<br>1114 Avenue of the Americas<br>New York NY 10036 | rkalnit@cooley.com | Email |
| Counsel to Enphase Energy, Inc. | Cooley LLP | Attn: Robert L. Eisenbach III<br>101 California Street<br>5th Floor<br>San Francisco CA 94111-5800 | reisenbach@cooley.com | Email |
| Counsel to Borrego Solar Systems, Inc. | Covington & Burling LLP | Attn: Dianne Coffino & R. Alexander Clark<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018 | dcoffino@cov.com<br>aclark@cov.com | Email |
| Counsel to S&C Electric Company | Cross & Simon LLC | Attn: Michael J Joyce<br>1105 N. Market Street<br>Suite 901<br>Wilmington DE 19801 | mjoyce@crosslaw.com | Email |
| Counsel to Town of Mars Hill | Currier & Trask, P.A. | Attn: Richard L. Currier, Esq.<br>55 North Street<br>Presque Isle ME 04769 | rcurrier@curriertrask.com | Email |
| Counsel to Flextronics Industrial Ltd., Flextronics International Europe B.V. and Flextronics International Asia-Pacific Ltd. | Curtis, Mallet-Prevost, Colt & Mosle LLP | Attn: Steven J. Reisman, Esq., James V. Drew, Esq. & Cindi M. Giglio, Esq.<br>101 Park Avenue<br>New York NY 10178-0061 | sreisman@curtis.com<br>jdrew@curtis.com<br>cgiglio@curtis.com | Email |
| Official Committee of Unsecured Creditors | D.E. Shaw Composite Holdings, LLC | Attn: Martin Lebwohl<br>1166 Avenue of the Americas<br>9th Floor<br>New York NY 10036 | | Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Independent Directors of SunEdison | Davis Polk & Wardwell LLP | Attn: Marshall Huebner, James Windels, Michael Russano<br>450 Lexington Avenue<br>New York NY 10017 | SunEdDPW@davispolk.com | Email |
| Counsel to DDR Corp. | DDR Corp. | Attn: Eric C. Cotton Deputy General Counsel & Corporate Compliance Officer<br>3300 Enterprise Parkway<br>Beachwood OH 44122 | Ecotton@ddr.com | Email |
| Counsel to Madison Dearborn Capital Partners IV, L.P.; D. E. Shaw Composite Holdings, L.L.C.; D. E. Shaw CF-SP Series 1 MWP Acquisition, L.L.C.; D. E. Shaw CF-SP Series 13-04, L.L.C.; D. E. Shaw CF-SP Series 8-01, L.L.C.; D. E. Shaw CF-SP Series 11-06, L.L.C.; D. E. Shaw CF-SP Series 10-07, L.L.C.;and D. E. Shaw Renewable Investments, L.L.C. | Debevoise & Plimpton LLP | Attn: My Chi To, Shannon Rose Selden, Christopher Updike & Erica S. Weisgerber<br>919 Third Avenue<br>New York NY 10022 | mcto@debevoise.com<br>srselden@debevoise.com<br>cupdike@debevoise.com<br>eweisgerber@debevoise.com | Email |
| Counsel to Jinneng Clean Energy Technology Ltd. | Dentons US LLP | Attn: Carole Neville, Esq<br>1221 Avenue of the Americas<br>New York NY 10020 | carole.neville@dentons.com | Email |
| Counsel to RLI Insurance Company | Dinsmore & Shohl LLP | Attn: Grace Winkler Cranley, Esq.<br>227 West Monroe Street<br>Suite 3850<br>Chicago IL 60606 | grace.cranley@dinsmore.com | Email |
| Counsel for Atlantic Specialty Insurance Company | Donnelly Minter & Kelly, LLC | Attn: Seth A. Abrams<br>40 Wall Street<br>28th Floor<br>New York NY 10005 | sabrams@dmklawgroup.com | Email |
| Counsel to Basin Electric Power Cooperative | Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel, Esq. & Jessica D. Mikhailevich, Esq.<br>51 W. 52nd Street<br>New York NY 10019 | schnabel.eric@dorsey.com<br>mikhailevich.jessica@dorsey.com | Email |
| Counsel to Basin Electric Power Cooperative | Dorsey & Whitney LLP | Attn: Monica Clark, Esq. & Elizabeth Hulsebos, Esq.<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis MN 55402-1498 | clark.monica@dorsey.com<br>hulsebos.elizabeth@dorsey.com | Email |
| Counsel to Drake Loeb PLLC | Drake Loeb PLLC | Attn: Alana R. Bartley, Esq.<br>555 Hudson Valley Avenue<br>Suite 100<br>New Windsor NY 12553 | abartley@drakeloeb.com | Email |
| Counsel for RLI Insurance Company | Dreifuss Bonacci & Parker, PC | Attn: JoAnne M. Bonacci, Esq. & Paul M. McCormick, Esq.<br>26 Columbia Turnpike, Suite 101, North Entrance<br>Florham Park NJ 07932 | jbonacci@dbplawfirm.com<br>pmccormick@dbplawfirm.com | Email |
| Counsel to Direct Energy Business, LLC | Edison, McDowell & Hetherington LLP | Attn: Joseph E. Bain<br>First City Tower, 1001 Fannin Street<br>Suite 2700<br>Houston TX 77002 | joe.bain@emhllp.com | Email |
| Counsel for Oklahoma Firefighters Pension and Retirement System, Omega Capital, Investors, L.P., Omega Capital Partners, L.P., Omega Equity Investors, L.P., Omega Overseas Partners, LTD. (Collectively, the Omega Entities), Glenview Capital Partners, L.P., Glenview Institutional Partners, L.P., Glenview Capital Master Fund, LTD., Glenview Capital Opportunity Fund, L.P., Glenview Capital Offshore Opportunity Master Fund, L.P. (Collectively, the Glenview Entities), Cobalt Partners, LP, Cobalt Partners II, LP, Cobalt Offshore Master Fund, LP, Cobalt KC Partners, LP, (Collectively, the Cobalt Entities) | Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. | Attn: Laurence May, Esq. & Peter Reiser, Esq.<br>805 Third Avenue<br>Room 1000<br>New York NY 10022 | lmay@eisemanlevine.com<br>preiser@eisemanlevine.com | Email |
| Manager to DG Solar Partners I, LLC/SE SOLAR TRUST VII | EverStream Energy Capital Management LLC | Attn: Jordan Roberts<br>101 California, Suite 2880<br>San Francisco CA 94111 | Jordan.Roberts@everstreamcapital.com | Email |

In re: SunEdison, Inc., et al.
Case No. 16-10992 (SMB)

Page 4 of 12

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to First Solar, Inc. | Farella Braun & Martel LLP | Attn: Gary M. Kaplan, Esq.<br>235 Montgomery Street<br>18th Floor<br>San Francisco CA 94104 | gkaplan@fbm.com | Email |
| Counsel to Direct Energy Business, LLC | Fishkin Lucks LLP | Attn: Steven M. Lucks, Esq.<br>277 Broadway<br>Suite 408<br>New York NY 10007 | slucks@fishkinlucks.com | Email |
| Official Committee of Unsecured Creditors | Flextronics Industrial, Ltd. | Attn: Donald Heap<br>600 Shiloh Road<br>Plano TX 75074 |  | Overnight Mail |
| Counsel to BOKF, N.A., as Indenture Trustee | Foley & Lardner LLP | Attn: Harold L. Kaplan, Mark F. Hebbeln & Lars A. Peterson<br>321 North Clark Street<br>Suite 2800<br>Chicago IL 60654-5313 | hkaplan@foley.com<br>mhebbeln@foley.com<br>lapeterson@foley.com | Overnight Mail and Email |
| Counsel for Jones Lang LaSalle Americas, Inc. ("JLL"), Experian Marketing Solutions, Inc. | Frankgecker LLP | Attn: Joseph D. Frank & Reed Heiligman<br>325 North LaSalle Street<br>Suite 625<br>Chicago IL 60654 | rheiligman@fgllp.com<br>jfrank@fgllp.com | Email |
| Counsel for Manuel Acosta aka "Acosta" & Richard Wheeler | Gainey McKenna & Egleston | Attn Thomas J McKenna<br>440 Park Avenue South<br>5th Floor<br>New York NY 10016 | tjmckenna@gme-law.com | Email |
| Counsel for Gibbons P.C. | Gibbons P.C. | Attn: David N. Crapo, Esq.<br>One Gateway Center<br>Newark NJ 07102-5310 | dcrapo@gibbonslaw.com | Email |
| Counsel to First Reserve Corporation & Emera Maine, and GCL-Poly Energy Holdings Limited | Gibson, Dunn & Crutcher LLP | Attn: Matthew G. Bouslog<br>3161 Michelson Drive<br>Irvine CA 92612-4412 | MBouslog@gibsondunn.com | Email |
| Counsel to First Reserve Corporation & Emera Maine, and GCL-Poly Energy Holdings Limited | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal<br>200 Park Avenue<br>New York NY 10166-0193 | MRosenthal@gibsondunn.com<br>dcassidy@gibsondunn.com<br>jgaffney@gibsondunn.com<br>jmurphy@gibsondunn.com | Email |
| Counsel to 7550IAD, LLC | Goldman & Van Beek, P.C. | Attn: Neil D. Goldman, Esq.<br>510 King Street<br>Suite 416<br>Alexandria VA 22314 | ngoldman@goldmanvanbeek.com | Email |
| Counsel to Okta | Goodwin Procter LLP | Attn: William P. Weintraub<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018 | wweintraub@goodwinprocter.com | Email |
| Counsel to WFP Tower D Co. L.P. | Greenberg Traurig, LLP | Attn: Daniel J. Ansell & Heath Kushnick<br>200 Park Avenue<br>New York NY 10166 | anselld@gtlaw.com<br>kushnickh@gtlaw.com | Email |
| Counsel to Alexander Usenko, Julie Dull, Erin O'Day and Robert Linton | Harwood Feffer LLP | Attn: Daniella Quitt, Esq.<br>488 Madison Avenue, #801<br>New York NY 10022 | dquitt@hfesq.com | Email |
| Counsel to Genpact International, Inc. | Herrick, Feinstein LLP | Attn: Stephen B. Selbst & Hanh V. Huynh<br>2 Park Avenue<br>New York NY 10016 | sselbst@herrick.com<br>hhuynh@herrick.com | Email |
| Counsel to BAG CORP | Hiersche Hayward Drakeley & Urbach PC | Attn Jason M Katz<br>15303 Dallas Parkway<br>Suite 700<br>Addison TX 75001 | jkatz@hhdulaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Tokai Carbon USA, Inc. | Hodgson Russ LLP | Attn: Garry M. Graber; Craig T. Lutterbein<br>140 Pearl Sreet<br>Suite 100<br>Buffalo NY 14202 | ggraber@hodgsonruss.com<br>clutterb@hodgsonruss.com | Email |
| Internal Revenue Service | Internal Revenue Service | Attn: District Director<br>290 Broadway<br>New York NY 10007 | | Overnight Mail |
| Counsel for PCS Phosphate Company, Inc. and PCS Sales (USA), Inc. | Jones Day | Attn: Lauren M. Buonome<br>250 Vesey Street<br>New York NY 10281-1047 | lmbuonome@jonesday.com | Email |
| Counsel to DDR Corp. & Tata America International Corporation d/b/a Tata America | Kelley Drye & Warren LLP | Attn: James S. Carr, Esq., Benjamin D. Feder, Esq., Sarah Carnes, Esq. & Kristin S. Elliot<br>101 Park Avenue<br>New York NY 10178 | KDWBankruptcyDepartment@kelleydrye.com<br>jcarr@kelleydrye.com<br>bfeder@kelleydrye.com<br>scarnes@kelleydrye.com<br>kelliott@kelleydrye.com | Email |
| Counsel to SOF-X SVT Holdings GP, L.L.C., SVT Ventures, L.P., and SVT 13736 Riverport Drive, L.P. | Kirkland & Ellis LLP | Attn: Christopher Marcus, P.C.<br>601 Lexington Avenue<br>New York NY 10022 | christopher.marcus@kirkland.com | Email |
| Counsel to LOTTE Fine Chemical Co., Ltd. and SMP Ltd. | Kirkland & Ellis LLP | Attn: Edward O. Sassower, P.C.<br>601 Lexington Avenue<br>New York NY 10022-4611 | edward.sassower@kirkland.com | Email |
| Counsel to LOTTE Fine Chemical Co., Ltd. and SMP Ltd. | Kirkland & Ellis LLP | Attn: Justin R. Bernbrock, John R. Luze<br>300 North LaSalle<br>Chicago IL 60654 | justin.bernbrock@kirkland.com<br>john.luze@kirkland.com | Email |
| Counsel for Tokai Carbon USA, Inc. | Lane Powell PC | Attn: Carter M. Mann<br>601 SW Second Avenue<br>Suite 2100<br>Portland OR 97204-3158 | MannC@LanePowell.com | Email |
| Counsel for Tokai Carbon USA, Inc. | Lane Powell PC | Attn: Mary Jo Heston<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle WA 98111-9402 | HestonM@LanePowell.com | Email |
| Counsel to the Administrative Agent Under the Debtors' Prepetition First Lien Credit Agreement | Latham & Watkins, Chicago | Attn: Richard Levy & Brad Kotler<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 | richard.levy@lw.com<br>brad.kotler@lw.com | Overnight Mail and Email |
| Counsel to Nationwide Mutual Insurance Company | Law Offices of T. Scott Leo, P.C. | Attn: Michael J. Dudek & T. Scott Leo<br>1 N. LaSalle Street<br>Ste # 3600<br>Chicago IL 60602 | mdudek@leolawpc.com<br>sleo@leolawpc.com | Email |
| Counsel to Floyd CAD | Lee Gordon, of McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon<br>P.O. Box 1269<br>Round Rock TX 78680 | lgordon@mvbalaw.com | Email |
| Counsel to Alexander Usenko, Julie Dull, Erin O'Day and Robert Linton | Levi & Korsinsky, LLP | Attn: Lori Feldman, Esq.<br>30 Broad Street, 24th Flr<br>New York NY 10004 | lfeldman@zlk.com | Email |
| Counsel to Grayson County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | Email |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>P.O. Box 3064<br>Houston TX 77253 -3064 | houston_bankruptcy@lgbs.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Lendlease (US) Partnerships, LLC | Lowenstein Sandler LLP | Attn: Jeffrey D. Prol, Nicholas B. Vislocky<br>1251 Avenue of the Americas<br>New York NY 10020 | jprol@lowenstein.com<br>nvislocky@lowenstein.com | Email |
| Counsel to Lendlease (US) Partnerships, LLC | Lowenstein Sandler LLP | Attn: Jeffrey D. Prol, Nicholas B. Vislocky<br>65 Livingston Avenue<br>Roseland NJ 07068 | jprol@lowenstein.com<br>nvislocky@lowenstein.com | Email |
| Counsel to Appaloosa Investment Limited Partnership | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Esq., Scott Cargill, Esq., Andrew D. Behlmann, Esq. & Nicole M. Brown, Esq.<br>1251 Avenue of the Americas<br>New York NY 10020 | metkin@lowenstein.com<br>scargill@lowenstein.com<br>abehlmann@lowenstein.com<br>nbrown@lowenstein.com | Email |
| Counsel to Appaloosa Investment Limited Partnership | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Esq., Scott Cargill, Esq., Andrew D. Behlmann, Esq. & Nicole M. Brown, Esq.<br>65 Livingston Avenue<br>Roseland NJ 07068 | scargill@lowenstein.com<br>abehlmann@lowenstein.com<br>nbrown@lowenstein.com | Email |
| Counsel to Oracle America, Inc. | Magnozzi & Kye, LLP | Attn: Amish R. Doshi<br>23 Green Street<br>Suite 302<br>Huntington NY 11743 | adoshi@magnozzikye.com | Email |
| Counsel to ACE American Insurance Company and Westchester Fire Insurance Company | Manier & Herod | Attn: Scott C. Williams, Esq., Sam H. Poteet, Jr., Esq. &Michael E. Collins, Esq. of Manier & Herod<br>One Nashville Place<br>150 Fourth Avenue North, Suite 2200<br>Nashville TN 37219 | swilliams@manierherod.com<br>spoteet@manierherod.com<br>mcollins@manierherod.com | Email |
| Counsel for CSI Leasing, Inc. and CSI Leasing Malaysia Sdn. Bhd. | McCarter & English LLP | Attn Daniel R Seaman<br>Four Gateway Center<br>100 Mulberry Street<br>Newark NJ 07102 | dseaman@mccarter.com | Email |
| Counsel to ACE American Insurance Company and Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney& Carpenter, LLP | Attn: Louis A. Modugno, Esq.<br>1300 Mount Kemble Ave.<br>Morristown NJ 07960 | lmodugno@mdmc-law.com | Email |
| Counsel to Trina Solar, Ja Solar & Chint Solar (Zhejiang) Co., LTD | Messner Reeves LLP | Attn: Torben M. Welch Esq. & Jean-Claude Mazzola, Esq.<br>805 Third Avenue, 18th Floor<br>New York NY 10022 | twelch@messner.com<br>jcmazzola@messner.com | Email |
| Counsel to CERSM LLC and Community Energy Holdings, Inc. | Meyer, Suozzi, English & Klein, P.C. | Attn: Howard B. Kleinberg, Esq.<br>990 Stewart Avenue, Suite 300<br>P.O. Box 9194<br>Garden City NY 11530 | hkleinberg@msek.com | Email |
| Missouri Department of Revenue | Missouri Department of Revenue | Attn: Steven A. Ginther<br>P.O. Box 475<br>Jefferson City MO 65105-0475 | sdnyecf@dor.mo.gov | Email |
| Counsel for Akuo Energy USA, Inc. | Morgan, Lewis & Bockius LLP | Attn: Edwin E. Smith, James Tynion, III & Melissa Y. Boey<br>101 Park Avenue<br>New York NY 10179-0600 | edwin.smith@morganlewis.com<br>james.tynion@morganlewis.com<br>melissa.boey@morganlewis.com | Email |
| Counsel to Alexander Usenko, Julie Dull, Erin O'Day and Robert Linton | Moritt Hock & Hamroff LLP | Attn: Leslie A. Berkoff<br>400 Garden City Plaza<br>Garden City NY 11530 | lberkoff@moritthock.com | Email |
| Special Renewable Energy Counsel to the Official Committee of Unsecured Creditors | Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Jennifer Marines & Jonathan I. Levine<br>250 West 55th Street<br>New York NY 10019 | lmarinuzzi@mofo.com<br>jonlevine@mofo.com<br>jmarines@mofo.com | Overnight Mail and Email |
| Counsel to MSSA S.A.S. and MSSA Company Corporation | Murphy & McGonigle, P.C. | Attn: Barry S. Gold & Steven D. Feldman<br>1185 Avenue of the Americas<br>21st Floor<br>New York NY 10036 | barry.gold@mmlawus.com<br>steven.feldman@mmlawus.com | Email |

In re: SunEdison, Inc., et al.
Case No. 16-10992 (SMB)

Page 7 of 12

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to AT&T Corp. | Norton Rose Fulbright US LLP | Attn: David A. Rosenzweig & Melanie M. Kotler<br>666 Fifth Avenue<br>New York NY 10103 | david.rosenzweig@nortonrosefulbright.com<br>melanie.kotler@nortonrosefulbright.com | Email |
| Counsel for Vogt Solar Limited | Norton Rose Fulbright US LLP | Attn: Louis R. Strubeck, Jr., Melanie M. Kotler<br>666 Fifth Avenue<br>31st Floor<br>New York NY 10103 | louis.strubeck@nortonrosefulbright.com<br>melanie.kotler@nortonrosefulbright.com | Email |
| Counsel to Invesco IF IV Operating Tenant LLC | Nutter, McClennen & Fish, LLP | Attn: John G. Loughnane<br>Seaport West<br>155 Seaport Boulevard<br>Boston MA 02210 | jloughnane@nutter.com | Email |
| Counsel to Inforeliance Corporation | Odin Feldman & Pittleman PC | Attn: Alexander M. Laughlin, Esq.<br>1775 Wiehle Avenue<br>Suite 400<br>Reston VA 20190 | alex.laughlin@ofplaw.com | Email |
| Counsel to Country of Imperial, California | Office of the Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector<br>940 West Main Street<br>Suite 106<br>El Centro CA 92243 | | Overnight Mail |
| Office of United States Trustee - Southern District of New York | Office of the United States Trustee for Region 2 | Attn: Paul Schwartzberg<br>201 Varick Street<br>Suite 1006<br>New York NY 10014 | paul.schwartzberg@usdoj.gov | Overnight Mail and Email |
| Counsel to Okta | OKTA | Attn: Jon Runyan - General Counsel<br>301 Brannan Street<br>1st Floor<br>San Francisco CA 94107 | | Overnight Mail |
| Proposed Ordinary-Course Counsel for Certain Debtors and Debtors in Possession | Orrick Herrington & Sutcliffe LLP | Attn Frederick D Holden Jr<br>The Orrick Building<br>405 Howard Street<br>San Francisco CA 94105 | fholden@orrick.com | Email |
| Proposed Ordinary-Course Counsel for Certain Debtors and Debtors in Possession | Orrick Herrington & Sutcliffe LLP | Attn Monica Perrigino<br>52 West 52nd Street<br>New York NY 10019-6142 | mperrigino@orrick.com | Email |
| Counsel to the Affiliates of Northland | Osler, Hoskin & Harcourt LLP | Attn: Shawn Irving, Michael Shakra<br>Box 50, 1 First Canadian Place<br>Toronto ON M5X 1B8 Canada | MShakra@osler.com<br>SIrving@osler.com | Email |
| Counsel to HSH Nordbank AG | Otterbourg P.C. | Attn: Steven B. Soll & Kevin Zozolo<br>230 Park Avenue<br>New York NY 10169 | ssoll@otterbourg.com | Email |
| Counsel to Themesoft, Inc. | Palter Stokley Sims PLLC | Attn: Kimberly Sims<br>8115 Preston Road<br>Suite 600<br>Dallas TX 75225 | ksims@palterlaw.com | Email |
| Counsel for Bergelectric Corp. | Patterson Belknap Webb & Tyler LLP | Attn: Daniel A. Lowenthal & J. Taylor Kirklin<br>1133 6th Avenue<br>New York NY 10036-6710 | dalowenthal@pbwt.com<br>jtkirklin@pbwt.com | Email |
| Counsel to Houston Ship Channel Security District, La Porte, Independent School District and City of La Porte | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | houbank@pbfcm.com | Email |
| Counsel to Ecoplexus Inc. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Christopher R. Mirick<br>1540 Broadway<br>New York NY 10036 | christopher.mirick@pillsburylaw.com | Email |

In re: SunEdison, Inc., et al.
Case No. 16-10992 (SMB)

Page 8 of 12

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Administrative Agent under the Debtors' Prepetition Second Lien Credit Agreement | Pillsbury Winthrop Shaw Pittman LLP | Attn: Daniel S. Brown<br>1540 Broadway<br>New York NY 10036-4039 | daniel.brown@pillsburylaw.com | Overnight Mail and Email |
| Counsel to EDF Trading North America, LLC | Reed Smith LLP | Attn: Andrea J. Pincus & Sarah K. Kam<br>599 Lexington Avenue<br>New York NY 10022-7650 | apincus@reedsmith.com | Email |
| Counsel to Siemens Corp. | Reed Smith LLP | Attn: Chrystal A. Puleo<br>599 Lexington Avenue<br>New York NY 10022 | cpuleo@reedsmith.com | Email |
| Counsel to Siemens Corp. | Reed Smith LLP | Attn: Claudia Z. Springer, Lauren S. Zabel<br>Three Logan Square, Suite 3100<br>1717 Arch St<br>Philadelphia PA 19103 | cspringer@reedsmith.com<br>lzabel@reedsmith.com | Email |
| Counsel to EDF Trading North America, LLC | Reed Smith LLP | Attn: Paul B. Turner<br>811 Main Street<br>Suite 1700<br>Houston TX 77002-6110 | pturner@reedsmith.com | Email |
| Counsel to Microsoft Corporation and its affiliate Microsoft Licensing GP | Riddell Williams P.S. | Attn: Maria A Milano<br>1001 4th Avenue<br>Suite 4500<br>Seattle WA 98154 | mmilano@riddellwilliams.com | Email |
| Counsel to Creditor Swinerton Builders | Riddell Williams P.S. | Attn: Robert N. Amkraut<br>1001 Fourth Avenue<br>Suite 4500<br>Seattle WA 98154-1192 | ramkraut@riddellwilliams.com | Email |
| Counsel to WGSW, Inc. | Sands Anderson PC | Attn: George R. Pitts, Esq.<br>1497 Chain Bridge Road<br>Suite 202<br>McLean VA 22101-5728 | GPitts@sandsanderson.com | Email |
| Counsel to 7575 | Sanford J. Germaine, PC | Attn: Sanford J. Germaine, Esq.<br>4040 East Camelback Road<br>Suite 110<br>Phoenix AZ 85018 | sgermaine@germaine-law.com | Email |
| Counsel to County of Los Angeles | Satterlee Stephens Burke & Burke LLP | Attn: Timothy T. Brock, Esq. & Abigail Snow, Esq.<br>230 Park Avenue, Suite 1130<br>New York NY 10169 | tbrock@ssbb.com<br>asnow@ssbb.com | Email |
| Counsel to Moody's Investors Service, Inc. | Satterlee Stephens LLP | Attn: Chris Belmonte & Pam Bosswick<br>230 Park Ave<br>New York NY 10169 | cbelmonte@ssbb.com<br>pbosswick@ssbb.com | Email |
| Counsel to Rethink Energy Corporation | Schiff Hardin LLP | Attn: Louis T. DeLucia<br>666 Fifth Avenue, 17th Floor<br>New York NY 10103 | ldelucia@schiffhardin.com<br>afiedler@schiffhardin.com<br>aminear@schiffhardin.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., N.E.<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Overnight Mail and Email |
| Counsel to Mar-Bow Value Partners, LLC | Sheldon S. Toll PLLC | Attn: Sheldon S. Toll<br>29580 Northwestern Highway<br>Suite 100<br>Southfield MI 48034 | sst@lawtoll.com | Email |

In re: SunEdison, Inc., et al.
Case No. 16-10992 (SMB)

Page 9 of 12

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to DHL Supply Chain | Sheppard Mullin Richter & Hampton LLP | Attn: Malani Cademartori & Blanka Wolfe<br>30 Rockefeller Plaza<br>New York NY 10112 | mcademartori@sheppardmullin.com<br>bwolfe@sheppardmullin.com | Email |
| Counsel to Arizona Public Service Company | Snell & Wilmer L.L.P. | Attn: Emily Gildar Wagner<br>400 E. Van Buren Street<br>Suite 1900<br>Phoenix AZ 85004-2202 | ewagner@swlaw.com | Email |
| Counsel to County of Los Angeles | Steckbauer Weinhart, LLP | Attn: Barry S. Glaser, Esq.<br>333 S. Hope Street<br>36th Floor<br>Los Angeles CA 90071 | bglaser@swesq.com | Email |
| Counsel to Penn Real Estate Group | Stevens & Lee, P.C. | Attn: Robert Lapowsky<br>620 Freedom Business Center<br>Suite 200<br>King of Prussia PA 19406 | rl@stevenslee.com | Email |
| Counsel to DIF INFRA 4 US LLC and DIF IV Co-Invest LLC | Stoel Rives, LLP | Attn: Oren Buchanan Haker, Esq.<br>760 SW Ninth Avenue, Suite 2600<br>Portland OR 97205 | oren.haker@stoel.com | Email |
| Counsel to TerraForm Power, Inc. and TerraForm Global, Inc. | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Andrew G. Dietderich, John L. Hardiman & David R. Zylberberg<br>125 Broad Street<br>New York NY 10004 | hardimanj@sullcrom.com<br>dietdericha@sullcrom.com<br>torkinm@sullcrom.com<br>zylberbergd@sullcrom.com | Overnight Mail and Email |
| Counsel to Tufts University | Sullivan & Worcester LLP | Attn: Amy A. Zuccarello<br>One Post Office Square<br>Boston  MA 02109 | azuccarello@sandw.com | Email |
| Counsel to Kohl's Department Stores, Inc. | The Law Office of William J. Factor Ltd. | Attn: Sara E. Lorber<br>105 W. Madison St.<br>Suite 1500<br>Chicago  IL 60602 | slorber@wfactorlaw.com<br>wfactor@wfactorlaw.com | Email |
| The Regents of the University of California | The Regents of the Univeristy of California | Attn: Rhonda Stewart Goldstein<br>Office of the General Counsel<br>1111 Franklin Street, 8th Floor<br>Oakland CA 94607 | rhonda.goldstein@ucop.edu | Email |
| Counsel to Spirtas Wrecking Co. | Timothy E. Hayes & Associates L.C. | Attn: Timothy E. Hayes<br>231 S. Bemiston Avenue<br>Suite 950<br>St. Louis MO 63105 | thayes@tehayes.com | Email |
| Counsel to Tennessee Attorney General | TN Dept of Revenue | Attn:TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Tennessee TN 37202-0207 | AGBankNewYork@ag.tn.gov | Email |
| Counsel to Ontario Power Generation Inc. | Torys LLP | Attn: Alison D. Bauer<br>1114 Avenue of the Americas<br>23rd Floor<br>New York NY 10036 | abauer@torys.com | Email |
| Counsel for Bergelectric Corp. | Trachtman & Trachtman LLP | Attn: Ryan M. Craig<br>23046 Avenida De La Carlota<br>Suite 300<br>Laguna Hills CA 92653 | rcraig@trachtmanlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Wells Fargo Equipment Finance, Inc.; WF-SunE-XII Solar Statutory Trust; EnfinityWF Solar Trust; WF-SE I Solar Statutory Trust; WF-SunE-SPS Solar Statutory Trust; WF-SunE-EPE Solar Statutory Trust; WF-SunE-Cascade Solar Statutory Trust; WF-SunE-Orion I Solar Statutory Trust; WF-SunE-Orion II Solar Statutory Trust; WF-SunE-Vega Solar Statutory Trust; Wilmington Trust Company, solely in its capacity as Trustee for the WF-SunEXII Solar Statutory Trust; Wilmington Trust, National Association, solely in its capacity as Trustee for the EnfinityWF Solar Trust; and Wells Fargo Bank Northwest, National Association, solely in its capacity as Trustee for the WF-SE I Solar Statutory Trust, the WF-SunE-SPS Solar Statutory Trust, the WF-SunE-EPE Solar Statutory Trust, the WF-SunE-Cascade Solar Statutory Trust, the WF-SunE-Orion I Solar Statutory Trust, the WF-SunE-Orion II Solar Statutory Trust, and the WF-SunE-Vega Solar Statutory Trust | Troutman Sanders LLP | Attn: Hugh M. McDonald, Craig M. Kline & Louis A. Curcio<br>875 Third Avenue<br>New York NY 10022 | Hugh.McDonald@troutmansanders.com<br>Craig.Kline@troutmansanders.com<br>Louis.Curcio@troutmansanders.com | Email |
| Office of the United States Attorney for the Southern District of New York | United States Attorney's Office | 86 Chambers Street<br>3rd Floor<br>New York NY 10007 | | Overnight Mail |
| United States Department of Justice | United States Department of Justice | Attn: Peter Aronoff | Peter.Aronoff@usdoj.gov | Email |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO | United Steel Workers | Attn: David R. Jury, Associate General Counsel<br>Five Gateway Center<br>Room 807<br>Pittsburgh PA 15222 | djury@usw.org | Email |
| Counsel to Seller NorLease | Vedder Price | Attn: Richard W. Pearse<br>222 North LaSalle Street<br>Chicago IL 60601 | rpearse@vedderprice.com | Email |
| Counsel to Robert Half International Inc. & Protiviti Inc. | Venable LLP | Attn Richard L. Wasserman<br>750 East Pratt Street<br>Suite 900<br>Baltimore MD 21202 | rlwasserman@venable.com | Email |
| Counsel to R/C US Solar Investment Partnership, L.P. | Vinson & Elkins LLP | Attn: Steven M. Abramowitz & Syed Haq<br>666 Fifth Avenue<br>26th Floor<br>New York NY 10103 | sabramowitz@velaw.com<br>shaq@velaw.com | Email |
| Official Committee of Unsecured Creditors | Vivint Solar, Inc. | Attn: Jim Lundberg<br>3301 N. Thanksgiving Way<br>Suite 500<br>Lehi UT 84043 | | Overnight Mail |
| Counsel to Atlantic Specialty Insurance Company | Watt, Tieder, Hoffar & Fitzgerald, LLP | Attn: John E. Sebastian & Albert L. Chollet, III<br>10 S. Wacker Drive<br>Suite 2935<br>Chicago IL 60606 | jsebastian@watttieder.com<br>achollet@watttieder.com | Email |
| Counsel to Official Committee of Unsecured Creditors | Weil, Gotshal & Manges LLP | Attn: Matthew S. Barr, David J. Lender, Joseph H. Smolinsky, Jill Frizzley, Joshua S. Amsel<br>767 Fifth Avenue<br>New York NY 10153 | SunEWeilBFR@weil.com<br>joshua.amsel@weil.com<br>matt.barr@weil.com<br>david.lender@weil.com<br>joseph.smolinsky@weil.com<br>jill.frizzley@weil.com | Overnight Mail and Email |
| Counsel to Toyota Industries Commercial Finance Inc | Weltman, Weinberg & Reis Co., L.P.A. | Attn: Scott D. Fink<br>323 W. Lakeside Avenue<br>Suite 200<br>Cleveland OH 44113 | ecfndoh@weltman.com | Email |
| Counsel to Argonaut Insurance Company | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn.: Eric G. Waxman, III, Esq. & Mickee M. Hennessy, Esq.<br>1201 RXR Plaza<br>Uniondale NY 11556 | ewaxman@westermanllp.com<br>mhennessy@westermanllp.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ad Hoc Group of SunEdison, Inc. Convertible Unsecured Noteholders, & BOKF, N.A., as Indenture Trustee | White & Case LLP | Attn: Glenn M. Kurtz, J. Christopher Shore, Harrison L. Denman, Michele J. Meises & Thomas MacWright<br>1155 Avenue of the Americas<br>New York NY 10036-2787 | gkurtz@whitecase.com<br>hdenman@whitecase.com<br>michele.meises@whitecase.com<br>cshore@whitecase.com<br>tmacwright@whitecase.com | Overnight Mail and Email |
| Counsel to the Debtors' Postpetition Secured Lenders | White & Case LLP | Attn: Scott Greissman & Elizabeth Feld<br>1155 Avenue of the Americas<br>New York NY 10036-2787 | sgreissman@whitecase.com<br>efeld@whitecase.com | Overnight Mail and Email |
| Counsel to Ad Hoc Group of SunEdison, Inc. Convertible Unsecured Noteholders | White & Case LLP | Attn: Thomas E. Lauria, Esq.<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami FL 33131-2532 | tlauria@whitecase.com | Overnight Mail and Email |
| Counsel to Wilmington Trust, National Association | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Andrew Goldman, Esq., Benjamin Loveland, Esq. & Andrew Glantz, Esq., Charles Platt, Esq., Lauren Lifland, Esq.<br>7 World Trade Center<br>250 Greenwich Street<br>New York NY 10007 | andrew.goldman@wilmerhale.com<br>benjamin.loveland@wilmerhale.com<br>andrew.glantz@wilmerhale.com<br>charles.platt@wilmerhale.com<br>lauren.lifland@wilmerhale.com | Overnight Mail and Email |
| Counsel to Wilmington Trust, National Association | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Nancy Manzer, Esq.<br>1875 Pennsylvania Avenue NW<br>Washington DC 20006 | nancy.manzer@wilmerhale.com | Overnight Mail and Email |
| Indenture Trustee for the Prepetition Bonds/ Secured Creditor/ Top 40 Creditor | Wilmington Trust, National Association | Attn: SunEdison, Inc. Administrator<br>1100 North Market St<br>Wilmington DE 19890 | tmorris@wilmingtontrust.com | Overnight Mail and Email |
| Collateral Trustee for the Prepetition Second Lien Credit Agreement | Wilmington Trust, National Association | Attn: W. Thomas Morris II<br>Global Capital Markets<br>1100 North Market St<br>Wilmington DE 19890 | tmorris@wilmingtontrust.com | Overnight Mail and Email |
| Counsel to Vivint Solar, Inc. | Wilson Sonsini Goodrich & Rosati | Attn: Benjamin Hoch, Esq. & Robert M. Hemm, Esq.<br>1301 Avenue of the Americas<br>40th Floor<br>New York NY 10019 | bhoch@wsgr.com<br>bhemm@wsgr.com | Email |
| Counsel to EnerBank USA | Winston & Winston, P.C. | Attn: Aleksandre Powietrzynski. Esq.<br>750 3rd Avenue<br>Suite 978<br>New York NY 10017 | alex@winstonandwinston.com | Email |

**Exhibit B**

Exhibit B
Fee Statement Notice Parties Service List
Served via Overnight Mail and Email

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Akin Gump Strauss Hauer & Field, LLP | Attn: Arik Preis, Kristine Manoukian, Daniel H. Golden & Deborah Newman<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036-6745 | apreis@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com | Overnight Mail and Email |
| Office of the United States Trustee for Region 2 | Attn: Paul Schwartzberg<br>201 Varick Street<br>Suite 1006<br>New York NY 10014 | paul.schwartzberg@usdoj.gov | Overnight Mail and Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: James J. Mazza, Jr. & Louis S. Chiappetta<br>155 N. Wacker Drive<br>Chicago IL 60606-1720 | james.mazza@skadden.com<br>louis.chiappetta@skadden.com<br>ebba.gebisa@skadden.com | Overnight Mail and Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Jay M. Goffman & J. Eric Ivester<br>Four Times Square<br>New York NY 10036-6522 | eric.ivester@skadden.com<br>jay.goffman@skadden.com<br>jason.kestecher@skadden.com<br>annie.li@skadden.com<br>evan.hill@skadden.com | Overnight Mail and Email |
| Weil, Gotshal & Manges LLP | Attn: Matthew S. Barr, David J. Lender, Joseph H. Smolinsky & Jill Frizzley<br>767 Fifth Avenue<br>New York NY 10153 | SunEWeilBFR@weil.com | Overnight Mail and Email |
| White & Case LLP | Attn: Scott Greissman & Elizabeth Feld<br>1155 Avenue of the Americas<br>New York NY 10036-2787 | sgreissman@whitecase.com<br>efeld@whitecase.com | Overnight Mail and Email |

In re: SunEdison, Inc., *et al.*
Case No. 16-10992 (SMB)

Page 1 of 1