# LOCUS ENERGY
### A GENSCAPE COMPANY

# Invoice

| Date | Invoice # |
|---|---|
| 9/24/2015 | LEINV:9050 |

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**

**877.LOCUS.EN (562.8736)**
**www.locusenergy.com**

Page 1 of 7

| Bill To | Ship To |
|---|---|
| SUN EDISON<br>12500 Baltimore Avenue<br>Beltsville MD 20705 | David Gibson<br>SUN EDISON<br>4091 E. Francis St.<br>Ontario  CA 91761 |

| Terms | Due Date | PO # | Memo | Project Name |
|---|---|---|---|---|
| Net 30 | 10/24/2015 | PO208073(1) | | PO208073(1) |

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|---|---|---|---|---|---|
| LGate120-5YR | | | 300 | 0.00 | 0.00 |
| LGate120-Board | LGate120-Board | 001EC0866403<br>001EC08684D1<br>001EC0869950<br>001EC0869952<br>001EC086A082<br>001EC086B561<br>001EC086D4C7<br>001EC086EE2C<br>001EC086EFEA<br>001EC086F006<br>001EC0944088<br>001EC094409E<br>001EC09440D8<br>001EC09441E8<br>001EC094420A<br>001EC0944256<br>001EC0944337<br>001EC09443BF<br>001EC094446C<br>001EC0944538<br>001EC09452C7<br>001EC09452CA<br>001EC09452E3<br>001EC09452F7<br>001EC09452F9<br>001EC094546B<br>001EC09454C0<br>001EC09454C8<br>001EC0945544<br>001EC0945586<br>001EC0945613<br>001EC09456B6<br>001EC09456B9 | 300 | 0.00 | 0.00 |

**Remittance Addresses:**

*Postage (i.e. USPS)-*

Locus Energy, Inc.
PO Box 419298
Boston, MA 02241-9298

*Wire/ACH Payments-*

Bank of America
100 North Tryon Street,
Charlotte, NC 28255

Routing # for WIRES: 026009593
Routing # for ACH: 111000012
Credit Account #: 4451117522

**If this invoice is not paid by the due date indicated above, you may be subject to a monthly finance charge of 1.5% and/or interrupted monitoring service.**

# Invoice

**LOCUS**
**ENERGY**
A GENSCAPE COMPANY

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**

| Date | Invoice # |
|---|---|
| 9/24/2015 | LEINV:9050 |

Page 2 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | 001EC09456BE | | | |
| | | 001EC09456CB | | | |
| | | 001EC09456FA | | | |
| | | 001EC0945754 | | | |
| | | 001EC09457CE | | | |
| | | 001EC09457E6 | | | |
| | | 001EC09458AE | | | |
| | | 001EC094598A | | | |
| | | 001EC0945A81 | | | |
| | | 001EC0945AFA | | | |
| | | 001EC0945B0E | | | |
| | | 001EC0945B93 | | | |
| | | 001EC0946C2A | | | |
| | | 001EC0946C37 | | | |
| | | 001EC0946CED | | | |
| | | 001EC0946DEC | | | |
| | | 001EC0946E70 | | | |
| | | 001EC0946EDB | | | |
| | | 001EC0947012 | | | |
| | | 001EC0947062 | | | |
| | | 001EC094708B | | | |
| | | 001EC09470B0 | | | |
| | | 001EC0947129 | | | |
| | | 001EC094713A | | | |
| | | 001EC094714B | | | |
| | | 001EC09472F9 | | | |
| | | 001EC09473BE | | | |
| | | 001EC09473C1 | | | |
| | | 001EC09473DE | | | |
| | | 001EC0947400 | | | |
| | | 001EC094770E | | | |
| | | 001EC0947738 | | | |
| | | 001EC094899B | | | |
| | | 001EC0948A49 | | | |
| | | 001EC0948A87 | | | |
| | | 001EC0948AAF | | | |
| | | 001EC0948ADF | | | |
| | | 001EC0948AFA | | | |
| | | 001EC0948B2F | | | |
| | | 001EC0948B72 | | | |
| | | 001EC0948B96 | | | |
| | | 001EC0948C6B | | | |
| | | 001EC0948D76 | | | |
| | | 001EC0948E4D | | | |
| | | 001EC0948F50 | | | |
| | | 001EC0948F5F | | | |
| | | 001EC0948FB7 | | | |
| | | 001EC0948FBC | | | |
| | | 001EC09491A7 | | | |
| | | 001EC094920F | | | |
| | | 001EC094928A | | | |
| | | 001EC0949310 | | | |
| | | 001EC094931D | | | |

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2015 | LEINV:9050 |

**LOCUS ENERGY**
A GENSCAPE COMPANY

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**

Page 3 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|-----------|-------------|--------------------|----------|-----------|--------|
| | | 001EC094932E | | | |
| | | 001EC0949342 | | | |
| | | 001EC09493B4 | | | |
| | | 001EC09493C2 | | | |
| | | 001EC0949407 | | | |
| | | 001EC094949D | | | |
| | | 001EC09495B1 | | | |
| | | 001EC094A846 | | | |
| | | 001EC094A86C | | | |
| | | 001EC094A8FC | | | |
| | | 001EC094A934 | | | |
| | | 001EC094AA7D | | | |
| | | 001EC094AA96 | | | |
| | | 001EC094AAA1 | | | |
| | | 001EC094AACB | | | |
| | | 001EC094AAF0 | | | |
| | | 001EC094ACF9 | | | |
| | | 001EC094ACFB | | | |
| | | 001EC094AFD0 | | | |
| | | 001EC094AFE4 | | | |
| | | 001EC094B02A | | | |
| | | 001EC094B090 | | | |
| | | 001EC094B0B8 | | | |
| | | 001EC094B11B | | | |
| | | 001EC094B11D | | | |
| | | 001EC094B125 | | | |
| | | 001EC094B1A8 | | | |
| | | 001EC094B1BD | | | |
| | | 001EC094B22A | | | |
| | | 001EC094B246 | | | |
| | | 001EC094B270 | | | |
| | | 001EC094B2C7 | | | |
| | | 001EC094B301 | | | |
| | | 001EC094B37C | | | |
| | | 001EC094B3BB | | | |
| | | 001EC094B424 | | | |
| | | 001EC094B50E | | | |
| | | 001EC094B8EE | | | |
| | | 001EC094C444 | | | |
| | | 001EC094C645 | | | |
| | | 001EC094C706 | | | |
| | | 001EC094C70A | | | |
| | | 001EC094C71E | | | |
| | | 001EC094C739 | | | |
| | | 001EC094C786 | | | |
| | | 001EC094C7D7 | | | |
| | | 001EC094C844 | | | |
| | | 001EC094C854 | | | |
| | | 001EC094C8BF | | | |
| | | 001EC094C9AD | | | |
| | | 001EC094C9D0 | | | |
| | | 001EC094CA31 | | | |
| | | 001EC094CA3E | | | |

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2015 | LEINV:9050 |

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**

Page 4 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|-----------|-------------|--------------------|----------|-----------|--------|
| | | 001EC094CA70 | | | |
| | | 001EC094CAF9 | | | |
| | | 001EC094CD09 | | | |
| | | 001EC094CD12 | | | |
| | | 001EC094CD6C | | | |
| | | 001EC094CD84 | | | |
| | | 001EC094CE04 | | | |
| | | 001EC094CE1B | | | |
| | | 001EC094CE1C | | | |
| | | 001EC094CE5D | | | |
| | | 001EC094CEA9 | | | |
| | | 001EC094CEC9 | | | |
| | | 001EC094CF1C | | | |
| | | 001EC094CF40 | | | |
| | | 001EC094CF78 | | | |
| | | 001EC094CFE5 | | | |
| | | 001EC094D001 | | | |
| | | 001EC094D0A5 | | | |
| | | 001EC094D143 | | | |
| | | 001EC094D351 | | | |
| | | 001EC094E29C | | | |
| | | 001EC094E2AB | | | |
| | | 001EC094E2CD | | | |
| | | 001EC094E2DD | | | |
| | | 001EC094E423 | | | |
| | | 001EC094E449 | | | |
| | | 001EC094E485 | | | |
| | | 001EC094E552 | | | |
| | | 001EC094E56D | | | |
| | | 001EC094E57E | | | |
| | | 001EC094E5D8 | | | |
| | | 001EC094E5FC | | | |
| | | 001EC094E637 | | | |
| | | 001EC094E66C | | | |
| | | 001EC094E677 | | | |
| | | 001EC094E68C | | | |
| | | 001EC094E6EF | | | |
| | | 001EC094E6F2 | | | |
| | | 001EC094E742 | | | |
| | | 001EC094E768 | | | |
| | | 001EC094E883 | | | |
| | | 001EC094E8A5 | | | |
| | | 001EC094E939 | | | |
| | | 001EC094E93F | | | |
| | | 001EC094E97A | | | |
| | | 001EC094E97B | | | |
| | | 001EC094E987 | | | |
| | | 001EC094E99A | | | |
| | | 001EC094EA5B | | | |
| | | 001EC094EAA1 | | | |
| | | 001EC094F2B0 | | | |
| | | 001EC094F7C0 | | | |
| | | 001EC094F8EA | | | |

# Invoice

**LOCUS ENERGY**
A GENSCAPE COMPANY

2 Hudson Place
6th Floor
Hoboken NJ 07030

| Date | Invoice # |
|------|-----------|
| 9/24/2015 | LEINV:9050 |

Page 5 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|-----------|-------------|--------------------|----------|-----------|--------|
| | | 001EC094F9D9 | | | |
| | | 001EC094FACF | | | |
| | | 001EC094FB02 | | | |
| | | 001EC094FB2D | | | |
| | | 001EC094FB30 | | | |
| | | 001EC094FBC1 | | | |
| | | 001EC095073F | | | |
| | | 001EC0950913 | | | |
| | | 001EC0950A20 | | | |
| | | 001EC0950AF0 | | | |
| | | 001EC0950EB7 | | | |
| | | 001EC0951074 | | | |
| | | 001EC09516DE | | | |
| | | 001EC0951730 | | | |
| | | 001EC0951C23 | | | |
| | | 001EC0951CDD | | | |
| | | 001EC0951D87 | | | |
| | | 001EC0951D92 | | | |
| | | 001EC0951DD5 | | | |
| | | 001EC0951E7E | | | |
| | | 001EC0952102 | | | |
| | | 001EC095237A | | | |
| | | 001EC0952755 | | | |
| | | 001EC0952757 | | | |
| | | 001EC0952788 | | | |
| | | 001EC0952AA5 | | | |
| | | 001EC0952D02 | | | |
| | | 001EC0953079 | | | |
| | | 001EC0953082 | | | |
| | | 001EC09530FD | | | |
| | | 001EC09532C0 | | | |
| | | 001EC09535DD | | | |
| | | 001EC095363B | | | |
| | | 001EC09536F0 | | | |
| | | 001EC0953755 | | | |
| | | 001EC0953990 | | | |
| | | 001EC0953B6B | | | |
| | | 001EC0953D78 | | | |
| | | 001EC0954AA8 | | | |
| | | 001EC0954B32 | | | |
| | | 001EC0954E72 | | | |
| | | 001EC0954F4E | | | |
| | | 001EC09552EF | | | |
| | | 001EC0955462 | | | |
| | | 001EC09554E4 | | | |
| | | 001EC09555B7 | | | |
| | | 001EC095563A | | | |
| | | 001EC0955890 | | | |
| | | 001EC0955951 | | | |
| | | 001EC0955C03 | | | |
| | | 001EC095618D | | | |
| | | 001EC09564FB | | | |
| | | 001EC0956CD2 | | | |

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2015 | LEINV:9050 |

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**

Page 6 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|-----------|-------------|--------------------|----------|-----------|--------|
| | | 001EC0956D78 | | | |
| | | 001EC0956D7C | | | |
| | | 001EC0956D90 | | | |
| | | 001EC0957281 | | | |
| | | 001EC0957299 | | | |
| | | 001EC09575BB | | | |
| | | 001EC095774D | | | |
| | | 001EC0957799 | | | |
| | | 001EC09577CF | | | |
| | | 001EC095788F | | | |
| | | 001EC095791C | | | |
| | | 001EC095796E | | | |
| | | 001EC09579B9 | | | |
| | | 001EC0957B0E | | | |
| | | 001EC0957C7D | | | |
| | | 001EC0957C82 | | | |
| | | 001EC0958046 | | | |
| | | 001EC095838E | | | |
| | | 001EC0958ADD | | | |
| | | 001EC0958BC8 | | | |
| | | 001EC0958C8C | | | |
| | | 001EC0958D85 | | | |
| | | 001EC0958FC1 | | | |
| | | 001EC095947A | | | |
| | | 001EC09595D0 | | | |
| | | 001EC095978C | | | |
| | | 001EC0959CD2 | | | |
| | | 001EC0959CFA | | | |
| | | 001EC095A2E4 | | | |
| | | 001EC095A64F | | | |
| | | 001EC095A683 | | | |
| | | 001EC095A686 | | | |
| | | 001EC095ABEF | | | |
| | | 001EC095AE3D | | | |
| | | 001EC095AE99 | | | |
| | | 001EC095AE9B | | | |
| | | 001EC095AEAD | | | |
| | | 001EC095AEFC | | | |
| | | 001EC095B106 | | | |
| | | 001EC095B158 | | | |
| | | 001EC095B63D | | | |
| | | 001EC095B662 | | | |
| | | 001EC095B684 | | | |
| | | 001EC095B6B7 | | | |
| | | 001EC095BC93 | | | |
| | | 001EC095BCAE | | | |
| | | 001EC095BCFD | | | |
| | | 001EC095BDBE | | | |
| | | 001EC095C13F | | | |
| | | 001EC095C16D | | | |
| | | 001EC095C27D | | | |
| | | 001EC095C377 | | | |
| | | 001EC095C4CB | | | |



# Invoice

2 Hudson Place
6th Floor
Hoboken NJ 07030

| Date | Invoice # |
|---|---|
| 9/24/2015 | LEINV:9050 |

Page 7 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | 001EC095C76F 001EC095C7AD | | | |
| LGate120-Kit | LGate120-Kit | | 300 | 0.00 | 0.00 |
| LGate120-Meter | LGate120-Meter | | 300 | 380.00 | 114,000.00 |
| R-PDM-5YR | Software - Residential PV Production Monitoring 5 Years | | 300 | 130.00 | 39,000.00 |
| CPLAN-ATT-1MB-5... | Cellular Plan - 1Mb/month from AT&T for 5 Years | | 300 | 30.00 | 9,000.00 |

| | |
|---|---|
| Subtotal | 162,000.00 |
| Shipping Cost (Freight Shipping) | 1,675.18 |
| 8.0% | 9,120.00 |
| Total | 172,795.18 |
| Amount Paid | 28,983.14 |
| Amount Due | $143,812.04 |

# Invoice

**LOCUS ENERGY**
A GENSCAPE COMPANY

| Date | Invoice # |
|------|-----------|
| 9/24/2015 | LEINV:9053 |

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**
**877.LOCUS.EN (562.8736)**
**www.locusenergy.com**

Page 1 of 7

| Bill To | Ship To |
|---------|---------|
| SUN EDISON<br>12500 Baltimore Avenue<br>Beltsville MD 20705 | David Gibson<br>SUN EDISON<br>4091 E. Francis St.<br>Ontario  CA 91761 |

| Terms | Due Date | PO # | Memo | Project Name |
|-------|----------|------|------|--------------|
| Net 30 | 10/24/2015 | PO208073(2) | | PO208073(2) |

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|-----------|-------------|--------------------|----------|-----------|--------|
| LGate120-5YR | | | 300 | 0.00 | 0.00 |
| LGate120-Board | LGate120-Board | 001EC09440AD<br>001EC09440E8<br>001EC094411E<br>001EC0944316<br>001EC0944369<br>001EC0944432<br>001EC0945265<br>001EC09452A6<br>001EC09452FC<br>001EC094542A<br>001EC0945448<br>001EC094546C<br>001EC09455AE<br>001EC094568F<br>001EC0945719<br>001EC09457EE<br>001EC09458C0<br>001EC09458D5<br>001EC0945974<br>001EC0945989<br>001EC0945A6D<br>001EC0945A78<br>001EC0945ACF<br>001EC0945AEE<br>001EC0945D7A<br>001EC0946CF3<br>001EC0946CF4<br>001EC0946D31<br>001EC0946D6C<br>001EC0946E06<br>001EC0946E21<br>001EC094708C<br>001EC09470D7 | 300 | 0.00 | 0.00 |

**Remittance Addresses:**

*Postage (i.e. USPS)-*

Locus Energy, Inc.
PO Box 419298
Boston, MA 02241-9298

*Wire/ACH Payments-*

Bank of America
100 North Tryon Street,
Charlotte, NC 28255

Routing # for WIRES: 026009593
Routing # for ACH: 111000012
Credit Account #: 4451117522

**If this invoice is not paid by the due date indicated above, you may be subject to a monthly finance charge of 1.5% and/or interrupted monitoring service.**

# Invoice

**LOCUS ENERGY**
A GENSCAPE COMPANY

| Date | Invoice # |
|------|-----------|
| 9/24/2015 | LEINV:9053 |

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**

Page 2 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|-----------|-------------|--------------------|----------|-----------|--------|
| | | 001EC09470F0 | | | |
| | | 001EC09472263 | | | |
| | | 001EC094728A | | | |
| | | 001EC0947295 | | | |
| | | 001EC09472A6 | | | |
| | | 001EC09472D7 | | | |
| | | 001EC09472E5 | | | |
| | | 001EC09472EA | | | |
| | | 001EC0947330 | | | |
| | | 001EC0947365 | | | |
| | | 001EC0947411 | | | |
| | | 001EC09474FF | | | |
| | | 001EC094776B | | | |
| | | 001EC0948B59 | | | |
| | | 001EC0948B67 | | | |
| | | 001EC0948BAE | | | |
| | | 001EC0948CBE | | | |
| | | 001EC0948E05 | | | |
| | | 001EC09490A4 | | | |
| | | 001EC094927A | | | |
| | | 001EC0949374 | | | |
| | | 001EC0949402 | | | |
| | | 001EC0949451 | | | |
| | | 001EC094959D | | | |
| | | 001EC09495DE | | | |
| | | 001EC09495EB | | | |
| | | 001EC094A952 | | | |
| | | 001EC094A968 | | | |
| | | 001EC094AAC4 | | | |
| | | 001EC094AB06 | | | |
| | | 001EC094AB6D | | | |
| | | 001EC094AC7E | | | |
| | | 001EC094ACB5 | | | |
| | | 001EC094ACB6 | | | |
| | | 001EC094AE0D | | | |
| | | 001EC094AF72 | | | |
| | | 001EC094AF73 | | | |
| | | 001EC094AFBB | | | |
| | | 001EC094B1A7 | | | |
| | | 001EC094B1C5 | | | |
| | | 001EC094B237 | | | |
| | | 001EC094B245 | | | |
| | | 001EC094B284 | | | |
| | | 001EC094B2A9 | | | |
| | | 001EC094B348 | | | |
| | | 001EC094B394 | | | |
| | | 001EC094C64E | | | |
| | | 001EC094C720 | | | |
| | | 001EC094C742 | | | |
| | | 001EC094C78A | | | |
| | | 001EC094C78D | | | |
| | | 001EC094C7EA | | | |
| | | 001EC094C7F7 | | | |

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2015 | LEINV:9053 |

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**

Page 3 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|-----------|-------------|--------------------|----------|-----------|--------|
| | | 001EC094C94B | | | |
| | | 001EC094C993 | | | |
| | | 001EC094C9F4 | | | |
| | | 001EC094CA05 | | | |
| | | 001EC094CBD1 | | | |
| | | 001EC094CC44 | | | |
| | | 001EC094CD08 | | | |
| | | 001EC094CD7D | | | |
| | | 001EC094CF5A | | | |
| | | 001EC094CFF9 | | | |
| | | 001EC094D057 | | | |
| | | 001EC094D153 | | | |
| | | 001EC094E28D | | | |
| | | 001EC094E364 | | | |
| | | 001EC094E3B8 | | | |
| | | 001EC094E413 | | | |
| | | 001EC094E492 | | | |
| | | 001EC094E6D0 | | | |
| | | 001EC094E809 | | | |
| | | 001EC094EA5D | | | |
| | | 001EC094EA6D | | | |
| | | 001EC094F786 | | | |
| | | 001EC094F7A8 | | | |
| | | 001EC094F8E9 | | | |
| | | 001EC094F8EC | | | |
| | | 001EC094F96F | | | |
| | | 001EC094F9FE | | | |
| | | 001EC094FA2F | | | |
| | | 001EC094FBDA | | | |
| | | 001EC094FBDE | | | |
| | | 001EC094FBFD | | | |
| | | 001EC09503C7 | | | |
| | | 001EC09505A0 | | | |
| | | 001EC09506BD | | | |
| | | 001EC09506D5 | | | |
| | | 001EC09508EC | | | |
| | | 001EC0950906 | | | |
| | | 001EC09509AA | | | |
| | | 001EC09509EE | | | |
| | | 001EC0950A2B | | | |
| | | 001EC0950ADD | | | |
| | | 001EC0950B35 | | | |
| | | 001EC0950F7B | | | |
| | | 001EC0950FEC | | | |
| | | 001EC0951014 | | | |
| | | 001EC095104D | | | |
| | | 001EC095108A | | | |
| | | 001EC095109A | | | |
| | | 001EC095134B | | | |
| | | 001EC095168D | | | |
| | | 001EC09516AD | | | |
| | | 001EC09517C6 | | | |
| | | 001EC0951B99 | | | |

# Invoice

**LOCUS ENERGY**
A GENSCAPE COMPANY

2 Hudson Place
6th Floor
Hoboken NJ 07030

| Date | Invoice # |
|---|---|
| 9/24/2015 | LEINV:9053 |

Page 4 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | 001EC0951D7F | | | |
| | | 001EC0951DF5 | | | |
| | | 001EC0951E15 | | | |
| | | 001EC0951E45 | | | |
| | | 001EC0951E66 | | | |
| | | 001EC0951EA7 | | | |
| | | 001EC0951EB8 | | | |
| | | 001EC0951F7E | | | |
| | | 001EC0951FCB | | | |
| | | 001EC0951FCF | | | |
| | | 001EC0951FD0 | | | |
| | | 001EC09520C5 | | | |
| | | 001EC0952155 | | | |
| | | 001EC0952218 | | | |
| | | 001EC095267E | | | |
| | | 001EC0952753 | | | |
| | | 001EC0952767 | | | |
| | | 001EC095276E | | | |
| | | 001EC0952772 | | | |
| | | 001EC0952A5A | | | |
| | | 001EC0952CEC | | | |
| | | 001EC0952D56 | | | |
| | | 001EC095300F | | | |
| | | 001EC095302A | | | |
| | | 001EC095302C | | | |
| | | 001EC095304C | | | |
| | | 001EC0953085 | | | |
| | | 001EC0953575 | | | |
| | | 001EC09536DD | | | |
| | | 001EC09537AB | | | |
| | | 001EC09537C0 | | | |
| | | 001EC0953834 | | | |
| | | 001EC095386A | | | |
| | | 001EC0953A68 | | | |
| | | 001EC0953AEB | | | |
| | | 001EC0953B0D | | | |
| | | 001EC0953B2B | | | |
| | | 001EC0953C22 | | | |
| | | 001EC0953CCD | | | |
| | | 001EC0953CCE | | | |
| | | 001EC0953E3D | | | |
| | | 001EC0954020 | | | |
| | | 001EC0954184 | | | |
| | | 001EC0954328 | | | |
| | | 001EC095434A | | | |
| | | 001EC095468A | | | |
| | | 001EC095468C | | | |
| | | 001EC0954ACF | | | |
| | | 001EC0954E17 | | | |
| | | 001EC0954E33 | | | |
| | | 001EC0954E3A | | | |
| | | 001EC0954E60 | | | |
| | | 001EC09552F6 | | | |

# LOCUS

## ENERGY

A GENSCAPE COMPANY

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**

# Invoice

| Date | Invoice # |
|---|---|
| 9/24/2015 | LEINV:9053 |

Page 5 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | 001EC0955341 | | | |
| | | 001EC0955347 | | | |
| | | 001EC0955407 | | | |
| | | 001EC09554B6 | | | |
| | | 001EC09554B7 | | | |
| | | 001EC095553D | | | |
| | | 001EC095558A | | | |
| | | 001EC09555D8 | | | |
| | | 001EC09556AA | | | |
| | | 001EC0955701 | | | |
| | | 001EC09558FD | | | |
| | | 001EC0955C2C | | | |
| | | 001EC09561DA | | | |
| | | 001EC095620D | | | |
| | | 001EC09564E5 | | | |
| | | 001EC0956987 | | | |
| | | 001EC0956998 | | | |
| | | 001EC095699F | | | |
| | | 001EC0956C7D | | | |
| | | 001EC0956D0B | | | |
| | | 001EC0956D23 | | | |
| | | 001EC0956E88 | | | |
| | | 001EC0956EBB | | | |
| | | 001EC095719D | | | |
| | | 001EC09572F3 | | | |
| | | 001EC0957315 | | | |
| | | 001EC095738E | | | |
| | | 001EC0957463 | | | |
| | | 001EC09574AD | | | |
| | | 001EC09575E1 | | | |
| | | 001EC09577B2 | | | |
| | | 001EC0957864 | | | |
| | | 001EC0957E24 | | | |
| | | 001EC0957F33 | | | |
| | | 001EC0957F93 | | | |
| | | 001EC0958382 | | | |
| | | 001EC09583A4 | | | |
| | | 001EC0958762 | | | |
| | | 001EC0958777 | | | |
| | | 001EC0958B9A | | | |
| | | 001EC0958FA7 | | | |
| | | 001EC0958FC8 | | | |
| | | 001EC0958FD4 | | | |
| | | 001EC0959054 | | | |
| | | 001EC09590B6 | | | |
| | | 001EC0959116 | | | |
| | | 001EC0959257 | | | |
| | | 001EC095927C | | | |
| | | 001EC095930B | | | |
| | | 001EC095930F | | | |
| | | 001EC09593AC | | | |
| | | 001EC095946B | | | |
| | | 001EC09594C8 | | | |

# Invoice

**LOCUS ENERGY**
A GENSCAPE COMPANY

2 Hudson Place
6th Floor
Hoboken NJ 07030

| Date | Invoice # |
|------|-----------|
| 9/24/2015 | LEINV:9053 |

Page 6 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|-----------|-------------|--------------------|----------|-----------|--------|
| | | 001EC0959502 | | | |
| | | 001EC09595E9 | | | |
| | | 001EC095986B | | | |
| | | 001EC0959C7A | | | |
| | | 001EC0959C9E | | | |
| | | 001EC0959D3E | | | |
| | | 001EC0959D90 | | | |
| | | 001EC0959E06 | | | |
| | | 001EC095A019 | | | |
| | | 001EC095A0AC | | | |
| | | 001EC095A0AE | | | |
| | | 001EC095A0B2 | | | |
| | | 001EC095A0C4 | | | |
| | | 001EC095A382 | | | |
| | | 001EC095A3B5 | | | |
| | | 001EC095A5A4 | | | |
| | | 001EC095A631 | | | |
| | | 001EC095A639 | | | |
| | | 001EC095A643 | | | |
| | | 001EC095A6A5 | | | |
| | | 001EC095A757 | | | |
| | | 001EC095A7B2 | | | |
| | | 001EC095A895 | | | |
| | | 001EC095A9AF | | | |
| | | 001EC095ABB4 | | | |
| | | 001EC095AC1C | | | |
| | | 001EC095ACE5 | | | |
| | | 001EC095AD44 | | | |
| | | 001EC095ADB9 | | | |
| | | 001EC095AEB4 | | | |
| | | 001EC095B18E | | | |
| | | 001EC095B3C1 | | | |
| | | 001EC095B42B | | | |
| | | 001EC095B4EB | | | |
| | | 001EC095B552 | | | |
| | | 001EC095B638 | | | |
| | | 001EC095B661 | | | |
| | | 001EC095B73A | | | |
| | | 001EC095B957 | | | |
| | | 001EC095BC23 | | | |
| | | 001EC095BC50 | | | |
| | | 001EC095BCF3 | | | |
| | | 001EC095BD05 | | | |
| | | 001EC095BD38 | | | |
| | | 001EC095BE0E | | | |
| | | 001EC095BE44 | | | |
| | | 001EC095BF20 | | | |
| | | 001EC095C1DB | | | |
| | | 001EC095C1EC | | | |
| | | 001EC095C21F | | | |
| | | 001EC095C237 | | | |
| | | 001EC095C26F | | | |
| | | 001EC095C2A0 | | | |

# Invoice

**LOCUS ENERGY**
A GENSCAPE COMPANY

| Date | Invoice # |
|------|-----------|
| 9/24/2015 | LEINV:9053 |

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**

Page 7 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|-----------|-------------|--------------------|----------|-----------|--------|
| | | 001EC095C747<br>001EC095C7A9 | | | |
| LGate120-Kit | LGate120-Kit | | 300 | 0.00 | 0.00 |
| LGate120-Meter | LGate120-Meter | | 300 | 380.00 | 114,000.00 |
| R-PDM-5YR | Software - Residential PV Production Monitoring 5 Years | | 300 | 130.00 | 39,000.00 |
| CPLAN-ATT-1MB-5... | Cellular Plan - 1Mb/month from AT&T for 5 Years | | 300 | 30.00 | 9,000.00 |

| | |
|---|---|
| Subtotal | 162,000.00 |
| Shipping Cost (Freight Shipping) | 1,688.52 |
| 8.0% | 9,120.00 |
| Total | 172,808.52 |
| Amount Paid | 50,000.00 |
| Amount Due | $122,808.52 |



**LOCUS ENERGY**
A GENSCAPE COMPANY

2 Hudson Place
6th Floor
Hoboken NJ 07030

877.LOCUS.EN (562.8736)
www.locusenergy.com

# Invoice

| Date | Invoice # |
|---|---|
| 10/20/2015 | LEINV:9723 |

| Bill To | Ship To |
|---|---|
| SUN EDISON<br>12500 Baltimore Avenue<br>Beltsville MD 20705 | Katie Farrell<br>SUN EDISON<br>1 North Ave<br>Suite A<br>Burlington MA 01803 |

| Terms | Due Date | PO # | Memo | Project Name |
|---|---|---|---|---|
| Net 30 | 11/19/2015 | LER12162553 | RMA-001EC09466E3 | LER12162553 |

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|---|---|---|---|---|---|
| LGate120-5YR | "Hardware - LGate 120 Bundle:<br>-- ANSI 12.20 Revenue-grade meter<br>-- Single-phase at 50 or 60Hz<br>-- 200A AC max (form 2S meter base not provided)<br>-- Cellular 3G or RJ485 Ethernet<br>-- RS-485 2 wire or 4 wire<br>-- 5 yrs limited hardware warranty<br>-- 5 yrs SolarOS Monitoring" | | 1 | | 330.00 |
| RMA SIM Activation | RMA SIM Activation - 1 MB | | 1 | 0.00 | 0.00 |

**Remittance Addresses:**

*Postage (i.e. USPS)-*

Locus Energy, Inc.
PO Box 419298
Boston, MA 02241-9298

*Wire/ACH Payments-*

Bank of America
100 North Tryon Street,
Charlotte, NC 28255

Routing # for WIRES: 026009593
Routing # for ACH: 111000012
Credit Account #: 4451117522

| | |
|---|---|
| Subtotal | 330.00 |
| Shipping Cost (UPS Ground) | 0.00 |
| Total | 330.00 |
| Amount Due | $330.00 |

**If this invoice is not paid by the due date indicated above, you may be subject to a monthly finance charge of 1.5% and/or interrupted monitoring service.**

# LOCUS
## ENERGY
A GENSCAPE COMPANY

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2015 | LEINV:10272 |

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**
**877.LOCUS.EN (562.8736)**
**www.locusenergy.com**

Page 1 of 7

| Bill To | Ship To |
|---------|---------|
| SUN EDISON<br>12500 Baltimore Avenue<br>Beltsville MD 20705 | SunEdison<br>Expeditors International<br>1075 Montague Expressway<br>Milpitas CA 95035 |

| Terms | Due Date | PO # | Memo | Project Name |
|-------|----------|------|------|--------------|
| Net 30 | 12/17/2015 | PO205097 | | PO205097 |

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|-----------|-------------|--------------------|----------|-----------|--------|
| CT140-200 | Solid Core CTs, 200A | | 300 | 0.00 | 0.00 |
| LG500-101 | LGate101 | 0004A3803C64<br>0004A3803C72<br>0004A3803C7E<br>0004A3803CCA<br>0004A3803CD3<br>0004A3803D21<br>0004A3803DB4<br>0004A3803E58<br>0004A3803E60<br>0004A3803E61<br>0004A3803E71<br>0004A3803E7E<br>0004A3803E81<br>0004A3803E93<br>0004A3803E9C<br>0004A3803EB9<br>0004A3803EE6<br>0004A3803EFC<br>0004A3803F9F<br>0004A3803FA4<br>0004A3803FD6<br>0004A3803FD7<br>0004A3804012<br>0004A3804029<br>0004A3804072<br>0004A3804085<br>0004A3804094<br>0004A38040AD<br>0004A38040CC<br>0004A38040EF<br>0004A380410E<br>0004A380411B<br>0004A3804173<br>0004A380420C | 300 | 330.00 | 99,000.00 |

**Remittance Addresses:**

*Postage (i.e. USPS)-*

Locus Energy, Inc.
PO Box 419298
Boston, MA 02241-9298

*Wire/ACH Payments-*

Bank of America
100 North Tryon Street,
Charlotte, NC 28255

Routing # for WIRES: 026009593
Routing # for ACH: 111000012
Credit Account #: 4451117522

**If this invoice is not paid by the due date indicated above, you may be subject to a monthly finance charge of 1.5% and/or interrupted monitoring service.**

# Invoice

**LOCUS ENERGY**
A GENSCAPE COMPANY

2 Hudson Place
6th Floor
Hoboken NJ 07030

| Date | Invoice # |
|---|---|
| 11/17/2015 | LEINV:10272 |

Page 2 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | 0004A3804212 | | | |
| | | 0004A380421F | | | |
| | | 0004A3804220 | | | |
| | | 0004A3804229 | | | |
| | | 0004A380425C | | | |
| | | 0004A380427B | | | |
| | | 0004A38042A0 | | | |
| | | 0004A38042B1 | | | |
| | | 0004A38042BF | | | |
| | | 0004A3804373 | | | |
| | | 0004A3804379 | | | |
| | | 0004A3804F27 | | | |
| | | 0004A3804F33 | | | |
| | | 0004A3804F57 | | | |
| | | 0004A3804F6F | | | |
| | | 0004A3804FAF | | | |
| | | 0004A380503C | | | |
| | | 0004A3805042 | | | |
| | | 0004A3805078 | | | |
| | | 0004A38050EB | | | |
| | | 0004A3805117 | | | |
| | | 0004A3805132 | | | |
| | | 0004A3805150 | | | |
| | | 0004A3805170 | | | |
| | | 0004A380518D | | | |
| | | 0004A38051B4 | | | |
| | | 0004A38051B7 | | | |
| | | 0004A38051C5 | | | |
| | | 0004A38051CB | | | |
| | | 0004A380524F | | | |
| | | 0004A380526B | | | |
| | | 0004A380528B | | | |
| | | 0004A380528D | | | |
| | | 0004A38052A9 | | | |
| | | 0004A38052D7 | | | |
| | | 0004A3805691 | | | |
| | | 0004A380569E | | | |
| | | 0004A3805708 | | | |
| | | 0004A380571C | | | |
| | | 0004A380576D | | | |
| | | 0004A3805790 | | | |
| | | 0004A38057AA | | | |
| | | 0004A3805804 | | | |
| | | 0004A3805807 | | | |
| | | 0004A3805832 | | | |
| | | 0004A3805835 | | | |
| | | 0004A3805836 | | | |
| | | 0004A380596B | | | |
| | | 0004A3805993 | | | |
| | | 0004A38059A0 | | | |
| | | 0004A38059B6 | | | |
| | | 0004A3805A0A | | | |
| | | 0004A3805A0D | | | |
| | | 0004A3805A11 | | | |

# LOCUS ENERGY
A GENSCAPE COMPANY

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**

# Invoice

| Date | Invoice # |
|---|---|
| 11/17/2015 | LEINV:10272 |

Page 3 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | 0004A3805A32 | | | |
| | | 0004A38068DF | | | |
| | | 0004A3806973 | | | |
| | | 0004A38069B3 | | | |
| | | 0004A3806A3D | | | |
| | | 0004A3806B03 | | | |
| | | 0004A3806B30 | | | |
| | | 0004A3806B67 | | | |
| | | 0004A3806BBD | | | |
| | | 0004A3806BC6 | | | |
| | | 0004A3806BD1 | | | |
| | | 0004A3806C0D | | | |
| | | 0004A3806CB0 | | | |
| | | 0004A3806CB2 | | | |
| | | 0004A3806CBD | | | |
| | | 0004A38072C3 | | | |
| | | 0004A38072C7 | | | |
| | | 0004A38072DE | | | |
| | | 0004A38072E7 | | | |
| | | 0004A38072F1 | | | |
| | | 0004A38072FD | | | |
| | | 0004A3807326 | | | |
| | | 0004A380736E | | | |
| | | 0004A38073D1 | | | |
| | | 0004A380743E | | | |
| | | 0004A380755C | | | |
| | | 0004A38075A4 | | | |
| | | 0004A38075AA | | | |
| | | 0004A38075B3 | | | |
| | | 0004A38075CA | | | |
| | | 0004A38075F5 | | | |
| | | 0004A380763E | | | |
| | | 0004A380766B | | | |
| | | 0004A380861E | | | |
| | | 0004A380867C | | | |
| | | 0004A38086C5 | | | |
| | | 0004A3808722 | | | |
| | | 0004A380872A | | | |
| | | 0004A3808753 | | | |
| | | 0004A380875D | | | |
| | | 0004A380877D | | | |
| | | 0004A38087A8 | | | |
| | | 0004A38087AD | | | |
| | | 0004A380890A | | | |
| | | 0004A3808916 | | | |
| | | 0004A3808918 | | | |
| | | 0004A3808926 | | | |
| | | 0004A380893B | | | |
| | | 0004A3808996 | | | |
| | | 0004A38089BE | | | |
| | | 0004A38089FF | | | |
| | | 0004A3808A51 | | | |
| | | 0004A3808F08 | | | |
| | | 0004A38090CE | | | |

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2015 | LEINV:10272 |

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**

Page 4 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|-----------|-------------|--------------------|----------|-----------|--------|
| | | 0004A380910D | | | |
| | | 0004A380912D | | | |
| | | 0004A3809145 | | | |
| | | 0004A3809179 | | | |
| | | 0004A3809198 | | | |
| | | 0004A38091C5 | | | |
| | | 0004A380922E | | | |
| | | 0004A3809244 | | | |
| | | 0004A380925F | | | |
| | | 0004A3809268 | | | |
| | | 0004A38092A4 | | | |
| | | 0004A38092AA | | | |
| | | 0004A38092D3 | | | |
| | | 0004A3809388 | | | |
| | | 0004A38093BF | | | |
| | | 0004A380941E | | | |
| | | 0004A380949B | | | |
| | | 0004A380951F | | | |
| | | 0004A38099CE | | | |
| | | 0004A380A57A | | | |
| | | 0004A380A5E2 | | | |
| | | 0004A380A611 | | | |
| | | 0004A380A621 | | | |
| | | 0004A380A63B | | | |
| | | 0004A380A6F8 | | | |
| | | 0004A380A743 | | | |
| | | 0004A380A757 | | | |
| | | 0004A380A7B7 | | | |
| | | 0004A380A866 | | | |
| | | 0004A380A889 | | | |
| | | 0004A380A8A8 | | | |
| | | 0004A380A8B4 | | | |
| | | 0004A380A90B | | | |
| | | 0004A380AF7D | | | |
| | | 0004A380AF95 | | | |
| | | 0004A380AFB4 | | | |
| | | 0004A380AFD9 | | | |
| | | 0004A380AFE6 | | | |
| | | 0004A380AFEE | | | |
| | | 0004A380B013 | | | |
| | | 0004A380B046 | | | |
| | | 0004A380B079 | | | |
| | | 0004A380B098 | | | |
| | | 0004A380B0A8 | | | |
| | | 0004A380B0CD | | | |
| | | 0004A380B1AD | | | |
| | | 0004A380B276 | | | |
| | | 0004A380B288 | | | |
| | | 0004A380B312 | | | |
| | | 0004A380B338 | | | |
| | | 0004A380B34D | | | |
| | | 0004A380B362 | | | |
| | | 0004A380B366 | | | |
| | | 0004A380C34A | | | |

# Invoice

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**

| Date | Invoice # |
|------|-----------|
| 11/17/2015 | LEINV:10272 |

Page 5 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|-----------|-------------|--------------------|----------|-----------|--------|
|  |  | 0004A380C365 |  |  |  |
|  |  | 0004A380C383 |  |  |  |
|  |  | 0004A380C39D |  |  |  |
|  |  | 0004A380C3E6 |  |  |  |
|  |  | 0004A380C3E7 |  |  |  |
|  |  | 0004A380C426 |  |  |  |
|  |  | 0004A380C44F |  |  |  |
|  |  | 0004A380C456 |  |  |  |
|  |  | 0004A380C469 |  |  |  |
|  |  | 0004A380C543 |  |  |  |
|  |  | 0004A380C554 |  |  |  |
|  |  | 0004A380C585 |  |  |  |
|  |  | 0004A380C58F |  |  |  |
|  |  | 0004A380C63B |  |  |  |
|  |  | 0004A380C65D |  |  |  |
|  |  | 0004A380C692 |  |  |  |
|  |  | 0004A380C6A5 |  |  |  |
|  |  | 0004A380C6B0 |  |  |  |
|  |  | 0004A380C725 |  |  |  |
|  |  | 0004A380C75E |  |  |  |
|  |  | 0004A380CCD2 |  |  |  |
|  |  | 0004A380CCF1 |  |  |  |
|  |  | 0004A380CCFF |  |  |  |
|  |  | 0004A380CD10 |  |  |  |
|  |  | 0004A380CD3C |  |  |  |
|  |  | 0004A380CD42 |  |  |  |
|  |  | 0004A380CD53 |  |  |  |
|  |  | 0004A380CD58 |  |  |  |
|  |  | 0004A380CDB9 |  |  |  |
|  |  | 0004A380CDBC |  |  |  |
|  |  | 0004A380CDCF |  |  |  |
|  |  | 0004A380CDD7 |  |  |  |
|  |  | 0004A380CE49 |  |  |  |
|  |  | 0004A380CE63 |  |  |  |
|  |  | 0004A380CE8B |  |  |  |
|  |  | 0004A380CF2E |  |  |  |
|  |  | 0004A380CF50 |  |  |  |
|  |  | 0004A380CF6F |  |  |  |
|  |  | 0004A380CFC6 |  |  |  |
|  |  | 0004A380D006 |  |  |  |
|  |  | 0004A380D012 |  |  |  |
|  |  | 0004A380D01F |  |  |  |
|  |  | 0004A380D02B |  |  |  |
|  |  | 0004A380D06E |  |  |  |
|  |  | 0004A380DF75 |  |  |  |
|  |  | 0004A380DFFA |  |  |  |
|  |  | 0004A380E10A |  |  |  |
|  |  | 0004A380E146 |  |  |  |
|  |  | 0004A380E161 |  |  |  |
|  |  | 0004A380E198 |  |  |  |
|  |  | 0004A380E1A1 |  |  |  |
|  |  | 0004A380E1C5 |  |  |  |
|  |  | 0004A380E1F0 |  |  |  |
|  |  | 0004A380E200 |  |  |  |

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2015 | LEINV:10272 |

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**

Page 6 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|-----------|-------------|--------------------|----------|-----------|--------|
| | | 0004A380E2A3 | | | |
| | | 0004A380E2A5 | | | |
| | | 0004A380E2AE | | | |
| | | 0004A380E3E8 | | | |
| | | 0004A380E5AA | | | |
| | | 0004A380E5D4 | | | |
| | | 0004A380E5F3 | | | |
| | | 0004A380E623 | | | |
| | | 0004A380E63A | | | |
| | | 0004A380E656 | | | |
| | | 0004A380E66B | | | |
| | | 0004A380E699 | | | |
| | | 0004A380E6C9 | | | |
| | | 0004A380E6F0 | | | |
| | | 0004A380E6FA | | | |
| | | 0004A380E760 | | | |
| | | 0004A380E772 | | | |
| | | 0004A380E776 | | | |
| | | 0004A380E7B2 | | | |
| | | 0004A380E8EE | | | |
| | | 0004A380E922 | | | |
| | | 0004A380E948 | | | |
| | | 0004A380E950 | | | |
| | | 0004A380E96A | | | |
| | | 0004A380F4E7 | | | |
| | | 0004A380F51C | | | |
| | | 0004A380F5C1 | | | |
| | | 0004A380F5C4 | | | |
| | | 0004A380F5F1 | | | |
| | | 0004A380F6D9 | | | |
| | | 0004A380F70B | | | |
| | | 0004A380F71C | | | |
| | | 0004A380F726 | | | |
| | | 0004A380F745 | | | |
| | | 0004A380F77D | | | |
| | | 0004A380F7A7 | | | |
| | | 0004A380F7DD | | | |
| | | 0004A380F821 | | | |
| | | 0004A380F831 | | | |
| | | 0004A380F88D | | | |
| | | 0004A380F916 | | | |
| | | 0004A380F926 | | | |
| | | 0004A380F92C | | | |
| | | 0004A380F942 | | | |
| | | 0004A380F948 | | | |
| | | 0004A380F9F5 | | | |
| | | 0004A380FA1C | | | |
| | | 0004A380FA58 | | | |
| | | 0004A380FABA | | | |
| | | 0004A380FAEF | | | |
| R-PDM-5YR | Software - Residential PV Production Monitoring 5 Years | | 300 | 180.00 | 54,000.00 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2015 | LEINV:10272 |

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**

Page 7 of 7

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|-----------|-------------|--------------------|----------|-----------|--------|
| SPPVB5-101 Bundle | Single Phase Bundle - 5 Years Generation Monitoring using LGate101 | | 300 | 0.00 | 0.00 |

| | |
|---|---|
| Subtotal | 153,000.00 |
| Shipping Cost (UPS Ground) | 3,820.50 |
| 8.75% | 8,662.50 |
| Total | 165,483.00 |
| Amount Due | $165,483.00 |



**LOCUS**
**ENERGY**
A GENSCAPE COMPANY

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2015 | LEINV:10501 |

**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**

**877.LOCUS.EN (562.8736)**
**www.locusenergy.com**

| Bill To | Ship To |
|---------|---------|
| SUN EDISON<br>12500 Baltimore Avenue<br>Beltsville MD 20705 | SUN EDISON<br>12500 Baltimore Avenue<br>Beltsville MD 20705 |

| Terms | Due Date | PO # | Memo | Project Name |
|-------|----------|------|------|--------------|
| Net 30 | 12/31/2015 | PO209100 | | |

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|-----------|-------------|--------------------|----------|-----------|--------|
| Restocking Fee | 10% Restocking Fee for Hardware on LES10753 | | | 27,000.00 | 27,000.00 |

**Remittance Addresses:**

*Postage (i.e. USPS)-*

Locus Energy, Inc.
PO Box 419298
Boston, MA 02241-9298

*Wire/ACH Payments-*

Bank of America
100 North Tryon Street,
Charlotte, NC 28255

Routing # for WIRES: 026009593
Routing # for ACH: 111000012
Credit Account #: 4451117522

| | |
|---|---|
| Subtotal | 27,000.00 |
| Shipping Cost (UPS Ground) | 0.00 |
| Total | 27,000.00 |
| Amount Due | $27,000.00 |

**If this invoice is not paid by the due date indicated above, you may be subject to a monthly finance charge of 1.5% and/or interrupted monitoring service.**



**2 Hudson Place**
**6th Floor**
**Hoboken NJ 07030**

877.LOCUS.EN (562.8736)
www.locusenergy.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/9/2015 | LEINV:10591 |

| Bill To | Ship To |
|---------|---------|
| SUN EDISON<br>12500 Baltimore Avenue<br>Beltsville MD 20705 | SUN EDISON<br>12500 Baltimore Avenue<br>Beltsville MD 20705 |

| Terms | Due Date | PO # | Memo | Project Name |
|-------|----------|------|------|--------------|
| Net 30 | 1/8/2016 | 1.5% finance fee on all | | |

| Item Code | Description | Serial/Lot Numbers | Quantity | Unit Cost | Amount |
|-----------|-------------|--------------------|---------|-----------|--------|
| Finance Charge | 1.5% Finance Charge for Partners with an Overdue Balance. | | 1 | 6,468.99 | 6,468.99 |

**Remittance Addresses:**

***Postage (i.e. USPS)-***

Locus Energy, Inc.
PO Box 419298
Boston, MA 02241-9298

***Wire/ACH Payments-***

Bank of America
100 North Tryon Street,
Charlotte, NC 28255

| | |
|---|---|
| Subtotal | 6,468.99 |
| Shipping Cost (UPS Ground) | 10.27 |
| Total | 6,479.26 |
| Amount Due | $6,479.26 |

Routing # for WIRES: 026009593
Routing # for ACH: 111000012
Credit Account #: 4451117522

**If this invoice is not paid by the due date indicated above, you may be subject to a monthly finance charge of 1.5% and/or interrupted monitoring service.**