Andrew G. Dietderich
John L. Hardiman
David R. Zylberberg
Veronica W. Ip
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588
E-mail:      dietdericha@sullcrom.com
             hardimanj@sullcrom.com
             zylberbergd@sullcrom.com
             ipvw@sullcrom.com

Counsel for TerraForm Power, Inc. and
TerraForm Global, Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| SUNEDISON, INC., *et al.*, | ) ) ) | Case No. 16-10992 (SMB) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, VERONICA W. IP, am over 18 years of age, not a party to the above-captioned

action, and on November 29, 2016, I caused to be served the *Objection of the Yieldcos to the*

*Motion of Official Committee of Unsecured Creditors for (I) Leave, Standing and Authority to*

*Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and*

*(II) Settlement Authority* [Docket No. 1684] by causing a true and correct copy to be:

1.    delivered via electronic mail and first class mail to the parties listed on the

annexed Exhibit A,

2.      delivered via first class mail to the parties listed on the annexed Exhibit B,

and

3.      delivered by hand to the party listed on the annexed Exhibit C.

Dated:  November 29, 2016          /s/ Veronica W. Ip
        New York, New York          Andrew G. Dietderich
                                            John L. Hardiman
                                            David R. Zylberberg
                                            Veronica W. Ip
                                            SULLIVAN & CROMWELL LLP
                                            125 Broad Street
                                            New York, New York  10004
                                            Telephone:    (212) 558-4000
                                            Facsimile:    (212) 558-3588
                                            E-mail:        dietdericha@sullcrom.com
                                                            hardimanj@sullcrom.com
                                                            zylberbergd@sullcrom.com
                                                            ipvw@sullcrom.com

                                        Counsel for TerraForm Power, Inc. and TerraForm Global, Inc.

## Exhibit A

Delivered via Electronic Mail and First Class Mail

Counsel for the Debtors:

>    Skadden, Arps, Slate, Meagher & Flom LLP
>    Attn: Jay Goffman and Eric Ivester
>    4 Times Square
>    New York, NY 10036
>    jay.goffman@skadden.com
>    eric.ivester@skadden.com
>
>    and
>
>    Attn: James J. Mazza, Jr. and Louis Chiappetta
>    155 N. Wacker Drive, Suite 2700
>    Chicago, IL 60606
>    james.mazza@skadden.com
>    louis.chiappetta@skadden.com

Counsel for the DIP Arrangers and DIP Agent:

>    White & Case LLP
>    Attn: Scott Greissman
>    1155 Avenue of the Americas
>    New York, NY 10036-2787
>    sgreissman@whitecase.com

Counsel for the Prepetition First Lien Agent:

>    Latham & Watkins, LLP
>    Attn: Richard Levy and Brad Kotler
>    330 North Wabash Avenue, Suite 2800
>    Chicago, IL 60611
>    richard.levy@lw.com
>    brad.kotler@lw.com

Counsel for the Tranche B Lenders and the Steering Committee:

>    Akin Gump Strauss Hauer & Feld, LLP
>    Attn: Arik Preis, Daniel H. Golden, Kristine Manoukian and Deborah Newman
>    One Bryant Park
>    New York, NY 10036
>    apreis@akingump.com

dgolden@akingump.com
kmanoukian@akingump.com
djnewman@akingump.com

Counsel for the Second Lien Administrative Agent:

Pillsbury Winthrop Shaw Pittman LLP
Attn: Daniel S. Brown
1540 Broadway
New York, NY 10036
daniel.brown@pillsburylaw.com

Counsel for the Collateral Trustee to the Prepetition Second Lien Credit Agreement:

Wilmer Cutler Pickering Hale and Dorr LLP
Attn: Andrew Goldman, Esq., Andrew Glantz, Esq., Charles Platt, Esq., Lauren
Lifland, Esq.
7 World Trade Center
250 Greenwich Street
New York, NY 10007
andrew.goldman@wilmerhale.com
andrew.glantz@wilmerhale.com
charles.platt@wilmerhale.com
lauren.lifland@wilmerhale.com

and

Attn: Benjamin Loveland, Esq.
60 State Street
Boston, MA 02109
benjamin.loveland@wilmerhale.com

and

Attn: Nancy Manzer, Esq.
1875 Pennsylvania Avenue NW
Washington, DC 20006
nancy.manzer@wilmerhale.com

Counsel for the Ad Hoc Group of Convertible Noteholders:

White & Case LLP
Attn: Tom Lauria
1155 Avenue of the Americas
New York, NY 10036-2787

tlauria@whitecase.com

Counsel for the Official Committee of Unsecured Creditors:

Weil, Gotshal & Manges LLP
Attn: Matthew S. Barr, David J. Lender, Jonathan D. Polkes, Joseph H. Smolinsky
and Jill Frizzley
767 Fifth Avenue
New York, NY 10153-0119
SunEWeilBFR@weil.com
joshua.amsel@weil.com
matt.barr@weil.com
david.lender@weil.com
joseph.smolinsky@weil.com
jill.frizzley@weil.com

and

Morrison & Foerster LLP
Attn: Lorenzo Marinuzzi, Jennifer Marines and Jonathan I. Levine
250 West 55th Street
New York, NY 10019
lmarinuzzi@mofo.com
jmarines@mofo.com
jonlevine@mofo.com

Office of United States Trustee:

Office of the United States Trustee
Attn: Paul Schwartzberg
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
paul.schwartzberg@usdoj.gov

The Securities and Exchange Commission:

Attn: Bankruptcy Department
200 Vesey Street, Suite 400
New York, NY 10281
bankruptcynoticeschr@sec.gov

**Exhibit B**

Delivered via First Class Mail

The Debtors:

SunEdison, Inc.
13736 Riverport Drive
Maryland Heights, MO 63043

Office of the United States Attorney for the Southern District of New York:

86 Chambers Street, 3rd Floor
New York, NY 10007

The Internal Revenue Service:

Attn: District Director
290 Broadway
New York, NY 10007

**Exhibit C**

<u>Delivered by Hand</u>

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004