Andrew G. Dietderich
John L. Hardiman
David R. Zylberberg
Veronica W. Ip
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588
E-mail:        dietdericha@sullcrom.com
                  hardimanj@sullcrom.com
                  zylberbergd@sullcrom.com
                  ipvw@sullcrom.com

Counsel for TerraForm Power, Inc. and
TerraForm Global, Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SUNEDISON, INC., *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 16-10992 (SMB)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the estates of the Debtors,<br><br>            Plaintiff,<br>v.<br><br>JUAN M RODRIGUEZ BELTRAN, *et al.*,<br><br>Defendants. | Adv. Proc. No. 16-01257 (SMB) |

# AFFIDAVIT OF SERVICE

I, VERONICA W. IP, am over 18 years of age, not a party to the above-captioned action, and on December 1, 2016, I caused to be served the *Statement and Reservation of Rights of the Yieldcos to (A) the Motion to Stay by the Official Committee of Unsecured Creditors, and (B) the Debtors' (I) Response to the Committee's D&O Standing Motion and Motion to Stay, and (II) Request for Limited Relief from the Automatic Stay, Compelling Relevant Parties to Participate in Mediation, and Temporarily Extending Stay with Respect to the Debtors' Current and Former Directors and Officers Pending the Outcome of Mediation* [Docket No. 1716, Adv. Docket No. 32] (the "**Yieldcos' Statement and Reservation of Rights**") by causing a true and correct copy to be:

1. delivered via electronic mail and first class mail to the parties listed on the annexed Exhibit A,
2. delivered via first class mail to the parties listed on the annexed Exhibit B, and
3. delivered by hand to the party listed on the annexed Exhibit C.

On December 2, 2016, I caused to be served the Yieldcos' Statement and Reservation of Rights by causing a true and correct copy to be:

1. delivered via first class mail to the parties listed on the annexed Exhibit D.

| | |
|---|---|
| Dated:  December 12, 2016<br>         New York, New York | /s/ Veronica W. Ip<br>Andrew G. Dietderich<br>John L. Hardiman<br>David R. Zylberberg<br>Veronica W. Ip<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Telephone:   (212) 558-4000<br>Facsimile:    (212) 558-3588<br>E-mail:         dietdericha@sullcrom.com<br>                     hardimanj@sullcrom.com<br>                     zylberbergd@sullcrom.com<br>                     ipvw@sullcrom.com<br><br>Counsel for TerraForm Power, Inc. and TerraForm Global, Inc. |

**Exhibit A**

<u>Delivered via Electronic Mail and First Class Mail</u>

<u>Counsel for the Debtors</u>:

    Skadden, Arps, Slate, Meagher & Flom LLP
    Attn: Jay Goffman and Eric Ivester
    4 Times Square
    New York, NY 10036
    jay.goffman@skadden.com
    eric.ivester@skadden.com

    and

    Attn: James J. Mazza, Jr. and Louis Chiappetta
    155 N. Wacker Drive, Suite 2700
    Chicago, IL 60606
    james.mazza@skadden.com
    louis.chiappetta@skadden.com

<u>Counsel for the DIP Arrangers and DIP Agent</u>:

    White & Case LLP
    Attn: Scott Greissman
    1155 Avenue of the Americas
    New York, NY 10036-2787
    sgreissman@whitecase.com

<u>Counsel for the Prepetition First Lien Agent</u>:

    Latham & Watkins, LLP
    Attn: Richard Levy and Brad Kotler
    330 North Wabash Avenue, Suite 2800
    Chicago, IL 60611
    richard.levy@lw.com
    brad.kotler@lw.com

<u>Counsel for the Tranche B Lenders and the Steering Committee</u>:

    Akin Gump Strauss Hauer & Feld, LLP
    Attn: Arik Preis, Daniel H. Golden, Kristine Manoukian and Deborah Newman
    One Bryant Park
    New York, NY 10036
    apreis@akingump.com

    dgolden@akingump.com
    kmanoukian@akingump.com
    djnewman@akingump.com

Counsel for the Second Lien Administrative Agent:

    Pillsbury Winthrop Shaw Pittman LLP
    Attn: Daniel S. Brown
    1540 Broadway
    New York, NY 10036
    daniel.brown@pillsburylaw.com

Counsel for the Collateral Trustee to the Prepetition Second Lien Credit Agreement:

    Wilmer Cutler Pickering Hale and Dorr LLP
    Attn: Andrew Goldman, Esq., Andrew Glantz, Esq., Charles Platt, Esq., Lauren Lifland, Esq.
    7 World Trade Center
    250 Greenwich Street
    New York, NY 10007
    andrew.goldman@wilmerhale.com
    andrew.glantz@wilmerhale.com
    charles.platt@wilmerhale.com
    lauren.lifland@wilmerhale.com

    and

    Attn: Benjamin Loveland, Esq.
    60 State Street
    Boston, MA 02109
    benjamin.loveland@wilmerhale.com

    and

    Attn: Nancy Manzer, Esq.
    1875 Pennsylvania Avenue NW
    Washington, DC 20006
    nancy.manzer@wilmerhale.com

Counsel for the Ad Hoc Group of Convertible Noteholders:

    White & Case LLP
    Attn: Tom Lauria
    1155 Avenue of the Americas
    New York, NY 10036-2787

>tlauria@whitecase.com

Counsel for the Official Committee of Unsecured Creditors:

>Weil, Gotshal & Manges LLP
>Attn: Matthew S. Barr, David J. Lender, Jonathan D. Polkes, Joseph H. Smolinsky and Jill Frizzley
>767 Fifth Avenue
>New York, NY 10153-0119
>SunEWeilBFR@weil.com
>joshua.amsel@weil.com
>matt.barr@weil.com
>david.lender@weil.com
>joseph.smolinsky@weil.com
>jill.frizzley@weil.com
>
>and
>
>Morrison & Foerster LLP
>Attn: Lorenzo Marinuzzi, Jennifer Marines and Jonathan I. Levine
>250 West 55th Street
>New York, NY 10019
>lmarinuzzi@mofo.com
>jmarines@mofo.com
>jonlevine@mofo.com

Office of United States Trustee:

>Office of the United States Trustee
>Attn: Paul Schwartzberg
>U.S. Federal Office Building
>201 Varick Street, Suite 1006
>New York, New York 10014
>paul.schwartzberg@usdoj.gov

The Securities and Exchange Commission:

>Attn: Bankruptcy Department
>200 Vesey Street, Suite 400
>New York, NY 10281
>bankruptcynoticeschr@sec.gov

**Exhibit B**

Delivered via First Class Mail

The Debtors:

    SunEdison, Inc.
    13736 Riverport Drive
    Maryland Heights, MO 63043

Office of the United States Attorney for the Southern District of New York:

    86 Chambers Street, 3rd Floor
    New York, NY 10007

The Internal Revenue Service:

    Attn: District Director
    290 Broadway
    New York, NY 10007

**Exhibit C**

Delivered by Hand

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

**Exhibit D**

Delivered via First Class Mail

Counsel for Cobalt Partners, LP, Cobalt Partners II, LP, Cobalt Offshore Master Fund, LP, Cobalt KC Partners, LP, Oklahoma Firefighters Pension & Retirement System, Glenview Capital Partners, L.P., Glenview Institutional Partners, L.P., Glenview Capital Master Fund, Ltd., Glenview Capital Opportunity Fund, L.P., Glenview Offshore Opportunity Master Fund, Ltd., Omega Capital Investors, L.P., Omega Capital Partners, L.P., Omega Equity Investors, L.P., Omega Overseas Partners, Ltd., Kingdon Associates, Kingdon Credit Master Fund, L.P., Kingdon Family Partnership, L.P., M. Kingdon Offshore Master Fund, L.P., and VMT II, L.L.C:

    Eiseman Levine Lehrhaupt & Kakoyiannis, P.C.
    Attn: Laurence May, Peter Reiser and Eric Aschkenasy
    805 Third Avenue, 10th Floor
    New York, NY 10022

    and

    Robbins Geller Rudman & Dowd LLP
    Attn: Dennis J. Herman and David W. Hall
    Post Montgomery Center
    One Montgomery Street, Suite 1800
    San Francisco, CA 94104

Counsel for Manuel Acosta:

    Gainey McKenna & Egleston
    Attn: Thomas J. McKenna and Gregory M. Egleston
    440 Park Avenue South, 5th Floor
    New York, NY 10016

Counsel for Municipal Employees' Retirement System of Michigan:

    Cole Schotz P.C.
    Attn: John H. Drucker and Mark Tsukerman
    1325 Avenue of the Americas, 19th Floor
    New York, NY 10019

    and

    Bernstein Litowitz Berger & Grossmann LLP
    Attn: Salvatore J. Graziano, Katherine M. Sinderson and Jake Nachmani
    1251 Avenue of the Americas
    New York, NY 10020

<u>Counsel for Pyramid Holdings, Inc.</u>:

>Abraham, Fruchter & Twersky, LLP
>Attn: Mitchell M.Z. Twersky, Lawrence D. Levit and Cassandra Porsch
>One Penn Plaza, Suite 2805
>New York, NY 10119

<u>Counsel for Kearny Investors S.à r.l., Powell Investors L.P., and Powell Investors II Limited Partnership</u>:

>Quinn Emanuel Urquhart & Sullivan, LLP
>Attn: Andrew J. Rossman and Jordan A. Goldstein
>51 Madison Ave., 22nd Floor
>New York, NY 10010

<u>Counsel for Canyon Capital Advisors LLC, Canyon Balanced Master Fund, Ltd., Canyon Capital Arbitrage Master Fund, Ltd., Canyon-GRF Master Fund II, L.P., Canyon Value Realization Fund, L.P., The Canyon Value Realization Master Fund, L.P., and Permal Canyon IO Ltd.</u>:

>Quinn Emanuel Urquhart & Sullivan, LLP
>Attn: Jonathan E. Pickhardt
>51 Madison Ave., 22nd Floor
>New York, NY 10010

<u>Counsel for Canyon Capital Advisors LLC, Canyon Balanced Master Fund, Ltd., Canyon Capital Arbitrage Master Fund, Ltd., Canyon-GRF Master Fund II, L.P., Canyon Value Realization Fund, L.P., The Canyon Value Realization Master Fund, L.P., Permal Canyon IO Ltd., Kearny Investors S.à r.l., Powell Investors L.P., and Powell Investors II Limited Partnership</u>:

>Baute Crochetiere & Gilford LLP
>Attn: Frank J. Broccolo and Mark D. Baute
>777 S. Figueroa Street, Suite 4900
>Los Angeles, CA 90017

<u>Counsel for Clemens Schlettwein, Jerome Spindler, Darcy Church and Don Harris</u>:

>Pomerantz LLP
>Attn: Jeremy A. Lieberman, Murielle Steven Walsh and Brenda Szydlo
>600 Third Avenue, 20th Floor
>New York, NY 10016

>and

    The Rosen Law Firm, P.A.
    Laurence M. Rosen
    275 Madison Avenue, 34th Floor
    New York, NY 10016

<u>Counsel for Jason Aldridge</u>:

    Grant & Eisenhofer, P.A.
    Attn: Gordon Z. Novod
    485 Lexington Avenue
    New York, NY 10017

    and

    Friedman Oster & Tejtel PLLC
    Attn: David F.E. Tejtel
    420 E. 79th Street, Suite A
    New York, NY 10075

    and

    Andrews & Springer LLC
    Attn: Craig J. Springer
    3801 Kennett Pike Building C, Suite 305
    Wilmington, DE 19807

<u>Counsel for Barclays Capital Inc., BTG Pactual US Capital LLC, Citigroup Global Markets Inc., Crédit Agricole Securities (USA) Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., Itaú BBA USA Securities, Inc., J.P. Morgan Securities, LLC, Kotak Mahindra, Inc., Macquarie Capital (USA) Inc., MCS Capital Markets LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, Santander Investment Securities Inc., SG Americas Securities, LLC, and SMBC Nikko Securities America, Inc.</u>:

    Shearman & Sterling LLP
    Attn: Adam S. Hakki, Daniel C. Lewis and Adam J. Goldstein
    599 Lexington Avenue
    New York, NY 10022

<u>Counsel for Alexander Y. Usenko, Eric O'Day, Robert Linton, and Richard Wheeler</u>:

    Moritt Hock & Hamroff LLP
    Attn: Leslie A. Berkoff and Theresa A. Driscoll
    400 Garden City Plaza
    Garden City, NY 11530

Counsel for KPMG:

    McGuireWoods LLP
    Attn: Douglas M. Foley
    2001 K Street N.W., Suite 400
    Washington, DC 20006-1040

    and

    Attn: Nathan S. Greenberg
    1345 Avenue of the Americas, Seventh Floor
    New York, NY 10105

Counsel for Peter Blackmore:

    Wachtell, Lipton, Rosen & Katz
    Attn: William Savitt, Emil A. Kleinhaus, Bradley R. Wilson and Nicholas Walter
    51 West 52nd Street
    New York, NY 10019