Andrew G. Dietderich
John L. Hardiman
David R. Zylberberg
Veronica W. Ip
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
E-mail:    dietdericha@sullcrom.com
    hardimanj@sullcrom.com
    zylberbergd@sullcrom.com
    ipvw@sullcrom.com

Counsel for TerraForm Power, Inc. and
TerraForm Global, Inc.

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*, | Case No. 16-10992 (SMB) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, VERONICA W. IP, am over 18 years of age, not a party to the above-captioned action, and on January 12, 2017, I caused to be served the *Notice of Presentment of Stipulation and Proposed Order Permitting Insurers to Pay the Appaloosa Settlement Amount in Accordance with the Terms of the Directors' and Officers' Insurance Policies* [Docket No. 2236] by causing a true and correct copy to be:

1.  delivered by hand to the party listed on the annexed Exhibit A, and

SC1:4317251.3A

2. delivered via e-mail or first class mail upon the parties on the service list annexed hereto as Exhibit B.

Dated:  January 12, 2017      /s/ Veronica W. Ip
        New York, New York    Andrew G. Dietderich
John L. Hardiman
David R. Zylberberg
Veronica W. Ip
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
hardimanj@sullcrom.com
zylberbergd@sullcrom.com
ipvw@sullcrom.com

Counsel for TerraForm Power, Inc. and TerraForm Global, Inc.

**Exhibit A**

<u>Delivered by Hand</u>

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

**Exhibit B**

Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | Advantage Opportunities Fund, LP | Attn: Irvin Schlussel | 1221 Brickell Avenue | Suite 2660 | Miami | FL | 33131 | | 914-714-0531 | | |
| Counsel to Kforce, Inc. | Akerman LLP | Attn: Jason L Margolin | 401 E. Jackson Street | Suite 1700 | Tampa | FL | 33602 | | 813-209-5009 | 813-218-5488 | jason.margolin@akerman.com |
| Counsel to Kforce, Inc. | Akerman LLP | Attn: Susan F Balaschak | 666 Fifth Avenue | 20th Fl | New York | NY | 10103 | | 212-880-3800 | 212-880-8965 | susan.balaschak@akerman.com |
| Counsel to the Steering Committee of Second Lien Creditors & The Tranche B Lenders/Steering Committee | Akin Gump Strauss Hauer & Field, LLP | Attn: Erik Preis, Kristine Manoukian, Daniel H. Golden, Deborah Newman, David M. Zensky | One Bryant Park | Bank of America Tower | New York | NY | 10036-6745 | | 212-872-7418 | 212-872-1002 | apreis@akingump.com dgolden@akingump.com djnewman@akingump.com dzensky@akingump.com |
| Official Committee of Unsecured Creditors | Albemarle Corporation | Attn: Michael Lutgring | 451 Florida Street | | Baton Rouge | LA | 70801 | | 225-388-7236 | | |
| Official Committee of Unsecured Creditors | AQR DELTA Master Account, L.P. | Attn: Melinda C. Franek, VP | 2 Greenwich Plaza | 4th Floor | Greenwich | CT | 06830 | | 203-742-3007 | | |
| Counsel to Motech Industries Inc. | Ardent Law Group, P.C. | Attn: Hubert H. Kuo, Esq. | 2301 Dupont Drive | Suite 510 | Irvine | CA | 92612 | | 949-863-9782 | 949-863-9783 | hkuo@ardentlawgroup.com |
| AT&T Services Inc. | AT&T Services Inc. | Attn: James W. Grudus & C. Nicole Gladden | One AT&T Way | | Bedminster | NJ | 07921 | | 908-234-3318 | 908-234-6499 | jg5786@att.com gn235y@att.com |
| Attorney General for the State of Michigan | Attorney General for the State of Michigan | Attn: Juandisha M. Harris, Assistant Attorney General | Cadillac Place, Suite 10-200 | 3030 W. Grand Boulevard | Detroit | MI | 48202 | | 313-456-0140 | | harrisj12@michigan.gov |
| Counsel to NRG Renew LLC and NRG Energy Inc. | Baker Botts L.L.P. | Attn: C. Luckey McDowell & Ian E. Roberts | 2001 Ross Avenue | Suite 600 | Dallas | TX | 75201 | | 214-953-6500 | 214-661-4928 | luckey.mcdowell@bakerbotts.com ian.roberts@bakerbotts.com |
| Counsel to BIT Holdings Seventy-One, Inc. & E.I. du Pont de Nemours and Company | Ballard Spahr LLP | Attn: Brent Weisenberg, Esq. | 919 Third Avenue | | New York | NY | 10022 | | 646-346-8041 | 212-223-1942 | weisenbergb@ballardspahr.com |
| Counsel to BIT Holdings Seventy-One, Inc. | Ballard Spahr LLP | Attn: Matthew G. Summers, Esq. | 919 N. Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4465 | 302-252-4465 | summersm@ballardspahr.com |
| Counsel to E.I. du Pont de Nemours and Company | Ballard Spahr LLP | Attn: Tobey M. Daluz, Esq. | 919 N. Market Street, 11th Floor | | Wilmington | DE | 19801 | | 302-252-4465 | 302-252-4466 | daluzt@ballardspahr.com |
| Counsel to The Comptroller of Public Accounts of the State of Texas ("Comptroller") and The Texas Workforce Commission ("TWC") | Bankruptcy & Collections Division | Attn: Kimberly A. Walsh, Assistant Attorney General | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4863 | 512-482-8341 | Kimberly.Walsh@texasattorneygeneral.gov |
| Counsel to Aldridge Construction, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Daniel Meier, Esq. | 39 Broadway, 25th Floor | | New York | NY | 10006-3039 | | 646-798-8901 | 646-798-8902 | dmeier@beneschlaw.com |
| Counsel to Aldridge Construction, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Esq. | 222 Delaware Avenue, Suite 801 | | Wilmington | DE | 19801-1611 | | 302-442-7063 | 302-442-7012 | kcapuzzi@beneschlaw.com |
| Counsel to Woongjin Energy Co. Ltd. | Blank Rome | Attn: Gregory G. Vizza, Esquire | One Logan Square | 130 North 18th Street | Philadelphia | PA | 19103-6998 | | 215-569-5702 | 215-832-5702 | Vizza@BlankRome.com |
| Counsel to Woongjin Energy Co. Ltd. | Blank Rome | Attn: Michael B. Schaedle, Esquire | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174-0208 | | 212-885-5500 | 212-885-5501 | Schaedle@BlankRome.com |
| Official Committee of Unsecured Creditors | BOKF, N.A., as Indenture Trustee | Attn: George F. Kubin | 1600 Broadway | 3rd Floor | Denver | CO | 80202 | | 303-864-7206 | | |
| Counsel to Borrego Solar Systems, Inc. | Borrego Solar Systems, Inc. | Attn: Andrew Hall | 5005 Texas Street | Suite 400 | San Diego | CA | 92108 | | 888-898-6273 | 510-984-6868 | andrewhall@borregosolar.com |
| Counsel to Alexander Usenko, Julie Dull, Erin O'Day and Robert Linton | Bottini & Bottini, Inc. | Attn: Frank Bottini, Esq. & Albert Chang, Esq. | 7817 Ivanhoe Avenue | Suite 102 | La Jolla | CA | 92037 | | 858-914-2001 | 858-914-2002 | mail@bottinilaw.com |
| Counsel to SAP America, Inc. | Brown & Connery, LLP | Attn: Donald K. Ludman | 6 North Broad Street | Suite 100 | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com |
| Counsel to SunEdison Semiconductor Limited | Bryan Cave, LLP | Attn: Lloyd A. Palans & Brian C. Walsh | 211 North Broadway | | St. Louis | MO | 63102 | | 314-259-2000 | 314552-8301 | lapalans@bryancave.com brian.walsh@bryancave.com |
| Oracle America, Inc. successor-in-interest to Oracle USA Inc. | Buchalter Nemer, A Professional Corporation | Attn Shawn M. Christianson | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |
| Counsel to Norene French as Class Representative | Bursor & Fisher, P.A. | Attn: Frederick J. Klorczyk III | 888 Seventh Ave | | New York | NY | 10019 | | 646-837-7129 | 212-989-9163 | fklorczyk@bursor.com |
| Counsel to California Department of General Services ("DGS") | California Department of Justice, Business & Tax Section | Attn: Matthew C. Heyn, Deputy Attorney General | 300 South Spring Street | Suite 1702 | Los Angeles | CA | 90013 | | 213 897-2444 | | matthew.heyn@doj.ca.gov |
| Counsel to Newmark & Company Real Estate, Inc. d/b/a Newmark Grubb Knight Frank | Cantor Fitzgerald | Attn: David A. Paul | 110 East 59th Street, 7th Floor | | New York | NY | 10022 | | 212-610-2298 | | dpaul@cantor.com |
| Chambers of Honorable Judge Stuart M. Bernstein | Chambers of Honorable Stuart M. Bernstein | SunEdison Chambers Copy | US Bankruptcy Court SDNY | One Bowling Green | New York | NY | 10004-1408 | | | | |
| Counsel to PNC Energy Capital LLC | Chapman and Cutler LLP | Attn Steven Wilamowsky | 1270 Avenue of the Americas | | New York | NY | 10020 | | 212-655-2532 | 212-655-3332 | wilamowsky@chapman.com |
| Counsel to PNC Energy Capital, LLC | Chapman and Cutler LLP | Attn: James M. Heiser | 111 W. Monroe Street | | Chicago | IL | 60603 | | 312-845-3844 | 312-516-1477 | heiser@chapman.com |
| Counsel for Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | Attn: Charles E. Boulbol | 26 Broadway | 17th Floor | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com |
| Counsel for the City and County of San Francisco | City and County of San Francisco | Attn: Stephanie Profit, Tax Collector Attorney | Office of the Treasurer/Tax Collector - Legal Section | P.O. Box 7027 | San Francisco | CA | 94120-7027 | | 415-554-5309 | | phil.delacruz@sfgov.org |
| Counsel for 1031, 1035, 1039 North McDowell, LLC | Coblentz, Patch, Duffy & Bass LLP | Attn: Gregg M. Ficks | One Montgomery Street | Suite 3000 | San Francisco | CA | 94104 | | 415-391-4800 | 415-989-1663 | gficks@coblentzlaw.com |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO | Cohen, Weiss & Simon, LLP | Attn: Richard M. Seltzer & David R. Hock | 330 West 42nd Street | | New York | NY | 10036 | | 212-563-4100 | 212-695-5436 | dhock@cwsny.com |

Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Albemarle Corporation ("Albemarle") | Cole Schotz P.C. | Attn: Daniel F.X. Geoghan, Esq. | 1325 Avenue of the Americas | 19th Floor | New York | NY | 10019 | | 212-752-8000 | 212-752-8393 | dgeoghan@coleschotz.com |
| Counsel to Albemarle Corporation ("Albemarle") | Cole Schotz P.C. | Attn: Norman L. Pernick, Esq. | 500 Delaware Avenue | Suite 1410 | Wilmington | DE | 19801 | | 302-652-3131 | 302-652-3117 | npernick@coleschotz.com |
| Counsel to Albemarle Corporation ("Albemarle") | Cole Schotz P.C. | Attn: Rebecca Hollander, Esq. | Court Plaza North | 25 Main Street | Hackensack | NJ | 07601 | | 201-489-3000 | 201-489-1536 | rhollander@coleschotz.com |
| Counsel to Enphase Energy, Inc. | Cooley LLP | Attn: Richelle Kalnit | 1114 Avenue of the Americas | | New York | NY | 10036 | | 212-479-6000 | 212-479-6275 | rkalnit@cooley.com |
| Counsel to Enphase Energy, Inc. | Cooley LLP | Attn: Robert L. Eisenbach III | 101 California Street | 5th Floor | San Francisco | CA | 94111-5800 | | 415-693-2000 | 415-693-2222 | reisenbach@cooley.com |
| Counsel to Borrego Solar Systems, Inc. | Covington & Burling LLP | Attn: Dianne Coffino & R. Alexander Clark | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018 | | 212-841 -000 | 646-441-9043; 646-441-9059 | dcoffino@cov.com aclark@cov.com |
| Counsel to S&C Electric Company | Cross & Simon LLC | Attn: Michael J Joyce | 1105 N. Market Street | Suite 901 | Wilmington | DE | 19801 | | 302-777-4200 | 302-777-4224 | mjoyce@crosslaw.com |
| Counsel to Town of Mars Hill | Currier & Trask, P.A. | Attn: Richard L. Currier, Esq. | 55 North Street | | Presque Isle | ME | 04769 | | 207-764-4193 | 207-764-7593 | rcurrier@curriertrask.com |
| Counsel to Flextronics Industrial Ltd., Flextronics International Europe B.V. and Flextronics International Asia-Pacific Ltd. | Curtis, Mallet-Prevost, Colt & Mosle LLP | Attn: Steven J. Reisman, Esq., James V. Drew, Esq. & Cindi M. Giglio, Esq. | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6065; 212-696-6884; 212-696-6936 | 212-697-1559 | sreisman@curtis.com jdrew@curtis.com cgiglio@curtis.com |
| Official Committee of Unsecured Creditors | D.E. Shaw Composite Holdings, LLC | Attn: Martin Lebwohl | 1166 Avenue of the Americas | 9th Floor | New York | NY | 10036 | | 212-478-0358 | | |
| Counsel for Independent Directors of SunEdison | Davis Polk & Wardwell LLP | Attn: Marshall Huebner, James Windels, Michael Russano | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450-4000 | 212-701-5800 | SunEdDPW@davispolk.com |
| Counsel to DDR Corp. | DDR Corp. | Attn: Eric C. Cotton Deputy General Counsel & Corporate Compliance Officer | 3300 Enterprise Parkway | | Beachwood | OH | 44122 | | 216-755-5660 | | Ecotton@ddr.com |
| Counsel to Madison Dearborn Capital Partners IV, L.P.; D. E. Shaw Composite Partners, L.L.C.; D. E. Shaw CF-SP Series 1 MWP Acquisition, L.L.C.; D. E. Shaw CF-SP Series 13-04, L.L.C.; D. E. Shaw CF-SP Series 8-01, L.L.C.; D. E. Shaw CF-SP Series 11-06, L.L.C.; D. E. Shaw CF-SP Series 10-07, L.L.C.;and D. E. Shaw Renewable Investments, L.L.C. | Debevoise & Plimpton LLP | Attn: Shannon Rose Selden, Erica S. Weisgerber | 919 Third Avenue | | New York | NY | 10022 | | 212-909-6000 | 212-909-6836 | srselden@debevoise.com eweisgerber@debevoise.com |
| Counsel to Jinneng Clean Energy Technology Ltd. | Dentons US LLP | Attn: Carole Neville, Esq | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | carole.neville@dentons.com |
| Counsel to RLI Insurance Company | Dinsmore & Shohl LLP | Attn: Grace Winkler Cranley, Esq. | 227 West Monroe Street | Suite 3850 | Chicago | IL | 60606 | | 312-372-6060 | 312-372-6085 | grace.cranley@dinsmore.com |
| Counsel for Atlantic Specialty Insurance Company | Donnelly Minter & Kelly, LLC | Attn: Seth A. Abrams | 40 Wall Street | 28th Floor | New York | NY | 10005 | | 212-537-9125 | 212-537-9198 | sabrams@dmklawgroup.com |
| Counsel to Basin Electric Power Cooperative | Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel, Esq. & Jessica D. Mikhailevich, Esq. | 51 W. 52nd Street | | New York | NY | 10019 | | 212-415-9200 | 212-953-7201 | schnabel.eric@dorsey.com mikhailevich.jessica@dorsey.com |
| Counsel to Basin Electric Power Cooperative | Dorsey & Whitney LLP | Attn: Monica Clark, Esq. & Elizabeth Hulsebos, Esq. | 50 South Sixth Street | Suite 1500 | Minneapolis | MN | 55402-1498 | | 612-340-2600 | 612-340-2868 | clark.monica@dorsey.com hulsebos.elizabeth@dorsey.com |
| Counsel to Drake Loeb PLLC | Drake Loeb PLLC | Attn: Alana R. Bartley, Esq. | 555 Hudson Valley Avenue | Suite 100 | New Windsor | NY | 12553 | | 845-561-0550 | | abartley@drakeloeb.com |
| Counsel for RLI Insurance Company | Dreifuss Bonacci & Parker, PC | Attn: JoAnne M. Bonacci, Esq. & Paul M. McCormick, Esq. | 26 Columbia Turnpike, Suite 101, North Entrance | | Florham Park | NJ | 07932 | | 973-514-1414 | 973-514-5959 | jbonacci@dbplawfirm.com pmccormick@dbplawfirm.com |
| Counsel to Direct Energy Business, LLC | Edison, McDowell & Hetherington LLP | Attn: Joseph E. Bain | First City Tower, 1001 Fannin Street | Suite 2700 | Houston | TX | 77002 | | 713-337-5580 | 713-337-8850 | joe.bain@emhllp.com |
| Counsel for Oklahoma Firefighters Pension and Retirement System, Omega Capital, Investors, L.P., Omega Capital Partners, L.P., Omega Equity Investors, L.P., Omega Overseas Partners, LTD. (Collectively, the Omega Entities), Glenview Capital Partners, L.P., Glenview Institutional Partners, L.P., Glenview Capital Master Fund, LTD., Glenview Capital Opportunity Fund, L.P., Glenview Capital Offshore Opportunity Master Fund, L.P. (Collectively, the Glenview Entities), Cobalt Partners, LP, Cobalt Partners II, LP, Cobalt Offshore Master Fund, LP, Cobalt KC Partners, LP, (Collectively, the Cobalt Entities) | Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. | Attn: Laurence May, Esq. & Peter Reiser, Esq. | 805 Third Avenue | Room 1000 | New York | NY | 10022 | | 212-752-1000 | 212-355-4608 | lmay@eisemanlevine.com preiser@eisemanlevine.com |
| Manager to DG Solar Partners I, LLC/SE SOLAR TRUST VII | EverStream Energy Capital Management LLC | Attn: Jordan Roberts | 101 California, Suite 2880 | | San Francisco | CA | 94111 | | 415-780-9655 | 248-425-4230 | Jordan.Roberts@everstreamcapital.com |
| Counsel to First Solar, Inc. | Farella Braun & Martel LLP | Attn: Gary M. Kaplan, Esq. | 235 Montgomery Street | 18th Floor | San Francisco | CA | 94104 | | 415-954-4400 | 415-954-4480 | gkaplan@fbm.com |
| Counsel to Direct Energy Business, LLC | Fishkin Lucks LLP | Attn: Steven M. Lucks, Esq. | 277 Broadway | Suite 408 | New York | NY | 10007 | | 646-755-9200 | 973-679-4429 | slucks@fishkinlucks.com |
| Official Committee of Unsecured Creditors | Flextronics Industrial, Ltd. | Attn: Donald Heap | 600 Shiloh Road | | Plano | TX | 75074 | | 469-223-9726 | | |

Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to BOKF, N.A., as Indenture Trustee | Foley & Lardner LLP | Attn: Harold L. Kaplan, Mark F. Hebbeln & Lars A. Peterson | 321 North Clark Street | Suite 2800 | Chicago | IL | 60654-5313 | | 312-832-4500 | 312-832-4700 | hkaplan@foley.com mhebbeln@foley.com lapeterson@foley.com |
| Counsel for Jones Lang LaSalle Americas, Inc. ("JLL"), Experian Marketing Solutions, Inc. | Frankgecker LLP | Attn: Joseph D. Frank & Reed Heiligman | 325 North LaSalle Street | Suite 625 | Chicago | IL | 60654 | | 312-276-1400 | 312-276-0035 | rheiligman@fgllp.com jfrank@fgllp.com |
| Counsel for Manuel Acosta aka "Acosta" & Richard Wheeler | Gainey McKenna & Egleston | Attn Thomas J McKenna & Gregory M Egleston | 440 Park Avenue South | 5th Floor | New York | NY | 10016 | | 212-983-1300 | 212-983-0383 | tjmckenna@gme-law.com Egleston@gme-law.com |
| Counsel for Gibbons P.C. | Gibbons P.C. | Attn: David N. Crapo, Esq. | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com |
| Counsel to First Reserve Corporation & Emera Maine, and GCL-Poly Energy Holdings Limited | Gibson, Dunn & Crutcher LLP | Attn: Matthew G. Bouslog | 3161 Michelson Drive | | Irvine | CA | 92612-4412 | | 949-451-3800 | 949-451-4220 | MBouslog@gibsondunn.com |
| Counsel to First Reserve Corporation & Emera Maine, and GCL-Poly Energy Holdings Limited | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal | 200 Park Avenue | | New York | NY | 10166-0193 | | 212-351-4000 | 212-351-4035 | MRosenthal@gibsondunn.com dcassidy@gibsondunn.com jgaffney@gibsondunn.com jmurphy@gibsondunn.com |
| Counsel to 7550IAD, LLC | Goldman & Van Beek, P.C. | Attn: Neil D. Goldman, Esq. | 510 King Street | Suite 416 | Alexandria | VA | 22314 | | 703-684-3260 | 703-548-4742 | ngoldman@goldmanvanbeek.com |
| Counsel to Okta | Goodwin Procter LLP | Attn: William P. Weintraub | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018 | | 212-813-8800 | 212-355-3333 | wweintraub@goodwinprocter.com |
| Counsel to Jason Aldridge | Grant & Eisenhofer P.A. | Attn: Gordon Z. Novod | 485 Lexington Avenue | | New York | NY | 10017 | | 646-722-8523 | 646-722-8501 | gnovod@gelaw.com |
| Counsel to WFP Tower D Co. L.P. | Greenberg Traurig, LLP | Attn: Daniel J. Ansell & Heath Kushnick | 200 Park Avenue | | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | ansell@gtlaw.com kushnickh@gtlaw.com |
| Counsel to Alexander Usenko, Julie Dull, Erin O'Day and Robert Linton | Harwood Feffer LLP | Attn: Daniella Quitt, Esq. & Robert I. Hardwood | 488 Madison Avenue, #801 | | New York | NY | 10022 | | 212-935-7400 | | rhardwood@hfesq.com dquitt@hfesq.com |
| Counsel to Genpact International, Inc. | Herrick, Feinstein LLP | Attn: Stephen B. Selbst & Hanh V. Huynh | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1400 | 212-592-1500 | sselbst@herrick.com hhuynh@herrick.com |
| Counsel to BAG CORP | Hiersche Hayward Drakeley & Urbach PC | Attn Jason M Katz | 15303 Dallas Parkway | Suite 700 | Addison | TX | 75001 | | 972-701-7086 | 972-701-8765 | jkatz@hhdulaw.com |
| Counsel for Tokai Carbon USA, Inc. | Hodgson Russ LLP | Attn: Garry M. Graber; Craig T. Lutterbein | 140 Pearl Sreet | Suite 100 | Buffalo | NY | 14202 | | 716-856-4000 | 716-849-0349 | ggraber@hodgsonruss.com clutterb@hodgsonruss.com |
| Internal Revenue Service | Internal Revenue Service | Attn: District Director | 290 Broadway | | New York | NY | 10007 | | 800-973-0424 | 855-235-6787 | |
| Counsel for PCS Phosphate Company, Inc. and PCS Sales (USA), Inc. | Jones Day | Attn: Lauren M. Buonome | 250 Vesey Street | | New York | NY | 10281-1047 | | 212-326-3939 | 212-755-7306 | lmbuonome@jonesday.com |
| Counsel to DDR Corp. & Tata America International Corporation d/b/a Tata America | Kelley Drye & Warren LLP | Attn: James S. Carr, Esq., Benjamin D. Feder, Esq., Sarah Carnes, Esq. & Kristin S. Elliot | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com jcarr@kelleydrye.com bfeder@kelleydrye.com scarnes@kelleydrye.com kelliott@kelleydrye.com |
| Counsel to SOF-X SVT Holdings GP, L.L.C., SVT Ventures, L.P., and SVT 13736 Riverport Drive, L.P. | Kirkland & Ellis LLP | Attn: Christopher Marcus, P.C. | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | christopher.marcus@kirkland.com |
| Counsel for LOTTE Fine Chemical Co., Ltd. and SMP Ltd. | Kirkland & Ellis LLP | Attn: Edward O. Sassower, P.C. | 601 Lexington Avenue | | New York | NY | 10022-4611 | | 212-446-4800 | 212-446-4900 | edward.sassower@kirkland.com |
| Counsel to LOTTE Fine Chemical Co., Ltd. and SMP Ltd. | Kirkland & Ellis LLP | Attn: Justin R. Bernbrock, John R. Luze, James H.M. Sprayregen | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | justin.bernbrock@kirkland.com john.luze@kirkland.com james.sprayregen@kirkland.com |
| Counsel for Tokai Carbon USA, Inc. | Lane Powell PC | Attn: Carter M. Mann | 601 SW Second Avenue | Suite 2100 | Portland | OR | 97204-3158 | | 503-778-2156 | 503-778-2200 | MannC@LanePowell.com |
| Counsel for Tokai Carbon USA, Inc. | Lane Powell PC | Attn: Mary Jo Heston | 1420 Fifth Avenue, Suite 4200 | P.O. Box 91302 | Seattle | WA | 98111-9402 | | 206-223-7000 | 206-223-7107 | HestonM@LanePowell.com |
| Counsel for Defendants Wells Fargo Bank, N.A., in its capacity as administrative agent for the Prepetition First Lien Facility and Wells Fargo Bank, N.A. | Latham & Watkins LLP | Attn: Christopher R. Harris | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | christopher.harris@lw.com |
| Counsel to the Administrative Agent Under the Debtors' Prepetition First Lien Credit Agreement | Latham & Watkins, Chicago | Attn: Richard Levy & Brad Kotler | 330 North Wabash Avenue | Suite 2800 | Chicago | IL | 60611 | | 312-876-7692 | 312-993-9767 | richard.levy@lw.com brad.kotler@lw.com |
| Counsel to Nationwide Mutual Insurance Company | Law Offices of T. Scott Leo, P.C. | Attn: Michael J. Dudek & T. Scott Leo | 1 N. LaSalle Street | Ste # 3600 | Chicago | IL | 60602 | | 312-857-0910 | | mdudek@leolawpc.com sleo@leolawpc.com |
| Counsel to Floyd CAD | Lee Gordon, of McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon | P.O. Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | 512-323-3205 | lgordon@mvbalaw.com |
| Counsel to Alexander Usenko, Julie Dull, Erin O'Day and Robert Linton | Levi & Korsinsky, LLP | Attn: Lori Feldman, Esq. | 30 Broad Street, 24th Flr | | New York | NY | 10004 | | 212-363-7500 | 212-363-7171 | lfeldman@zlk.com |
| Counsel to Grayson County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@lgbs.com |
| Counsel to Lendlease (US) Partnerships, LLC | Lowenstein Sandler LLP | Attn: Jeffrey D. Prol, Nicholas B. Vislocky | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-4702 | jprol@lowenstein.com nvislocky@lowenstein.com |

Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Lendlease (US) Partnerships, LLC | Lowenstein Sandler LLP | Attn: Jeffrey D. Prol, Nicholas B. Vislocky | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | jprol@lowenstein.com; nvislocky@lowenstein.com |
| Counsel to Appaloosa Investment Limited Partnership | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Esq., Scott Cargill, Esq., Andrew D. Behlmann, Esq. & Nicole M. Brown, Esq. | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com scargill@lowenstein.com abehlmann@lowenstein.com nbrown@lowenstein.com |
| Counsel to Appaloosa Investment Limited Partnership | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Esq., Scott Cargill, Esq., Andrew D. Behlmann, Esq. & Nicole M. Brown, Esq. | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com abehlmann@lowenstein.com nbrown@lowenstein.com |
| Counsel to Oracle America, Inc. | Magnozzi & Kye, LLP | Attn: Amish R. Doshi | 23 Green Street | Suite 302 | Huntington | NY | 11743 | | 631-923-2858 | | adoshi@magnozzikye.com |
| Counsel to ACE American Insurance Company and Westchester Fire Insurance Company | Manier & Herod | Attn: Scott C. Williams, Esq., Sam H. Poteet, Jr., Esq. &Michael E. Collins, Esq. of Manier & Herod | One Nashville Place | 150 Fourth Avenue North, Suite 2200 | Nashville | TN | 37219 | | 615-742-9350 | 615-242-4203 | swilliams@manierherod.com spoteet@manierherod.com mcollins@manierherod.com |
| Counsel for CSI Leasing, Inc. and CSI Leasing Malaysia Sdn. Bhd. | McCarter & English LLP | Attn Daniel R Seaman | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102 | | 973-622-4444 | 973-624-7070 | dseaman@mccarter.com |
| Counsel to ACE American Insurance Company and Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney& Carpenter, LLP | Attn: Louis A. Modugno, Esq. | 1300 Mount Kemble Ave. | | Morristown | NJ | 07960 | | 973-993-8100 | 973-425-0161 | lmodugno@mdmc-law.com |
| Debtors' Restructuring Advisors | McKinsey & Company | Attn: Mark W. Hojnacki | Two Harbor Point Square | 100 Washington Boulevard | Stamford | CT | 06902 | | 203-977-6783 | | |
| Counsel to Trina Solar, Ja Solar & Chint Solar (Zhejiang) Co., LTD | Messner Reeves LLP | Attn: Torben M. Welch Esq. & Jean-Claude Mazzola, Esq. | 805 Third Avenue, 18th Floor | | New York | NY | 10022 | | 646-663-1860; 303-623-1800 | 646-663-1895 | twelch@messner.com jcmazzola@messner.com |
| Counsel to CERSM LLC and Community Energy Holdings, Inc. | Meyer, Suozzi, English & Klein, P.C. | Attn: Howard B. Kleinberg, Esq. | 990 Stewart Avenue, Suite 300 | P.O. Box 9194 | Garden City | NY | 11530 | | 516-741-6565 | 516-741-6706 | hkleinberg@msek.com |
| Missouri Department of Revenue | Missouri Department of Revenue | Attn: Steven A. Ginther | P.O. Box 475 | | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | sdnyecf@dor.mo.gov |
| Counsel for Akuo Energy USA, Inc. | Morgan, Lewis & Bockius LLP | Attn: Edwin E. Smith, James Tynion, III & Melissa Y. Boey | 101 Park Avenue | | New York | NY | 10179-0600 | | 212-309-6000 | 212-309-6001 | edwin.smith@morganlewis.com james.tynion@morganlewis.com melissa.boey@morganlewis.com |
| Counsel to Alexander Usenko, Julie Dull, Erin O'Day and Robert Linton | Moritt Hock & Hamroff LLP | Attn: Leslie A. Berkoff, Esq. & Theresa A. Driscoll, Esq. | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | 516-873-2012 | lberkoff@moritthock.com tdriscoll@moritthock.com |
| Special Renewable Energy Counsel to the Official Committee of Unsecured Creditors | Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Jennifer Marines & Jonathan I. Levine | 250 West 55th Street | | New York | NY | 10019 | | 212-468-8000 | | lmarinuzzi@mofo.com jonlevine@mofo.com jmarines@mofo.com |
| Counsel to MSSA S.A.S. and MSSA Company Corporation | Murphy & McGonigle, P.C. | Attn: Barry S. Gold & Steven D. Feldman | 1185 Avenue of the Americas | 21st Floor | New York | NY | 10036 | | 212-880-3978 | 212-880-3998 | barry.gold@mmlawus.com steven.feldman@mmlawus.com |
| Counsel to AT&T Corp. | Norton Rose Fulbright US LLP | Attn: David A. Rosenzweig & Melanie M. Kotler | 666 Fifth Avenue | | New York | NY | 10103 | | 212-318-3000 | 212-318-3400 | david.rosenzweig@nortonrosefulbright.com melanie.kotler@nortonrosefulbright.com |
| Counsel for Vogt Solar Limited | Norton Rose Fulbright US LLP | Attn: Louis R. Strubeck, Jr., Melanie M. Kotler | 666 Fifth Avenue | 31st Floor | New York | NY | 10103 | | 212-318-3000 | 212-318-3400 | louis.strubeck@nortonrosefulbright.com melanie.kotler@nortonrosefulbright.com |
| Counsel to Invesco IF IV Operating Tenant LLC | Nutter, McClennen & Fish, LLP | Attn: John G. Loughnane | Seaport West | 155 Seaport Boulevard | Boston | MA | 02210 | | 617-439-2521 | 617-439-9251 | jloughnane@nutter.com |
| Counsel to Inforeliance Corporation | Odin Feldman & Pittleman PC | Attn: Alexander M. Laughlin, Esq. | 1775 Wiehle Avenue | Suite 400 | Reston | VA | 20190 | | 703-218-2134 | 703-218-2160 | alex.laughlin@ofplaw.com |
| Counsel to the County of Riverside Treasurer-Tax Collector's Office | Office of the County Counsel | Attn: Ronak N. Patel, Deputy County Counsel | County of Riverside | 3960 Orange Street, Suite 500 | Riverside | CA | 92501 | | 951-955-6300 | 951-955-6363 | rpatel@co.riverside.ca.us |
| Counsel to Country of Imperial, California | Office of the Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector | 940 West Main Street | Suite 106 | El Centro | CA | 92243 | | 442-262-1270 | 442-265-1272 | |
| Office of United States Trustee - Southern District of New York | Office of the United States Trustee for Region 2 | Attn: Paul Schwartzberg | 201 Varick Street | Suite 1006 | New York | NY | 10014 | | 212-510-0500 | 212-668-2255 | paul.schwartzberg@usdoj.gov |
| Counsel to Okta | OKTA | Attn: Jon Runyan - General Counsel | 301 Brannan Street | 1st Floor | San Francisco | CA | 94107 | | 415-939-7872 | | |
| Proposed Ordinary-Course Counsel for Certain Debtors and Debtors in Possession | Orrick Herrington & Sutcliffe LLP | Attn Frederick D Holden Jr | The Orrick Building | 405 Howard Street | San Francisco | CA | 94105 | | 415-773-5985 | 415-773-5759 | fholden@orrick.com |
| Proposed Ordinary-Course Counsel for Certain Debtors and Debtors in Possession | Orrick Herrington & Sutcliffe LLP | Attn Monica Perrigino | 52 West 52nd Street | | New York | NY | 10019-6142 | | 212-506-5206 | 212-506-5151 | mperrigino@orrick.com |
| Counsel to the Affiliates of Northland | Osler, Hoskin & Harcourt LLP | Attn: Shawn Irving, Michael Shakra | Box 50, 1 First Canadian Place | | Toronto | ON | M5X 1B8 | Canada | 416-862-5673 | 416-862-6666 | MShakra@osler.com SIrving@osler.com |
| Counsel to HSH Nordbank AG | Otterbourg P.C. | Attn: Steven B. Soll & Kevin Zozolo | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | ssoll@otterbourg.com |
| Counsel to Themesoft, Inc. | Palter Stokley Sims PLLC | Attn: Kimberly Sims | 8115 Preston Road | Suite 600 | Dallas | TX | 75225 | | 214-888-3106 | 214-888-3109 | ksims@palterlaw.com |
| Counsel for Bergelectric Corp. | Patterson Belknap Webb & Tyler LLP | Attn: Daniel A. Lowenthal & J. Taylor Kirklin | 1133 6th Avenue | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dalowenthal@pbwt.com jtkirklin@pbwt.com |
| Counsel to Houston Ship Channel Security District, La Porte, Independent School District and City of La Porte | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | 1235 North Loop West | Suite 600 | Houston | TX | 77008 | | 713-862-1860 | 713-862-1429 | osonik@pbfcm.com |
| Counsel to Ecoplexus Inc. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Christopher R. Mirick | 1540 Broadway | | New York | NY | 10036 | | 212 858-1000 | 212-858-1500 | christopher.mirick@pillsburylaw.com |

Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Administrative Agent under the Debtors' Prepetition Second Lien Credit Agreement | Pillsbury Winthrop Shaw Pittman LLP | Attn: Daniel S. Brown | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1140 | 917-464-7323 | daniel.brown@pillsburylaw.com |
| Defendants, Lead Plaintiff Clemens Schlettwein and Jerome Spindler and Plaintiff John Chamblee in Chamblee v. TerraForm Power, Inc., et al., No. 1:16-cv-08039-PKC (S.D.N.Y) | Pomerantz LLP | Attn: Brenda Szydlo, Jeremy A. Liberman | 600 Third Avenue | Floor 20 | New York | NY | 10016 | | 212-661-1100 | 917-463-1044 | bszydlo@pomlaw.com jalieberman@pomlaw.com |
| Defendants, Lead Plaintiff Movant Don Harris and Plaintiff Darcy Church in Church v. Chatila, et al., No. 1:16-cv-07962-PKC (S.D.N.Y) | Pomerantz LLP | Attn: Murielle J. Steven Walsh, Jeremy A. Liberman | 600 Third Avenue | Floor 20 | New York | NY | 10016 | | 212-661-1100 | 917-463-1044 | mjsteven@pomlaw.com jalieberman@pomlaw.com |
| Claims Agent | Prime Clerk, LLC | | 830 3rd Avenue | 9th Floor | New York | NY | 10022 | | 855-388-4579 | 212-257-5452 | SunEdisonInfo@primeclerk.com serviceqa@primeclerk.com |
| Counsel to Canyon Capital Advisors LLC, Canyon Balanced Master Fund, Ltd., Canyon Capital Arbitrage Master Fund, Ltd., Canyon-GRF Master Fund II, L.P., Canyon Value Realization Fund, L.P., The Canyon Value Realization Master Fund, L.P., and Permal Canyon IO Ltd | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Jonathan E. Pickhardt | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | jonpickhardt@quinnemanuel.com |
| Counsel to Kearny Investors S.à r.l., Powell Investors L.P., and Powell Investors II Limited Partnership | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Jordan A. Goldstein, Andrew J. Rossman | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | jordangoldstein@quinnemanuel.com andrewrossman@quinnemanual.com |
| Counsel to EDF Trading North America, LLC | Reed Smith LLP | Attn: Andrea J. Pincus & Sarah K. Kam | 599 Lexington Avenue | | New York | NY | 10022-7650 | | 212-521-5400 | 212-521-5450 | apincus@reedsmith.com |
| Counsel to Siemens Corp. | Reed Smith LLP | Attn: Chrystal A. Puleo | 599 Lexington Avenue | | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | cpuleo@reedsmith.com |
| Counsel to Siemens Corp. | Reed Smith LLP | Attn: Claudia Z. Springer, Lauren S. Zabel | Three Logan Square, Suite 3100 | 1717 Arch St | Philadelphia | PA | 19103 | | 215-851-8100 | 215-851-1420 | cspringer@reedsmith.com lzabel@reedsmith.com |
| Counsel to EDF Trading North America, LLC | Reed Smith LLP | Attn: Paul B. Turner | 811 Main Street | Suite 1700 | Houston | TX | 77002-6110 | | 713-469-3800 | 713-469-3899 | pturner@reedsmith.com |
| Counsel to Microsoft Corporation and its affiliate Microsoft Licensing GP | Riddell Williams P.S. | Attn: Maria A Milano | 1001 4th Avenue | Suite 4500 | Seattle | WA | 98154 | | 206-624-3600 | 206-3891708 | mmilano@riddellwilliams.com |
| Counsel to Creditor Swinerton Builders | Riddell Williams P.S. | Attn: Robert N. Amkraut | 1001 Fourth Avenue | Suite 4500 | Seattle | WA | 98154-1192 | | 206-624-3600 | 206-389-1708 | ramkraut@riddellwilliams.com |
| Counsel to WGSW, Inc. | Sands Anderson PC | Attn: George R. Pitts, Esq. | 1497 Chain Bridge Road | Suite 202 | McLean | VA | 22101-5728 | | 703-893-3600 | 703-893-8484 | GPitts@sandsanderson.com |
| Counsel to 7575 | Sanford J. Germaine, PC | Attn: Sanford J. Germaine, Esq. | 4040 East Camelback Road | Suite 110 | Phoenix | AZ | 85018 | | 602-953-5590 | 602-953-5590 | sgermaine@germaine-law.com |
| Counsel to County of Los Angeles | Satterlee Stephens Burke & Burke LLP | Attn: Timothy T. Brock, Esq. & Abigail Snow, Esq. | 230 Park Avenue, Suite 1130 | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | tbrock@ssbb.com asnow@ssbb.com |
| Counsel to Moody's Investors Service, Inc. | Satterlee Stephens LLP | Attn: Chris Belmonte & Pam Bosswick | 230 Park Ave | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com pbosswick@ssbb.com |
| Counsel to Rethink Energy Corporation | Schiff Hardin LLP | Attn: Louis T. DeLucia | 666 Fifth Avenue, 17th Floor | | New York | NY | 10103 | | 212-753-5000 | 212-753-5044 | ldelucia@schiffhardin.com afiedler@schiffhardin.com aminear@schiffhardin.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F St., N.E. | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept. | Brookfield Place | 200 Vesey Street, Ste. 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov |
| Counsel to Mar-Bow Value Partners, LLC | Sheldon T. Toll PLLC | Attn: Sheldon T. Toll | 29580 Northwestern Highway | Suite 100 | Southfield | MI | 48034 | | 248-797-9111 | | sst@lawtoll.com |
| Counsel to DHL Supply Chain | Sheppard Mullin Richter & Hampton LLP | Attn: Malani Cademartori & Blanka Wolfe | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-653-8700 | 212-653-8701 | mcademartori@sheppardmullin.com bwolfe@sheppardmullin.com |
| Counsel to Debtors | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: James J. Mazza, Jr. & Louis S. Chiappetta | 155 N. Wacker Drive | | Chicago | IL | 60606-1720 | | 312-407-0700 | 312-407-0411 | james.mazza@skadden.com louis.chiappetta@skadden.com ebba.gebisa@skadden.com |
| Counsel to Debtors | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Jay M. Goffman & J. Eric Ivester | Four Times Square | | New York | NY | 10036-6522 | | 212-735-3000 | 212-735-2000 | eric.ivester@skadden.com jay.goffman@skadden.com jason.kestecher@skadden.com annie.li@skadden.com evan.hill@skadden.com |
| Counsel to Arizona Public Service Company | Snell & Wilmer L.L.P. | Attn: Emily Gildar Wagner | 400 E. Van Buren Street | Suite 1900 | Phoenix | AZ | 85004-2202 | | 602-382-6734 | 602-382-6070 | ewagner@swlaw.com |
| Counsel to County of Los Angeles | Steckbauer Weinhart, LLP | Attn: Barry S. Glaser, Esq. | 333 S. Hope Street | 36th Floor | Los Angeles | CA | 90071 | | 213-229-2868 | 213-229-2870 | bglaser@swesq.com |
| Counsel to Penn Real Estate Group | Stevens & Lee, P.C. | Attn: Robert Lapowsky | 620 Freedom Business Center | Suite 200 | King of Prussia | PA | 19406 | | 215-751-2866 | | rl@stevenslee.com |
| Counsel to DIF INFRA 4 US LLC and DIF IV Co-Invest LLC | Stoel Rives, LLP | Attn: Oren Buchanan Haker, Esq. | 760 SW Ninth Avenue, Suite 2600 | | Portland | OR | 97205 | | 503-294-9338 | 503-220-2480 | oren.haker@stoel.com |
| Counsel to TerraForm Power, Inc. and TerraForm Global, Inc. | Sullivan & Cromwell LLP | Attn: Michael H. Torkin, Andrew G. Dietderich, John L. Hardiman & David R. Zylberberg | 125 Broad Street | | New York | NY | 10004 | | 212-558-4000 | 212-558-3588 | hardimanj@sullcrom.com dietdericha@sullcrom.com torkinm@sullcrom.com zylberbergd@sullcrom.com |

Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Tufts University | Sullivan & Worcester LLP | Attn: Amy A. Zuccarello | One Post Office Square | | Boston | MA | 02109 | | 617-338-2800 | 617-338-2880 | azuccarello@sandw.com |
| Debtors | SunEdison, Inc. | | 13736 Riverport Drive | | Maryland Heights | MO | 63043 | | | | |
| Counsel to Kohl's Department Stores, Inc. | The Law Office of William J. Factor Ltd. | Attn: Sara E. Lorber | 105 W. Madison St. | Suite 1500 | Chicago | IL | 60602 | | 312-373-7227 | 847-574-8233 | slorber@wfactorlaw.com<br>wfactor@wfactorlaw.com |
| The Regents of the University of California | The Regents of the Univeristy of California | Attn: Rhonda Stewart Goldstein | Office of the General Counsel | 1111 Franklin Street, 8th Floor | Oakland | CA | 94607 | | 510-987-9800 | 510-987-9757 | rhonda.goldstein@ucop.edu |
| Counsel to Spirtas Wrecking Co. | Timothy E. Hayes & Associates L.C. | Attn: Timothy E. Hayes | 231 S. Bemiston Avenue | Suite 950 | St. Louis | MO | 63105 | | 314-726-6767 | 314-726-6765 | thayes@tehayes.com |
| Counsel to Tennessee Attorney General | TN Dept of Revenue | Attn:TN Attorney General's Office | Bankruptcy Division | P.O. Box 20207 | Tennessee | TN | 37202-0207 | | 615-741-1935 | 615-741-3334 | AGBankNewYork@ag.tn.gov |
| Co-Counsel to Debtors and Debtors in Possession | Togut, Segal & Segal LLP | Attn: Albert Togut & Frank Oswald | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com<br>frankoswald@teamtogut.com<br>adeering@teamtogut.com<br>bmoore@teamtogut.com<br>dperson@teamtogut.com |
| Counsel to Ontario Power Generation Inc. | Torys LLP | Attn: Alison D. Bauer | 1114 Avenue of the Americas | 23rd Floor | New York | NY | 10036 | | 212-880-6000 | 212-682-0200 | abauer@torys.com |
| Counsel for Bergelectric Corp. | Trachtman & Trachtman LLP | Attn: Ryan M. Craig | 23046 Avenida De La Carlota | Suite 300 | Laguna Hills | CA | 92653 | | 949-282-0100 | 949-282-0111 | rcraig@trachtmanlaw.com |
| Counsel to Wells Fargo Equipment Finance, Inc.; WF-SunE-XII Solar Statutory Trust; EnfinityWF Solar Trust; WF-SE I Solar Statutory Trust; WF-SunE-SPS Solar Statutory Trust; WF-SunE-EPE Solar Statutory Trust; WF-SunE-Cascade Solar Statutory Trust; WF-SunE-Orion I Solar Statutory Trust; WF-SunE-Orion II Solar Statutory Trust; WF-SunE-Vega Solar Statutory Trust; Wilmington Trust Company, solely in its capacity as Trustee for the WF-SunEXII Solar Statutory Trust; Wilmington Trust, National Association, solely in its capacity as Trustee for the EnfinityWF Solar Trust; and Wells Fargo Bank Northwest, National Association, solely in its capacity as Trustee for the WF-SE I Solar Statutory Trust, the WF-SunE-SPS Solar Statutory Trust, the WF-SunE-EPE Solar Statutory Trust, the WF-SunE-Cascade Solar Statutory Trust, the WF-SunE-Orion I Solar Statutory Trust, the WF-SunE-Orion II Solar Statutory Trust, and the WF-SunE-Vega Solar Statutory Trust | Troutman Sanders LLP | Attn: Hugh M. McDonald, Craig M. Kline & Louis A. Curcio | 875 Third Avenue | | New York | NY | 10022 | | 212-704-6000 | 212-704-6288 | Hugh.McDonald@troutmansanders.com<br>Craig.Kline@troutmansanders.com<br>Louis.Curcio@troutmansanders.com |
| Office of the United States Attorney for the Southern District of New York | United States Attorney's Office | | 86 Chambers Street | 3rd Floor | New York | NY | 10007 | | | 212-637-2685 | |
| United States Department of Justice | United States Department of Justice | Attn: Peter Aronoff | 950 Pennsylvania Avenue | | NW Washington | DC | 20530-0001 | | | | Peter.Aronoff@usdoj.gov |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO | United Steel Workers | Attn: David R. Jury, Associate General Counsel | Five Gateway Center | Room 807 | Pittsburgh | PA | 15222 | | 412-562-2545 | | djury@usw.org |
| Counsel to Seller NorLease | Vedder Price | Attn: Richard W. Pearse | 222 North LaSalle Street | | Chicago | IL | 60601 | | 312-609 7650 | | rpearse@vedderprice.com |
| Counsel to Robert Half International Inc. & Protiviti Inc. | Venable LLP | Attn Richard L. Wasserman | 750 East Pratt Street | Suite 900 | Baltimore | MD | 21202 | | 410-244-7400 | 410-244-7742 | rlwasserman@venable.com |
| Counsel to R/C US Solar Investment Partnership, L.P. | Vinson & Elkins LLP | Attn: Steven M. Abramowitz & Syed Haq | 666 Fifth Avenue | 26th Floor | New York | NY | 10103 | | 212-237-0137 | 917-849-5381 | sabramowitz@velaw.com<br>shaq@velaw.com |
| Official Committee of Unsecured Creditors | Vivint Solar, Inc. | Attn: Jim Lundberg | 3301 N. Thanksgiving Way | Suite 500 | Lehi | UT | 84043 | | 801-234-7080 | | |
| Counsel to Atlantic Specialty Insurance Company | Watt, Tieder, Hoffar & Fitzgerald, LLP | Attn: John E. Sebastian & Albert L. Chollet, III | 10 S. Wacker Drive | Suite 2935 | Chicago | IL | 60606 | | 312-219-6900 | 312-559-2758 | jsebastian@watttieder.com<br>achollet@watttieder.com |
| Counsel to Official Committee of Unsecured Creditors | Weil, Gotshal & Manges LLP | Attn: Matthew S. Barr, David J. Lender, Joseph H. Smolinsky, Jill Frizzley, Joshua S. Amsel | 767 Fifth Avenue | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | SunEWeilBFR@weil.com<br>joshua.amsel@weil.com<br>matt.barr@weil.com<br>david.lender@weil.com<br>joseph.smolinsky@weil.com<br>jill.frizzley@weil.com |
| Counsel to Toyota Industries Commercial Finance Inc | Weltman, Weinberg & Reis Co., L.P.A. | Attn: Scott D. Fink | 323 W. Lakeside Avenue | Suite 200 | Cleveland | OH | 44113 | | 216-739-5644 | | ecfndoh@weltman.com |

Core/2002 Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Argonaut Insurance Company | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn.: Eric G. Waxman, III, Esq. & Mickee M. Hennessy, Esq. | 1201 RXR Plaza | | Uniondale | NY | 11556 | | 516-622-9200 | 516-622-9212 | ewaxman@westermanllp.com mhennessy@westermanllp.com |
| Counsel to Ad Hoc Group of SunEdison, Inc. Convertible Unsecured Noteholders, & BOKF, N.A., as Indenture Trustee | White & Case LLP | Attn: Glenn M. Kurtz, J. Christopher Shore, Harrison L. Denman, Michele J. Meises & Thomas MacWright | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | 212-354-8113 | gkurtz@whitecase.com hdenman@whitecase.com michele.meises@whitecase.com cshore@whitecase.com tmacwright@whitecase.com |
| Counsel to the Debtors' Postpetition Secured Lenders, Goldman Sachs Bank USA, Key Bank National Association, Morgan Stanley Senior Funding, Inc. and Compass Bank | White & Case LLP | Attn: Scott Greissman, Elizabeth Feld, Douglas P. Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | 212-354-8113 | sgreissman@whitecase.com efeld@whitecase.com dbaumstein@whitecase.com |
| Counsel to Ad Hoc Group of SunEdison, Inc. Convertible Unsecured Noteholders | White & Case LLP | Attn: Thomas E. Lauria, Esq. | Southeast Financial Center | 200 South Biscayne Boulevard, Suite 4900 | Miami | FL | 33131-2532 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com |
| Counsel to Wilmington Trust, National Association | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Andrew Goldman, Esq., Benjamin Loveland, Esq. & Andrew Glantz, Esq., Charles Platt, Esq., Lauren Lifland, Esq. | 7 World Trade Center | 250 Greenwich Street | New York | NY | 10007 | | 212-230-8836 212-230-8800 | 212-230-8888 | andrew.goldman@wilmerhale.com benjamin.loveland@wilmerhale.com andrew.glantz@wilmerhale.com charles.platt@wilmerhale.com lauren.lifland@wilmerhale.com |
| Counsel to Wilmington Trust, National Association | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Benjamin Loveland, Esq. | 60 State Street | | Boston | MA | 02109 | | 617-526-6000 | 617-526-5000 | benjamin.loveland@wilmerhale.com |
| Counsel to Wilmington Trust, National Association | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Nancy Manzer, Esq. | 1875 Pennsylvania Avenue NW | | Washington | DC | 20006 | | 202-663-6183 | 202-663-6363 | nancy.manzer@wilmerhale.com |
| Indenture Trustee for the Prepetition Bonds/ Secured Creditor/ Top 40 Creditor | Wilmington Trust, National Association | Attn:  SunEdison, Inc. Administrator | 1100 North Market St | | Wilmington | DE | 19890 | | 302-636-6432; 302-651-1000 | 302-636-4145 | tmorris@wilmingtontrust.com |
| Collateral Trustee for the Prepetition Second Lien Credit Agreement | Wilmington Trust, National Association | Attn: W. Thomas Morris II | Global Capital Markets | 1100 North Market St | Wilmington | DE | 19890 | | 302-636-6432 | 302-636-4145 | tmorris@wilmingtontrust.com |
| Counsel to Vivint Solar, Inc. | Wilson Sonsini Goodrich & Rosati | Attn: Benjamin Hoch, Esq. & Robert M. Hemm, Esq. | 1301 Avenue of the Americas | 40th Floor | New York | NY | 10019 | | 212-497-7703 | 212-999-5899 | bhoch@wsgr.com bhemm@wsgr.com |
| Counsel to EnerBank USA | Winston & Winston, P.C. | Attn: Aleksandre Powietrzynski. Esq. | 750 3rd Avenue | Suite 978 | New York | NY | 10017 | | 212-532-2700 | 212-922-9484 | alex@winstonandwinston.com |