UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
 : 
In re: : Chapter 11
 : 
SUNEDISON, INC., *et al.*, : Case No. 16-10992 (SMB)
 : 
Debtors.[1] : (Jointly Administered)
 : 
---------------------------------------------------------- x

**ORDER (I) EXTENDING TIME TO FILE SCHEDULES
OF ASSETS AND LIABILITIES, SCHEDULES OF CURRENT INCOME AND
CURRENT EXPENDITURES, SCHEDULES OF EXECUTORY CONTRACTS AND
UNEXPIRED LEASES, AND STATEMENTS OF FINANCIAL AFFAIRS FOR
DEBTOR TERRAFORM PRIVATE HOLDINGS, LLC; AND (II) SETTING FORTH
PROCEDURES TO APPLY THE ORDER TO ANY FUTURE FILING ENTITIES**

Upon the motion (the "Motion")[2] of the Debtors for entry of an order under

sections 105(a) and 521 of title 11 of the United States Code (the "Bankruptcy Code"),

Rules 1007(a)(3), 1007(c), and 9006(b) of the Federal Rules of Bankruptcy Procedure (the

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); and Terraform Private Holdings, LLC (3523). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

"Bankruptcy Rules"), and Rule 1007-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Bankruptcy Rules") (i) granting the Debtors additional time to file their schedules of assets and liabilities, schedules of current income and current expenditures, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively, the "Schedules and Statements") for Debtor Terraform Private Holdings LLC ("TPH") for seven (7) days until January 6, 2017; and (ii) granting the Debtors a sixteen (16) day extension of time to file Schedules and Statements for any future filing affiliated entities; and the Court having reviewed the Motion, together with the Declaration of Salvatore LoBiondo, Jr. in support of the Motion (the "LoBiondo Declaration"); and the Court being satisfied with the representations made in the Motion and the LoBiondo Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it further appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it further appearing that venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and upon the record herein; and after due deliberation thereon, and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.
2. The Debtors are hereby granted an extension of seven (7) days to January 6, 2017 to file TPH's Schedules and Statements for cause.

3. The Debtors are hereby granted a standing sixteen (16) day extension (the "Standing Extension") to file Schedules and Statements for any jointly administered Future Debtors.

4. The relief granted by this Order is without prejudice to the Debtors' right to seek further extensions of time for Future Debtors beyond the Standing Extension.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated:   New York, New York
         January 27th, 2017

                                               /s/ STUART M. BERNSTEIN
                                               HONORABLE STUART M. BERNSTEIN
                                               UNITED STATES BANKRUPTCY JUDGE