

consider this case please
Stephen Miller
to:
Stuart Bernstein
02/01/2017 04:36 PM
Cc:
Jay Goffman, Sal Graziano
Hide Details
From: Stephen Miller <justfacts.steve@yahoo.com>
To: Stuart Bernstein <bernstein.chambers@nysb.uscourts.gov>
Cc: Jay Goffman <jay.goffman@skadden.com>, Sal Graziano <salvatore@blbglaw.com>
Please respond to Stephen Miller <justfacts.steve@yahoo.com>
History: This message has been forwarded.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:                                              Chapter 11

**SUNEDISON, INC., *ET AL.*,**                     Case No. 16-109902 (SMB)

   Stephen A. Miller pro se                         Request for oral argument
   Shareholder

---

### TERRAFORM POWER VALUE INCREASED 22.96% FROM 2013
### MOTION TO BLOCK SALE OF TERRAFORM POWER

**1.**    The court approves sales with no knowledge of their worth. The reports to the court are devoid of the value of the projects being sold and the costs to build those projects.

**2.**    The value of (TerraForm Power) TERP is calculated to be more than 22.96 times greater since 2013 but the stock price is down 71% from when the aforementioned value was calculated.

**3.**    In addition to the embezzlement from sune stockholders who own 31% of TERP shares, sales of TERP shares are being sold at a price far below their value. Value means nothing to this court proven by the battle by sune management to acquire Vivint Solar, a worthless company.

**4.**    The stockholders have no legal representation while the court condones no appearances by the class action firm, Bernstein, Litowitz. The bankruptcy is a fraud to destroy the financial records of sune while the sune computer destroyed those financial records.

**5.**   The court needs to pay the fees to a legitimate attorney to repair the injustice of stealing from shareholders.

Respectfully submitted,
Stephen A. Miller pro se


_____
83 Waldorf Avenue
Bridgeport, CT 06605
203-870-1408

## CERTIFICATION

I, Stephen A. Miller hereby swear this motion: **TERRAFORM POWER VALUE INCREASED 22.96% FROM 2013
MOTION TO BLOCK SALE OF TERRAFORM POWER**

was emailed to Jay M. Goffman jay.goffman@skadden.com 2/1/17
was emailed to Salvatore Graziano Salvatore@blbglaw.com 2/1/17