MESSNER REEVES LLP

Jean-Claude Mazzola, Esq.
Daniel Rosenberg, Esq.
805 Third Avenue,
18th Floor
New York, NY 10022
NY Office: 646-663-1860
CO Office: 303-623-1800
Fax: 646-663-1895
twelch@messner.com
jcmazzola@messner.com

*Counsel for Trina Solar, Inc., JA Solar and Chint Solar (Zhejiang) Co., Ltd., JA Solar and Chint Solar (Zhejiang) Co., Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | * | |
| | * | Chapter 11 |
| SUNEDISON, INC., *et al.,* | * | |
| | * | Case No. 16-10992 (SMB) |
| Debtors.[1] | * | |

# MOTION FOR ADMISSION *PRO HAC VICE*

I, Daniel Rosenberg, request admission, *pro hac vice,* before the Honorable Stuart M. Bernstien to represent Trina Solar, Inc., JA Solar and Chint Solar (Zhejiang) Co., Ltd. in the above referenced case.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Drive, Maryland Heights, Missouri 63043.

***I certify that I am a member in good standing*** of the Bar of the State of Colorado as well as the U.S. District Court for the District of Colorado.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully submitted this 10th day of February, 2017

MESSNER REEVES LLP

____*/s/Daniel Rosenberg*_____

Jean-Claude Mazzola, Esq., #2842383
Daniel Rosenberg #37339 (CO)
805 Third Avenue,
18th Floor
New York, NY 10022
NY Office: 646-663-1860
CO Office: 303-623-1800
Fax: 646-663-1895
drosenberg@messner.com
jcmazzola@messner.com

*Counsel for Trina Solar, Inc., JA Solar and Chint Solar (Zhejiang) Co., Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that this **MOTION FOR ADMISSION *PRO HAC VICE* (the "Motion")** was served on February ____, 2017 electronically upon Debtor's counsel and all registered users in this case pursuant to this Court's CM/ECF procedures.

____*/s/Daniel Rosenberg*______
Daniel Rosenberg