**Presentment Date: July 6, 2017 at 10:00 a.m**. (**Prevailing Eastern Time**)
**Objection Deadline: July 5, 2017 at 4:00 p.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
J. Eric Ivester
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

James J. Mazza, Jr. (admitted *pro hac vice*)
Louis S. Chiappetta (admitted *pro hac vice*)
155 N. Wacker Dr.
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SUNEDISON, INC.**, *et al.*, | Case No. 16-10992 (SMB) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two City Place Drive, 2nd floor, St. Louis, MO 63141.

# NOTICE OF PRESENTMENT OF STIPULATION REGARDING TEMPORARY ALLOWANCE OF CLAIM ASSERTED BY THE TERRAFORM POWER, INC. AND TERRAFORM GLOBAL, INC. FOR VOTING PURPOSES ONLY

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") will present the proposed Stipulation (the "Stipulation") to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on **July 6, 2017 at 10:00 a.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Stipulation, with proof of service, is filed with the Clerk of the Court, and a courtesy copy is delivered to the undersigned counsel and to the chambers of the Honorable Stuart M. Bernstein **so as to be received by July 5, 2017 at 4:00 p.m. (Eastern Time)**, there will not be a hearing on the Stipulation and the Stipulation may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, a hearing will be held to consider the Stipulation on a date and time to be set by the Court.

Dated: June 29, 2017
        New York, New York

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ J. Eric Ivester*
    Jay M. Goffman
    J. Eric Ivester
    Four Times Square
    New York, New York 10036-6522
    Telephone: (212) 735-3000
    Fax: (212) 735-2000

    -and-

    James J. Mazza, Jr. (admitted *pro hac vice*)
    Louis S. Chiappetta (admitted *pro hac vice*)
    155 N. Wacker Dr.
    Chicago, Illinois 60606-1720
    Telephone: (312) 407-0700
    Fax: (312) 407-0411

*Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| **SUNEDISON, INC.,** *et al.*, | : | Case No. 16-10992 (SMB) |
| Debtors.[1] | : | (Jointly Administered) |

**STIPULATION AND AGREED ORDER REGARDING TEMPORARY ALLOWANCE OF CLAIM ASSERTED BY THE TERRAFORM POWER, INC. AND TERRAFORM GLOBAL, INC. FOR VOTING PURPOSES ONLY**

This *Stipulation and Agreed Order Regarding Temporary Allowance Of Claim For Voting Purposes Only* (this "Stipulation") is made as of June 29, 2017, by and among SunEdison, Inc. and certain of its affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors,") and TerraForm Power, Inc., on behalf of itself and its subsidiaries (collectively, "TERP") and TerraForm Global, Inc., on behalf of itself and its subsidiaries (collectively, "GLBL, and together with TERP, the "Claimants," and together with the Debtors, collectively, the "Parties").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); TerraForm Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

**WHEREAS**, on June 12, 2017, the Debtors filed the *Amended Notice Of Filing Of Solicitation Version Of First Amended Disclosure Statement For First Amended Joint Plan Of Reorganization Of SunEdison, Inc. And Its Debtor Affiliates* [Docket No. 3314], which attached the *First Amended Joint Plan Of Reorganization Of SunEdison, Inc. And Its Debtor Affiliates* (as (as may be subsequently amended, supplemented, or modified, the "Plan") and a disclosure statement with respect thereto (the "Disclosure Statement");

**WHEREAS**, on June 13, 2017, the Court approved the Disclosure Statement as containing adequate information within the meaning of section 1125(a) of the Bankruptcy Code and entered the *Order (A) Approving The Adequacy Of The Debtors' Disclosure Statement; (B) Approving Solicitation And Notice Procedures With Respect To Confirmation Of The Debtors' Joint Proposed Plan; (C) Approving The Form Of Various Ballots And Notices In Connection Therewith; And (D) Scheduling Certain Dates With Respect Thereto* [Docket No. 3319] (the "Solicitation Procedures Order");

**WHEREAS**, the Debtors are currently soliciting acceptances of the Plan in anticipation of the hearing to consider confirmation of the Plan on July 20, 2017;

**WHEREAS**, on September 15, 2016, the Court approved the *Stipulation and Agreed Order Among SunEdison, Inc., TerraForm Power, Inc. and TerraForm Global, Inc. Regarding Filing of Master Proofs of Claim* pursuant to which, among other things, TerraForm Power, Inc. and TerraForm Global, Inc., respectively, were authorized to file consolidated proofs of claim for themselves and on behalf of their respective direct and indirect subsidiaries;

**WHEREAS**, on the dates set forth in Exhibit 1, the Claimants filed 8 proofs of claim in the amounts and against the Debtors set forth on Exhibit 1 (the "Claims");

2

**WHEREAS**, TerraForm Global, Inc. and certain of their affiliates, and SunEdison, Inc., and certain of its affiliates are party to that Settlement Agreement entered on March 6, 2017 (the "GLBL Settlement Agreement") which was approved pursuant to the Bankruptcy Court order entered on June 7, 2017 [Docket No. 3292] (the "Settlement Approval Order");

**WHEREAS**, TerraForm Power, Inc. and certain of their affiliates, and SunEdison, Inc., and certain of its affiliates are party to that Settlement Agreement entered on March 6, 2017 (the "TERP Settlement Agreement," and together with the GLBL Settlement Agreement, the "Settlement Agreements") which was approved pursuant to the Settlement Approval Order;

**WHEREAS**, under the terms of the Settlement Agreements and the Settlement Approval Order, TERP and GLBL entities party to the Settlement Agreements have agreed to waive and release certain claims in accordance with the terms of, and subject to the conditions set forth in, the Settlement Agreements and the Settlement Approval Order;

**WHEREAS**, Claimants seek to have certain claims temporarily allowed, for voting purposes only, so that Claimants may vote to accept or reject the Plan;

**WHEREAS**, pursuant to the Solicitations Procedures Order and in order to avoid the cost and expense of conducting an estimation procedure pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure to determine the amount of the Claims for voting purposes only, the parties have entered into this Stipulation.

**NOW, THEREFORE,** based upon the facts set forth above, it is stipulated and agreed by and among the Parties as follows:

1. Proof of Claim Number 5900 (the "TERP Temporarily Allowed Claim") is temporarily allowed as a single Class 4 Unsecured General Claim of TerraForm Power, Inc.

3

against Debtor SunEdison, Inc. in the amount of $1.00 for the purpose of permitting TerraForm Power, Inc. to vote on the Plan and for no other purpose.

2. Proof of Claim Number 5899 (the "GLBL Temporarily Allowed Claim," and together with the TERP Temporarily Allowed Claim, the "Temporarily Allowed Claims") is temporarily allowed as a single Class 4 Unsecured General Claim of TerraForm Global, Inc. against Debtor SunEdison, Inc. in the amount of $1.00 for the purpose of permitting TerraForm Global, Inc. to vote on the Plan and for no other purpose.

3. For the avoidance of doubt, the Parties reserve any and all substantive and procedural rights regarding the Temporarily Allowed Claims, including but not limited to, the Debtors right to seek full disallowance of the Temporarily Allowed Claims and the Claimants right to seek full allowance of their respective Temporarily Allowed Claims and to object to and/or respond to any and all claims objections filed by the Debtors or any other party-in-interest, in each case subject in all respects to the terms of the Settlement Agreements and the Settlement Approval Order.

4. Other than the Temporarily Allowed Claims, all other Claims listed on Exhibit 1 attached hereto (the "Temporarily Disallowed Claims") are temporarily disallowed and deemed to be $0 solely for the purpose of voting, and accordingly such Claimants are not entitled to vote on the Plan. For the avoidance of doubt, the Parties reserve any and all substantive and procedural rights regarding the Temporarily Disallowed Claims, including but not limited to, the Debtors right to seek full disallowance of the Temporarily Disallowed Claims and the Claimants right to seek full allowance of their respective Temporarily Disallowed Claims and to object to and/or respond to any and all claims objections filed by the Debtors or any other party-in-

4

interest, in each case subject in all respects to the Settlement Agreements and the Settlement Approval Order.

5. For the avoidance of doubt, because such parties are not entitled to vote on the Plan, all TERP and GLBL entities other than TerraForm Power, Inc. and TerraForm Global, Inc. are not "Releasing Parties" as such term is defined in the Plan.

6. This Stipulation shall not determine (and may not be submitted or relied upon as evidence with respect to) the allowance, disallowance or amount of any claim of Claimants for any other purpose, including but not limited to the purpose of distributions made pursuant to the Plan.

7. The Debtors reserve the right to file, amend, modify, or supplement any objections to the Claims or any other claims (filed or not) which may be asserted against the Debtors on any grounds whatsoever, including, without limitation, objections as to the liability, amount, or priority of any claims asserted against the Debtors, in each case subject in all respects to the terms of the Settlement Agreements and the Settlement Approval Order.

8. This Court shall retain jurisdiction with respect to all matters arising under or related to this Stipulation, including any disputes that may arise between or among the Parties, and to interpret, implement, and enforce the provisions of this Stipulation.

Dated: June 29, 2017

| | |
|---|---|
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** | **SULLIVAN & CROMWELL LLP** |
| /s/ J. Eric Ivester | /s/ Andrew G. Dietderich |
| Jay M. Goffman | Andrew G. Dietderich |
| J. Eric Ivester | Michael H. Torkin |
| Four Times Square | John L. Hardiman |
| New York, New York 10036-6522 | David R. Zylberberg |
| Telephone: (212) 735-3000 | 125 Broad Street |
| Facsimile: (212) 735-2000 | New York, New York 10004 |
| | Telephone: (212) 558-4000 |
| -and- | Facsimile: (212) 558-3588 |
| James J. Mazza, Jr. (admitted *pro hac vice*) | *Counsel for TerraForm Power, Inc. and TerraForm Global, Inc.* |
| Louis S. Chiappetta (admitted *pro hac vice*) | |
| 155 N. Wacker Dr. | |
| Chicago, Illinois 60606-1720 | |
| Telephone: (312) 407-0700 | |
| Facsimile: (312) 407-0411 | |

*Counsel for Debtors and Debtors in Possession*

**IT IS SO ORDERED:**

Dated: _____, 2017  _____
    New York, New York           HONORABLE STUART M. BERNSTEIN
                                 UNITED STATES BANKRUPTCY JUDGE

6

Exhibit 1

16-10992-dsj    Doc 3485    Filed 06/29/17    Entered 06/29/17 20:26:47    Main Document
Pg 9 of 10

Exhibit 1

Exhibit 1

**TerraForm Power, Inc. / TerraForm Global, Inc. Claims**

| No. | Claimant Name | Claim Number | Date Filed | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 1 | TerraForm Power, Inc., for itself and on behalf of its direct and indirect subsidiaries | 3938 | 9/23/2016 | CUD | SunEdison, Inc. |
| 2 | TerraForm Global, Inc., for itself and on behalf of its direct and indirect subsidiaries | 3974 | 9/23/2016 | $2,000,000,000.00 | SunEdison, Inc. |
| 3 | TerraForm Global, Inc., for itself and on behalf of its direct and indirect subsidiaries | 5899 | 10/7/2016 | $2,000,000,000.00 | SunEdison, Inc. |
| 4 | TerraForm Power, Inc., for itself and on behalf of its direct and indirect subsidiaries | 5900 | 10/7/2016 | CUD | SunEdison, Inc. |
| 5 | TerraForm Power, Inc. for itself and on behalf of its direct and indirect subsidiaries | 6176 | 5/3/2017 | CUD | SunEdison, Inc. |
| 6 | TerraForm Global, Inc. for itself and on behalf of its direct and indirect subsidiaries | 6177 | 5/3/2017 | CUD | SunEdison, Inc. |
| 7 | TerraForm Global, Inc., for itself and on behalf of its direct and indirect subsidiaries | 6300 | 6/23/2017 | CUD | SunEdison, Inc. |
| 8 | TerraForm Power, Inc., for itself and on behalf of its direct and indirect subsidiaries | 6301 | 6/23/2017 | CUD | SunEdison, Inc. |