# **Exhibit C**

# G O O D W I N │ P R O C T E R

| | |
|---|---|
| Goodwin Procter LLP | T: 212.813.8800 |
| Counselors at Law | F: 212.355.3333 |
| The New York Times Building | goodwinprocter.com |
| 620 Eighth Avenue | |
| New York, NY 10018-1405 | |

Fed. ID #: ███████
Invoice Number:   1447101
Client Number:    128124

**EverStream Energy Capital Management, LLC**

November 5, 2015

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
October 31, 2015, in connection with the following:

| Matter | Fees | Disbursements | Total |
|---|---:|---:|---:|
| SIF Investor Negotiations | $1,585.80 | $0.00 | $1,585.80 |
| **Total Due** | **$1,585.80** | **$0.00** | **$1,585.80** |

128124/238128
JMF:jw

Mailed To:      Joseph Dierking
                EverStream Energy Capital Management, LLC
                VIA EMAIL Joseph.dierking@serviceproviderbilling.everstreamc
                420 Miller Avenue, Suite 102
                Mill Valley, CA 94941

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire:** ████████████████████████████████████████

# GOODWIN | PROCTER

Goodwin Procter LLP          T: 212.813.8800

Counselors at Law            F: 212.355.3333

The New York Times Building  goodwinprocter.com

620 Eighth Avenue

New York, NY 10018-1405

Fed. ID #: ▇▇▇▇▇
Invoice Number:  1447101
Client Number:  128124

### EverStream Energy Capital Management, LLC
### (SIF Investor Negotiations)

November 5, 2015

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
October 31, 2015, in connection with the following:

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 10/29/15 | Ferguson, John | 0.2 | ▇▇▇▇▇▇▇▇ |
| 10/29/15 | Gruen, Mandee | 1.7 | ▇▇▇▇▇▇▇▇ |
| 10/30/15 | Gruen, Mandee | 0.3 | ▇▇▇▇▇▇▇▇ |

| | | |
|---|---:|---|
| **Total Hours** | **2.2** | **Total Fees** |
| Professional Discount | | $1,762.00 |
| | | -$176.20 |
| Adjusted Total | | $1,585.80 |

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|------:|------:|------:|
| Ferguson, John | 0.2 | $1,060.00 | $212.00 |
| Gruen, Mandee | 2.0 | 775.00 | 1,550.00 |
| **Total** | **2.2** | | **$1,762.00** |

G O O D W I N | P R O C T E R

**Bill Summary**

| | |
|---|---|
| Total Fees | $1,762.00 |
| Professional Discount | -176.20 |
| **Total Due** | **$1,585.80** |

128124/238128
JMF:jw

Mailed To:      Joseph Dierking
EverStream Energy Capital Management, LLC
VIA EMAIL Joseph.dierking@serviceproviderbilling.everstreamc
420 Miller Avenue, Suite 102
Mill Valley, CA 94941

# G O O D W I N | P R O C T E R

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

T: 212.813.8800
F: 212.355.3333
goodwinprocter.com

---

Fed. ID #:            ████████
Invoice Number:    1453851
Client Number:    128124

### EverStream Energy Capital Management, LLC

December 7, 2015

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
November 30, 2015, in connection with the following:

| Matter | Fees | Disbursements | Total |
|--------|------|---------------|-------|
| SIF Investor Negotiations | $6,116.40 | $0.00 | $6,116.40 |
| **Total Due** | **$6,116.40** | **$0.00** | **$6,116.40** |

128124/238128
JMF:jw

Mailed To:      Joseph Dierking
EverStream Energy Capital Management, LLC
VIA EMAIL Joseph.dierking@serviceproviderbilling.everstreamc
420 Miller Avenue, Suite 102
Mill Valley, CA 94941

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire:** ████████████████████████████████
████████████████████████████████████████

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

T: 212.813.8800
F: 212.355.3333
goodwinprocter.com

Fed. ID #: ▮▮▮▮▮
Invoice Number:    1453851
Client Number:    128124

**EverStream Energy Capital Management, LLC**
**(SIF Investor Negotiations)**

December 7, 2015

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
November 30, 2015, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/12/15 | Gruen, Mandee | 1.4 | █████████████ |
| 11/12/15 | Johnson, Amy | 0.1 | █████████████ |
| 11/16/15 | Ferguson, John | 0.1 | █████████████ |
| 11/16/15 | Gruen, Mandee | 1.1 | █████████████ |
| 11/16/15 | Johnson, Amy | 0.2 | █████████████ |
| 11/16/15 | Fox, Gregory | 0.5 | █████████████ |
| 11/16/15 | Weintraub, William | 0.2 | █████████████ |
| 11/17/15 | Ferguson, John | 0.3 | █████████████ |
| 11/17/15 | Johnson, Amy | 0.3 | █████████████ |

# GOODWIN │ PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/17/15 | Fox, Gregory | 0.2 | █████████████ |
| 11/17/15 | Weintraub, William | 2.0 | ██████████████ |
| 11/18/15 | Gruen, Mandee | 0.7 | ██████████████ |
| 11/18/15 | Johnson, Amy | 1.0 | ██████████████ |
| 11/19/15 | Johnson, Amy | 0.1 | ██████████ |
| 11/20/15 | Johnson, Amy | 0.5 | █████████ |
| 11/23/15 | Johnson, Amy | 0.1 | █████████████ |
| 11/30/15 | Gruen, Mandee | 0.2 | ████████████ |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **9.0** | **Total Fees** | **$6,796.00** |
| Professional Discount | | | | -$679.60 |
| Adjusted Total | | | | $6,116.40 |

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| Ferguson, John | 0.4 | $1,060.00 | $424.00 |
| Gruen, Mandee | 3.4 | 775.00 | 2,635.00 |
| Weintraub, William | 2.2 | 950.00 | 2,090.00 |
| Fox, Gregory | 0.7 | 710.00 | 497.00 |
| Johnson, Amy | 2.3 | 500.00 | 1,150.00 |
| **Total** | **9.0** | | **$6,796.00** |

## Bill Summary

| | |
|---|---|
| Total Fees | $6,796.00 |
| Professional Discount | -679.60 |
| **Total Due** | **$6,116.40** |

G O O D W I N ┃ P R O C T E R

128124/238128
JMF:jw


Mailed To:       Joseph Dierking
                 EverStream Energy Capital Management, LLC
                 VIA EMAIL Joseph.dierking@serviceproviderbilling.everstreamc
                 420 Miller Avenue, Suite 102
                 Mill Valley, CA 94941

# G O O D W I N | P R O C T E R

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

T: 212.813.8800
F: 212.355.3333

goodwinprocter.com

---

Fed. ID #: ▮▮▮▮▮
Invoice Number:   1460141
Client Number:   128124

### EverStream Energy Capital Management, LLC

January 7, 2016

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
December 31, 2015, in connection with the following:

| Matter | Fees | Disbursements | Total |
|---|---|---|---|
| SIF Investor Negotiations | $2,477.25 | $15.30 | $2,492.55 |
| **Total Due** | **$2,477.25** | **$15.30** | **$2,492.55** |

128124/238128
JMF:jw

Mailed To:      Tracy Godfrey
CFO
EverStream Energy Capital Management, LLC
101 California Street
Suite 2880
San Francisco, CA 94111
VIA EMAIL  tracy.godfrey@everstreamcapital.com

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

Payment Instructions:
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

T: 212.813.8800

F: 212.355.3333

goodwinprocter.com

Fed. ID #: ███████
Invoice Number:    1460141
Client Number:     128124

**EverStream Energy Capital Management, LLC**
**(SIF Investor Negotiations)**

January 7, 2016

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
December 31, 2015, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/15 | Gruen, Mandee | 0.1 | ██████████████ |
| 12/01/15 | Johnson, Amy | 1.7 | ██████████████ |
| 12/02/15 | Johnson, Amy | 0.4 | ██████████████ |
| 12/03/15 | Gruen, Mandee | 0.1 | ██████████████ |
| 12/03/15 | Johnson, Amy | 0.5 | ██████████████ |
| 12/07/15 | Johnson, Amy | 0.1 | ██████████████ |
| 12/08/15 | Gruen, Mandee | 0.1 | ██████████████ |
| 12/08/15 | Johnson, Amy | 0.3 | ██████████████ |
| 12/10/15 | Gruen, Mandee | 0.1 | ██████████████ |

# G O O D W I N | P R O C T E R

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/15 | Johnson, Amy | 0.5 |  |
| 12/15/15 | Gruen, Mandee | 0.3 |  |
| 12/15/15 | Johnson, Amy | 0.1 |  |
| 12/18/15 | Gruen, Mandee | 0.4 |  |
| 12/18/15 | Johnson, Amy | 0.1 |  |
| 12/27/15 | Johnson, Amy | 0.1 |  |

| | Hours | | |
|---|---|---|---|
| **Total Hours** | **4.9** | **Total Fees** | **$2,752.50** |
| Professional Discount | | | -$275.25 |
| Adjusted Total | | | $2,477.25 |

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| Gruen, Mandee | 1.1 | $775.00 | $852.50 |
| Johnson, Amy | 3.8 | 500.00 | 1,900.00 |
| **Total** | **4.9** | | **$2,752.50** |

| Matter Disbursement Summary | Total |
|-----------------------------|-------|
| Document Printing | $15.30 |
| **Total Disbursements** | **$15.30** |

**Bill Summary**

| | Total |
|---|---|
| Total Fees | $2,752.50 |
| Professional Discount | -275.25 |
| Total Disbursements | 15.30 |
| **Total Due** | **$2,492.55** |

128124/238128

G O O D W I N | P R O C T E R

JMF:jw


Mailed To:    Tracy Godfrey
              CFO
              EverStream Energy Capital Management, LLC
              101 California Street
              Suite 2880
              San Francisco, CA 94111
              VIA EMAIL  tracy.godfrey@everstreamcapital.com

# G O O D W I N | P R O C T E R

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

T: 212.813.8800
F: 212.355.3333

goodwinprocter.com

---

Fed. ID #: ████████
Invoice Number:   1468080
Client Number:    128124

**EverStream Energy Capital Management, LLC**

February 12, 2016

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
January 31, 2016, in connection with the following:

| Matter | Fees | Disbursements | Total |
|---|---|---|---|
| SIF Investor Negotiations | $3,965.85 | $0.00 | $3,965.85 |
| **Total Due** | **$3,965.85** | **$0.00** | **$3,965.85** |

128124/238128
JMF:jw

Mailed To:     Tracy Godfrey
               CFO
               EverStream Energy Capital Management, LLC
               101 California Street
               Suite 2880
               San Francisco, CA 94111
               VIA EMAIL  tracy.godfrey@everstreamcapital.com

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire:** ███████████████████████████████████████

# G O O D W I N | P R O C T E R

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

T: 212.813.8800

F: 212.355.3333

goodwinprocter.com

Fed. ID #: ███████
Invoice Number:    1468080
Client Number:    128124

**EverStream Energy Capital Management, LLC**
**(SIF Investor Negotiations)**

February 12, 2016

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
January 31, 2016, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/04/16 | Johnson, Amy | 0.3 | ██████████ |
| 01/12/16 | Johnson, Amy | 0.1 | ██████████ |
| 01/15/16 | Johnson, Amy | 0.3 | ██████████ |
| 01/19/16 | Gruen, Mandee | 0.1 | ██████████ |
| 01/19/16 | Johnson, Amy | 1.2 | ██████████ |
| 01/20/16 | Johnson, Amy | 0.3 | ██████████ |
| 01/21/16 | Johnson, Amy | 0.5 | ██████████ |
| 01/25/16 | Gruen, Mandee | 0.9 | ██████████ |

GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/25/16 | Johnson, Amy | 1.9 | ██████████ |
| 01/26/16 | Gruen, Mandee | 0.1 | ██████████ |
| 01/26/16 | Johnson, Amy | 0.2 | ██████████ |
| 01/27/16 | Johnson, Amy | 0.8 | ██████████ |
| 01/28/16 | Johnson, Amy | 0.4 | ██████████ |

| | | | |
|---|---|---|---|
| **Total Hours** | 7.1 | **Total Fees** | $4,406.50 |
| Professional Discount | | | -$440.65 |
| Adjusted Total | | | $3,965.85 |

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| Gruen, Mandee | 1.1 | $815.00 | $896.50 |
| Johnson, Amy | 6.0 | 585.00 | 3,510.00 |
| **Total** | **7.1** | | **$4,406.50** |

**Bill Summary**

| | |
|---|---|
| Total Fees | $4,406.50 |
| Professional Discount | -440.65 |
| **Total Due** | **$3,965.85** |

128124/238128
JMF:jw

G O O D W I N │ P R O C T E R

Mailed To:    Tracy Godfrey
                CFO
                EverStream Energy Capital Management, LLC
                101 California Street
                Suite 2880
                San Francisco, CA 94111
                VIA EMAIL  tracy.godfrey@everstreamcapital.com

# G O O D W I N | P R O C T E R

Goodwin Procter LLP                    T: 212.813.8800

Counselors at Law                      F: 212.355.3333

The New York Times Building            goodwinprocter.com

620 Eighth Avenue

New York, NY 10018-1405

---

Fed. ID #: ███████
Invoice Number:    1472598
Client Number:    128124

## EverStream Energy Capital Management, LLC

March 10, 2016

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
February 29, 2016, in connection with the following:

| Matter | Fees | Disbursements | Total |
|--------|------|---------------|-------|
| SIF Investor Negotiations | $22,069.35 | $16.70 | $22,086.05 |
| **Total Due** | **$22,069.35** | **$16.70** | **$22,086.05** |

128124/238128
JMF:jw

Mailed To:    Tracy Godfrey
              CFO
              EverStream Energy Capital Management, LLC
              101 California Street
              Suite 2880
              San Francisco, CA 94111
              VIA EMAIL  tracy.godfrey@everstreamcapital.com

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire:** ████████████████████████████████████████████
████████████████████████████████

# GOODWIN | PROCTER

Goodwin Procter LLP          T: 212.813.8800

Counselors at Law           F: 212.355.3333

The New York Times Building   goodwinprocter.com

620 Eighth Avenue

New York, NY 10018-1405

---

Fed. ID #: ████████
Invoice Number:    1472598
Client Number:     128124

**EverStream Energy Capital Management, LLC**
**(SIF Investor Negotiations)**

March 10, 2016

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
February 29, 2016, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/03/16 | Johnson, Amy | 0.1 | ████████████ |
| 02/05/16 | Gruen, Mandee | 0.3 | ████████████ |
| 02/16/16 | Ferguson, John | 0.2 | ████████████ |
| 02/17/16 | Gruen, Mandee | 1.2 | ████████████ |
| 02/18/16 | Gruen, Mandee | 1.0 | ████████████ |
| 02/19/16 | Gruen, Mandee | 2.2 | ████████████ |
| 02/19/16 | Johnson, Amy | 0.1 | ████████████ |

# GOODWIN|PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/20/16 | Johnson, Amy | 0.2 | |
| 02/21/16 | Ferguson, John | 0.4 | |
| 02/21/16 | Gruen, Mandee | 1.9 | |
| 02/21/16 | Johnson, Amy | 0.3 | |
| 02/21/16 | Saarinen, Michael | 1.3 | |
| 02/22/16 | Ferguson, John | 2.8 | |
| 02/22/16 | Gruen, Mandee | 4.1 | |
| 02/22/16 | Johnson, Amy | 3.2 | |
| 02/22/16 | Fox, Gregory | 0.2 | |

# GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/22/16 | Saarinen, Michael | 2.7 | |
| 02/22/16 | Weintraub, William | 0.5 | |
| 02/23/16 | Ferguson, John | 0.7 | |
| 02/23/16 | Gruen, Mandee | 3.7 | |
| 02/23/16 | Johnson, Amy | 2.3 | |
| 02/26/16 | Gruen, Mandee | 0.3 | |
| 02/29/16 | Ferguson, John | 0.1 | |
| 02/29/16 | Gruen, Mandee | 0.4 | |

| **Total Hours** | **30.2** | **Total Fees** | **$24,521.50** |
|---|---|---|---|
| Professional Discount | | | -$2,452.15 |
| Adjusted Total | | | $22,069.35 |

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|----------------------------|-----------|----------|-----------|
| Ferguson, John | 4.2 | $1,100.00 | $4,620.00 |
| Gruen, Mandee | 15.1 | 815.00 | 12,306.50 |
| Weintraub, William | 0.5 | 990.00 | 495.00 |
| Saarinen, Michael | 4.0 | 830.00 | 3,320.00 |
| Fox, Gregory | 0.2 | 765.00 | 153.00 |
| Johnson, Amy | 6.2 | 585.00 | 3,627.00 |

G O O D W I N | P R O C T E R

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| **Total** | **30.2** | | **$24,521.50** |

| Matter Disbursement Summary | Total |
|---|---|
| Document Printing | $16.70 |
| **Total Disbursements** | **$16.70** |

**Bill Summary**

| | |
|---|---|
| Total Fees | $24,521.50 |
| Professional Discount | -2,452.15 |
| Total Disbursements | 16.70 |
| **Total Due** | **$22,086.05** |

128124/238128
JMF:jw

Mailed To:     Tracy Godfrey
CFO
EverStream Energy Capital Management, LLC
101 California Street
Suite 2880
San Francisco, CA 94111
VIA EMAIL  tracy.godfrey@everstreamcapital.com

# G O O D W I N | P R O C T E R

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

T: 212.813.8800
F: 212.355.3333

goodwinprocter.com

---

Fed. ID #: ███████
Invoice Number:    1481373
Client Number:    128124

### EverStream Energy Capital Management, LLC

April 15, 2016

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
March 31, 2016, in connection with the following:

| Matter | Fees | Disbursements | Total |
|--------|------|---------------|-------|
| SIF Investor Negotiations | $32,324.85 | $412.81 | $32,737.66 |
| **Total Due** | **$32,324.85** | **$412.81** | **$32,737.66** |

128124/238128
JMF:jw

Mailed To:    Tracy Godfrey
CFO
EverStream Energy Capital Management, LLC
101 California Street
Suite 2880
San Francisco, CA 94111
VIA EMAIL  tracy.godfrey@everstreamcapital.com

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire:** ██████████████████████████████████████████

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

T: 212.813.8800
F: 212.355.3333

goodwinprocter.com

Fed. ID #: ████████
Invoice Number:    1481373
Client Number:    128124

**EverStream Energy Capital Management, LLC**
**(SIF Investor Negotiations)**

April 15, 2016

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
March 31, 2016, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/02/16 | Ferguson, John | 0.2 | ██████████████ |
| 03/02/16 | Gruen, Mandee | 1.5 | ██████████████ |
| 03/04/16 | Gruen, Mandee | 0.5 | ██████████████ |
| 03/04/16 | Johnson, Amy | 0.3 | ██████████████ |
| 03/05/16 | Ferguson, John | 0.1 | ██████████████ |
| 03/05/16 | Johnson, Amy | 0.9 | ██████████████ |
| 03/07/16 | Ferguson, John | 0.2 | ██████████ |
| 03/07/16 | Simes, Jeffrey | 0.2 | ██████████████ |

# GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/07/16 | Gruen, Mandee | 1.2 | |
| 03/07/16 | Johnson, Amy | 1.9 | |
| 03/08/16 | Ferguson, John | 1.2 | |
| 03/08/16 | Simes, Jeffrey | 1.5 | |
| 03/08/16 | Gruen, Mandee | 2.5 | |
| 03/08/16 | Johnson, Amy | 3.0 | |
| 03/08/16 | Weintraub, William | 1.2 | |
| 03/09/16 | Ferguson, John | 1.7 | |
| 03/09/16 | Simes, Jeffrey | 0.9 | |
| 03/09/16 | Gruen, Mandee | 3.4 | |

# GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/09/16 | Johnson, Amy | 2.0 | |
| 03/09/16 | Weintraub, William | 1.5 | |
| 03/10/16 | Simes, Jeffrey | 0.1 | |
| 03/10/16 | Gruen, Mandee | 1.7 | |
| 03/10/16 | Weintraub, William | 0.2 | |
| 03/11/16 | Gruen, Mandee | 1.0 | |
| 03/11/16 | Johnson, Amy | 0.4 | |
| 03/14/16 | Gruen, Mandee | 0.5 | |
| 03/14/16 | Johnson, Amy | 0.2 | |
| 03/15/16 | Ferguson, John | 0.1 | |
| 03/15/16 | Gruen, Mandee | 0.6 | |
| 03/16/16 | Gruen, Mandee | 0.1 | |

# GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/16/16 | Johnson, Amy | 0.1 | ████████████ |
| 03/17/16 | Ferguson, John | 0.2 | ██████████████ |
| 03/17/16 | Gruen, Mandee | 0.9 | ██████████████ |
| 03/17/16 | Johnson, Amy | 0.1 | ████████████ |
| 03/21/16 | Ferguson, John | 0.6 | ██████████████ |
| 03/21/16 | Simes, Jeffrey | 0.2 | ██████████ |
| 03/21/16 | Gruen, Mandee | 1.5 | ██████████████ |
| 03/21/16 | Johnson, Amy | 0.2 | ██████████████ |
| 03/22/16 | Gruen, Mandee | 2.1 | ██████████████ |
| 03/22/16 | Johnson, Amy | 0.1 | ██████████████ |
| 03/22/16 | Weintraub, William | 0.2 | ████████████ |
| 03/23/16 | Ferguson, John | 0.5 | █████████████ |
| 03/23/16 | Gruen, Mandee | 0.4 | █████████████ |

GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/28/16 | Ferguson, John | 0.3 | |
| 03/28/16 | Gruen, Mandee | 0.3 | |
| 03/28/16 | Johnson, Amy | 0.2 | |
| 03/28/16 | Weintraub, William | 0.2 | |
| 03/29/16 | Johnson, Amy | 0.1 | |
| 03/30/16 | Ferguson, John | 0.3 | |
| 03/30/16 | Gruen, Mandee | 1.3 | |
| 03/30/16 | Johnson, Amy | 1.3 | |
| 03/30/16 | Weintraub, William | 1.6 | |
| 03/31/16 | Johnson, Amy | 0.1 | |

G O O D W I N │ P R O C T E R

| | | | |
|---|---|---|---|
| **Total Hours** | **43.6** | **Total Fees** | **$35,916.50** |
| Professional Discount | | | -$3,591.65 |
| | | | |
| Adjusted Total | | | $32,324.85 |

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Ferguson, John | 5.4 | $1,100.00 | $5,940.00 |
| Gruen, Mandee | 19.5 | 815.00 | 15,892.50 |
| Simes, Jeffrey | 2.9 | 985.00 | 2,856.50 |
| Weintraub, William | 4.9 | 990.00 | 4,851.00 |
| Johnson, Amy | 10.9 | 585.00 | 6,376.50 |
| **Total** | **43.6** | | **$35,916.50** |

| **Matter Disbursement Summary** | **Total** |
|---|---|
| Total Duplicating Charge/Copy | $0.73 |
| Travel | 11.55 |
| Filing Fees | 196.08 |
| Document Printing | 203.70 |
| Document Scanning | 0.75 |
| **Total Disbursements** | **$412.81** |

| **Bill Summary** | |
|---|---|
| Total Fees | $35,916.50 |
| Professional Discount | -3,591.65 |
| Total Disbursements | 412.81 |
| **Total Due** | **$32,737.66** |

128124/238128
JMF:jw

Mailed To:    Tracy Godfrey
               CFO
               EverStream Energy Capital Management, LLC
               101 California Street
               Suite 2880
               San Francisco, CA 94111
               VIA EMAIL  tracy.godfrey@everstreamcapital.com

# G O O D W I N | P R O C T E R

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

T: 212.813.8800
F: 212.355.3333

goodwinprocter.com

---

Fed. ID #: ████████
Invoice Number:     1486731
Client Number:      128124

**EverStream Energy Capital Management, LLC**

May 9, 2016

**FOR PROFESSIONAL SERVICES RENDERED** for the period through April 30, 2016, in connection with the following:

| Matter | Fees | Disbursements | Total |
|---|---|---|---|
| SIF Investor Negotiations | $44,203.50 | $134.10 | $44,337.60 |
| **Total Due** | **$44,203.50** | **$134.10** | **$44,337.60** |

128124/238128
JMF:jw

Mailed To:     Tracy Godfrey
CFO
EverStream Energy Capital Management, LLC
101 California Street
Suite 2880
San Francisco, CA 94111
VIA EMAIL  tracy.godfrey@everstreamcapital.com

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire:** ████████████████████████████████████████

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

T: 212.813.8800
F: 212.355.3333
goodwinprocter.com

Fed. ID #: ███████
Invoice Number: 1486731
Client Number: 128124

## EverStream Energy Capital Management, LLC
## (SIF Investor Negotiations)

May 9, 2016

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
April 30, 2016, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/01/16 | Ferguson, John | 0.2 | ███████ |
| 04/01/16 | Gruen, Mandee | 0.5 | ███████ |
| 04/01/16 | Johnson, Amy | 0.1 | ███████ |
| 04/04/16 | Ferguson, John | 1.3 | ███████ |
| 04/04/16 | Gruen, Mandee | 2.4 | ███████ |
| 04/04/16 | Johnson, Amy | 1.2 | ███████ |

# GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/04/16 | Weintraub, William | 1.2 | |
| 04/05/16 | Ferguson, John | 0.4 | |
| 04/05/16 | Gruen, Mandee | 1.1 | |
| 04/05/16 | Weintraub, William | 0.6 | |
| 04/06/16 | Ferguson, John | 0.4 | |
| 04/06/16 | Gruen, Mandee | 3.0 | |
| 04/06/16 | Johnson, Amy | 0.2 | |
| 04/06/16 | Weintraub, William | 1.7 | |
| 04/07/16 | Ferguson, John | 0.5 | |
| 04/07/16 | Gruen, Mandee | 2.3 | |
| 04/07/16 | Johnson, Amy | 0.1 | |

# GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/07/16 | Weintraub, William | 1.8 | █████████████ |
| 04/08/16 | Ferguson, John | 2.3 | █████████████ |
| 04/08/16 | Gruen, Mandee | 4.2 | █████████████ |
| 04/08/16 | Johnson, Amy | 0.1 | █████████████ |
| 04/08/16 | Weintraub, William | 1.6 | █████████████ |
| 04/09/16 | Johnson, Amy | 0.1 | █████████████ |
| 04/10/16 | Weintraub, William | 0.2 | █████████████ |
| 04/11/16 | Gruen, Mandee | 0.1 | █████████████ |
| 04/11/16 | Johnson, Amy | 0.1 | █████████████ |
| 04/12/16 | Gruen, Mandee | 0.6 | █████████████ |
| 04/12/16 | Weintraub, William | 0.4 | █████████████ |
| 04/13/16 | Gruen, Mandee | 0.4 | █████████████ |

# GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/13/16 | Johnson, Amy | 1.3 | |
| 04/13/16 | Fox, Gregory | 0.6 | |
| 04/13/16 | Weintraub, William | 0.3 | |
| 04/14/16 | Ferguson, John | 0.2 | |
| 04/14/16 | Gruen, Mandee | 0.1 | |
| 04/15/16 | Gruen, Mandee | 0.2 | |
| 04/16/16 | Ferguson, John | 0.1 | |
| 04/16/16 | Gruen, Mandee | 0.2 | |
| 04/18/16 | Ferguson, John | 0.1 | |
| 04/18/16 | Gruen, Mandee | 0.8 | |
| 04/18/16 | Johnson, Amy | 0.6 | |
| 04/18/16 | Weintraub, William | 0.5 | |
| 04/19/16 | Gruen, Mandee | 1.0 | |
| 04/19/16 | Johnson, Amy | 0.2 | |

# GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/19/16 | Weintraub, William | 0.5 | |
| 04/20/16 | Ferguson, John | 0.3 | |
| 04/20/16 | Gruen, Mandee | 1.3 | |
| 04/20/16 | Johnson, Amy | 0.2 | |
| 04/20/16 | Weintraub, William | 0.5 | |
| 04/21/16 | Ferguson, John | 1.0 | |
| 04/21/16 | Gruen, Mandee | 3.8 | |
| 04/21/16 | Johnson, Amy | 0.7 | |
| 04/21/16 | Weintraub, William | 2.6 | |
| 04/22/16 | Gruen, Mandee | 0.6 | |
| 04/22/16 | Johnson, Amy | 0.4 | |

# GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/22/16 | Weintraub, William | 5.6 | |
| 04/26/16 | Gruen, Mandee | 1.5 | |
| 04/26/16 | Johnson, Amy | 0.2 | |
| 04/26/16 | Weintraub, William | 0.2 | |
| 04/28/16 | Gruen, Mandee | 0.3 | |
| 04/28/16 | Johnson, Amy | 0.1 | |
| 04/29/16 | Gruen, Mandee | 0.1 | |
| 04/29/16 | Johnson, Amy | 0.7 | |

| | | | |
|---|---|---|---|
| **Total Hours** | **55.9** | **Total Fees** | **$49,115.00** |
| Professional Discount | | | -$4,911.50 |
| Adjusted Total | | | $44,203.50 |

## Matter Summary by Name

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Ferguson, John | 6.8 | $1,100.00 | $7,480.00 |
| Gruen, Mandee | 24.5 | 815.00 | 19,967.50 |
| Weintraub, William | 17.7 | 990.00 | 17,523.00 |
| Fox, Gregory | 0.6 | 765.00 | 459.00 |
| Johnson, Amy | 6.3 | 585.00 | 3,685.50 |
| **Total** | **55.9** | | **$49,115.00** |

G O O D W I N | P R O C T E R

**Matter Disbursement Summary** — — — — — — — — — — — — — — **Total**

Total Duplicating Charge/Copy — — — — — — — — — — — — — — $14.55
Document Printing — — — — — — — — — — — — — — — — — — 118.65
Document Scanning — — — — — — — — — — — — — — — — — — 0.90

**Total Disbursements** — — — — — — — — — — — — — — — — **$134.10**


**Bill Summary**

Total Fees — — — — — — — — — — — — — — — — — — $49,115.00
Professional Discount — — — — — — — — — — — — — — -4,911.50
Total Disbursements — — — — — — — — — — — — — — — 134.10

**Total Due** — — — — — — — — — — — — — — — — **$44,337.60**


128124/238128
JMF:jw


Mailed To:      Tracy Godfrey
                CFO
                EverStream Energy Capital Management, LLC
                101 California Street
                Suite 2880
                San Francisco, CA 94111
                VIA EMAIL  tracy.godfrey@everstreamcapital.com

# GOODWIN | PROCTER

Goodwin Procter LLP                    T: 212.813.8800

Counselors at Law                      F: 212.355.3333

The New York Times Building            goodwinprocter.com

620 Eighth Avenue

New York, NY 10018-1405

---

Fed. ID #: ■■■■■■■
Invoice Number:    1494481
Client Number:     128124

### EverStream Energy Capital Management, LLC

June 13, 2016

**FOR PROFESSIONAL SERVICES RENDERED** for the period through May 31, 2016, in connection with the following:

| Matter | Fees | Disbursements | Total |
|---|---|---|---|
| SIF Investor Negotiations | $8,523.45 | $18.15 | $8,541.60 |
| **Total Due** | **$8,523.45** | **$18.15** | **$8,541.60** |

128124/238128
JMF:jw

Mailed To:    Tracy Godfrey
              CFO
              EverStream Energy Capital Management, LLC
              101 California Street
              Suite 2880
              San Francisco, CA 94111
              VIA EMAIL  tracy.godfrey@everstreamcapital.com

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire:** ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

T: 212.813.8800
F: 212.355.3333
goodwinprocter.com

Fed. ID #: ▮▮▮▮▮
Invoice Number:   1494481
Client Number:    128124

**EverStream Energy Capital Management, LLC**
**(SIF Investor Negotiations)**

June 13, 2016

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
May 31, 2016, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/02/16 | Gruen, Mandee | 0.4 | ████████████ |
| 05/02/16 | Johnson, Amy | 0.2 | ████████████ |
| 05/02/16 | Weintraub, William | 0.3 | ████████████ |
| 05/03/16 | Ferguson, John | 0.1 | ████████████ |
| 05/03/16 | Gruen, Mandee | 0.3 | ████████████ |
| 05/03/16 | Johnson, Amy | 0.2 | ████████████ |
| 05/06/16 | Gruen, Mandee | 0.2 | ████████████ |
| 05/06/16 | Johnson, Amy | 0.2 | ████████████ |

**GOODWIN | PROCTER**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/09/16 | Gruen, Mandee | 0.2 | |
| 05/09/16 | Johnson, Amy | 0.7 | |
| 05/09/16 | Weintraub, William | 0.4 | |
| 05/13/16 | Gruen, Mandee | 0.3 | |
| 05/13/16 | Johnson, Amy | 0.1 | |
| 05/13/16 | Weintraub, William | 1.0 | |
| 05/16/16 | Gruen, Mandee | 0.4 | |
| 05/16/16 | Johnson, Amy | 0.7 | |
| 05/16/16 | Weintraub, William | 0.5 | |
| 05/17/16 | Gruen, Mandee | 1.0 | |
| 05/17/16 | Johnson, Amy | 0.8 | |
| 05/17/16 | Weintraub, William | 0.9 | |
| 05/18/16 | Johnson, Amy | 0.1 | |

# GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/18/16 | Weintraub, William | 1.0 | ████████████████████ |
| 05/19/16 | Johnson, Amy | 0.1 | ████████████████████ |
| 05/23/16 | Weintraub, William | 0.4 | ████████████████████ |
| 05/25/16 | Johnson, Amy | 0.2 | ████████████████████ |
| 05/25/16 | Weintraub, William | 0.7 | ████████████████████ |

| **Total Hours** | **11.4** | **Total Fees** | **$9,470.50** |
|---|---|---|---|
| Professional Discount | | | -$947.05 |
| Adjusted Total | | | $8,523.45 |

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Ferguson, John | 0.1 | $1,100.00 | $110.00 |
| Gruen, Mandee | 2.8 | 815.00 | 2,282.00 |
| Weintraub, William | 5.2 | 990.00 | 5,148.00 |
| Johnson, Amy | 3.3 | 585.00 | 1,930.50 |
| **Total** | **11.4** | | **$9,470.50** |

| **Matter Disbursement Summary** | **Total** |
|---|---|
| Document Printing | $18.15 |
| **Total Disbursements** | **$18.15** |

| **Bill Summary** | |
|---|---|
| Total Fees | $9,470.50 |
| Professional Discount | -947.05 |
| Total Disbursements | 18.15 |
| **Total Due** | **$8,541.60** |

128124/238128
JMF:jw

G O O D W I N | P R O C T E R

Mailed To:     Tracy Godfrey
               CFO
               EverStream Energy Capital Management, LLC
               101 California Street
               Suite 2880
               San Francisco, CA 94111
               VIA EMAIL  tracy.godfrey@everstreamcapital.com

# GOODWIN

Goodwin Procter LLP

Counselors at Law

The New York Times Building

620 Eighth Avenue

New York, NY 10018-1405

goodwinlaw.com

T: 212.813.8800

F: 212.355.3333

Fed. ID #: ████████

Invoice Number:    1500021

Client Number:     128124

### EverStream Energy Capital Management, LLC

July 11, 2016

**FOR PROFESSIONAL SERVICES RENDERED** for the period through June 30, 2016, in connection with the following:

| Matter | Fees | Disbursements | Total |
|---|---|---|---|
| SIF Investor Negotiations | $854.10 | $26.60 | $880.70 |
| **Total Due** | **$854.10** | **$26.60** | **$880.70** |

128124/238128
JMF:jw

Mailed To:      Tracy Godfrey
                CFO
                EverStream Energy Capital Management, LLC
                101 California Street
                Suite 2880
                San Francisco, CA 94111
                VIA EMAIL  tracy.godfrey@everstreamcapital.com

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; 100 Northern Avenue; Boston, MA  02210**

**By Wire:** ████████████████████████████████████



Goodwin Procter LLP

Counselors at Law

The New York Times Building

620 Eighth Avenue

New York, NY 10018-1405


goodwinlaw.com

T: 212.813.8800

F: 212.355.3333

---

Fed. ID #: ▓▓▓▓▓▓
Invoice Number:    1500021
Client Number:    128124

**EverStream Energy Capital Management, LLC**
**(SIF Investor Negotiations)**

July 11, 2016

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
June 30, 2016, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/06/16 | Gruen, Mandee | 0.6 | ████████████████ |
| 06/13/16 | Gruen, Mandee | 0.2 | ████████████████ |
| 06/30/16 | Weintraub, William | 0.3 | ███████████ |

| | Hours | | |
|---|---|---|---|
| **Total Hours** | **1.1** | **Total Fees** | **$949.00** |
| Professional Discount | | | -$94.90 |
| Adjusted Total | | | $854.10 |

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| Gruen, Mandee | 0.8 | $815.00 | $652.00 |
| Weintraub, William | 0.3 | 990.00 | 297.00 |
| **Total** | **1.1** | | **$949.00** |



**Matter Disbursement Summary**                                                              <u>**Total**</u>

Total Duplicating Charge/Copy                                                                 $3.65
Document Printing                                                                             22.95
                                                                                    _____
**Total Disbursements**                                                                    **$26.60**


<u>**Bill Summary**</u>

Total Fees                                                                                  $949.00
Professional Discount                                                                        -94.90
Total Disbursements                                                                          26.60
                                                                                    _____
**Total Due**                                                                         <u>**$880.70**</u>


128124/238128
JMF:jw


      Mailed To:      Tracy Godfrey
                      CFO
                      EverStream Energy Capital Management, LLC
                      101 California Street
                      Suite 2880
                      San Francisco, CA 94111
                      VIA EMAIL  tracy.godfrey@everstreamcapital.com