**Hearing Date: September 12, 2017 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: September 5, 2017 at 4:00 p.m. (Prevailing Eastern Time)**

WACHTELL, LIPTON, ROSEN & KATZ
Bradley R. Wilson
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Fax: (212) 403-2000

*Counsel for Peter Blackmore, Christopher Compton and Jack F. Stark*

WILMER CUTLER PICKERING HALE AND DORR LLP
Timothy J. Perla
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Counsel for Hanif Dahya*

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich
John L. Hardiman
Veronica W. Ip
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588

*Counsel for TerraForm Global, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*,[1] | Case No. 16-10992 (SMB) |
| Debtors. | Jointly Administered |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); and TerraForm Private Holdings, LLC (5993). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

# NOTICE OF JOINT MOTION OF TERRAFORM GLOBAL, INC. AND THE ALDRIDGE DEFENDANTS FOR AN ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that TerraForm Global, Inc. ("Global"), along with Peter Blackmore ("Blackmore"), Christopher Compton ("Compton"), Jack F. Stark ("Stark") and Hanif Dahya ("Dahya" and together with Blackmore, Compton and Stark, the "Aldridge Defendants"), hereby file the *Joint Motion of TerraForm Global, Inc. and the Aldridge Defendants for an Order Granting Limited Relief from the Automatic Stay* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion and the relief requested therein, if any, must be made in writing and (a) filed with the Bankruptcy Court no later than **4:00 p.m. (Prevailing Eastern Time) on September 5, 2017** (the "Objection Deadline") and (b) served so as to be actually received by the following parties by the Objection Deadline:

(i) counsel to TerraForm Power, Inc. and TerraForm Global, Inc., Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, Attn: Michael H. Torkin (torkinm@sullcrom.com), Andrew G. Dietderich (dietdericha@sullcrom.com), John L. Hardiman (hardimanj@sullcrom.com), David R. Zylberberg (zylberbergd@sullcrom.com) and Veronica W. Ip (ipvw@sullcrom.com);

(ii) counsel to Peter Blackmore, Christopher Compton and Jack F. Stark, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019, Attn: Bradley R. Wilson (brwilson@wlrk.com);

(iii) counsel to Hanif Dahya, Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109, Attn: Timothy J. Perla (timothy.perla@wilmerhale.com);

(iv) the Debtors, SunEdison, Inc., 13736 Riverport Dr., Maryland Heights, Missouri 63043;

(v) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, Attn: Jay M. Goffman (Jay.Goffman@skadden.com) and J. Eric Ivester (Eric.Ivester@skadden.com), and 155 North Wacker Dr., Chicago, IL 60606, Attn: James J. Mazza, Jr. (James.Mazza@skadden.com) and Louis S. Chiappetta (Louis.Chiappetta@skadden.com);

(vi) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Paul Schwartzberg (Paul.Schwartzberg@usdoj.gov);

(vii) counsel to the administrative agent under the Debtors' prepetition first lien credit agreement, Latham & Watkins, 330 North Wabash Avenue, Suite 2800, Chicago, IL, Attn: Richard Levy (richard.levy@lw.com) and Brad Kotler (brad.kotler@lw.com);

(viii) counsel to the Tranche B Lenders (as defined in the debtor-in-possession credit agreement) and the steering committee of the second lien creditors, Akin Gump Strauss Hauer & Field, LLP, One Bryant Park, Bank of America Tower, New York, NY, 10036, Attn: Arik Preis (apreis@akingump.com), Daniel H. Golden (dgolden@akingump.com), Deborah Newman (djnewman@akingump.com) and David M. Zensky (dzensky@akingump.com);

(ix) counsel to the administrative agent under the Debtors' prepetition second lien credit agreement, Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, NY 10036, Attn: Daniel S. Brown (daniel.brown@pillsburylaw.com) and Leo S. Crowley (leo.crowley@pillsburylaw.com);

(x) counsel to the collateral trustee under the Debtors' prepetition second lien credit agreement and the indenture trustee under each of the Debtors' outstanding bond issuances, Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, New York, NY 10007, Attn: Andrew Goldman (andrew.goldman@wilmerhale.com), Andrew Glantz (andrew.glantz@wilmerhale.com), Charles Platt (charles.platt@wilmerhale.com) and Lauren Lifland (lauren.lifland@wilmerhale.com), and 60 State Street, Boston, MA 02109, Attn: Benjamin Loveland (benjamin.loveland@wilmerhale.com), and 1875 Pennsylvania Avenue NW, Washington, DC 20006, Attn: Nancy Manzer (nancy.manzer@wilmerhale.com);

(xi) the Office of the United States Attorney for the Southern District of New York, 86 Chambers Street, 3rd Floor, New York, NY 10007;

(xii) counsel to the administrative agent under the postpetition debtor-in-possession financing facility, White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036-2787, Attn: Scott Greissman (sgreissman@whitecase.com), Elizabeth Feld (efeld@whitecase.com) and Douglas P. Baumstein (dbaumstein@whitecase.com);

(xiii) counsel to the ad hoc group of certain holders of the Debtors' convertible senior notes, White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036-2787, Attn: Tom Lauria (tlauria@whitecase.com);

(xiv) counsel to the official committee of unsecured creditors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Joshua S. Amsel, Matthew S. Barr, David J. Lender, Joseph H. Smolinsky, Jill Frizzley and Ronit J. Berkovich (SunEWeilBFR@weil.com) and Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi (lmarinuzzi@mofo.com), Jennifer Marines (jmarines@mofo.com) and Jonathan I. Levine (jonlevine@mofo.com);

      (xv)    the Internal Revenue Service, 290 Broadway, New York, NY 10007, Attn: District Director; and

      (xvi)    the Securities and Exchange Commission, 200 Vesey Street, Suite 400, New York, NY 10281, Attn: Bankruptcy Department.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004 (the "Bankruptcy Court"), on **September 12, 2017 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Motion, with proof of service, is filed with the Bankruptcy Court and a courtesy copy delivered to the Honorable Stuart M. Bernstein's chambers by the Objection Deadline, Global and the Aldridge Defendants may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order attached to the Motion, which order may be entered with no further notice or opportunity to be heard.

Dated: August 22, 2017
       New York, New York

                            WACHTELL, LIPTON, ROSEN & KATZ

                      By:   /s/ Bradley R. Wilson
                            Bradley R. Wilson
                            51 West 52nd Street
                            New York, New York  10019
                            Telephone:  (212) 403-1000
                            Fax:  (212) 403-2000

                            *Counsel for Peter Blackmore, Christopher Compton and Jack F. Stark*

        WILMER CUTLER PICKERING HALE AND DORR LLP

By:   /s/ Timothy J. Perla
      Timothy J. Perla
      60 State Street
      Boston, Massachusetts 02109
      Telephone: (617) 526-6000
      Fax: (617) 526-5000

*Counsel for Hanif Dahya*

SULLIVAN & CROMWELL LLP

By:   /s/ Andrew G. Dietderich
      Andrew G. Dietderich
      John L. Hardiman
      Veronica W. Ip
      125 Broad Street
      New York, New York 10004
      Telephone: (212) 558-4000
      Fax: (212) 558-3588

*Counsel for TerraForm Global, Inc.*