Andrew G. Dietderich
John L. Hardiman
Veronica W. Ip
Elizabeth A. Miller
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588

*Counsel for TerraForm Global, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*,[1] | Case No. 16-10922 (SMB) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

I, ELIZABETH A. MILLER, am over 18 years of age, not a party to the above-captioned action, and on August 23, 2017, I caused to be served the *Joint Motion of TerraForm*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); and TerraForm Private Holdings, LLC (5993). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

SC1:4474699.2

*Global, Inc. and the Aldridge Defendants for an Order Granting Limited Relief from the Automatic Stay* [Docket No. 3928], the *Declaration of Timothy J. Perla in Support of Joint Motion of TerraForm Global, Inc. and the Aldridge Defendants for an Order Granting Limited Relief from the Automatic Stay* [Docket No. 3929] and the *Notice of Joint Motion of TerraForm Global, Inc. and the Aldridge Defendants for an Order Granting Limited Relief from the Automatic Stay* [Docket No. 3930] by causing true and correct copies to be:

1. delivered by hand to the party listed on the annexed Exhibit A, and

2. delivered via e-mail and first class mail upon the parties listed on the annexed Exhibit B; and

3. delivered via first class mail upon the parties listed on the annexed Exhibit C.

Dated: August 25, 2017　　　　/s/ Elizabeth A. Miller
　　　　New York, New York　　Andrew G. Dietderich
　　　　　　　　　　　　　　　John L. Hardiman
　　　　　　　　　　　　　　　Veronica W. Ip
　　　　　　　　　　　　　　　Elizabeth A. Miller
　　　　　　　　　　　　　　　SULLIVAN & CROMWELL LLP
　　　　　　　　　　　　　　　125 Broad Street
　　　　　　　　　　　　　　　New York, New York  10004
　　　　　　　　　　　　　　　Telephone:　(212) 558-4000
　　　　　　　　　　　　　　　Facsimile:　(212) 558-3588
　　　　　　　　　　　　　　　E-mail:　　dietdericha@sullcrom.com
　　　　　　　　　　　　　　　　　　　　hardimanj@sullcrom.com
　　　　　　　　　　　　　　　　　　　　ipvw@sullcrom.com

*Counsel for TerraForm Global, Inc.*

## **Exhibit A**

<u>Delivered by Hand</u>

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

**Exhibit B**

Delivered via Electronic Mail and First Class Mail

Counsel for the Debtors:

>Skadden, Arps, Slate, Meagher & Flom LLP
>Attn: Jay Goffman and Eric Ivester
>4 Times Square
>New York, NY 10036
>jay.goffman@skadden.com
>eric.ivester@skadden.com
>
>and
>
>Attn: James J. Mazza, Jr. and Louis Chiappetta
>155 N. Wacker Drive, Suite 2700
>Chicago, IL 60606
>james.mazza@skadden.com
>louis.chiappetta@skadden.com

Counsel for the DIP Arrangers and DIP Agent:

>White & Case LLP
>Attn: Scott Greissman, Elizabeth Feld and Douglas P. Baumstein
>1221 Avenue of the Americas
>New York, NY 10036-2787
>sgreissman@whitecase.com
>efeld@whitecase.com
>dbaumstein@whitecase.com

Counsel for the Prepetition First Lien Agent:

>Latham & Watkins, LLP
>Attn: Richard Levy and Brad Kotler
>330 North Wabash Avenue, Suite 2800
>Chicago, IL 60611
>richard.levy@lw.com
>brad.kotler@lw.com

Counsel for the Tranche B Lenders and the Steering Committee:

    Akin Gump Strauss Hauer & Feld, LLP
    Attn: Arik Preis, Daniel H. Golden, Deborah Newman and David M. Zensky
    One Bryant Park
    New York, NY 10036
    apreis@akingump.com
    dgolden@akingump.com
    djnewman@akingump.com
    dzensky@akingump.com

Counsel for the Second Lien Administrative Agent:

    Pillsbury Winthrop Shaw Pittman LLP
    Attn: Daniel S. Brown and Leo S. Crowley
    1540 Broadway
    New York, NY 10036
    daniel.brown@pillsburylaw.com
    leo.crowley@pillsburylaw.com

Counsel for the Collateral Trustee to the Prepetition Second Lien Credit Agreement:

    Wilmer Cutler Pickering Hale and Dorr LLP
    Attn: Andrew Goldman, Andrew Glantz, Charles Platt, Lauren Lifland
    7 World Trade Center
    250 Greenwich Street
    New York, NY 10007
    andrew.goldman@wilmerhale.com
    andrew.glantz@wilmerhale.com
    charles.platt@wilmerhale.com
    lauren.lifland@wilmerhale.com

    and

    Attn: Benjamin Loveland
    60 State Street
    Boston, MA 02109
    benjamin.loveland@wilmerhale.com

    and

    Attn: Nancy Manzer
    1875 Pennsylvania Avenue NW
    Washington, DC 20006
    nancy.manzer@wilmerhale.com

-2-

Counsel for the Ad Hoc Group of Convertible Noteholders:

>White & Case LLP
>Attn: Tom Lauria
>200 South Biscayne Boulevard, Suite 4900
>Miami, FL 33131-2532
>tlauria@whitecase.com

Counsel for the Official Committee of Unsecured Creditors:

>Weil, Gotshal & Manges LLP
>Attn: Joshua S. Amsel, Matthew S. Barr, David J. Lender, Joseph H. Smolinsky, Jill Frizzley and Ronit J. Berkovich
>767 Fifth Avenue
>New York, NY 10153-0119
>SunEWeilBFR@weil.com

>and

>Morrison & Foerster LLP
>Attn: Lorenzo Marinuzzi, Jennifer Marines and Jonathan I. Levine
>250 West 55th Street
>New York, NY 10019
>lmarinuzzi@mofo.com
>jmarines@mofo.com
>jonlevine@mofo.com

Office of United States Trustee:

>Office of the United States Trustee
>Attn: Paul Schwartzberg
>U.S. Federal Office Building
>201 Varick Street, Suite 1006
>New York, New York 10014
>paul.schwartzberg@usdoj.gov

The Securities and Exchange Commission:

>Attn: Bankruptcy Department
>200 Vesey Street, Suite 400
>New York, NY 10281
>bankruptcynoticeschr@sec.gov

# Exhibit C

<u>Delivered via First Class Mail</u>

<u>Office of the United States Attorney for the Southern District of New York</u>:

>86 Chambers Street, 3rd Floor
>New York, NY 10007

<u>The Internal Revenue Service</u>:

>Attn: District Director
>290 Broadway
>New York, NY 10007