Andrew G. Dietderich
John L. Hardiman
Veronica W. Ip
Timothy A. Markey
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588

*Counsel for TerraForm Global, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*,[1] | Case No. 16-10922 (SMB) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

      I, TIMOTHY A. MARKEY, am over 18 years of age, not a party to the above-captioned action, and on September 8, 2017, I caused to be served the *Certificate of No Objection*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); and TerraForm Private Holdings, LLC (5993). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

SC1:4485819.1

*Regarding the Joint Motion of TerraForm Global, Inc. and the Aldridge Defendants for an Order Granting Limited Relief from the Automatic Stay* [Docket No. 3997] by causing true and correct copies to be:

1. delivered by hand to the party listed on the annexed Exhibit A, and

2. delivered via e-mail and first class mail upon the parties listed on the annexed Exhibit B; and

3. delivered via first class mail upon the parties listed on the annexed Exhibit C.

Dated: September 8, 2017
       New York, New York

/s/ Timothy A. Markey
Andrew G. Dietderich
John L. Hardiman
Veronica W. Ip
Timothy A. Markey
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
            hardimanj@sullcrom.com
            ipvw@sullcrom.com
            markeyt@sullcrom.com

*Counsel for TerraForm Global, Inc.*

## Exhibit A

<u>Delivered by Hand</u>

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

**Exhibit B**

<u>Delivered via Electronic Mail and First Class Mail</u>

<u>Counsel for the Debtors</u>:

    Skadden, Arps, Slate, Meagher & Flom LLP
    Attn: Jay Goffman and Eric Ivester
    4 Times Square
    New York, NY 10036
    jay.goffman@skadden.com
    eric.ivester@skadden.com

    and

    Attn: James J. Mazza, Jr. and Louis Chiappetta
    155 N. Wacker Drive, Suite 2700
    Chicago, IL 60606
    james.mazza@skadden.com
    louis.chiappetta@skadden.com

<u>Counsel for the DIP Arrangers and DIP Agent</u>:

    White & Case LLP
    Attn: Scott Greissman, Elizabeth Feld and Douglas P. Baumstein
    1221 Avenue of the Americas
    New York, NY 10036-2787
    sgreissman@whitecase.com
    efeld@whitecase.com
    dbaumstein@whitecase.com

<u>Counsel for the Prepetition First Lien Agent</u>:

    Latham & Watkins, LLP
    Attn: Richard Levy and Brad Kotler
    330 North Wabash Avenue, Suite 2800
    Chicago, IL 60611
    richard.levy@lw.com
    brad.kotler@lw.com

Counsel for the Tranche B Lenders and the Steering Committee:

>Akin Gump Strauss Hauer & Feld, LLP
>Attn: Arik Preis, Daniel H. Golden, Deborah Newman and David M. Zensky
>One Bryant Park
>New York, NY 10036
>apreis@akingump.com
>dgolden@akingump.com
>djnewman@akingump.com
>dzensky@akingump.com

Counsel for the Second Lien Administrative Agent:

>Pillsbury Winthrop Shaw Pittman LLP
>Attn: Daniel S. Brown and Leo S. Crowley
>1540 Broadway
>New York, NY 10036
>daniel.brown@pillsburylaw.com
>leo.crowley@pillsburylaw.com

Counsel for the Collateral Trustee to the Prepetition Second Lien Credit Agreement:

>Wilmer Cutler Pickering Hale and Dorr LLP
>Attn: Andrew Goldman, Andrew Glantz, Charles Platt, Lauren Lifland
>7 World Trade Center
>250 Greenwich Street
>New York, NY 10007
>andrew.goldman@wilmerhale.com
>andrew.glantz@wilmerhale.com
>charles.platt@wilmerhale.com
>lauren.lifland@wilmerhale.com

>and

>Attn: Benjamin Loveland
>60 State Street
>Boston, MA 02109
>benjamin.loveland@wilmerhale.com

>and

>Attn: Nancy Manzer
>1875 Pennsylvania Avenue NW
>Washington, DC 20006
>nancy.manzer@wilmerhale.com

-2-

<u>Counsel for the Ad Hoc Group of Convertible Noteholders</u>:

    White & Case LLP
    Attn: Tom Lauria
    200 South Biscayne Boulevard, Suite 4900
    Miami, FL 33131-2532
    tlauria@whitecase.com

<u>Counsel for the Official Committee of Unsecured Creditors</u>:

    Weil, Gotshal & Manges LLP
    Attn: Joshua S. Amsel, Matthew S. Barr, David J. Lender, Joseph H. Smolinsky, Jill Frizzley and Ronit J. Berkovich
    767 Fifth Avenue
    New York, NY 10153-0119
    SunEWeilBFR@weil.com

    and

    Morrison & Foerster LLP
    Attn: Lorenzo Marinuzzi, Jennifer Marines and Jonathan I. Levine
    250 West 55th Street
    New York, NY 10019
    lmarinuzzi@mofo.com
    jmarines@mofo.com
    jonlevine@mofo.com

<u>Office of United States Trustee</u>:

    Office of the United States Trustee
    Attn: Paul Schwartzberg
    U.S. Federal Office Building
    201 Varick Street, Suite 1006
    New York, New York 10014
    paul.schwartzberg@usdoj.gov

<u>The Securities and Exchange Commission</u>:

    Attn: Bankruptcy Department
    200 Vesey Street, Suite 400
    New York, NY 10281
    bankruptcynoticeschr@sec.gov

**Exhibit C**

<u>Delivered via First Class Mail</u>

<u>Office of the United States Attorney for the Southern District of New York</u>:

    86 Chambers Street, 3rd Floor
    New York, NY 10007

<u>The Internal Revenue Service</u>:

    Attn: District Director
    290 Broadway
    New York, NY 10007