John L. Hardiman
Veronica W. Ip
Timothy A. Markey
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Fax:  (212) 558-3588

*Counsel for TerraForm Global, Inc. and
TerraForm Power, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| SUNEDISON, INC., *et al.*,[1] | ) Case No. 16-10922 (SMB) ) |
| Debtors. | ) Jointly Administered ) |

**AFFIDAVIT OF SERVICE**

       I, TIMOTHY A. MARKEY, am over 18 years of age, not a party to the above-captioned action, and on September 27, 2017, I caused to be served the *Yieldcos' Response to the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows:  SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC  (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); and TerraForm Private Holdings, LLC (5993).  The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

*Objection of Carlos Domenech Zornoza and Francisco Perez Gundin to the Debtors' Motion for Order Authorizing and Approving D&O Insurance Allocation Agreement* [Docket No. 4062] and the *Declaration of Timothy J. Perla in Support of the Yieldcos' Response to the Objection of Carlos Domenech Zornoza and Francisco Perez Gundin to the Debtors' Motion for Order Authorizing and Approving D&O Insurance Allocation Agreement* [Docket No. 4063] by causing true and correct copies to be:

    1.    delivered by hand to the party listed on the annexed Exhibit A, and

    2.    delivered via e-mail and first class mail upon the parties listed on the annexed Exhibit B; and

    3.    delivered via first class mail upon the parties listed on the annexed Exhibit C.

Dated:  September 27, 2017  
         New York, New York

/s/ Timothy A. Markey  
John L. Hardiman  
Veronica W. Ip  
Timothy A. Markey  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, New York  10004  
Telephone:  (212) 558-4000  
Facsimile:  (212) 558-3588  
E-mail:  hardimanj@sullcrom.com  
        ipvw@sullcrom.com  
        markeyt@sullcrom.com

*Counsel for TerraForm Global, Inc. and TerraForm Power, Inc.*

## **Exhibit A**

<u>Delivered by Hand</u>

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

**Exhibit B**

<u>Delivered via Electronic Mail and First Class Mail</u>

<u>Counsel for Carlos Domenech Zornoza and Francisco Perez Gundin</u>:

    Hinckley, Allen & Snyder LLP
    Attn: Kevin J. O'Connor and Jennifer V. Doran
    28 State Street
    Boston, MA 02109
    koconnor@hinckleyallen.com
    jdoran@hinckleyallen.com

<u>Counsel for the Debtors</u>:

    Skadden, Arps, Slate, Meagher & Flom LLP
    Attn: Jay Goffman and Eric Ivester
    4 Times Square
    New York, NY 10036
    jay.goffman@skadden.com
    eric.ivester@skadden.com

    and

    Attn: James J. Mazza, Jr. and Louis Chiappetta
    155 N. Wacker Drive, Suite 2700
    Chicago, IL 60606
    james.mazza@skadden.com
    louis.chiappetta@skadden.com

<u>Counsel for the DIP Arrangers and DIP Agent</u>:

    White & Case LLP
    Attn: Scott Greissman, Elizabeth Feld and Douglas P. Baumstein
    1221 Avenue of the Americas
    New York, NY 10036-2787
    sgreissman@whitecase.com
    efeld@whitecase.com
    dbaumstein@whitecase.com

Counsel for the Prepetition First Lien Agent:

>Latham & Watkins, LLP
>Attn: Richard Levy and Brad Kotler
>330 North Wabash Avenue, Suite 2800
>Chicago, IL 60611
>richard.levy@lw.com
>brad.kotler@lw.com

Counsel for the Tranche B Lenders and the Steering Committee:

>Akin Gump Strauss Hauer & Feld, LLP
>Attn: Arik Preis, Daniel H. Golden, Deborah Newman and David M. Zensky
>One Bryant Park
>New York, NY 10036
>apreis@akingump.com
>dgolden@akingump.com
>djnewman@akingump.com
>dzensky@akingump.com

Counsel for the Second Lien Administrative Agent:

>Pillsbury Winthrop Shaw Pittman LLP
>Attn: Daniel S. Brown and Leo S. Crowley
>1540 Broadway
>New York, NY 10036
>daniel.brown@pillsburylaw.com
>leo.crowley@pillsburylaw.com

Counsel for the Ad Hoc Group of Convertible Noteholders:

>White & Case LLP
>Attn: Tom Lauria
>200 South Biscayne Boulevard, Suite 4900
>Miami, FL 33131-2532
>tlauria@whitecase.com

Counsel for the Collateral Trustee to the Prepetition Second Lien Credit Agreement:

    Wilmer Cutler Pickering Hale and Dorr LLP
    Attn: Andrew Goldman, Andrew Glantz, Charles Platt, Lauren Lifland
    7 World Trade Center
    250 Greenwich Street
    New York, NY 10007
    andrew.goldman@wilmerhale.com
    andrew.glantz@wilmerhale.com
    charles.platt@wilmerhale.com
    lauren.lifland@wilmerhale.com

    and

    Attn: Benjamin Loveland
    60 State Street
    Boston, MA 02109
    benjamin.loveland@wilmerhale.com

    and

    Attn: Nancy Manzer
    1875 Pennsylvania Avenue NW
    Washington, DC 20006
    nancy.manzer@wilmerhale.com

Counsel for the Official Committee of Unsecured Creditors:

    Weil, Gotshal & Manges LLP
    Attn: Joshua S. Amsel, Matthew S. Barr, David J. Lender, Joseph H. Smolinsky, Jill Frizzley and Ronit J. Berkovich
    767 Fifth Avenue
    New York, NY 10153-0119
    SunEWeilBFR@weil.com

    and

    Morrison & Foerster LLP
    Attn: Lorenzo Marinuzzi, Jennifer Marines and Jonathan I. Levine
    250 West 55th Street
    New York, NY 10019
    lmarinuzzi@mofo.com
    jmarines@mofo.com
    jonlevine@mofo.com

<u>Office of United States Trustee</u>:

>Office of the United States Trustee
>Attn: Paul Schwartzberg
>U.S. Federal Office Building
>201 Varick Street, Suite 1006
>New York, New York 10014
>paul.schwartzberg@usdoj.gov

<u>The Securities and Exchange Commission</u>:

>Attn: Bankruptcy Department
>200 Vesey Street, Suite 400
>New York, NY 10281
>bankruptcynoticeschr@sec.gov

## Exhibit C

<u>Delivered via First Class Mail</u>

<u>Office of the United States Attorney for the Southern District of New York</u>:

    86 Chambers Street, 3rd Floor
    New York, NY 10007

<u>The Internal Revenue Service</u>:

    Attn: District Director
    290 Broadway
    New York, NY 10007