**Objection Deadline:  October 20, 2017**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Lorenzo Marinuzzi
Jonathan I. Levine
Jennifer L. Marines

*Special Renewable Energy Counsel to*
*the Official Committee of Unsecured Creditors of*
*SunEdison, Inc., et al.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SUNEDISON, INC., *et al.*,[1] | ) | Case No. 16-10992 (SMB) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SIXTEENTH MONTHLY FEE STATEMENT OF MORRISON & FOERSTER LLP
AS SPECIAL RENEWABLE ENERGY COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
<u>AUGUST 1, 2017 THROUGH AUGUST 31, 2017</u>**

---

[1] The last four digits of SunEdison, Inc.'s tax identification number are 5767.  The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.  Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/sunedison/Home-Index.

ny-1300345

| Name of Applicant: | Morrison & Foerster LLP |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | June 8, 2016 *nunc pro tunc* to April 29, 2016 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2017 through August 31, 2017 (the "Fee Period") |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $8,759.50 (80% = $7,007.60) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $408.44 |

This is a(n) **X** monthly ___ interim __ final application.  No prior application was filed for this Fee Period.[2]

---

[2] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order (as defined herein), and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order.

2

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the *Order Granting Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 331, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on June 12, 2016 [Docket No. 258] (the "Interim Compensation Order"), Morrison & Foerster LLP ("Morrison & Foerster" or the "Firm"), Special Renewable Energy Counsel to the Official Committee of Unsecured Creditors of SunEdison, Inc. and its subsidiaries that are debtors and debtors-in-possession in these proceedings (collectively, the "Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (a) compensation in the amount of $8,759.50 for the actual, reasonable and necessary legal services rendered to the Debtors during the Fee Period (80% of which is $7,007.60), and (b) reimbursement for the actual and necessary expenses incurred by Morrison & Foerster during the Fee Period in the amount of $408.44.

### Itemization of Services Rendered and Disbursements Incurred

1.      In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Morrison & Foerster's attorneys and paraprofessionals during the Fee Period with respect to each of the subject matter categories established by Morrison & Foerster in accordance with its internal billing procedures.  Morrison & Foerster is requesting $8,759.50 in fees during the Fee Period.  Pursuant to this Monthly Fee Statement, Morrison & Foerster seeks payment for 80% of such fees, which is $7,007.60.

- **Exhibit B** is a schedule providing certain information regarding the Morrison & Foerster attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement.  Attorneys and paraprofessionals of Morrison & Foerster have expended a total of 18.9 hours in connection with these chapter 11 cases during the Fee Period.

ny-1300345

- **Exhibit C** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Morrison & Foerster is seeking reimbursement in this Monthly Fee Statement.

- **Exhibit D** consists of Morrison & Foerster's time detail and records of fees and expenses incurred during the Fee Period.

WHEREFORE, Morrison & Foerster requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $7,416.04 consisting of (a) $7,007.60, which is 80% of the fees incurred by the Committee for reasonable and necessary professional services rendered by Morrison & Foerster, and (b) $408.44 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors.

Dated: October 10, 2017
New York, New York

/s/ Jonathan I. Levine
Lorenzo Marinuzzi
Jonathan I. Levine
Jennifer L. Marines
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Special Renewable Energy Counsel to the
Official Committee of Unsecured Creditors of
SunEdison, Inc., et al.*

4

**Exhibit A**

ny-1300345

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 001 | Case Administration | 11.10 | $3,772.50 |
| 002 | Meetings and Communications with Creditors | 1.20 | $949.00 |
| 003 | Hearings | 1.60 | $1,461.50 |
| 005 | Energy Asset Sales | 0.50 | $509.00 |
| 008 | Employment and Fee Applications | 3.10 | $1,773.50 |
| 014 | Other Motions/Applications | 0.30 | $294.00 |
| 016 | Time Entry Review | 1.10 | $726.00 |
| **Total Incurred:** | | **18.9** | **$9,485.50** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred):** | | | **$(726.00)** |
| **Total Requested:** | | | **$8,759.50** |

ny-1300345

**<u>Exhibit B</u>**

ny-1300345

### Attorney and Paraprofessional Information

The Morrison & Foerster attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted / Length of Time in Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Levine, Jonathan I. | Partner | 2001 | Business Restructuring & Insolvency | $1,075.00 | 1.90 | $2,042.50 |
| Sluder, Elizabeth C. | Partner | 2004 | Finance | $980.00 | 1.20 | $1,176.00 |
| Connelly, Rahman | Associate | 2014 | Business Restructuring & Insolvency | $660.00 | 2.40 | $1,584.00 |
| Cornell, Huilin Wang | Associate | 2013 | Finance | $600.00 | 0.10 | $60.00 |
| Rosales Sanabria, Diana | Associate | 2016 | Finance | $545.00 | 0.50 | $272.50 |
| Guido, Laura | Senior Paralegal | 9 ½ years | Business Restructuring & Insolvency | $340.00 | 12.70 | $4,318.00 |
| Braun, Danielle | Paralegal | 3 ½ years | Business Restructuring & Insolvency | $325.00 | 0.10 | $32.50 |
| **Total Incurred:** | | | | | **18.9** | **$9,485.50** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred):** | | | | | | **$(726.00)** |
| **Total Requested:** | | | | | | **$8,759.50** |

## Total Partners, Of Counsel, Associates and Paraprofessionals

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,038.22 | 3.1 | $3,218.50 |
| Associates and Attorneys | $638.83 | 3.0 | $1,916.50 |
| **Total Incurred by All Attorneys:** | | **6.1** | **$5,135.00** |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | | | $(726.00) |
| **Blended Attorney Rate:** | **$722.78** | **6.1** | **$4,409.00** |
| Paraprofessionals and Non-Legal Staff | $339.88 | 12.8 | $4,350.50 |
| **Total Requested:** | **$463.46** | **18.9** | **$8,759.50** |

ny-1300345

## **Exhibit C**

ny-1300345

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
| --- | --- |
| Reporting Fees | $86.00 |
| Miscellaneous Disbursement - CourtCall | $307.00 |
| On-line Research - OTHER DATABASE - ALM MEDIA LLC | $15.44 |
| **Total Requested:** | **$408.44** |

ny-1300345

**Exhibit D**

ny-1300345

# MORRISON | FOERSTER

PO BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW MOFO COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

SunEdison, Inc.
13736 Riverport Dr.
Maryland Heights, MO 63043
Attn: Martin H. Truong, General Counsel

**Taxpayer ID #**
Invoice Number:  5664813
Invoice Date:  September 30, 2017

Client/Matter Number:  076900-0000001

Matter Name:   BANKRUPTCY OF
SUNEDISON INC.

Client Contact:   Martin H. Truong

RE:          BANKRUPTCY OF SUNEDISON INC.

*For Professional Services Rendered and Disbursements Incurred through August 31, 2017*

|  | U.S.Dollars |
|---|---|
| Current Fees | 9,485.50 |
| Client Accommodation - Time Entry Review | (726.00) |
| Current Fees Value | 8,759.50 |
| Current Disbursements | 408.44 |
| **Total This Invoice** | **9,167.94** |

**Payment may be made by Electronic Funds transfer to the firm's account**

**MORRISON | FOERSTER**

Matter Number: 076900-0000001                     Invoice Number: 5664813
Matter Name: BANKRUPTCY OF SUNEDISON INC.          Invoice Date: September 30, 2017

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| **Case Administration** | | | | |
| 01-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.3); retrieve securities litigation complaints (.4). | Guido, Laura | 0.80 | 272.00 |
| 02-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.2). | Guido, Laura | 0.30 | 102.00 |
| 03-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.2); update case calendar and provide updates to same (.7). | Guido, Laura | 1.00 | 340.00 |
| 04-Aug-17 | Circulate notice of ECF filings to attorneys. | Guido, Laura | 0.20 | 68.00 |
| 07-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.3); update case calendar and provide updates to same (.4). | Guido, Laura | 0.80 | 272.00 |
| 08-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.2). | Guido, Laura | 0.30 | 102.00 |
| 09-Aug-17 | Review docket and circulate update to internal working group for attorney review. | Braun, Danielle Eileen | 0.10 | 32.50 |
| 09-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1). | Guido, Laura | 0.20 | 68.00 |
| 10-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1); update case calendar and provide updates to same (.7). | Guido, Laura | 0.90 | 306.00 |
| 11-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.3). | Guido, Laura | 0.40 | 136.00 |
| 14-Aug-17 | Circulate notice of ECF filings to attorneys (.1); update case calendar and provide updates to internal working group (.6). | Guido, Laura | 0.70 | 238.00 |
| 15-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.3). | Guido, Laura | 0.40 | 136.00 |
| 16-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1). | Guido, Laura | 0.20 | 68.00 |

**MORRISON | FOERSTER**

Matter Number: 076900-0000001

Matter Name: BANKRUPTCY OF SUNEDISON INC.

Invoice Number: 5664813

Invoice Date: September 30, 2017

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 17-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.2). | Guido, Laura | 0.30 | 102.00 |
| 18-Aug-17 | Circulate notice of ECF filings to attorneys (.1); update case calendar and provide updates to internal working group (.6). | Guido, Laura | 0.70 | 238.00 |
| 21-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1); update case calendar and provide updates to same (.7). | Guido, Laura | 0.90 | 306.00 |
| 22-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.2). | Guido, Laura | 0.30 | 102.00 |
| 23-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1). | Guido, Laura | 0.20 | 68.00 |
| 24-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1); update case calendar and provide updates to same (.4). | Guido, Laura | 0.60 | 204.00 |
| 25-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1). | Guido, Laura | 0.20 | 68.00 |
| 28-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1); update case calendar and provide updates to same (.3). | Guido, Laura | 0.50 | 170.00 |
| 29-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.2). | Guido, Laura | 0.30 | 102.00 |
| 30-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1). | Guido, Laura | 0.20 | 68.00 |
| 31-Aug-17 | Circulate notice of ECF filings to attorneys (.1); retrieve and distribute recently filed pleadings to internal working group (.1); update case calendar and provide updates to same (.4). | Guido, Laura | 0.60 | 204.00 |
| **Total: 001** | **Case Administration** | | **11.10** | **3,772.50** |

**Meetings and Communications with Creditors**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 08-Aug-17 | Review Committee update on recent filings. | Cornell, Huilin Wang | 0.10 | 60.00 |
| 22-Aug-17 | Participate on weekly Committee call regarding case update. | Levine, Jonathan I. | 0.30 | 322.50 |
| 22-Aug-17 | Prepare for (.2) and participate on (.3) weekly Committee call regarding case update. | Rosales, Diana | 0.50 | 272.50 |

3

**MORRISON | FOERSTER**

Matter Number: 076900-0000001
Matter Name:  BANKRUPTCY OF SUNEDISON INC.

Invoice Number: 5664813
Invoice Date: September 30, 2017

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 22-Aug-17 | Participate on weekly Committee call regarding case update. | Sluder, Elizabeth C. | 0.30 | 294.00 |
| **Total: 002** | **Meetings and Communications with Creditors** | | **1.20** | **949.00** |
| **Hearings** | | | | |
| 02-Aug-17 | Correspond with L. Guido regarding August 3 hearing. | Connelly, Rahman | 0.20 | 132.00 |
| 02-Aug-17 | Correspond with R. Connelly regarding August 3 hearing. | Guido, Laura | 0.20 | 68.00 |
| 03-Aug-17 | Attend hearing regarding interim fee statements and AQR objection to rights offering modification. | Levine, Jonathan I. | 0.90 | 967.50 |
| 03-Aug-17 | Correspond with Weil and Committee members regarding August 3 hearing. | Sluder, Elizabeth C. | 0.30 | 294.00 |
| **Total: 003** | **Hearings** | | **1.60** | **1,461.50** |
| **Energy Asset Sales** | | | | |
| 14-Aug-17 | Review correspondence from Weil regarding energy asset sales. | Sluder, Elizabeth C. | 0.30 | 294.00 |
| 22-Aug-17 | Review de minimis asset sale report (.1); correspond with internal working group regarding same (.1). | Levine, Jonathan I. | 0.20 | 215.00 |
| **Total: 005** | **Energy Asset Sales** | | **0.50** | **509.00** |
| **Employment and Fee Applications** | | | | |
| 07-Aug-17 | Correspond with M. Fink regarding fee order. | Levine, Jonathan I. | 0.10 | 107.50 |
| 21-Aug-17 | Prepare MoFo's July 2017 fee statement. | Guido, Laura | 1.00 | 340.00 |
| 21-Aug-17 | Review July monthly fee statement. | Levine, Jonathan I. | 0.20 | 215.00 |
| 22-Aug-17 | Review (.2) and revise (.2) July fee statement. | Connelly, Rahman | 0.40 | 264.00 |
| 22-Aug-17 | Compile July fee statement for Committee review (.1); file and coordinate service of same (.4). | Guido, Laura | 0.50 | 170.00 |
| 22-Aug-17 | Correspond with P. Schwartzberg (U.S. Trustee) regarding fee statements. | Levine, Jonathan I. | 0.20 | 215.00 |
| 30-Aug-17 | Correspond with J. Bregman regarding outstanding fees (.3); analyze docket filings in connection with same (.4). | Connelly, Rahman | 0.70 | 462.00 |
| **Total: 008** | **Employment and Fee Applications** | | **3.10** | **1,773.50** |
| **Other Motions/Applications** | | | | |
| 29-Aug-17 | Review Weil memorandum regarding pending motions and related correspondence. | Sluder, Elizabeth C. | 0.30 | 294.00 |
| **Total: 014** | **Other Motions/Applications** | | **0.30** | **294.00** |

**Time Entry Review**

**MORRISON | FOERSTER**

Matter Number:  076900-0000001

Matter Name:  BANKRUPTCY OF SUNEDISON INC.

Invoice Number:  5664813

Invoice Date: September 30, 2017

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 18-Aug-17 | Review time entries for compliance with U.S. Trustee guidelines. | Connelly, Rahman | 0.70 | 462.00 |
| 21-Aug-17 | Review time entries for compliance with U.S. Trustee guidelines. | Connelly, Rahman | 0.40 | 264.00 |
| **Total: 016** | **Time Entry Review** | | **1.10** | **726.00** |
| | Client Accommodation - Time Entry Review | | | (726.00) |
| | | | **Current Fees** | **8,759.50** |

**MORRISON | FOERSTER**

Matter Number: 076900-0000001
Matter Name: BANKRUPTCY OF SUNEDISON INC.

Invoice Number: 5664813
Invoice Date: September 30, 2017

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|---|---|---|---|---|
| 20215 | Levine, Jonathan I. | 1,075.00 | 1.90 | 2,042.50 |
| 12188 | Sluder, Elizabeth C. | 980.00 | 1.20 | 1,176.00 |
| 20578 | Connelly, Rahman | 660.00 | 2.40 | 1,584.00 |
| 17214 | Cornell, Huilin Wang | 600.00 | 0.10 | 60.00 |
| 19228 | Rosales, Diana | 545.00 | 0.50 | 272.50 |
| 13849 | Guido, Laura | 340.00 | 12.70 | 4,318.00 |
| 18387 | Braun, Danielle Eileen | 325.00 | 0.10 | 32.50 |
| | Client Accommodation - Time Entry Review | | | (726.00) |
| | **TOTAL** | | **18.90** | **8,759.50** |

6

**MORRISON | FOERSTER**

Matter Number: 076900-0000001                                  Invoice Number: 5664813
Matter Name: BANKRUPTCY OF SUNEDISON INC.                      Invoice Date: September 30, 2017

## Task Code Summary

| Task Code | Description | Hours | Value |
|---|---|---|---|
| 001 | Case Administration | 11.10 | 3,772.50 |
| 002 | Meetings and Communications with Creditors | 1.20 | 949.00 |
| 003 | Hearings | 1.60 | 1,461.50 |
| 005 | Energy Asset Sales | 0.50 | 509.00 |
| 008 | Employment and Fee Applications | 3.10 | 1,773.50 |
| 014 | Other Motions/Applications | 0.30 | 294.00 |
| 016 | Time Entry Review | 1.10 | 726.00 |
| | Client Accommodation - Time Entry Review | | (726.00) |
| | **TOTAL** | **18.90** | **8,759.50** |

7

# MORRISON | FOERSTER

Matter Number: 076900-0000001                                      Invoice Number: 5664813
Matter Name: BANKRUPTCY OF SUNEDISON INC.                          Invoice Date: September 30, 2017

## Disbursement Detail

| Date | Description | Value |
|------|-------------|------:|
| 29-Apr-16 | Court filing service, CourtCall, S. Martin, 4/22/17, hearing | 86.00 |
| 03-Aug-17 | Court filing service, CourtCall, J. Levine, 7/25/17, hearing | 128.00 |
| 03-Aug-17 | Court filing service, CourtCall, E. Sluder, 7/25/17, hearing | 58.00 |
| 03-Aug-17 | Court filing service, CourtCall, H. Cornell, 7/25/17, hearing | 121.00 |
| 30-Jun-17 | On-line Research - OTHER DATABASE ALM MEDIA, LLC 6856 IN RE SUNEDISON, INC. 22 | 8.20 |
| 01-Aug-17 | On-line Research - OTHER DATABASE ALM MEDIA, LLC 6856 IN RE SUNEDISON, INC. 20 | 7.24 |
| | **Current Disbursements** | **408.44** |

8

**MORRISON** | **FOERSTER**

Matter Number:  076900-0000001　　　　　　　　　　　　　　　Invoice Number:  5664813
Matter Name:  BANKRUPTCY OF SUNEDISON INC.　　　　　　　Invoice Date: September 30, 2017

## Invoice Summary

|  | U.S.Dollars |
|---|---|
| Total Fees | 8,759.50 |
| Total Disbursements | 408.44 |
| **Total Amount Due** | **9,167.94** |

9

**MORRISON | FOERSTER**

Matter Number:  076900-0000001
Matter Name:  BANKRUPTCY OF SUNEDISON INC.

Invoice Number:  5664813
Invoice Date: September 30, 2017

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 27-Jun-16 | 5537199 | USD | 641,315.81 | 572,739.31 | 68,576.50 |
| 25-Jul-16 | 5543375 | USD | 499,037.55 | 449,173.80 | 49,863.75 |
| 23-Aug-16 | 5552400 | USD | 329,574.19 | 296,683.79 | 32,890.40 |
| 22-Sep-16 | 5559914 | USD | 219,234.72 | 197,543.52 | 21,691.20 |
| 21-Oct-16 | 5570681 | USD | 413,592.06 | 364,477.33 | 49,114.73 |
| 14-Nov-16 | 5577914 | USD | 456,508.99 | 398,778.47 | 57,730.52 |
| 15-Feb-17 | 5601422 | USD | 193,134.28 | 173,854.68 | 19,279.60 |
| 22-Mar-17 | 5611602 | USD | 134,529.00 | 121,079.10 | 13,449.90 |
| 27-Apr-17 | 5621384 | USD | 81,616.43 | 73,492.13 | 8,124.30 |
| 24-May-17 | 5629099 | USD | 107,211.83 | 96,498.03 | 10,713.80 |
| 22-Jun-17 | 5636876 | USD | 94,282.13 | 75,563.43 | 18,718.70 |
| 20-Jul-17 | 5643403 | USD | 65,905.50 | 52,791.20 | 13,114.30 |
| 21-Aug-17 | 5653334 | USD | 53,589.28 | 42,966.08 | 10,623.20 |