TOGUT, SEGAL & SEGAL
Albert Togut
Frank A. Oswald
Brian F. Moore
Kyle J. Ortiz
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000

*Co-Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **SUNEDISON, INC.,** *et al.,* | : | **Case No. 16-10992 (SMB)** |
|  | : |  |
| **Debtors.**[1] | : | **(Jointly Administered)** |
|  | : |  |

**TWENTY-NINTH OMNIBUS NOTICE OF**
**REJECTION OF EXECUTORY CONTRACTS**

　　　　**PLEASE TAKE NOTICE** that, on May 13, 2016, the United States

Bankruptcy Court for the Southern District of New York (the "Court") entered the order

---

[1]　　The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); Terraform Private Holdings, LLC (5993); SunEdison Products, LLC (3557); Hudson Energy Solar Corporation (1344); SunE REIT-D PR, LLC (2171); First Wind Energy, LLC (5519); First Wind Holdings, LLC (4445); Vaughn Wind, LLC (9605); Maine Wind Holdings, LLC (4825); SunEdison International Construction, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two City Place Drive, 2nd floor, St. Louis, MO 63141.

[Docket No. 280] (the "Order") granting the motion (the "Motion")² of the Debtors for an order, pursuant to Bankruptcy Code sections 105, 365, and 554, Bankruptcy Rules 6006 and 9014, and Local Bankruptcy Rule 6006-1, authorizing and approving, among other things, expedited procedures for the Debtors to reject executory contracts and unexpired leases (each a "Contract").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order and by this written notice (this "Rejection Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Contract set forth on Schedule 1 attached hereto is hereby rejected effective as of the date (the "Rejection Date") set forth in Schedule 1, or such other date as the Debtors and the counterparty or counterparties to such Contract(s) agree.

PLEASE TAKE FURTHER NOTICE that, parties seeking to object to the Debtors' rejection of any Contract listed in Schedule 1 must file and serve a written objection, so that such objection is filed with the Court and is *actually received* no later than fourteen (14) calendar days after the date that the Debtors served this Rejection Notice, upon the following parties:  (i) the Debtors, Two City Place Drive, 2nd Floor, St. Louis, MO 63141, Attn: Martin Truong and David Ringhofer;  (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, Attn: Jay M. Goffman and J. Eric Ivester, jay.goffman@skadden.com and eric.ivester@skadden.com;  (iii) co-counsel to the Debtors, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335,  New York, New York 10119, Attn: Frank A. Oswald and Kyle J. Ortiz, frankoswald@teamtogut.com and kortiz@teamtogut.com;  (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006,

---

2    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

New York, NY 10014, Attn: Paul Schwartzberg, paul.schwartzberg@usdoj.gov;

(v) counsel to the administrative agent under the Debtors' prepetition first lien credit

agreement, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL

60611, Attn: Richard Levy and Brad Kotler, richard.levy@lw.com and

brad.kotler@lw.com;  (vi) counsel to the Tranche B Lenders (as defined in the DIP

Credit Agreement) and the steering committee of the second lien creditors (the

"Steering Committee"), Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New

York, NY 10036, Attn: Arik Preis and Naomi Moss, apreis@akingump.com and

nmoss@akingump.com;  (vii) counsel to the administrative agent under the Debtors'

prepetition second lien credit agreement, Pillsbury Winthrop Shaw Pittman LLP, 1540

Broadway, New York, NY 10036-4039, Attn: Daniel S. Brown,

daniel.brown@pillsburylaw.com;  (viii) counsel to the collateral trustee under the

Debtors' prepetition second lien credit agreement, Shipman & Goodwin LLP, One

Constitution Plaza, Hartford, CT 06103-1919, Attn: Marie C. Pollio,

mpollio@goodwin.com;  (ix) counsel to the indenture trustee under each of the Debtors'

outstanding bond issuances, Shipman & Goodwin LLP, One Constitution Plaza,

Hartford, CT 06103-1919, Attn: Marie C. Pollio, mpollio@goodwin.com;  (x) counsel to

the administrative agent under the postpetition debtor-in-possession financing facility,

White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036-2787, Attn: Scott

Greissman and Elizabeth Feld, sgreissman@whitecase.com and efeld@whitecase.com;

(xi) counsel to the Official Committee of Unsecured Creditors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Matthew Barr and Joseph

Smolinsky, suneweilbfr@weil.com;  (xii) counsel to TerraForm Power, Inc. and

TerraForm Global, Inc., Sullivan & Cromwell LLP, 125 Broad Street, New York, NY

10004, Attn:  Michael H. Torkin and Andrew G. Dietderich, torkinm@sullcrom.com and

dietdericha@sullcrom.com; and (xiii) to the extent not listed herein, any such other party entitled to notice pursuant to Local Bankruptcy Rule 9013-1(b).

PLEASE TAKE FURTHER NOTICE that, absent an objection being timely filed, the rejection of any Contract listed on Schedule 1 shall become effective on the Rejection Date set forth in Schedule 1 without further notice, hearing or order of this Court, unless (i) the Debtors withdraw such Rejection Notice on or prior to the Rejection Date or (ii) the Debtors and the pertinent counterparty or counterparties agree, prior to the Rejection Date, upon another such date.[3]

PLEASE TAKE FURTHER NOTICE that, if a timely objection to the rejection of any Contract listed on Schedule 1 is timely filed and not withdrawn or resolved, the Debtors shall file a notice of hearing to consider the unresolved objection. If such objection is overruled or withdrawn, such Contract(s) shall be rejected as of the Rejection Date set forth in Schedule 1 or such other date as the Debtors and the counterparty or counterparties to such Contract(s) agree.

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if the Debtors have deposited monies with a Contract counterparty as a security deposit or other arrangement, the Contract counterparty may not set off or recoup or otherwise use such monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Contract(s) otherwise agree.

PLEASE TAKE FURTHER NOTICE that, absent timely objection, any personal property of the Debtors that is listed and described in Schedule 1 shall be deemed abandoned as of the Rejection Date set forth on Schedule 1.

---

3    An objection to the rejection of any particular Contract listed in Schedule 1 to this Rejection Notice shall not constitute an objection to the rejection of any other Contract listed in Schedule 1. Any objection to the rejection of any particular Contract must state with specificity the Contract to which it is directed. For each particular Contract whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Rejection Notice and the Order.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert any claim(s) arising out of the rejection of your Contract(s) listed on Schedule 1, you must do so before the later of (i) thirty (30) days after the Rejection Date and (ii) any applicable claims bar date for filing proofs of claim established in these Chapter 11 Cases. **FAILURE TO TIMELY FILE ANY PROOF OF CLAIM SHALL RESULT IN SUCH CLAIM BEING FOREVER BARRED**.

Dated: New York, New York
　　　December 19, 2017

> SunEdison, Inc., et al.
> Debtors and Debtors in Possession
> By their Counsel
> TOGUT, SEGAL & SEGAL, LLP
> By:
>
> /s/Frank A. Oswald
> ALBERT TOGUT
> FRANK A. OSWALD
> BRIAN F. MOORE
> KYLE J. ORTIZ
> One Penn Plaza, Suite 3335
> New York, New York 10119
> Telephone: (212) 594-5000

## SCHEDULE 1

**Rejected Contracts**

| Counterparties | Counterparty Address | Description of Contract | Abandoned Personal Property | Rejection Date |
|---|---|---|---|---|
| Kingsbridge Holdings | 150 N. Field Dr. Suite 193<br>Lake Forest, IL 60045<br>USA | Lessor for desktops (Lenovo M93P) and laptops (Lenovo T450s) 007 term date 9/30/2018 | N/A | 12/19/17 |