UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*, | Case No. 16-10992 (SMB) |
| Debtors.[1] | Jointly Administered |

# AMENDED SCHEDULE E/F TO SCHEDULES OF ASSETS AND LIABILITIES FOR SUNEDISON, INC. (CASE NO. 16-10992)

The Bankruptcy Court previously approved (see Final Order entered on May 20, 2016, docket No. 362, the "Employee Wage Order") the payment of certain priority unsecured employee claims against the Debtors; including, without limitation, certain claims of employees for wages, salaries and related benefits, such as paid time off amounts ("PTO'). Due to system limitations and resource constraints within the Debtors' human resource functions, the Debtors were unable, initially, to accurately present accrued but unpaid PTO as of the Petition Dates and, therefore, excluded such claims in the presentation of Schedule E/F, as originally filed with the Court.

Based on the Debtors' current analysis of remaining but unpaid PTO for all employees (current and former as of January 2016), the Debtors have determined that the claims identified

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); TerraForm Private Holdings LLC (5993); SunEdison Products, LLC (3557); Hudson Energy Solar Corporation (1344); SunE REIT-D PR, LLC (2171); First Wind Energy, LLC (5519); First Wind Holdings, LLC (4445); Vaughn Wind, LLC (9605); Maine Wind Holdings, LLC (4825); SunEdison International Construction, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd Floor, St. Louis, Missouri, 63141.

and listed in the attached Schedule represent the remaining general unsecured PTO claims for all employees who did NOT file proofs of claim asserting amounts owed for PTO. Any priority unsecured claim identified per the Debtors' PTO analysis, to the extent not already satisfied pursuant to the Employee Wage Order, will be paid in an upcoming payroll cycle and therefore are not being added to the Schedules at this time. The Debtors estimate the aggregate of such remaining priority unsecured PTO claims to be paid is approximately $432,292. Due to confidentiality concerns, the Debtors have suppressed the addresses of the employee claimants listed on Schedule E/F.

**Fill in this information to identify the case:**

Debtor name: **SunEdison, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **16-10992**

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>See Schedule E/F: Part 2 Attachment<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$622,864.62** |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 622,864.62 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 622,864.62 |

In re SunEdison, Inc.
Case No. 16-10992
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | City | State | Zip | Last 4 Digits of Account Number | Date Debt Incurred | Basis for claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aaron Vernon | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $8,535.72 |
| Achia Swift | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $2,470.71 |
| Ahmad Chatila | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $104,860.59 |
| Alicia Barton | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $4,926.25 |
| Alicia Jett | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $5,050.44 |
| Anthony Etnyre | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $12,667.14 |
| Archimedes Flores | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $13,504.65 |
| Ashok Sarathy | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $4,207.36 |
| Bahareh Abachizadeh | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $7,120.94 |
| Brian Wuebbels | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $61,744.38 |
| Catherine Zoi | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $16,560.46 |
| Charu Pulugurta | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $5,990.19 |
| Christopher Gaudet | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $2,190.02 |
| Christopher Hawkins | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $6,658.53 |
| Daniel Gore | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $2,366.71 |
| Daniel White | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $3,530.37 |
| David LaBelle | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $271.47 |
| David Laman | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $2,493.28 |
| David Ranhoff | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $19,162.23 |
| David Smith | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $18.47 |
| David Springer | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $6,541.27 |
| Donna Wegner | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $1,288.27 |
| Felix Oliha | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $7,914.55 |
| Gang Shi | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $2,621.15 |
| Gokul Krishnan | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $10,599.74 |
| Gregory Kaparski | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $568.75 |
| Hemant Gandhi | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $562.50 |
| Hongbin Fang | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $13,265.89 |
| Ilan Daskal | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $1,036.06 |
| Jacob McKee | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $1,103.81 |
| James Mallinak | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $1,589.57 |
| Jason Eschenbrenner | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $3,075.94 |
| Jason Goodson | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $3,162.41 |
| Jeremy Avenier | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $9,267.66 |
| Jesse Griggs | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $4,272.29 |
| Jigar Shah | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $1,224.88 |
| Judy Wakayama | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $5,980.80 |
| Julia Blunden | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $777.04 |
| Jyotsana Garg | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $6,422.54 |
| Kenneth Johnston | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $7,061.03 |
| Kenneth Milhous | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $606.33 |
| Kunal Handa | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $5,929.20 |
| Kurt Wittenauer | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $1,673.98 |
| Lisa Clarke | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $610.72 |
| Lisa Tong | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $3,842.00 |
| Matthew Martin | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $20,920.56 |
| Melanie Curtis | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $4,014.45 |

In re SunEdison, Inc.
Case No. 16-10992
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | City | State | Zip | Last 4 Digits of Account Number | Date Debt Incurred | Basis for claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Memet Aytolu | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $8,615.61 |
| Michael Budko | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $400.74 |
| Michael Ravvin | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $3,144.40 |
| Parisa Ellisor | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $1,357.17 |
| Pascal Vatton | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $2,616.93 |
| Patrick Cook | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $10,580.77 |
| Robert Elder | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $12,325.43 |
| Robert Morris | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $24,665.81 |
| Robert Stephenson | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $6,148.65 |
| Roberto Cabanelas | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $6,635.87 |
| Sameer Sayed | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $6,606.64 |
| Sasan Aminpour | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $40,214.07 |
| Sasan Vossoughi | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $7,201.54 |
| Scott Fortkamp | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $7,664.81 |
| Stephen Cerrone | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $19,762.13 |
| Susana Nunez | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $96.06 |
| Tiffani Wollbrinck | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $6,815.49 |
| Timothy Derrick | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $15,252.41 |
| William Bellrose | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $1,933.24 |
| William Michalek | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $14,644.78 |
| Yanina Kravtsova | 2 Cityplace Drive | St. Louis | MO | 63141 | | Various Dates | PTO, Non-Priority | | | | | $15,918.75 |
| | | | | | | | | | | | Total: | $622,864.62 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SunEdison, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **16-10992** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 27, 2017**    X **/s/ Salvatore LoBiondo, Jr.**
Signature of individual signing on behalf of debtor

**Salvatore LoBiondo, Jr.**
Printed name

**Senior Vice President and Corporate Controller**
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**