**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **SUNEDISON, INC., *et al*.,** | : | **Case No. 16-10992 (SMB)** |
| **Debtors.[1]** | : | **Jointly Administered** |

**AFFIDAVIT OF PUBLICATION**

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Affidavit of Publication includes sworn statements verifying that the *Notice of Effective Date of Confirmed Second Amended Joint Plan of Reorganization of SunEdison, Inc and Its Debtor Affiliates*, as conformed for publication, was published: (I) on January 4, 2018 in (a) the *Houston Chronicle* as described on **Exhibit A** attached hereto; (b) *The New York Times* as described on **Exhibit B** attached hereto; and (c) *The Wall Street Journal* as described on **Exhibit C** attached hereto; and (II) on January 5, 2018 in (a) *San Francisco Chronicle* as described on **Exhibit D** attached hereto; (b) *San Mateo Daily Journal* as described on **Exhibit E** attached hereto; (c) the *St. Louis Post-Dispatch* as described on **Exhibit F** attached hereto; and (d) *The Oregonian* as described on **Exhibit G** attached hereto.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); TerraForm Private Holdings LLC (5993); SunEdison Products, LLC (3557); Hudson Energy Solar Corporation (1344); SunE REIT-D PR, LLC (2171); First Wind Energy, LLC (5519); First Wind Holdings, LLC (4445); Vaughn Wind, LLC (9605); Maine Wind Holdings, LLC (4825); SunEdison International Construction, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd Floor, St. Louis, Missouri, 63141.

Dated: January 8, 2018

Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 8, 2018, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ______________

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20 22

**Exhibit A**



HC
MEDIA
GROUP
HEARST corporation

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the Newspaper Representative at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES, POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

---

SUNEDISON, INC. 0000159748 HC064201325
RAN A LEGAL NOTICE
SIZE BEING: 3 x7.00 l (21.00l)

| Product | Date | Class | Page |
|---|---|---|---|
| Houston Chronicle | Jan 04 2018 | Legal Notices | A 11 |

---

Victoria Bond AR Clerk

NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this 4th Day of January A.D. 2018

CHARLES E WALICHOWSKI NOTARY PUBLIC STATE OF TEXAS EXPIRES MAY 19, 2018

Charles E Walichowski

Notary Public in and for the State of Texas

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

**In re: SUNEDISON, INC., *et al.*, Debtors.[1]** ) **Chapter 11, Case No. 16-10992 (SMB)** ) **(Jointly Administered)**

**NOTICE OF EFFECTIVE DATE OF CONFIRMED SECOND AMENDED JOINT PLAN OF REORGANIZATION OF SUNEDISON, INC. AND ITS DEBTOR AFFILIATES**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on July 28, 2017, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Docket No. 3735] (the "Confirmation Order") confirming the Second Amended Joint Plan of Reorganization of SunEdison, Inc. and Its Debtor Affiliates (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Plan"). Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.nysb.uscourts.gov, for a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Prime Clerk, LLC (the "Administrative Agent"), https://cases.primeclerk.com/sunedison, free of charge.

**PLEASE TAKE FURTHER NOTICE** that on December 29, 2017, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article XII therein have either been satisfied or waived in accordance with the Plan and Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Administrative Agent on or before the date that is thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including December 29, 2017, shall be filed with the Bankruptcy Court on or before the date that is sixty (60) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** pursuant to Article VIII of the Plan, except as otherwise provided in the Plan, each Executory Contract or Unexpired Lease is deemed automatically rejected as of the Effective Date unless any such Executory Contract or Unexpired Lease: (a) is listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" contained in Exhibit 8.1 of the Plan (as amended); (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a Bankruptcy Court order, any proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VIII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" in Exhibit 8.1 of the Plan (as amended) are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their successors or assignees (if any) in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumptions pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, unless a counterparty to an assumed Executory Contract or Unexpired Lease filed a proper and timely objection to the Cure Notice or proposed Cure on or before fourteen (14) days after the applicable counterparty was served with a Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, Reorganized Debtors, any Holder of a Claim against, or Interest in, the Debtors and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

Dated: New York, New York, December 29, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, By: */s/ J. Eric Ivester*, Jay M. Goffman, J. Eric Ivester, Four Times Square, New York, New York 10036-6522, Telephone: (212) 735-3000, Fax: (212) 735-2000 -and- James J. Mazza, Jr. (admitted *pro hac vice*), Louis S. Chiappetta (admitted *pro hac vice*), 155 N. Wacker Dr., Chicago, Illinois 60606-1720, Telephone: (312) 407-0700, Fax: (312) 407-0411 -and- Anthony W. Clark (admitted *pro hac vice*), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, *Counsel for Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

# Legal Notices

To place legal notices email legals@chron.com or call 713.224.6868.

BIDS & PROPOSALS | BIDS & PROPOSALS | BIDS & PROPOSALS

**INVITATION TO BID**

Sealed bids in duplicate, will be received on behalf of ***Northwest Harris County Municipal Utility District No. 28*** at the Normandy Forest Clubhouse, 20811 Normandy Forest Drive, Spring, Texas 77388 until **Thursday February 1, 2018** at **10:00 A.M.,** at which time all bids will be opened and Publicly read for furnishing all material, equipment, labor and supervision necessary for completion of the following:

**Normandy Forest Boundary Wall (Fence)**

The major items of work include:

- Removal and Disposal of Existing Fencing
- Installation of Concrete Wall (Fence)
- Traffic Control
- Site Cleanup

Each bid proposal must be accompanied by a Bid Bond from a reliable surety company drawn to the order of ***Northwest Harris County Municipal Utility District No. 28*** in the amount of five percent (5%) of the total bid. No bid proposal may be withdrawn for a period of sixty (60) days after the bid opening date. OWNER reserves the right to reject any or all bids or to accept the bid deemed most advantageous to it. The successful bidder will be required to provide a performance, payment, and maintenance bond for the full amount of the contract.

A Pre-Bid Conference will be held on **Thursday January 18, 2018** at **10:00 A.M.** at the Normandy Forest Clubhouse. Attendance is not mandatory. Specifications and Bid Documents are available via internet, at no cost, from www.CIVCASTUSA.com (Keyword: Bleyl).

**INVITATION TO BID**

Sealed bids in duplicate addressed to Northampton Municipal Utility District will be received in the offices of Jones|Carter, 6330 West Loop South, Suite 150, Bellaire, Texas 77401, until 10:00 a.m., Thursday, January 25, 2018, and then publicly opened and read for furnishing all plant, labor, material and equipment and performing all work required for the construction of:

**WATER PLANT NO. 3 AND ELEVATED STORAGE TANK**

The project is located in Northampton Municipal Utility District in Harris County, Texas. The site is located at the address of 24780 Gosling Road, Spring, Texas 77389, (Harris County Key Map No. 250-Z).

The bidder shall submit a five percent (5%) bid bond of the maximum total bid amount. Make the bid bonds payable to the Owner.

Plans, specifications, and bidding documents are available at www.civcastusa.com. Said documents may be examined without charge in the office of Jones|Carter, 6330 West Loop South, Suite 150, Bellaire, Texas 77401.

**ATTENTION:** Pursuant to Texas Government Code § 2252.908, you must provide Northampton Municipal Utility District No. (the "District") with a printed, executed, and notarized original of a completed Certificate of Interested Parties form (Form 1295) at the bid opening. Failure to do so will result in an irregular bid. To complete the disclosure of interested parties form, or for further information, please visit the Texas Ethics Commission's website at https://www.ethics.state.tx.us. The disclosure of interested parties form must be included in the bid submittal at the bid opening.

There will be a pre-bid conference in the offices of Jones|Carter, 6330 West Loop South, Suite 150, Bellaire, Texas 77401 at 10:00 a.m., Thursday, January 18th, 2018. Attendance is not mandatory.

The Owner reserves the right to reject any or all bids and waive any or all irregularities. No bid may be withdrawn until the expiration of 60 calendar days from the date bids are opened.

--o0o--

LEGAL NOTICES | LEGAL NOTICES | LEGAL NOTICES

**INVITATION TO BIDDERS**

Sealed Bids, in duplicate, addressed to Harris County Improvement District No. 18, Attention Robert T. Deden, President, Board of Directors, c/o Dustin Stoudt, P.E. will be received at the office of Jones & Carter, Inc. located at 1575 Sawdust Road, Suite 400, The Woodlands, TX 77380 until 10:00 a.m. Local Time, Thursday, January 18, 2018, and then publicly opened and read for **"Springwoods Village – CityPlace Park (Lower Plaza)"** for Harris County Improvement District No. 18, Harris County, Texas.

Scope of Work of the Contract includes: Protection of existing trees, landscape, utilities, and demolition of existing sidewalks adjacent to elevated pond at Pond 5 to accommodate proposed grading strategy of the project; Hardscape improvements to include improvements to pedestrian sidewalk, lighting, addition of pedestrian lighting, and site furnishing. All work within this area to follow Harris County standards unless noted otherwise. Reference sheet L002 for Limits of Work; and Planting and planned irrigation to be installed per plan. Contractor to verify approximate acreage. All work is indicated in Springwoods Village CityPlace Park (Lower Plaza) document dated 12/06/2017.

Bids received after the closing time will be returned unopened. A **MANDATORY** pre-bid conference will be held on Thursday, January 11, 2018, at 10:00 a.m. Local Time, at the office of Jones & Carter, Inc. located at 1575 Sawdust Road, Suite 400, The Woodlands, TX 77380. Attendance by each prospective bidder or its representative at the pre-bid conference is **MANDATORY**, and no Bid will be opened unless the bidder or representative was present at the pre-bid conference.

Each Bid must be accompanied by a bid bond or a certified or cashier's check, acceptable to the Owner, in an amount not less than 5 percent of the total amount bid, as a guarantee that the successful bidder will enter into the Contract and execute the Bonds on the forms provided and provide the required insurance certificates within 10 days after the date Contract Documents are received by the Contractor.

Copies of the bidding documents are on file at the following locations:

Copies of the bidding documents may be obtained from www.CivcastUSA.com: search Springwoods Village. Bidders must register on this website in order to view and/or download specifications, plans, soils report and environmental reports for this project. There is NO charge to view or download documents

The Owner reserves the right to reject any or all Bids and to waive all defects and irregularities in bidding or bidding process except time of submitting a Bid. The Successful Bidder, if any, will be the responsible Bidder which in the Board's judgment will be most advantageous to the District and result in the best and most economical completion of the Project.

**NOTICE TO PHYSICIANS AND PROVIDERS**

**Aetna Life Insurance Company, Texas Health + Aetna Health Insurance** Company, Aetna Health Inc., Texas Health + Aetna Health Plan Inc., and Aetna Dental Inc. and their affiliates will accept written applications for participation i n their PPO, POS, HMO and DMO networks during the period of December 1, 2018 through December 21, 2018. Physicians and providers including advanced practice nurses and physician assistants, who wish to contract with us, must apply during this period and applications must be received no later than December 21, 2018. Medical network applications should be submitted online at www.Aetna.com; please direct all credentialing questions to Aetna Credentialing and Application Management at 1-800-353-1232.

Send Dental network inquiries to: Aetna Dental West, 21215 Burbank Blvd., Suite 620, Woodland Hills, CA 91367 or via Fax to 1-866-445-4387. Attention: 2018 Provider Enrollment. Please direct dental network related questions/inquiries to 1-800-451-7715.

NOTICE TO CREDITORS | NOTICE TO CREDITORS

**Notice To Creditors Ad $74.00***

**Call the Legals Team**
**713-224-6868**
**Ext. 6435 or 4204**

***$74.00 includes first 36 lines and 1 Affidavit of Publication**
***$1.92 per line over 36 lines**

**NOTICE TO PHYSICIANS AND PROVIDERS**

AMERIGROUP Texas, Inc. is a medical HMO that offers a wide range of health care services. We will accept applications for participation in our provider network from 12/01/2018 – 12/21/2018. All applicants must meet practice standards. Call us at 713-218-5112 for an application packet.

Amerigroup Texas, Inc.
Attn: Credentialing Dept.
3800 Buffalo Speedway, Suite 400
Houston, Texas 77098

**Eco-Site, LLC proposes** to build a 110-foot Monopole Communications Tower at the approx. vicinity of 2525 Vaughn Road, Houston, Harris County, TX 77093. Public comments regarding potential effects from this site on historic properties may be submitted within 30 days from the date of this publication to: *Trileaf Corp, Brice, b.bloomer@trileaf.com, 2550 S IH 35, Suite 200, Austin, TX 78704, 512-519-9388.*

**NOTICE TO DENTISTS AND PROVIDERS**

SafeGuard Health Plans, Inc., a single service dental HMO, will be accepting applications for its provider panel between January 1, 2018 and March 2, 2018. Please submit applications to SafeGuard at Two Galleria Tower, 13455 Noel Road, Suite 2110, Dallas, TX 75240.

**NOTICE TO PHYSICIANS AND PROVIDERS**

Cigna HealthCare of Texas, Inc., Cigna Health & Life Insurance Company, and Connecticut General Life Insurance Company, which provide medical care benefit services, will accept applications for participation in their networks of physicians, pharmacies, and other providers from December 1, 2018 through December 31, 2018. Applicants must meet all credentialing and other participatory criteria. All applications will be reviewed and responses will be made within 90 days of receipt. To request an application, or for further information, please write: Cigna Companies Attn: Provider Relations 2700 Post Oak Blvd, Suite 700 Houston, TX 77056

**Rohit Bhuriya, MD/ Pearland Cardiovascular Associates is moving to a new location at 2530 BROADWAY STE C, PEARLAND, TX 77581 effective February. Patient's medical records will continue to be maintained with the practice at the new location. Any questions call 713-436-8883.**

To place bids or proposal notices email legals@chron.com

LEGAL NOTICES | LEGAL NOTICES | LEGAL NOTICES

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

In re: SUNEDISON, INC., *et al.*, Debtors.[1] | Chapter 11, Case No. 16-10992 (SMB) (Jointly Administered)

**NOTICE OF EFFECTIVE DATE OF CONFIRMED SECOND AMENDED JOINT PLAN OF REORGANIZATION OF SUNEDISON, INC. AND ITS DEBTOR AFFILIATES**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on July 28, 2017, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Docket No. 3735] (the "Confirmation Order") confirming the Second Amended Joint Plan of Reorganization of SunEdison, Inc. and Its Debtor Affiliates (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Plan"). Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.nysb.uscourts.gov, for a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Prime Clerk, LLC (the "Administrative Agent"), https://cases.primeclerk.com/sunedison, free of charge.

**PLEASE TAKE FURTHER NOTICE** that on December 29, 2017, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article XII therein have either been satisfied or waived in accordance with the Plan and Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Administrative Agent on or before the date that is thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including December 29, 2017, shall be filed with the Bankruptcy Court on or before the date that is sixty (60) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** pursuant to Article VIII of the Plan, except as otherwise provided in the Plan, each Executory Contract or Unexpired Lease is deemed automatically rejected as of the Effective Date unless any such Executory Contract or Unexpired Lease: (a) is listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" (in Exhibit 8.1 of the Plan (as amended)); (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a Bankruptcy Court order, any proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VIII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" in Exhibit 8.1 of the Plan (as amended) are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their successors or assignees (if any) in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumptions pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, unless a counterparty to an assumed Executory Contract or Unexpired Lease filed a proper and timely objection to the Cure Notice or proposed Cure on or before fourteen (14) days after the applicable counterparty was served with a Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, Reorganized Debtors, any Holder of a Claim against, or Interest in, the Debtors and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

Dated: New York, New York, December 29, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP By: */s/ J. Eric Ivester*, Jay M. Goffman, J. Eric Ivester, Four Times Square, New York, New York 10036-6522, Telephone: (212) 735-3000, Fax: (212) 735-2000 -and- James J. Mazza, Jr. (admitted *pro hac vice*), Louis S. Chiappetta (admitted *pro hac vice*), 155 N. Wacker Dr., Chicago, Illinois 60606-1720, Telephone: (312) 407-0700, Fax: (312) 407-0411 -and- Anthony W. Clark (admitted *pro hac vice*), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, *Counsel for Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

**NOTICE OF SALE**
**BRAZORIA COUNTY MUNICIPAL UTILITY DISTRICT NO. 16**

**(A Political Subdivision of the State of Texas Located within Brazoria County)**

**$2,895,000**

**Unlimited Tax Bonds**
**Series 2018**

**"Qualified Tax-Exempt Obligations"**

The Board of Directors of Brazoria County Municipal Utility District No. 16 (the "District") will publicly receive sealed bids on up to $2,895,000 Unlimited Tax Bonds, Series 2018 (the "Bonds") on Tuesday, January 16, 2018 at 1:30 P.M., Houston Time, at the offices of Hilltop Securities Inc., 700 Milam Street, Suite 500, Houston, Texas 77002. At a meeting to be held on Tuesday, January 16, 2018 at 4:00 P.M., Houston Time, at the offices of Sanford Kuhl Hagan Kugle Parker Kahn, LLP, 1980 Post Oak Boulevard, Suite 1380, Houston, Texas 77056, the Board will immediately take action to reject any and all bids or accept the bid resulting in the lowest net interest cost to the District.

A bid for the Bonds may be delivered to the District electronically, by telephone or delivered directly to the District in a sealed envelope addressed to the President and Board of Directors of the District at the above address. All bidders must submit a signed "Official Bid Form" and a bank Cashier's Check in the amount of $57,900 payable to the order of "Brazoria County Municipal Utility District No. 16" as a Good Faith Deposit. Additional terms and conditions related to the submission of a bid for the Bonds are included in the "Official Notice of Sale."

The Bonds will mature serially on September 1, 2019 through 2042, and will be dated February 1, 2018. The "Official Notice of Sale," "Preliminary Official Statement," and "Official Bid Form" may be obtained from the District's Financial Advisor, Hilltop Securities Inc., 700 Milam Street, Suite 500, Houston, Texas 77002. This notice does not constitute an offer to sell the Bonds but is merely notice of sale of the Bonds as required by Texas law. The offer to sell the Bonds will be made by means of the "Official Notice of Sale," "Preliminary Official Statement," and "Official Bid Form."

Mr. William E. Frost
President, Board of Directors
Brazoria County Municipal Utility District No. 16
Brazoria County, Texas

**NOTICE FOR EARLY PUBLIC REVIEW OF A PROPOSAL TO SUPPORT ACTIVITY IN THE 100-YEAR FLOODPLAIN OR WETLANDS**

To: All Interested Agencies, Groups, and Individuals

This is to give notice that the Harris County Community Services Department (HCCSD) has conducted an evaluation as required by Section 2(a)(4) of Executive Order 11988 for Floodplain Management and Section 2(b) of Executive Order 11990 for the Protection of Wetlands, in accordance with HUD regulations found at 24 CFR 55.20(c) Procedures for Making Determinations on Floodplain Management, to determine the potential effect its activity in the floodplain and wetland will have on the human environment for the U.S. Department of Housing and Urban Development (HUD) action under the Community Development Block Grant (CDBG) program.

***Harris County Pct 1 Airline Improvement District - Zone 2 - Lorino Street Sanitary Sewer Lines.*** To construct approximately 2,257 linear feet of 8-inch and 961 linear feet of 12-inch sanitary sewer lines along W. Lorino Street to Airline Drive and along Airline Drive between W. Lorino Street and Hawkins Street to provide sanitary sewer service and prevent on-site sewage facility violations. 8.2 acres are located in the 100-year floodplain per FEMA FIRM Panel #48201C0860L. No NWI Wetlands are affected.

***WC&ID #21 - Water Supply and Fire Protection Improvements.*** To replace existing 2-inch diameter water lines by installing approximately 11,500 linear feet of new, 8-inch diameter water lines. Location: Channelview. 2.7 acres along River Road and Laurelwood Drive are located in the 100-year floodplain per FEMA FIRM Panel #48201C0740M. No NWI Wetlands are affected.

***Harris County Pct 3 Sand Canyon Park Improvements and Sidewalks Phase 2.*** To construct sidewalks along Rustling Leaves Drive, Sand Canyon Drive, Beechnut Street, and Branham Drive and add amenities to Sand Canyon Park. Address: 13900 Sand Canyon Drive, Houston, TX 77083, Precinct 3. No acres are located in the 100-year floodplain. 6.3 acres of NWI Wetlands are affected.

This notice with a request for comment was mailed to the Texas Water Board, the Texas Commission on Environmental Quality and the United States Army Corps of Engineers.

There are three primary purposes for this notice. First, people who may be affected by activities in floodplains and those who have an interest in the protection of the natural environment should be given an opportunity to express their concerns and provide information about these areas. Second, an adequate public notice program can be an important public educational tool. The dissemination of information about floodplains can facilitate and enhance Federal efforts to reduce the risks associated with the occupancy and modification of these special areas. Third, as a matter of fairness, when the Federal government determines it will participate in actions taking place in floodplains, it must inform those who may be put at greater or continued risk.

Additional information is available for public review Monday – Friday, 8:00 A.M. – 5:00 P.M. at the Harris County Community Services Department; 8410 Lantern Point Drive; Houston, Texas 77054 and by contacting Paul Suckow, Senior Planner, HCCSD by phone at 713-578-2000 or by email at *paul.suckow@csd.hctx.net.*

Written comments must be received by HCCSD at the following address on or before January 22, 2018, Monday - Friday between 8:00 A.M. – 5:00 P.M.: Harris County Community Services Department; 8410 Lantern Point Drive; Houston, Texas 77054; Attention: Mr. David B. Turkel, Executive Director.

January 4, 2018

**The Harris County Sheriff's Office** impounded the following animals. A detailed description of the animal, photo or ownership papers must be provided for the animals release. Anyone having a claim should contact the Harris County Sheriff's Office – Livestock Office @ 281-454-6235 Monday-Friday 8am-4pm. (Dec. 6) 1-Horse 5027 Hartwick (Dec. 8) 1-Cow 6000 F.M. 1960 (Dec 11) 1-Horse 11326 Fawngrove (Dec 11) 1-Horse 1800 W. Little York (Dec. 13) 1-Pig 12625 Robert E. Lee (Dec 8) 1-Goat 802 Little Doe (Dec 21) 1-Horse 11858 Padok (Dec. 21) 1-Horse 10100 Scott St. (Dec. 27) 1-Goat 13226 Gerrards Cross Dr. (Dec. 27) 2-Horses 4917 Glengarry Rd

**The biggest audience in Houston.**
Place a digital ad today.
chron.com/advertise
HOUSTON CHRONICLE

LEGAL NOTICES | LEGAL NOTICES

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

C.A. NO. 4:17-CV-3718

(ADMIRALTY)

IN THE MATTER OF THE COMPLAINT
OF THE OWNERS OF THE
TUG FRANCES E. HADEN
FOR EXONERATION FROM
OR LIMITATION OF LIABILITY

**NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY FILED DECEMBER 8, 2017**

Notice is hereby given that the owners of the Tug FRANCES E. HADEN (G & H Towing Company and Mark E. Kuebler, W. Douglas Masterson and Robert D. Elford as Trustees Under the Indenture of Trust Dated 8/11/66 by and between Cecil R. Haden and Laura Breed Haden) have filed a complaint pursuant to 46 U.S.C. §§ 30501 et seq, claiming the right to exoneration from or limitation of liability for all claims, loss, damage, injury, death, or destruction arising out of an incident that occurred while the Tug FRANCES E. HADEN was assisting the BBC UTAH moor at Manchester Terminal on or about September 5, 2017, and/or otherwise arising out of that voyage of the Tug FRANCES E. HADEN that concluded on September 5, 2017.

All persons having any claims against the owners of the Tug FRANCES E. HADEN, arising out of any incident that occurred while the Tug FRANCES E. HADEN was assisting the BBC UTAH moor at Manchester Terminal in Houston, Texas, on or about September 5, 2017, and/or otherwise arising out of the voyage of the Tug FRANCES E. HADEN which concluded on September 5, 2017, must file them, under oath, as provided in the Federal Rules of Civil Procedure, with the Clerk of the Court at the United States Courthouse, Houston, Texas, and serve on or mail to the attorney for the owners of the Tug FRANCES E. HADEN, Robert L. Klawetter, Eastham, Watson, Dale & Forney, L.L.P., 808 Travis, Suite 1300, Houston, Texas 77002, or be defaulted. Personal attendance is not required.

Any Claimant desiring to contest the allegations of the owners of the Tug FRANCES E. HADEN must file an answer to the Complaint, as required by the Federal Rules of Civil Procedure and the Orders of this Honorable Court on or before 10:00 a.m. on February 2, 2018, and serve a copy thereof on or mail to the attorney for the owners of the Tug FRANCES E. HADEN, Robert L. Klawetter, Eastham, Watson, Dale & Forney, L.L.P., 808 Travis, Suite 1300, Houston, Texas 77002, or be defaulted.

By Monition of the United States District Court Clerk for the Southern District of Texas – Houston Division, dated December 13, 2017.

/s/ DAVID BRADLEY, CLERK OF COURT

**Notice to Physicians and Providers**

The following healthcare organizations are accepting applications for physicians and providers who wish to become contracted physicians and providers during the period of February 1, 2018 through February 20, 2018. UnitedHealthcare Community Plan, offered by UnitedHealthcare Community Plan of Texas, L.L.C., is a Health Maintenance Organization (HMO) located at 14141 Southwest Freeway , Suite 800, Sugar Land, TX 77478, offers Medicaid Managed Care (STAR and STAR+PLUS) STAR Kids and Children's Health Insurance Plan (CHIP). UnitedHealthcare of Texas, Inc. and UnitedHealthcare Benefits of Texas, Inc. both located at 1311 President George Bush Highway, Richardson, Texas 75080 offer basic health care service Health Maintenance Organization (HMO) plans. United HealthCare Insurance Company and PacifiCare Life and Health Insurance Company offer Preferred Provider Organizations (PPOs) and Exclusive Provider Organizations (EPOs). Applicants must meet practice standards, qualifications and other participatory criteria established by the HMO and/or PPO/EPO's. To initiate the application process, have your tax ID number available and please call 1-877-842-3210. Select the following prompts: 1) Other professional services and 2) Credentialing.

**Notice to Physicians and Providers**
National Pacific Dental, Inc. (NPD), a UnitedHealthcare Dental Company, 1311 W. President George Bush Hwy, Richardson, TX 75080 is a single service dental HMO. NPD is accepting applications from qualified individuals to become participating providers of Dental Service between January 23, 2018 and February 12, 2018. All interested individuals should forward their qualifications to the above address, attention: QA. #357946

**JAVIER DAVILA JR & KARLA PAULINA DAVILA**
**447 VANDERGRIFT BLVD., APT. 73**
**OCEANSIDE, CA 92057**

**TELEPHONE NO: 956-5845**

**ATTORNEY FOR (Name): Pro Per**

**SUPERIOR COURT OF CALIFORNIA**
**NORTH COUNTY DIVISION,**
**325 S MELROSE DR., SUITE 130**
**VISTA, CA 92081**

**IN THE MATTER OF**
**MICHAEL, MIA, MIRA, & MATTHEW PENA**

**DATE OF BIRTH 1/13/05, 12/22/15, 12/4/07, 11/2/09**
**A MINOR**

**CITATION FOR FREEDOM FROM PARENTAL CUSTODY AND CONTROL**

**CASE NUMBER AN16136**

To (name): MICHAEL PENA MENDEZ

You are advised that you are required to appear in the Superior Court of the State of California, County of San Diego, in Department 12 at the court location indicated above on **FRIDAY, FEBRUARY 2, 2018** at **9:00AM.**, to show cause if you have any, why (names) **MICHAEL JUNIOR PENA, MIA ANAHI PENA, MIRA ALYSSA PENA, & MATTHEW MARVIN PENA** minor(s) should be declared free from parental custody and control (*for the purpose of placement for adoption) as requested in the petition.
You are advised that if the parent(s) are present at the time and place above stated the judge will read the petition and, if the requested, may be explained the effect of the granting of the petition and, if requested, the judge shall explain any term of allegation contained therein and the nature of the proceeding, its procedures and possible consequences and may continue the matter for not more than 30 days for the appointment of counsel or to give counsel time to prepare.
The court may appoint counsel to represent the minor whether or not the minor is able to afford counsel. If any parent appears and is unable to afford counsel, the court shall appoint counsel to represent each parent who appears unless such representation is knowingly and intelligently waived.

**If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your pleading, if any may be filed on time.**

**(SEAL)**

Date: 12/11/17

Clerk of the Superior Court
/s/ M. Garcia
M. Garcia, Deputy

**NOTICE**
**In the Court of the Principal Subordinate Judge at Mayiladuthurai, Tamil Nadu, India**
**I.A. 143/2017 in HMOP 69/2016**

B.Chithra,
D/o. Brahmarayan,
77, Bashyam Street,
Manjakuppam,
Cuddalore - 607 001,
Tamil Nadu, India. ---- Petitioner

**Versus**

Ganesan Kolandaivelu,
Employee in Madras Foods, INC,
36, Lake Mist Dr, Sugar Land,
C/o. Venkatachalam Kolandaivelu,
Administrator,
Sri Meenakshi Temple Society,
17130, McLean Road, Pearland,
Texas, USA. ---- Respondent

**Notice given by the Petitioner's Counsel**

The Petitioner has filed the above application for dissolution of her marriage with the respondent. The said application is coming up for Respondent's appearance on 29.01.2018 at 10.30a.m., before the above court. If you fail to appear either by person (or) by duly authorized agent, further orders will be passed in the said application.

03.01.2018 Advocate
Cuddalore. (K.Venugopal)

LEGAL NOTICES | LEGAL NOTICES

**CAUSE NUMBER: 2016-51314**

**IN THE 127th JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**

**Plaintiff: Nationstar Mortgage**

**vs.**

**Defendant: Laurie Washington Kimberly Ann Washington John Louis Washington Laurnedria Nichole Washington and the Unknown Heirs at Law of John Louis Washington**

**CITATION BY PUBLICATION**

**THE STATE OF TEXAS**
**County of Harris**

**To: Unknown Heirs at Law of John Louis Washington**

**YOU ARE HEREBY COMMANDED** to be and appear before the **127th Judicial District Court** of Harris County, Texas in the Courthouse in the city of Houston, Texas at or before 10:00 o'clock A.M. Monday, the **15th day of January, 2018,** being the Monday next after the expiration date of forty-two days after this citation is issued, and you are hereby commanded and required then and there to appear and file written answer to the Original Petition, filed in said Court on the **3rd day of August 2016,** in suit numbered **2016-51314** the docket of said court, wherein, **Nationstar Mortgage** is the Plaintiff (s) and **Laurie Washington Kimberly Ann Washington John Louis Washington Laurnedria Nichole Washington and the Unknown Heirs at Law of John Louis Washington ARE** the Defendant (s), the nature of plaintiff's demand and the said petition alleging: Foreclosure-Other

Plaintiff's Summary of Suit for Citation by Publication

Plaintiff Nationstar Mortgage, its successors and assigns, by and through its attorney of record, Cheyenne M. Zokaie of McCarthy Holthus, LLP, 1255 West 15th Street, Suite 1060, Plano, Texas 75075, brought suit against Laurie Washington, Kimberly Ann Washington, John Louis Washington, Laurnedria Nichole Washington the Unknown Heirs at Law of John Louis Washington, and any other person claiming any subordinate right, title, interest in 2406 Lucky Street, Houston, Texas 77088 and legally described to wit:

**All that certain of land lying and boing situated in the County of HARRIS, State of TX, to-wit:**

**LOT TWENTY ONE (21) IN BLOCK EIGHT (8) HIGHLAND ACRE HOME ANNEX THREE (3) AN ADDITION TO THE CITY OF HOUSTON, TEXAS, AND BEING THE SAME PROPERTY CONVEYED BY DEED FROM LLOYD N. MATTHEWS TO DOROTHY LEE PERRY ON JANUARY 37, 1978 AND RECORDED IN FILM RECORDS NUMBERS 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, AND 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.**

**Being that parcel of land conveyed to JOHN WASHINGTON from DOROTHY LEE PERRY, A SINGLE WOMAN by that deed dated 04/15/1983 and recorded in FILM CODE NUMBER 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 of the HARRIS County, TX Public Registry.**

**You are being sued. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 42 days after the date of issuance of this citation and petition, a default judgment may be taken against you.**

Notice hereof shall be given by publishing this Citation once a week for four consecutive weeks previous to the day of **15th day of January, 2018,** in some newspaper published in the County of Harris, if there be a newspaper published therein, but if not, then the nearest county where a newspaper is published, and this Citation shall be returned on the **11th day of January, 2018,** which is forty two days after the date it is issued, and the first publication shall be at least twenty-eight days before said return day.

**HEREIN FAIL NOT,** but have before said court on said return day this Writ with your return thereon, showing how you have executed same.

**WITNESS: Chris Daniel,** District Clerk, Harris County Texas

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT** at Houston, Texas this **11th day of August, 2017.**

Newspaper: Houston Chronicle

Issued at the request of: Anthony C. Waddell

Address: 1255 West 15th Street, Suite 1060
Plano, TX 75075
Bar Number: 24042105

(SEAL)

**CHRIS DANIEL,** District Clerk
Harris County, Texas
201 Caroline Street, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

By: /s/ R. Alexander
R. Alexander, Deputy District Clerk

**To place bids or proposal notices email legals@chron.com**

**Exhibit B**



The New York Times
620 8TH AVENUE • NEW YORK, NY 10018

# PROOF OF PUBLICATION

JAN 8 2018

I, Alice Weber, in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

JAN 04 2018 B2 NATIONAL

Alice Weber

Sworn before me the 8th day of Jan, 2018

Michelle M Scibilia

Notary Public

MICHELLE M. SCIBILIA
Notary Public, State of New York
Registration #01SC6281145
Qualified In Nassau County
Commission Expires May 13, 2021

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*, | Case No. 16-10992 (SMB) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF EFFECTIVE DATE OF CONFIRMED SECOND AMENDED JOINT PLAN OF REORGANIZATION OF SUNEDISON, INC. AND ITS DEBTOR AFFILIATES**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on July 28, 2017, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Docket No. 3735] (the "Confirmation Order") confirming the Second Amended Joint Plan of Reorganization of SunEdison, Inc. and its Debtor Affiliates (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Plan"). Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.nysb.uscourts.gov, for a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Prime Clerk, LLC (the "Administrative Agent"), https://cases.primeclerk.com/sunedison, free of charge.

**PLEASE TAKE FURTHER NOTICE** that on December 29, 2017, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article XII therein have either been satisfied or waived in accordance with the Plan and Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Administrative Agent on or before the date that is thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including December 29, 2017, shall be filed with the Bankruptcy Court on or before the date that is sixty (60) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** pursuant to Article VIII of the Plan, except as otherwise provided in the Plan, each Executory Contract or Unexpired Lease is deemed automatically rejected as of the Effective Date unless any such Executory Contract or Unexpired Lease: (a) is listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" contained in Exhibit 8.1 of the Plan (as amended); (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a Bankruptcy Court order, any proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VIII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" in Exhibit 8.1 of the Plan (as amended) are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their successors or assignees (if any) in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumptions pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, unless a counterparty to an assumed Executory Contract or Unexpired Lease filed a proper and timely objection to the Cure Notice or proposed Cure on or before fourteen (14) days after the applicable counterparty was served with a Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, Reorganized Debtors, any Holder of a Claim against, or Interest in, the Debtors and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

Dated: New York, New York, December 29, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP By: /s/ J. Eric Ivester, Jay M. Goffman, J. Eric Ivester, Four Times Square, New York, New York 10036-6522, Telephone: (212) 735-3000, Fax: (212) 735-2000 -and- James J. Mazza, Jr. (admitted *pro hac vice*), Louis S. Chiappetta (admitted *pro hac vice*), 155 N. Wacker Dr., Chicago, Illinois 60606-1720, Telephone: (312) 407-0700, Fax: (312) 407-0411 -and- Anthony W. Clark (admitted *pro hac vice*), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, *Counsel for Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

# Fed to Raise Benchmark Rate in 2018, but It Lacks Consensus on Frequency

By BINYAMIN APPELBAUM

WASHINGTON — The Federal Reserve has entered 2018 without a clear plan for raising its benchmark interest rate and with the added uncertainty of an imminent change in its leadership.

An account of the Fed's final meeting of 2017, which the central bank published Wednesday, said officials generally agreed that the Fed should continue to raise its benchmark rate in the new year. But Fed officials expressed a range of views about the frequency of future hikes.

Six of the 16 officials on the Federal Open Market Committee predicted during the December meeting that the Fed would raise rates three times in 2018. But six officials predicted two hikes or fewer and four officials predicted the Fed would raise rates at least four times.

The decision about how often to raise rates will be made under new management. The Fed's chairwoman, Janet L. Yellen, plans to leave the Fed in early February; her nominated successor, the Fed governor Jerome H. Powell, is awaiting a Senate confirmation vote.

Last year was the first since the 2008 financial crisis that the Fed articulated a clear plan for monetary policy and stuck with it. The central bank said it would raise rates three times and did exactly that, with the third hike coming in December.

The decision at that meeting to raise the benchmark rate into a range between 1.25 percent and 1.5 percent reflected the Fed's optimistic expectations for the economy, the account said.

"Participants saw the outlook for economic activity as having remained strong or having strengthened since their previous meeting, in part reflecting a modest boost from the expected passage of the tax legislation," said the account, which was released after a standard three-week delay.

Officials saw few serious dangers on the horizon, the account said. Most expected inflation to rebound from a long period of sluggishness and were not overly concerned about rising asset values. The S.&P. 500 stock index has climbed 19 percent over the last year.

ERIC THAYER FOR THE NEW YORK TIMES

Janet L. Yellen, the Federal Reserve chairwoman, speaking at a news conference after the Fed's two-day policy meeting in December.

The Fed also predicted there would be a modest economic boost from the tax cuts President Trump that signed into law at the end of the year. The account said that many officials predicted increases in both consumer and business spending, although they expressed uncertainty about the magnitude.

In the December round of economic projections, the median forecast of Fed officials was that the economy would grow 2.5 percent in 2018, up from a median forecast of 2.1 percent in September. The tax cut was the primary reason for the higher estimate, Ms. Yellen said at a news conference.

The estimate reflected the view of Fed officials that the benefits of the $1.5 trillion tax cut will be attenuated by higher interest rates, as the federal government seeks to borrow more money.

The account also said that some firms were likely to give the windfall to investors or use the money to pay down debts rather than making the types of investments likely to expand the economy.

The internal debate about how quickly to raise rates revolves around the pace of inflation. Last year was the sixth straight year the Fed fell short of its 2 percent inflation target.

"One thing is for certain and that is that inflation has become the most important economic variable steering the Fed's policy," wrote Chris Rupkey, chief financial economist at MUFG.

Some officials have sought to suspend rate hikes until inflation shows greater strength. Charles Evans, president of the Federal Reserve Bank of Chicago, voted against the December rate hike, and said in a post-meeting statement that the Fed needed to demonstrate a commitment to its target.

"I am concerned that too many observers have the impression that our 2 percent objective is a ceiling that we do not wish inflation to breach," Mr. Evans said in the statement.

Most Fed officials, however, expressed confidence that continued growth would increase inflation. That group includes the plurality of officials favoring three rates hikes next year.

It also includes the minority of officials who are concerned that the Fed may not be raising rates fast enough. They noted that the economy is growing more quickly, money remains easy to borrow and the supply of workers is dwindling — factors that could fuel faster inflation.

One new item on the agenda at the December meeting: Concern about a technical indicator called the yield curve, which compares the interest rates on the different kinds of debt issued by the federal government, which borrows money for periods ranging from one month to 30 years.

In general, investors demand higher interest rates on longer-term loans, to compensate for greater uncertainty, but the difference between short-term rates and long-term rates on federal debt has been compressing. When short-term rates exceed long-term rates, the yield curve is said to be "inverted." Historically, that has often happened before a recession.

Neel Kashkari, the president of the Federal Reserve Bank of Minneapolis, voted against the December rate hike. He said in a post-meeting statement that the flattening of the yield curve indicated the Fed was moving too quickly. "In response to our rate hikes, the yield curve has flattened significantly, potentially signaling an increasing risk of a recession," Mr. Kashkari said.

The minutes said most Fed officials did not share Mr. Kashkari's concerns, judging instead "that the current degree of flatness of the yield curve was not unusual by historical standards," and that further flattening "would not necessarily foreshadow or cause an economic downturn."

# The Year of Protectionism? Trump Alone Will Decide

By ANA SWANSON

WASHINGTON — The Trump administration will soon face several major trade decisions that will determine whether the White House adopts the type of protectionist barriers that President Trump campaigned on but that were largely absent during his first year in office.

So far, the president's actions on trade have been more moderate than his campaign speeches suggested. Mr. Trump withdrew the United States from a Pacific Rim trade pact and opened other, existing trade deals to renegotiations. But he has yet to impose any of the broad tariffs that he has argued are necessary to give American companies a fair shot in a global economy.

In 2018, Mr. Trump will have several opportunities to punish foreign rivals as the final decider in a series of unusual trade cases that were initiated last year. These cases, which were brought under little-used provisions of trade laws, give the president broad authority to impose sweeping tariffs or quotas on foreign products.

The United States has numerous other routine trade cases in the works — like Boeing's fight with the Canadian plane maker Bombardier. But the ones heading to Mr. Trump's desk are unique because they fall to the president alone, rather than career bureaucrats, to decide.

"We're approaching a moment of truth where decisions have to be made to impose tariffs or not," said Wendy Cutler, vice president of the Asia Society Policy Institute and a former trade negotiator. "The days of saying we're going to have a study on this or carry out an investigation into that are over."

Many American companies, particularly manufacturers, are cheering on the administration. They argue that they need the government's assistance to stop foreign companies from flooding the market with cheap products.

But others, including consumers and companies that buy steel, aluminum, solar modules and other products, complain that tariffs would make these items more expensive, put American companies out of business and kill more jobs than they create. And some of the measures the Trump administration is considering might violate commitments that the United States has made under existing trade pacts, risking retaliation from other countries.

AARON JOSEFCZYK/REUTERS

Workers assembling washing machines on Tuesday at a Whirlpool plant in Clyde, Ohio. Whirlpool claims that its overseas competitors are evading duties by moving production around the globe.

## Chinese Imports And Investment

The president has long hammered China for taking advantage of the United States on trade, and threatened to impose penalties as a result. Now, with a special investigation on China drawing to a close, he appears to have his chance.

In August, the administration opened an investigation into whether China's actions on intellectual property were harming the United States. The investigation has focused on technology transfer, in which China forces or coerces companies to share intellectual property as a condition of doing business there. It's a practice that could help Chinese producers gain an advantage over American competitors in years to come.

The results of the investigation aren't due until August, but trade analysts say they could arrive within weeks. They suggest that the administration might consider restrictions on Chinese investment in the United States, as well as tariffs on Chinese products.

In an interview with The New York Times on Dec. 28, the president said that he had been "soft on China" to gain the country's help on North Korea, but that he was now intent on cracking down.

"China on trade has ripped off this country more than any other element of the world in history has ripped off anything," he said. "If they don't help us with North Korea, then I do what I've always said I want to do."

The United States typically takes cases against foreign competitors after investigations like these to the World Trade Organization. But the Trump administration has suggested that it may not want to wait for the World Trade Organization. If the United States acts alone, it may violate the organization's rules. In that case, China could gain the support of other World Trade Organization members and retaliate against the United States with its own trade restrictions, potentially triggering a trade war between the world's two largest economies.

## Solar Products

The president must decide by Jan. 26 whether to impose tariffs or quotas on imports of solar cells and modules. Imposing restrictions could make solar products more expensive, slowing the adoption of solar power. But the domestic manufacturers argue that without protection from cheap Chinese products, American solar manufacturing will disappear.

Two companies, Suniva and SolarWorld, have asked for broader protections by bringing a so-called "safeguard case" — a rarely used measure that gives the president broad power to help a struggling industry. This type of power has not been used to levy tariffs since 2002, when President George W. Bush restricted imports of steel.

On Oct. 31, a panel of trade officials who had studied the case recommended that the president impose restrictions, with some arguing for tariffs of up to 35 percent on some products. The final decision rests with the president.

THOMAS PATTERSON FOR THE NEW YORK TIMES

SolarWorld's solar panel factory in Hillsboro, Ore. The company has asked for broader protections from cheap Chinese products.

## Washing Machines

A similar safeguard case, related to imported washing machines, is now headed to Mr. Trump for a final decision.

Whirlpool has petitioned the government to restrict low-cost imports, which it says have flooded the market and hurt American manufacturers. It claims that South Korean rivals Samsung and LG have moved their production around the globe to evade American tariffs that were levied on specific countries. As a result, it has asked for broader protections that a safeguard case can bring.

Trade officials reviewing the case recommended that the United States impose some restrictions on imports, by taxing them after a certain number of washers enter the American market each year.

But Whirlpool and its supporters — including Ohio's senators, Rob Portman, a Republican, and Sherrod Brown, a Democrat — have urged the president to adopt even tougher restrictions to preserve American manufacturing. Mr. Trump must make the final decision by Feb. 2.

## Steel and Aluminum

The most contentious trade cases the president will have to weigh in on are twin investigations regarding imports of steel and aluminum.

The Trump administration opened an investigation on April 19 into how much steel the United States needs to protect its national security, and whether current capacity meets that level. Carried out under Section 232 of the 1962 Trade Expansion Act, the case would allow the president to impose sweeping barriers on steel imports.

The plan garnered swift support from steelworkers, steel companies and Rust Belt legislators. They say the industry is struggling to remain in the United States, putting the ability to manufacture weapons, tanks and critical infrastructure in jeopardy.

Users of steel, including carmakers, food companies and the military, have expressed concern about the potential for higher costs.

Some American allies, like Germany, South Korea, Canada and Japan, have also protested, saying the burden of tariffs could fall heavily on their companies. Steel makers mostly point to a flood of cheap Chinese steel, but the United States already heavily restricts imports from China. Supporters of tariffs say Chinese steel is flooding into the United States through other countries, and the United States would look to impose a broad solution to cut off the foreign flow of Chinese steel.

The Commerce Department must submit its report on the investigation by Jan. 15 to the president, who will have 90 days to determine an action.

A similar investigation into aluminum imports was started on April 26, and the Commerce Department must submit its findings to the president by Jan. 21. Mr. Trump will then have 90 days to make a decision.

If the United States does restrict steel and aluminum imports, other countries might go after the United States at the World Trade Organization. The question then would be whether the Trump administration would choose to heed the World Trade Organization's directives or ignore them, potentially undermining the global group.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SUNEDISON, INC., *et al.*,** | **Case No. 16-10992 (SMB)** |
| **Debtors.[1]** | **(Jointly Administered)** |

**NOTICE OF EFFECTIVE DATE OF CONFIRMED SECOND AMENDED JOINT PLAN OF REORGANIZATION OF SUNEDISON, INC. AND ITS DEBTOR AFFILIATES**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on July 28, 2017, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Docket No. 3735] (the "Confirmation Order") confirming the Second Amended Joint Plan of Reorganization of SunEdison, Inc. and Its Debtor Affiliates (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Plan"). Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.nysb.uscourts.gov, for a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Prime Clerk, LLC (the "Administrative Agent"), https://cases.primeclerk.com/sunedison, free of charge.

**PLEASE TAKE FURTHER NOTICE** that on December 29, 2017, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article XII therein have either been satisfied or waived in accordance with the Plan and Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Administrative Agent on or before the date that is thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including December 29, 2017, shall be filed with the Bankruptcy Court on or before the date that is sixty (60) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** pursuant to Article VIII of the Plan, except as otherwise provided in the Plan, each Executory Contract or Unexpired Lease is deemed automatically rejected as of the Effective Date unless any such Executory Contract or Unexpired Lease: (a) is listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" contained in Exhibit 8.1 of the Plan (as amended); (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a Bankruptcy Court order, any proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VIII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" in Exhibit 8.1 of the Plan (as amended) are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their successors or assignees (if any) in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumptions pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, unless a counterparty to an assumed Executory Contract or Unexpired Lease filed a proper and timely objection to the Cure Notice or proposed Cure on or before fourteen (14) days after the applicable counterparty was served with a Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, Reorganized Debtors, any Holder of a Claim against, or Interest in, the Debtors and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

Dated: New York, New York, December 29, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, By: */s/ J. Eric Ivester*, Jay M. Goffman, J. Eric Ivester, Four Times Square, New York, New York 10036-6522, Telephone: (212) 735-3000, Fax: (212) 735-2000 -and- James J. Mazza, Jr. (admitted *pro hac vice*), Louis S. Chiappetta (admitted *pro hac vice*), 155 N. Wacker Dr., Chicago, Illinois 60606-1720, Telephone: (312) 407-0700, Fax: (312) 407-0411 -and- Anthony W. Clark (admitted *pro hac vice*), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, *Counsel for Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

Do not forget the Neediest!

**Exhibit C**

# AFFIDAVIT

**STATE OF TEXAS )**
**) ss:**
**CITY AND COUNTY OF DALLAS)**

I, Tiffany Roberts, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s):

JAN-04-2018;

ADVERTISER: SUNEDISON, INC.;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
4 day of January 2018

Notary Public

TOBY A. BREITEN
Notary Public
STATE OF TEXAS
My Comm. Exp. April 24, 2018
NOTARY PUBLIC
STATE OF TEXAS

# Fidelity Changes Job of Equity Unit's President

By Sarah Krouse And Kirsten Grind

The president of **Fidelity Investments'** equity division is moving to a new role within the fund giant's personal investing business later this quarter, leaving a post he has held since 2009.

Brian Hogan most recently led equity and high-income investing within the asset-management unit at Boston-based Fidelity.

In his new role, he will be head of investment solutions and innovation within the company's personal-investing unit, a Fidelity spokesman confirmed.

The personal investing unit houses Fidelity's brokerage platform, individual retirement accounts and other services for retail investors.

*Fidelity's equity division has faced scrutiny in recent months.*

Mr. Hogan joined Fidelity in 1994 as a bond analyst. In 1998, he joined the stock-picking unit and has held a number of roles, including senior vice president of equity research.

The equity division has faced scrutiny in recent months after The Wall Street Journal reported on a high-level firing there and allegations of sexual harassment.

"The combination of the firm's focus on career vitality and mobility, the recent departure of Bart Grenier to join Fidelity International and Brian's investment-product expertise and deep understanding of our customers makes this the right decision for Fidelity," the Fidelity spokesman said.

In recent months the firm has shifted some of its senior executives to roles in other business units.

Mr. Hogan will now report to Kathleen Murphy, a deputy of Fidelity Chief Abigail Johnson, who has run the personal investing business for nearly a decade.

Within that unit, he will succeed Bart Grenier. Mr. Grenier is moving to London as global head of asset management for Fidelity International.

Charles Morrison, president of Fidelity's asset-management unit, is "evaluating next steps for the leadership" of the equity unit, the spokesman said.

Fidelity, founded by the Johnson family in 1946, has long been known for the star investors within its money-management business that try to beat the market. It manages $2.43 trillion and has $6.7 trillion in assets under administration.

Fidelity's equity unit in particular has been home to top-performing investors such as Peter Lynch and William Danoff.

The Journal reported in October that Fidelity had fired one of its star stock pickers for allegedly sexually harassing a junior female employee and that multiple employees had complained to superiors and the company's human-resources department about sexual harassment and other abusive behavior by portfolio managers in the equity unit.

Late last year Fidelity hired a consulting firm to review employee behavior, including within the equity division.

Mr. Hogan held an emergency meeting to stress the company's "zero-tolerance policy" for inappropriate workplace conduct.

Since then, Ms. Johnson moved her desk to the 11th floor, where the equity division is based, and recorded a video message for employees that said "we have no tolerance at our company for any type of harassment," according to a transcript of the remarks. "We simply will not, and do not tolerate this type of behavior, from anyone," she said.

# Petrobras to Pay $3 Billion

## Brazilian oil company reaches one of biggest settlements ever in U.S. corruption lawsuit

By Paul Kiernan

VICTOR MORIYAMA/BLOOMBERG NEWS

**A Petrobras gas station in São Paulo. The company is recovering from a corruption scandal.**

RIO DE JANEIRO—Brazilian state-run oil company **Petróleo Brasileiro** SA said Wednesday that it would pay one of the highest settlements ever to end a class-action lawsuit by U.S. investors who had sought to recoup corruption-related losses.

Petrobras, as the company is known, said it agreed to pay $2.95 billion to resolve claims by investors who bought its U.S.-listed shares or bonds between January 2010 and July 2015. During most of that period, Brazilian courts have since found, Petrobras was spending tens of billions of dollars a year on contracts that were inflated by one of the biggest corruption schemes ever uncovered.

If approved, the settlement would likely rank as the fifth-largest on record for securities class-action suits, according to Stanford Law School and Cornerstone Research, which jointly track such cases. As the largest payout ever by a foreign corporation, it also could have far-reaching implications for overseas companies that tap U.S. equity or debt markets for funding, experts say.

"We are very pleased with this historic settlement," plaintiffs' attorney Jeremy Lieberman said, noting that precedent-setting decisions over the three-year trial could help other investors build class-action cases.

By plaintiffs' estimates, the bribery scheme now known as Car Wash contributed to wiping out some $271 billion, or almost 90%, of Petrobras's market value between 2009 and 2015.

According to thousands of Brazilian court documents, Petrobras's contractors colluded for at least a decade to drive up the price of services they billed to the oil company while paying billions of dollars in kickbacks to corrupt Petrobras executives and government officials.

"The agreement is in the company's best interest and that of its shareholders, given the risks of a verdict advised by a jury," Petrobras said.

Petrobras has long maintained that it was a victim of the scheme, and local authorities agree. In Brazil, Petrobras has been spared from prosecution and allowed to collect some $453 million in restitution from former executives and suppliers. But legal experts say it was always far from certain whether U.S. courts would follow suit.

The U.S. plaintiffs, including the Hawaii state employees' retirement system and the North Carolina state treasurer, argued that Petrobras was complicit in concealing the corruption and that it significantly overstated the value of assets inflated by the scheme, including in disclosures made after Car Wash became public.

# Former Fund Star Faces Bribery Charges

By Maria Armental

Michael L. Cohen, once a highflying deal maker at hedge-fund giant **Och-Ziff Capital Management Group** LLC, is facing criminal charges in connection with an alleged scheme that yielded one of the largest foreign bribery settlements in U.S. history.

According to an indictment, filed in Brooklyn federal court in October and unsealed on Wednesday, Mr. Cohen and unnamed conspirators orchestrated a plan to defraud an Och-Ziff client, identified in court documents only as a U.K.-based charitable foundation.

In addition to charges of fraud and conspiracy to commit fraud, Mr. Cohen is accused of making false statements and obstructing justice.

Ronald White, a lawyer for Mr. Cohen, denied the charges. "Mr. Cohen has done nothing wrong and is confident that when all the evidence is presented, it will be shown that the government's charges are baseless," Mr. White wrote in an emailed statement.

Mr. Cohen served as head of Och-Ziff's European office and had oversight of the fund's investments in Europe, the Middle East and Africa. He resigned from Och-Ziff in 2013 amid a federal investigation into whether the firm had paid bribes to African governments to get business. The U.S. Foreign Corrupt Practices Act bars firms doing business in the U.S. from giving money or items of value to foreign officials for business.

In 2016, Och-Ziff agreed to pay $412 million to settle related civil and criminal claims.

The federal investigation led last year to a civil complaint by the Securities and Exchange Commission against Mr. Cohen and another former Och-Ziff executive. The SEC accused them of spearheading a bribery scheme that allegedly funneled millions of dollars in bribes to high-level officials in African countries to secure mining assets and other deals.

The firm also reached a three-year deferred prosecution agreement with federal prosecutors and agreed to bolster its internal controls, while an African subsidiary of Och-Ziff pleaded guilty in Brooklyn federal court to conspiracy to commit bribery. The deferred-prosecution deal covered only the firm.

Mr. Cohen has asked the case be dismissed, citing timing and jurisdictional issues and saying that the SEC "relies on speculation and innuendo for its core premise that Mr. Cohen knew of any violations of law."

Daniel Och, who founded the hedge-fund management firm and serves as its chairman and chief executive, agreed to pay a civil sanction of $2.2 million to the SEC for a record-keeping violation without admitting or denying the allegations.

*—Scott Patterson and Michael Rothfeld contributed to this article.*

ADVERTISEMENT

# Legal Notices

To advertise: 800-366-3975 or WSJ.com/classifieds

BANKRUPTCIES

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**
**In re: SUNEDISON, INC., *et al.*, Debtors.[1]** ) **Chapter 11, Case No. 16-10992 (SMB)** ) **(Jointly Administered)**

**NOTICE OF EFFECTIVE DATE OF CONFIRMED SECOND AMENDED JOINT PLAN OF REORGANIZATION OF SUNEDISON, INC. AND ITS DEBTOR AFFILIATES**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on July 28, 2017, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Docket No. 3735] (the "Confirmation Order") confirming the Second Amended Joint Plan of Reorganization of SunEdison, Inc. and Its Debtor Affiliates (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Plan"). Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.nysb.uscourts.gov, for a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Prime Clerk, LLC (the "Administrative Agent"), https://cases.primeclerk.com/sunedison, free of charge.

**PLEASE TAKE FURTHER NOTICE** that on December 29, 2017, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article XII therein have either been satisfied or waived in accordance with the Plan and Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Administrative Agent on or before the date that is thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including December 29, 2017, shall be filed with the Bankruptcy Court on or before the date that is sixty (60) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** pursuant to Article VIII of the Plan, except as otherwise provided in the Plan, each Executory Contract or Unexpired Lease is deemed automatically rejected as of the Effective Date unless any such Executory Contract or Unexpired Lease: (a) is listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" contained in Exhibit 8.1 of the Plan (as amended); (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a Bankruptcy Court order, any proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VIII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" in Exhibit 8.1 of the Plan (as amended) are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their successors or assignees (if any) in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumptions pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, unless a counterparty to an assumed Executory Contract or Unexpired Lease filed a proper and timely objection to the Cure Notice or proposed Cure on or before fourteen (14) days after the applicable counterparty was served with a Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, Reorganized Debtors, any Holder of a Claim against, or Interest in, the Debtors and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

Dated: New York, New York, December 29, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, By: /s/ J. Eric Ivester, Jay M. Goffman, J. Eric Ivester, Four Times Square, New York, New York 10036-6522, Telephone: (212) 735-3000, Fax: (212) 735-2000 -and- James J. Mazza, Jr. (admitted *pro hac vice*), Louis S. Chiappetta (admitted *pro hac vice*), 155 N. Wacker Dr., Chicago, Illinois 60606-1720, Telephone: (312) 407-0700, Fax: (312) 407-0411 -and- Anthony W. Clark (admitted *pro hac vice*), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, *Counsel for Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

## New Highs and Lows | WSJ.com/newhighs

The following explanations apply to the New York Stock Exchange, NYSE Arca, NYSE American and Nasdaq Stock Market stocks that hit a new 52-week intraday high or low in the latest session. **% CHG**-Daily percentage change from the previous trading session.

**Wednesday, January 3, 2018**

**Highs**

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| ABB | ABB | 27.24 | 0.7 |
| AbbVie | ABBV | 100.10 | 1.6 |
| AcceleronPharma | XLRN | 44.80 | 4.1 |
| AdverumBiotech | ADVM | 4.35 | 17.8 |
| Aegon | AEG | 6.38 | ... |
| AirProducts | APD | 166.62 | 0.5 |
| AirT | AIRT | 25.00 | 0.5 |
| AlliedMotionTech | AMOT | 35.27 | -2.5 |
| AllscriptsHlthcr | MDRX | 15.21 | 0.9 |
| AllyFinancial | ALLY | 29.52 | -0.5 |
| AlonUSAPartners | ALDW | 17.82 | 1.1 |
| Alphabet C | GOOG | 1086.29 | 1.6 |
| Alphabet A | GOOGL | 1096.10 | 1.7 |
| Altaba | AABA | 73.86 | 0.9 |
| Ambarella | AMBA | 66.23 | 3.4 |
| AmRvrBksh | AMRB | 15.99 | 3.2 |
| Ametek | AME | 73.39 | 0.9 |
| Andeavor | ANDV | 117.01 | 1.5 |
| AndinaAcqnII | ANDA | 10.46 | -0.2 |
| AndinaAcqnIIRt | ANDAR | 1.44 | 1.4 |
| AndinaAcqnIIWt | ANDAW | 1.90 | 2.2 |
| ApolloGlbMgmt | APO | 35.01 | 2.0 |
| Appian | APPN | 36.08 | 8.1 |
| AptevoTherap | APVO | 4.85 | -2.1 |
| ArcelorMittal | MT | 35.00 | 2.4 |
| ArenaPharm | ARNA | 40.94 | 10.9 |
| ArmstrongWorld | AWI | 62.85 | 2.0 |
| ArQule | ARQL | 1.98 | 12.1 |
| ArrayBioPharma | ARRY | 14.13 | 0.2 |
| ArrowheadPharm | ARWR | 4.88 | 24.7 |
| AtlasFinancial | AFH | 21.45 | -1.4 |
| AudentesTherap | BOLD | 35.75 | 4.8 |
| Autohome | ATHM | 72.41 | 1.9 |
| BHPBilliton | BHP | 47.80 | 0.4 |
| BHPBilliton | BBL | 42.02 | 0.8 |
| BP Midstream | BPMP | 21.68 | 4.3 |
| BP | BP | 42.89 | 1.2 |
| BcoSantChile | BSAC | 32.74 | 0.1 |
| BaxterIntl | BAX | 68.67 | 1.6 |
| BeaconRoof | BECN | 66.43 | 2.1 |
| BlackRidgeAcqn | BRACU | 10.30 | 0.6 |
| BlackBerry | BB | 13.56 | 12.6 |
| BrookfieldBusPtr | BBU | 34.91 | -0.1 |
| Buckle | BKE | 25.11 | 1.0 |
| BuildersFirstSrc | BLDR | 22.46 | 1.9 |
| CDW | CDW | 71.91 | 2.9 |
| CF Industries | CF | 43.54 | ... |
| CNOOC | CEO | 151.75 | 2.8 |
| CalAtlantic | CAA | 60.21 | 3.9 |
| CanadaGoose | GOOS | 33.43 | 3.4 |
| CIBC | CM | 98.40 | 0.2 |
| CanNaturalRes | CNQ | 37.32 | 1.7 |
| Carlisle | CSL | 118.60 | 0.9 |
| Celcuity | CELC | 22.73 | -1.0 |
| CellularBiomed | CBMG | 14.70 | 14.4 |
| CenturyComm | CCS | 33.70 | 5.5 |
| ChartIndustries | GTLS | 51.03 | 5.4 |
| Chegg | CHGG | 17.04 | 1.3 |
| CheniereEnergy | LNG | 56.14 | 1.0 |
| Chevron | CVX | 128.94 | 0.7 |
| ChinaEastrnAir | CEA | 38.29 | 5.7 |
| ChinaHGSRealEst | HGSH | 4.48 | 94.3 |
| CiscoSystems | CSCO | 39.28 | 0.8 |
| CitizensFin | CFG | 43.29 | 1.1 |
| CitrixSystems | CTXS | 89.85 | 1.1 |
| CommercialMetals | CMC | 25.18 | 6.7 |
| CerveceriasUnid | CCU | 30.35 | -1.2 |
| ConocoPhillips | COP | 56.39 | 1.8 |
| ConTomka | CTO | 65.00 | 1.5 |
| ContinentalBldg | CBPX | 28.60 | -0.9 |
| ContinentalRscs | CLR | 55.36 | 1.3 |
| Corning | GLW | 33.44 | 2.5 |
| Cosan | CZZ | 10.29 | -1.2 |
| Credicorp | BAP | 218.88 | 1.8 |
| CreditSuisse | CS | 18.12 | 1.0 |
| CueBiopharma | CUE | 12.94 | 9.6 |
| DaqoNewEnergy | DQ | 64.75 | 0.9 |
| Darden | DRI | 98.68 | 2.3 |
| DecipheraPharm | DCPH | 26.27 | 3.7 |
| DelekUS | DK | 36.21 | 0.6 |
| DiamondOffshore | DO | 20.23 | 2.4 |
| DiamondbkEner | FANG | 129.74 | 1.0 |
| DianaShippingPfd | DSXpB | 25.12 | 0.4 |
| DolbyLab | DLB | 63.37 | 0.3 |
| Domtar | UFS | 50.97 | 0.5 |
| Dover | DOV | 102.75 | 0.8 |
| Dunkin' | DNKN | 66.40 | 0.7 |
| EOG Rscs | EOG | 111.83 | 1.5 |
| EPAM Systems | EPAM | 110.76 | 1.3 |
| E*TRADE | ETFC | 51.21 | 1.6 |
| EagleMaterials | EXP | 118.23 | 0.3 |
| EastmanChem | EMN | 95.62 | 1.1 |
| EtnVncTABS | EVLMC | 100.06 | 0.1 |
| eBay | EBAY | 39.28 | 3.0 |
| Ecopetrol | EC | 16.15 | 4.9 |
| EditasMedicine | EDIT | 36.00 | -2.9 |
| eGain | EGAN | 5.75 | 5.5 |
| EigerBioPharma | EIGR | 14.70 | 2.1 |
| EmbotellAndinaA | AKO.A | 27.88 | 4.0 |
| Embraer | ERJ | 26.61 | 4.0 |
| EmclaireFin | EMCF | 32.99 | ... |
| EmersonElec | EMR | 71.46 | 0.9 |
| EmpresaDisCom | EDN | 52.60 | 1.5 |
| Encana | ECA | 14.01 | 0.6 |
| EnelAmericas | ENIA | 11.44 | -1.0 |
| Euronav | EURN | 9.50 | -0.5 |
| FMC | FMC | 97.07 | 1.3 |
| FSB Bancorp | FSBC | 18.00 | 1.1 |
| Facebook | FB | 184.78 | 1.8 |
| FedEx | FDX | 261.57 | 1.2 |
| FiatChrysler | FCAU | 19.31 | 4.1 |
| FidelityD&D | FDBC | 45.35 | ... |
| FirstBancshares | FBMS | 35.10 | -2.5 |
| FirstCash | FCFS | 69.50 | 2.2 |
| FirsthandTechVal | SVVC | 9.30 | 1.7 |
| FiveBelow | FIVE | 71.79 | 2.4 |
| FranklinCovey | FC | 22.75 | -3.1 |
| FreeportMcM | FCX | 19.85 | -1.5 |
| GRAVITY | GRVY | 99.00 | 1.6 |
| GalectinTherap | GALT | 4.80 | 13.5 |
| GalmedPharm | GLMD | 10.70 | 7.3 |
| GasLogPartners | GLOP | 25.50 | 1.0 |
| Gener8Maritime | GNRT | 6.86 | 1.2 |
| GeneralFin | GFN | 7.15 | 2.9 |
| GIIIApparel | GIII | 38.42 | 0.9 |
| GlShipLeasePfdB | GSLpB | 25.36 | 5.0 |
| GolarLNG | GLNG | 31.64 | 0.2 |
| Graco | GGG | 46.05 | 1.7 |
| GraphicPkg | GPK | 15.92 | 0.7 |
| GpoFinGalicia | GGAL | 67.45 | -0.4 |
| GuangshenRail | GSH | 34.77 | 2.5 |
| HVBancorp | HVBC | 17.20 | 5.4 |
| Haemonetic | HAE | 63.90 | -0.7 |
| HailiangEduc | HLG | 48.94 | 1.4 |
| Hill-Rom | HRC | 87.58 | 1.9 |
| HondaMotor | HMC | 34.83 | 0.9 |
| HorizonTechFin | HRZN | 11.81 | -0.4 |
| DR Horton | DHI | 52.98 | 3.5 |
| Hortonworks | HDP | 22.00 | 1.2 |
| JBHunt | JBHT | 118.05 | 0.7 |
| Huntsman | HUN | 34.65 | 1.2 |
| HyattHotels | H | 74.93 | 1.2 |
| IRSA | IRS | 32.20 | -0.3 |
| Illumina | ILMN | 231.23 | 2.8 |
| Insmed | INSM | 33.54 | 1.6 |
| IntlPaper | IP | 60.83 | 1.3 |
| iRhythmTechs | IRTC | 58.38 | 0.8 |
| JPMorganChase | JPM | 108.49 | 0.1 |
| JamesHardie | JHX | 17.95 | 1.1 |
| JPMUSMinimumVol | JMIN | 25.84 | 0.2 |
| KB Fin | KB | 59.44 | ... |
| KB Home | KBH | 33.78 | 4.5 |
| KKR | KKR | 22.00 | 2.1 |
| KaiserAlum | KALU | 109.94 | -0.1 |
| KenonHoldings | KEN | 22.49 | 2.3 |
| Kingstone | KINS | 20.10 | 3.4 |
| KirklandLakeGold | KL | 16.23 | 0.1 |
| Knight-Swift | KNX | 45.27 | 0.8 |
| Kraton | KRA | 51.50 | -1.0 |
| LGI Homes | LGIH | 78.93 | 4.0 |
| LKQ | LKQ | 41.67 | 0.5 |
| LPL Financial | LPLA | 59.14 | 2.2 |
| Lazard | LAZ | 54.10 | 2.8 |
| LendingTree | TREE | 357.30 | 3.0 |
| Lennar B | LEN.B | 54.90 | 4.2 |
| Lennar A | LEN | 67.40 | 3.7 |
| LexinFintech | LX | 18.29 | -11.0 |
| LomaNegra | LOMA | 25.07 | -2.6 |
| LunaInnov | LUNA | 2.65 | 3.2 |
| LyondellBasell | LYB | 112.42 | ... |
| MillAcqn Un | MIIIU | 11.55 | 2.3 |
| MillAcqn Wt | MIIIW | 0.99 | 14.5 |
| MV Oil | MVO | 9.74 | -1.5 |
| MarathonPetrol | MPC | 68.97 | 2.1 |
| MatadorResources | MTDR | 32.27 | 1.0 |
| MatchGroup | MTCH | 33.08 | -1.1 |
| MesaRoyalty | MTR | 19.85 | 3.5 |
| MesabiTrust | MSB | 27.30 | ... |
| Methanex | MEOH | 64.25 | 2.1 |
| MichaelKors | KORS | 64.36 | -0.4 |
| Michaels | MIK | 24.52 | -0.5 |
| MurphyOil | MUR | 32.87 | 0.9 |
| NVR | NVR | 3599.70 | 0.9 |
| NXP Semi | NXPI | 118.53 | 0.1 |
| NeptuneTech | NEPT | 2.73 | 13.8 |
| Netflix | NFLX | 206.21 | 2.0 |
| Netgear | NTGR | 61.65 | 2.2 |
| Neurocrine | NBIX | 83.08 | 4.6 |
| NewHome | NWHM | 13.54 | 2.8 |
| NewOrientalEduc | EDU | 102.50 | 3.9 |
| NewYork | NWY | 3.00 | 3.5 |
| Newmark | NMRK | 16.22 | -2.5 |
| NexaResources | NEXA | 21.20 | 0.3 |

**Continued on Page B9**

## Borrowing Benchmarks | WSJ.com/bonds

## Money Rates

January 3, 2018

Key annual interest rates paid to borrow or lend money in U.S. and international markets. Rates below are a guide to general levels but don't always represent actual transactions.

**Inflation**

| | Nov. index level | Chg From (%) Oct. '17 | Nov. '16 |
|---|---|---|---|
| **U.S. consumer price index** | | | |
| All items | **246.669** | 0.002 | 2.2 |
| Core | **253.492** | −0.06 | 1.7 |

**International rates**

| | Latest | Week ago | 52-Week High | 52-Week Low |
|---|---|---|---|---|
| **Prime rates** | | | | |
| U.S. | **4.50** | 4.50 | 4.50 | 3.75 |
| Canada | **3.20** | 3.20 | 3.20 | 2.70 |
| Japan | **1.475** | 1.475 | 1.475 | 1.475 |
| **Policy Rates** | | | | |
| Euro zone | **0.00** | 0.00 | 0.00 | 0.00 |
| Switzerland | **0.50** | 0.50 | 0.50 | 0.50 |
| Britain | **0.50** | 0.50 | 0.50 | 0.25 |
| Australia | **1.50** | 1.50 | 1.50 | 1.50 |
| **Overnight repurchase** | | | | |
| U.S. | **1.56** | 1.51 | 1.62 | 0.48 |

**U.S. government rates**

| | Latest | Week ago | 52-Week High | 52-Week Low |
|---|---|---|---|---|
| **Discount** | **2.00** | 2.00 | 2.00 | 1.25 |
| **Federal funds** | | | | |
| Effective rate | **1.4200** | 1.4200 | 1.4400 | 0.6000 |
| High | **1.5625** | 1.5625 | 1.6125 | 0.8125 |
| Low | **1.3000** | 1.3500 | 1.3900 | 0.4500 |
| Bid | **1.4100** | 1.4100 | 1.4100 | 0.5600 |
| Offer | **1.4200** | 1.4200 | 1.4400 | 0.5800 |
| **Treasury bill auction** | | | | |
| 4 weeks | **1.270** | 1.245 | 1.300 | 0.400 |
| 13 weeks | **1.435** | 1.445 | 1.445 | 0.505 |
| 26 weeks | **1.575** | 1.530 | 1.575 | 0.590 |

**Secondary market**

| | Latest | Week ago | 52-Week High | 52-Week Low |
|---|---|---|---|---|
| **Fannie Mae** | | | | |
| 30-year mortgage yields | | | | |
| 30 days | **3.501** | 3.552 | 3.865 | 3.253 |
| 60 days | **3.535** | 3.584 | 3.899 | 3.281 |

**Other short-term rates**

| | Latest | Week ago | 52-Week high | 52-Week low |
|---|---|---|---|---|
| **Call money** | **3.25** | 3.25 | 3.25 | 2.50 |
| **Commercial paper (AA financial)** | | | | |
| 90 days | **1.68** | 1.62 | 1.68 | 0.72 |
| **Libor** | | | | |
| One month | **1.55688** | 1.56900 | 1.56900 | 0.76333 |
| Three month | **1.69593** | 1.69339 | 1.69693 | 1.00511 |
| Six month | **1.84269** | 1.84300 | 1.84363 | 1.32100 |
| One year | **2.11782** | 2.11063 | 2.11782 | 1.68456 |
| **Euro Libor** | | | | |
| One month | **-0.408** | -0.420 | -0.379 | -0.420 |
| Three month | **-0.385** | -0.385 | -0.339 | -0.387 |
| Six month | **-0.325** | -0.322 | -0.229 | -0.325 |
| One year | **-0.252** | -0.245 | -0.087 | -0.261 |
| **Euro interbank offered rate** (Euribor) | | | | |
| One month | **-0.368** | -0.368 | -0.366 | -0.375 |
| Three month | **-0.329** | -0.329 | -0.320 | -0.332 |
| Six month | **-0.271** | -0.271 | -0.224 | -0.276 |
| One year | **-0.187** | -0.186 | -0.085 | -0.194 |

| | Latest | Value Traded | 52-Week High | 52-Week Low |
|---|---|---|---|---|
| **DTCC GCF Repo Index** | | | | |
| Treasury | **1.546** | 37.900 | 1.836 | 0.489 |
| MBS | **1.582** | 111.500 | 1.852 | 0.496 |

| | Settle | Change | Open Interest | Implied Rate |
|---|---|---|---|---|
| **DTCC GCF Repo Index Futures** | | | | |
| Treasury Jan | **98.515** | -0.025 | 2256 | 1.485 |
| Treasury Feb | **98.535** | -0.005 | 828 | 1.465 |
| Treasury Mar | **98.450** | -0.005 | 282 | 1.550 |

**Notes on data:**

**U.S. prime rate** is the base rate on corporate loans posted by at least 70% of the 10 largest U.S. banks, and is effective December 14, 2017. **Other prime rates** aren't directly comparable; lending practices vary widely by location; **Discount rate** is effective December 14, 2017. **DTCC GCF Repo Index** is Depository Trust & Clearing Corp.'s weighted average for overnight trades in applicable CUSIPs. Value traded is in billions of U.S. dollars. **Federal-funds rates** are Tullett Prebon rates as of 5:30 p.m. ET. **Futures on the DTCC GCF Repo Index** are traded on NYSE Liffe US.

Sources: Federal Reserve; Bureau of Labor Statistics; DTCC; SIX Financial Information; Tullett Prebon Information, Ltd.

**Exhibit D**

# DECLARATION OF PUBLICATION OF

# San Francisco Chronicle | SFGate.com

I, Alexandra Bazhina, declare that:

SUNEDISON, Inc. has been regularly published in the

San Francisco Chronicle | SFGate.com

which is and was at all times herein mentioned established as newspaper of general circulation in the City and County of San Francisco, State of California, as the term is defined by section 6000 of the Government Code.

San Francisco Chronicle | SFGate.com
901 Mission Street
San Francisco, CA 94013

From 1/5/2018
To 1/5//2018
Namely on Friday, January 5th, 2018
(Dates of Publication)

I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 5th day of January 2018 at San Francisco, California.

Alexandra Bazhina

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco }

On Jan 5, ~~2017~~ 2018 before me, Diane FitzGibbon, Notary Public, personally appeared Alexandra Bazhina

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under **PENALTY OF PERJURY** under the laws of the State of California that the foregoing paragraph is true and correct.

***WITNESS*** my hand and official seal.

Diane FitzGibbon
Notary Public Signature

DIANE FITZGIBBON
Commission No. 2180235
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires FEBRUARY 14, 2021
Notary Public Seal

Adam Glanzman / Bloomberg

**Pedestrians walk past the George Washington statue in the Boston Public Garden. Boston expected a low around minus 11 overnight Saturday into Sunday from the massive winter snowstorm.**

EAST COAST

# Blizzard batters region — record cold to follow

**By Philip Marcelo and Dave Collins**

BOSTON — A massive winter storm roared into the East Coast on Thursday, dumping as much as 17 inches of snow in some areas and unleashing hurricane-force winds and historic flooding that closed schools and offices and halted transportation from the Carolinas to Maine.

Forecasters expected the storm to be followed immediately by a blast of face-stinging cold that could break records in more than two dozen cities and bring wind chills as low as minus 40 degrees this weekend.

Blizzard warnings and states of emergency were in wide effect, and wind gusts hit more than 70 mph in places. In parts of New England, snow fell as fast as 3 inches per hour.

Four people were killed in North and South Carolina after their vehicles ran off snow-covered roads, authorities said. Another fatality was reported near Philadelphia when a car could not stop at the bottom of a steep, snow-covered hill and slammed into a commuter train. A passenger in the vehicle was killed. No one on the train was hurt.

More than 100,000 homes and businesses lost power at some point Thursday. Though many outages were restored by the day's end, officials from the mid-Atlantic to New England warned that those numbers might climb again as strong wind gusts and frigid temperatures continue through Saturday.

In New England, the powerful winds brought coastal flooding that reached historic levels in areas. The frigid waters overwhelmed fishing piers, streets and restaurants, and stranded people in homes and cars, prompting dozens of evacuations and rescues.

In Portland, Maine, the high tide nearly matched the 14.17-feet reported during the infamous Blizzard of 1978 that walloped the Northeast.

In Boston, icy harbor waters poured into downtown streets near popular tourist and business areas. The National Weather Service said the waters reached "within a few tenths of an inch" of record levels and local officials across coastal Massachusetts braced for further tidal surges.

Mayor Marty Walsh said some of the areas hadn't seen flooding in 30 years.

"If anyone wants to question global warming, just see where the flood zones are," the Democrat remarked.

The flight-tracking site FlightAware reported more than 5,000 canceled flights across the United States. Those included more than two-thirds of flights in and out of New York City and Boston airports.

Rail service was affected, too. Amtrak operated a modified schedule between New York and Boston. Northeast Regional Service between Washington, D.C., and Newport News/Norfolk, Virginia, was canceled.

In Florida, it was so cold iguanas fell from their tree perches in suburban Miami. The reptiles became immobile when temperatures dipped below 40 degrees Fahrenheit (5 degrees Celsius).

*Philip Marcelo and Dave Collins are Associated Press writers.*

VIRGINIA

# Luck of the draw for Republican

**By Alan Suderman**

RICHMOND, Va. — By luck of the draw, incumbent Republican David Yancey won a Virginia state House of Delegates race so close that its outcome was determined Thursday when an elections official pulled his name out of a ceramic bowl.

The drawing of lots happened after the race between Yancey and Democratic challenger Shelley Simonds ended in a tie. The win allows Republicans to maintain a slim majority in the House, though a final tally is still uncertain because Simonds could ask for another recount.

The drawing drew quite a crowd to the Virginia elections board meeting. Most of the people packed into the room were Simonds' supporters. Yancey did not attend but did have a representative there.

As Yancey's name was announced, Simonds sat stoically, holding the hands of her daughter and husband seated beside her. She endured a long moment of silence as the elections officials certified Yancey as the winner. The only sound in the room was the clicking of cameras, most of which were trained on Simonds.

Her supporters left the room disappointed and she addressed the media.

"This is a sad conclusion for me," she said.

However, she did not rule out asking for a recount, saying that her options were still on the table.

Before the drawing, officials detailed how it would work. The name of each candidate was printed on a piece of paper and placed into separate film canisters. The canisters were put into a cobalt-blue-and-white ceramic bowl made by a local artist, stirred around and Yancey's name was chosen first.

It's been nearly 50 years since a legislative seat was settled by drawing lots in Virginia. In 1971, Republican William H. Moss Sr. appeared to lose the election for a seat in northern Virginia. But after a recount ended in a tie, Moss was declared the winner after a blind-folded state elections official pulled his name out of a large decorative cup, according to news reports at the time.

*Alan Suderman is an Associated Press writer.*

Forced Public Auction
US CUSTOMS SEIZURES
Majority of Additional Exemplary high value collections from various other sources including bankruptcy case# 104992 (Southern District) at the
SF Airport Marriott
- 1800 Old Bayshore Hwy. - Please call hotel at 650-692-9100 for directions.
Exceptional Fine Jewelry: Diamonds, Rubies, Emeralds & Sapphires set in Rings, Bracelets, Earrings & Necklaces.
Watches: Rolex, Piaget, Patek Philippe, Cartier, Breitling, and others.
New Lamborghini Huracan, only 3,000 miles, mint condition, Factory Warranty, Loaded with options. Car will be at auction
Rare Collection of Peter Max Paintings. Pablo Picasso, Pissarro, Zamy Steynovitz, Norman Rockwell, Pino, Rare collection of Peter Max oils, Louis Icart, Salvador Dali, Renoir, Claude Monet, Keith Haring, Paul Cezanne, Miro, & many others.
5ct VS2 GIA Cert Diamond Ring in Platinum
All Diamond Super Avenger Breitling
Original Pissarro
FORCED PUBLIC AUCTION:
SAT JAN 6 AT 2 PM VIEW FROM 1 PM
Terms: Cash, Visa/MC, Certified Checks 15% buyers premium. This auction is not affiliated with any gov't agency. All sales final. Photo ID required for admission. Armed Police Security on premises. Lamborghini in high security warehouse in DC. Info: Ph: 650-549-7656 www.realestateauctionsolutions.net

HEALTH INSURANCE

# Another rule to undercut Obama's law

**By Ricardo Alonso-Zaldivar**

WASHINGTON — Striving to fulfill a campaign promise, the Trump administration on Thursday proposed regulations to facilitate the interstate sale of health insurance policies that cost less but may not cover as much.

The complex proposal from the Labor Department aims to deliver on President Trump's longstanding pledge to increase competition and lower costs by promoting the sale of health plans across state lines. Yet its success depends on the actions of insurers, state consumer protection regulators, plan sponsors and customers themselves. Some already have concerns.

Frustrated in its efforts to repeal the Obama-era Affordable Care Act, the administration is pursuing regulations to change the insurance marketplace.

The new rule would make it easier for groups, or associations, to sponsor health plans that don't have to meet all consumer protection and benefit requirements of the Obama law. Those requirements improve coverage, but also raise premiums.

Because health insurance, like real estate, reflects wide variation in local prices, it's not immediately clear whether an insurer could charge Texas premiums for policies sold to people in Manhattan.

Insurance industry groups are skeptical of Trump's idea. Patient groups are concerned about losing protections. Some state regulators object to federal interference. Some experts foresee potential legal challenges.

In a recent interview, Trump predicted that insurance markets would be transformed by the combination of this expected proposal, often referred to as "association health plans," and the GOP's recent repeal of the health law's requirement that most people get health insurance or risk fines.

"So now I have associations," Trump said. "I have private insurance companies coming and will sell private health care plans to people through associations. That's gonna be millions and millions of people. People have no idea how big that is. And by the way, and for that, we've ended 'across state lines.' So we have competition."

Trump appeared to be referring to current obstacles that deter a health insurance company in one state from marketing to individual customers in another state. Some of those barriers have to do with state regulations that differ in the kinds of benefits that insurers must cover. For example, one state may require robust coverage for children with autism, while another may not.

Under the administration's proposal, health plans sponsored by associations would gain enhanced status under a federal law that generally exempts large employer plans from state regulation.

"The goal of the rulemaking is to expand access to affordable health coverage, especially among small employers and self-employed individuals, by removing undue restrictions on the establishment and maintenance of association health plans" under federal law, the proposal said.

*Ricardo Alonso-Zaldivar is an Associated Press writer.*

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| **SUNEDISON, INC., *et al.*,** | ) | **Case No. 16-10992 (SMB)** |
| **Debtors.[1]** | ) | **(Jointly Administered)** |

**NOTICE OF EFFECTIVE DATE OF CONFIRMED SECOND AMENDED JOINT PLAN OF REORGANIZATION OF SUNEDISON, INC. AND ITS DEBTOR AFFILIATES**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on July 28, 2017, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Docket No. 3735] (the "Confirmation Order") confirming the Second Amended Joint Plan of Reorganization of SunEdison, Inc. and Its Debtor Affiliates (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Plan"). Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.nysb.uscourts.gov, for a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Prime Clerk, LLC (the "Administrative Agent"), https://cases.primeclerk.com/sunedison, free of charge.

**PLEASE TAKE FURTHER NOTICE** that on December 29, 2017, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article XII therein have either been satisfied or waived in accordance with the Plan and Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Administrative Agent on or before the date that is thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including December 29, 2017, shall be filed with the Bankruptcy Court on or before the date that is sixty (60) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** pursuant to Article VIII of the Plan, except as otherwise provided in the Plan, each Executory Contract or Unexpired Lease is deemed automatically rejected as of the Effective Date unless any such Executory Contract or Unexpired Lease: (a) is listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" contained in Exhibit 8.1 of the Plan (as amended); (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a Bankruptcy Court order, any proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VIII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" in Exhibit 8.1 of the Plan (as amended) are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their successors or assignees (if any) in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumptions pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, unless a counterparty to an assumed Executory Contract or Unexpired Lease filed a proper and timely objection to the Cure Notice or proposed Cure on or before fourteen (14) days after the applicable counterparty was served with a Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, Reorganized Debtors, any Holder of a Claim against, or Interest in, the Debtors and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

Dated: New York, New York, December 29, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, By: */s/ J. Eric Ivester*, Jay M. Goffman, J. Eric Ivester, Four Times Square, New York, New York 10036-6522, Telephone: (212) 735-3000, Fax: (212) 735-2000 -and- James J. Mazza, Jr. (admitted *pro hac vice*), Louis S. Chiappetta (admitted *pro hac vice*), 155 N. Wacker Dr., Chicago, Illinois 60606-1720, Telephone: (312) 407-0700, Fax: (312) 407-0411 -and- Anthony W. Clark (admitted *pro hac vice*), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, *Counsel for Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

**Exhibit E**

# AFFIDAVIT OF PUBLICATION
# SAN MATEO DAILY JOURNAL

## STATE OF CALIFORNIA
## County of San Mateo

The undersigned declares: That at all times hereinafter mentioned, affiant was a permanent resident of the United States, over the age of eighteen years old, and was at and during all said times. The Office Manager of the San Mateo Daily Journal, a newspaper published daily in the County of San Mateo, State of California. The notice mentioned was set in type no smaller than nonpareil and was preceded with words printed in black face type not smaller than size 6, describing and expressing in general terms, the purpose and character of the notice intended to be given; that the

**NOTICE OF EFFECTIVE DATE OF CONFIRMED SECOND AMENDED JOINT PLAN OF REORGANIZATION OF SUNEDISON, INC. AND ITS DEBTOR AFFILIATES**

**UNITED STATES BANCRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

Of which the annexed is a printed copy was published and printed in said newspaper on the 5th Day of January 2018.

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Paul Moisio

Dated at San Mateo, California,
This 5th day of Jan 2018.

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| SUNEDISON, INC., *et al.*, | Case No. 16-10992 (SMB) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF EFFECTIVE DATE OF CONFIRMED SECOND AMENDED JOINT PLAN OF REORGANIZATION OF SUNEDISON, INC. AND ITS DEBTOR AFFILIATES**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on July 28, 2017, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Docket No. 3735] (the "Confirmation Order") confirming the Second Amended Joint Plan of Reorganization of SunEdison, Inc. and Its Debtor Affiliates (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Plan"). Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.nysb.uscourts.gov, for a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Prime Clerk, LLC (the "Administrative Agent"), https://cases.primeclerk.com/sunedison, free of charge.

**PLEASE TAKE FURTHER NOTICE** that on December 29, 2017, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article XII therein have either been satisfied or waived in accordance with the Plan and Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Administrative Agent on or before the date that is thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including December 29, 2017, shall be filed with the Bankruptcy Court on or before the date that is sixty (60) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** pursuant to Article VIII of the Plan, except as otherwise provided in the Plan, each Executory Contract or Unexpired Lease is deemed automatically rejected as of the Effective Date unless any such Executory Contract or Unexpired Lease: (a) is listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" contained in Exhibit 8.1 of the Plan (as amended); (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a Bankruptcy Court order, any proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VIII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" in Exhibit 8.1 of the Plan (as amended) are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their successors or assignees (if any) in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumptions pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, unless a counterparty to an assumed Executory Contract or Unexpired Lease filed a proper and timely objection to the Cure Notice or proposed Cure on or before fourteen (14) days after the applicable counterparty was served with a Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, Reorganized Debtors, any Holder of a Claim against, or Interest in, the Debtors and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

Dated: New York, New York, December 29, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, By: /s/ J. Eric Ivester, Jay M. Goffman, J. Eric Ivester, Four Times Square, New York, New York 10036-6522, Telephone: (212) 735-3000, Fax: (212) 735-2000 -and- James J. Mazza, Jr. (admitted *pro hac vice*), Louis S. Chiappetta (admitted *pro hac vice*), 155 N. Wacker Dr., Chicago, Illinois 60606-1720, Telephone: (312) 407-0700, Fax: (312) 407-0411 -and- Anthony W. Clark (admitted *pro hac vice*), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, *Counsel for Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

# Jeff Sessions terminates U.S. policy that let legal pot flourish

By Sadie Gurman
THE ASSOCIATED PRESS

WASHINGTON — The Trump administration threw the burgeoning movement to legalize marijuana into uncertainty Thursday as it lifted an Obama-era policy that kept federal authorities from cracking down on the pot trade in states where the drug is legal. Attorney General Jeff Sessions will now leave it up to federal prosecutors to decide what to do when state rules collide with federal drug law.

Sessions' action, just three days after a legalization law went into effect in California, threatened the future of the young industry, created confusion in states where the drug is legal and outraged both marijuana advocates and some members of Congress, including Sessions' fellow Republicans. Many conservatives are wary of what they see as federal intrusion in areas they believe must be left to the states.

Republican Sen. Cory Gardner, who represents Colorado, one of eight states that have legalized marijuana for recreational use, said the change contradicts a pledge Sessions made to him before being confirmed as attorney general. Gardner promised to push legislation to protect marijuana sales, saying he was prepared "to take all steps necessary" to fight the change, including holding up the confirmation of Justice Department nominees. Another Republican senator, Lisa Murkowski of Alaska, called the announcement "disruptive" and "regrettable."

Jeff Sessions

Colorado's U.S. attorney, Bob Troyer, said his office won't change its approach to prosecution, despite Sessions' guidance. Prosecutors there have always focused on marijuana crimes that "create the greatest safety threats" and will continue to be guided by that, Troyer said.

The largely hands-off approach to marijuana enforcement set forth by Barack Obama's Justice Department allowed the pot business to flourish into a sophisticated, multimillion-dollar industry that helps fund some state government programs. What happens now is in doubt.

"In deciding which marijuana activities to prosecute under these laws with the Department's finite resources, prosecutors should follow the well-established principles that govern all federal prosecutions," considering the seriousness of a crime and its impact on the community, Sessions told prosecutors in a one-page memo.

While Sessions, a longtime marijuana foe, has been carrying out a Justice Department agenda that follows Trump's top priorities on such issues as immigration and opioids, this change reflects his own concerns. He railed against marijuana as an Alabama senator and has assailed it as comparable to heroin.

Trump, as a candidate, said pot should be left up to the states, but his personal views on marijuana remain largely unknown.

## Marijuana investors skittish after Sessions' shot at pot

By Paul Elias
THE ASSOCIATED PRESS

SAN FRANCISCO — Marijuana-related stocks plummeted, cannabis boosters worried about the industry's future and defiant growers and sellers vowed to keep operating after U.S. Attorney General Jeff Sessions signaled a tougher approach Thursday to federal pot enforcement.

The plunging stock prices reversed a weekslong rally driven by optimism for legal recreational sales that started Monday in California. Several marijuana stocks saw double-digit losses in the hours after Sessions' announcement, including the largest pot-producing company that is publicly traded.

Canopy Growth, a Canada-based company with the ticker symbol WEED, lost $3.58 a share, or 10 percent, to close at $32.32 on the Toronto Stock Exchange.

Shares of garden-supply company Scotts Miracle-Gro also skidded Thursday, following a steady rise last year after it added fertilizer, lights and other products to serve marijuana growers. The company's share price fell by as much as 7 percent before closing down 2.3 percent, or $2.49, to $106.17 on the New York Stock Exchange.

"Jeff Sessions' decision to rescind the Cole memoranda puts the marijuana industry and marijuana legalization efforts in a precarious position," said Aaron Herzberg, a California lawyer and founder of the cannabis investment company CalCann Holding, referring to an Obama-era memo that limited U.S. crackdowns on pot in states where it's legal.

Brent Kenyon, a consultant who helps advise and establish recreational marijuana businesses in Oregon, said his phone had been ringing all Thursday with calls from worried clients. Investors, including some who are involved in his businesses, are spooked, he said.

"I'm just telling people to hold off. We need more information, we need to see what the president is going to say about this," he said by phone from a cannabis conference in Hawaii.

Andy Williams, CEO of the Medicine Man Denver dispensary, is taking a wait-and-see approach to the new policy but pointed out the economic impact of legal pot.

## Local briefs

### Bomb charge added against man after San Francisco arrest

SACRAMENTO — A federal grand jury indicted a California man Thursday on charges of plotting to use homemade bombs during a Christmas Day attack on San Francisco's Pier 39.

Everitt Jameson

Everitt Aaron Jameson intended to use pipe bombs to funnel people into an area of the popular tourist destination in order to shoot them, the indictment alleges.

The indictment replaces a criminal complaint against Jameson, 26, a Modesto tow-truck driver, but keeps the original charge of attempting to aid a terrorist organization. He's now also charged with distributing information relating to destructive devices.

The FBI arrested Jameson Dec. 22 after he talked about his plans to undercover agents, including one he thought was associated with the Islamic State group.

The indictment and a previously released FBI affidavit say he described to agents how to build pipe bombs, described where he intended to assemble the bombs, asked for remote timers, and described how he intended to use the bombs "to funnel people into an area in order to shoot them."

Assistant federal defender Charles Lee said he hadn't been presented with the evidence and that his office would investigate the possibility of an entrapment defense.

### State prison for man who bothered girl in park

A Redwood City man and who pleaded no contest to felony charges of annoying a child and dissuaded a witness in a 2016 encounter with a mother and child in a park was sentenced to three years, eight months state prison Thursday, according to the San Mateo County District Attorney's Office.

Already a known sex offender with a similar conviction prior to the Sept. 24, 2016, incident, Jesse Martinez will receive two years, seven months credit for good time served and will end up serving about six-and-a-half months in prison, according to prosecutors.

Martinez approached a mother and her 12-year-old daughter at Jardin de Niños park at Middlefield Road and Chestnut Street around 6:15 p.m. and began swearing and telling the girl she looked good and that he wanted to make her feel good. After he lifted his shirt and partially pulled his pants down, the mother told Martinez to stop or she would call police, according to prosecutors.

Martinez told the mother he was not afraid of police and continued to annoy the pair. When they called police, he began threatening them and shaking a liquor bottle in his hand, according to prosecutors.

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*, | Case No. 16-10992 (SMB) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF EFFECTIVE DATE OF CONFIRMED SECOND AMENDED JOINT PLAN OF REORGANIZATION OF SUNEDISON, INC. AND ITS DEBTOR AFFILIATES**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on July 28, 2017, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Docket No. 3735] (the "Confirmation Order") confirming the Second Amended Joint Plan of Reorganization of SunEdison, Inc. and Its Debtor Affiliates (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Plan"). Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.nysb.uscourts.gov, for a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Prime Clerk, LLC (the "Administrative Agent"), https://cases.primeclerk.com/sunedison, free of charge.

**PLEASE TAKE FURTHER NOTICE** that on December 29, 2017, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article XII therein have either been satisfied or waived in accordance with the Plan and Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Administrative Agent on or before the date that is thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including December 29, 2017, shall be filed with the Bankruptcy Court on or before the date that is sixty (60) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** pursuant to Article VIII of the Plan, except as otherwise provided in the Plan, each Executory Contract or Unexpired Lease is deemed automatically rejected as of the Effective Date unless any such Executory Contract or Unexpired Lease: (a) is listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" contained in Exhibit 8.1 of the Plan (as amended); (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a Bankruptcy Court order, any proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VIII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" in Exhibit 8.1 of the Plan (as amended) are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their successors or assignees (if any) in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumptions pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, unless a counterparty to an assumed Executory Contract or Unexpired Lease filed a proper and timely objection to the Cure Notice or proposed Cure on or before fourteen (14) days after the applicable counterparty was served with a Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, Reorganized Debtors, any Holder of a Claim against, or Interest in, the Debtors and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

Dated: New York, New York, December 29, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, By: */s/ J. Eric Ivester*, Jay M. Goffman, J. Eric Ivester, Four Times Square, New York, New York 10036-6522, Telephone: (212) 735-3000, Fax: (212) 735-2000 -and- James J. Mazza, Jr. (admitted *pro hac vice*), Louis S. Chiappetta (admitted *pro hac vice*), 155 N. Wacker Dr., Chicago, Illinois 60606-1720, Telephone: (312) 407-0700, Fax: (312) 407-0411 -and- Anthony W. Clark (admitted *pro hac vice*), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, *Counsel for Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

TECH ROCKS!
NOW IN 2 LOCATIONS
2339 OCEAN AVE, S.F.
4208 OLYMPIC, SAN MATEO
Info@techrocks.org
Offerings
• After School Tech Classes
• Fall/Winter Camps
• Minecraft Birthday Parties & Open Play
Curriculum
• Typing
• Programming/Coding
• Minecraft
Mention this ad for
1 FREE CLASS
Call for details
650.285.3610
www.techrocks.org

Local
Headquarters:
San Mateo
THE DAILY JOURNAL
We report to you.

EXAMINATIONS and TREATMENT of Diseases & Disorders of the Eye
EYEGLASSES and CONTACT LENSES
DR. ANDREW C. SOSS OD, FAAO
GLAUCOMA STATE BOARD CERT
1159 BROADWAY BURLINGAME
Evening and Saturday appts also available
650-579-7774
www.Dr-AndrewSoss.net
vsp Provider for VSP and most major medical insurances including Medicare and HPSM

SMOG
Plus Cert. Fee. Most Cars & Light Trucks. 2000 & Newer Models.
STAR Certified
We do:
• Test-only
• Hybrid
• Diesels
$29.75
With or w/o Appointment
AA SMOG
869 California Dr. Burlingame
(650) 340-0492
Mon–Fri 8:30–5:30 PM
Sat 8:30–3:00 PM
Official Brake & Lamp Station
El Camino Real
California Dr
Burlingame Ave
Palm Dr
Broadway

**Exhibit F**

# ST. LOUIS POST-DISPATCH

St. Charles County and Madison County Suburban Journals

## AFFIDAVIT OF PUBLICATION

SunEdison, Inc.

Ad # 2295839-00

THE ATTACHED ADVERTISEMENT WAS PUBLISHED
In the St. Louis Post-Dispatch on the following dates:
January 5, 2018

Cynthia L. Alderton

[signature]
COMPANY REPRESENTATIVE

SWORN TO AND SUBSCRIBED BEFORE ME
THIS January 5, 2018.

[signature]
NOTARY PUBLIC, CITY OF ST.LOUIS

BETH A. BRADLEY
Notary Public, Notary Seal
State of Missouri
St. Louis City
Commission # 14991746
My Commission Expires July 01, 2018

16-10992-smb Doc 4515 Filed 01/08/18 Entered 01/08/18 18:28:48 Main Document Pg 22 of 26

# Fight over Missouri school board on hold

## Senator hopes wait will calm tension in chamber over appointments by Greitens

**BY KURT ERICKSON**
St. Louis Post-Dispatch

**JEFFERSON CITY** • Gov. Eric Greitens' attempt to remake the state's school bureaucracy is being put on the back burner in the Missouri Senate.

Senate President Pro Tem Ron Richard told reporters Thursday that he's in no hurry to try and ram the governor's five appointees to the state Board of Education through the Senate confirmation process.

Rather, he says he hopes delaying action on confirming the appointees will defuse tension that have roiled the Legislature's upper chamber.

"I'm going to let a little time go by," Richard said. "I thought the best thing to do is dial it down. Let's take a deep breath and see what happens."

The governor made the five appointments to the eight-member board last year while the Legislature wasn't in session. Once he had a majority in place, the board voted to fire school Commissioner Margie Vandeven and begin the process of hiring a new education czar.

In the aftermath, some senators warned Greitens that they would block the appointees from being confirmed.

On Thursday, Sen. Gary Romine, R-Farmington, again said Greitens "abused" his power to appoint people to oversight boards, who could take drastic action without having been confirmed by the Senate.

"These five only came on the board because they were willing to make a particular vote the governor wanted them to make," Romine said.

Sen. Rob Schaaf agreed.

"They have proven they are willing to be puppets of the governor," said Schaaf, R-St. Joseph.

The Senate, which opened its 2018 session Wednesday, initially had until early February to confirm the appointees, but Greitens withdrew their nominations and then re-appointed them, giving the Senate until the end of the session in May to take action.

But because the appointees can't be seated until they are confirmed, the maneuver means the school board does not have enough members to hold a meeting until — and unless — the Senate approves them.

On Thursday, the Department of Elementary and Secondary Education canceled the board's January meeting on Tuesday due to the lack of members.

Richard, R-Joplin, said Greitens, a political newcomer who has been in office for just one year, bungled the appointments.

"This education thing, it could have been handled better. I hope we can get past it," Richard said.

Greitens did not respond to a request for comment from the Post-Dispatch.

Although Romine and Schaaf have pledged to block the appointees, Richard said time could ease some of the tension among senators.

"There's a lot of quiet people who haven't made up their minds," Richard said.

Meantime, the Senate was able to confirm two former members to new posts within state government.

Former Sen. Will Kraus was confirmed as a member of the Missouri Tax Commission, while Sen. Ryan Silvey will move to a post on the Public Service Commission, which regulates utilities.

Both will triple their state salaries, earning $108,700 in their new jobs, up from the $35,900 they earned as lawmakers.

Kraus, R-Lee's Summit, was elected to the Missouri House in 2004 and moved to the Senate in 2010. He would have been term limited in 2018.

Silvey served four terms in the House, from 2005 to 2012 and moved to the Senate in 2013.

In a related move, former Sen. Jason Crowell, a Republican, quit his post on the Missouri Housing Development Commission, saying he had achieved what he and Greitens had sought during his short-lived stint on the board.

In December, after Greitens had appointed him to the panel, the commission voted 8-2 not to issue $140 million dollars in state low-income housing tax credits next year.

Crowell and Greitens said that developers abused low-income housing tax breaks to enrich themselves.

"I went on the commission to provide necessary reforms. We accomplished those goals. I view my job as done for the time being," Crowell said.

Kurt Erickson • 573-556-6181
@KurtEricksonPD on Twitter
kerickson@post-dispatch.com

# Fourth officer charged in bribery scandal

**BY ROBERT PATRICK**
St. Louis Post-Dispatch

**ST. LOUIS** • A fourth St. Louis police officer is facing charges linked to a bribery scandal, the U.S. attorney's office said Thursday.

Mark Taylor was indicted Wednesday on two felonies: bribery and conspiracy to commit bribery. He was accused of taking $7 for each nonpublic accident report he supplied to the wife of a St. Louis chiropractor.

Taylor joins two other former officers who were indicted last month, and one former officer who waived indictment and pleaded guilty.

The chiropractor and his wife also pleaded guilty and admitted bribing officers for years to get hundreds of accident reports.

ROBERT COHEN • rcohen@post-dispatch.com
**St. Louis police Officer Mark Taylor leaves U.S. District Court on Dec. 7. Taylor was indicted Wednesday on charges of bribery and conspiracy to commit bribery.**

The chiropractor's wife, Galina Davis, contacted accident victims to try to turn them into patients using addresses, telephone numbers, birth dates and insurance information that would have been redacted from public reports. Her husband, Mitchell E. Davis, pressured some into exaggerating their symptoms to win larger insurance settlements, according to their plea agreements, reaping $1.5 million in all for the office.

Office employees also pretended to work for the victims' lawyers to get that nonpublic information, the pleas say.

Mitchell Davis pleaded guilty to a conspiracy charge and a charge of making a false statement concerning a health care matter. Galina Davis pleaded guilty to a misdemeanor charge of conspiring to access a computer without authorization.

Davis' office was known as Davis Chiropractic and City Health & Chiropractic, at 4144 Lindell Boulevard, the indictment says.

Former officer Terri Owens admitted in her plea to a bribery charge that she took thousands of dollars in bribes from 2011 to 2016 to supply accident reports to Galina Davis.

Former officers Caunncenet Brown, then 42, and Marlon Caldwell, then 50, were indicted last month on a felony conspiracy charge and accused of taking bribes and pleaded not guilty. A bribery charge against Caldwell was added in this week's indictment, prosecutors said.

Brown participated from 2007-2011 and 2013-2014, the indictment says. Caldwell participated for some time before his retirement in 2011, and then introduced Taylor to the conspiracy after Owens balked and refused to provide more information, the indictment says.

Three officers were approached and refused, court documents say. Galina Davis rewarded Caldwell with $1,000, and Taylor was paid $7 for each report that he sent, the indictment says.

Taylor was present in court for part of Owens' plea, but his own scheduled hearing did not go forward. His lawyer, Joseph Hogan, said at the time that if indicted, Taylor would plead not guilty and go to trial. Taylor started his police career in St. Louis in 1990 and is still an employee, the department said last month.

Robert Patrick • 314-621-5154
@rxpatrick on Twitter
RPatrick@post-dispatch.com

# Lawmaker who urged vandals be 'hung' sidesteps punishment

**BY SKY CHADDE**
St. Louis Post-Dispatch

**JEFFERSON CITY** • The state representative who publicly wished vandals of a Confederate monument be "hung from a tall tree with a long rope" appeared to escape punishment Thursday.

Rep. Warren Love, R-Osceola, originally agreed to whatever punishment the House Ethics Committee handed down in response to the comments he posted on Facebook in August. However, when the committee voted 6-4 to reprimand him, meaning the speaker of the House would decide his punishment, Love backtracked.

He said he did not intend to accept the punishment before it was handed down and had been confused about the proceedings. Committee chairman Rep. Kevin Austin, R-Springfield, allowed him to walk back his original agreement.

Rep. Gail McCann Beatty, D-Kansas City, called on the speaker to remove Love from his committee assignments.

House rules for the hearing state the committee's decision required "the consent of the respondent," but it doesn't explicitly state when the consent must be given or how many times it can be given.

"We are not in a position to recommend punishment," said Rep. Gina Mitten, D-St. Louis, the committee's vice chair, adding that the committee has to issue a report in 45 days. It was unclear what will be in the report.

Love's defense was that he didn't mean to imply lynching, that he was talking metaphorically and that political correctness was out of control.

"Why would African-Americans be offended by what I said when I did not say race?" Love asked Rep. DaRon McGee, D-Kansas City, in response to questioning. "Do you think white people or Spanish people have never been lynched?"

Before the vote, Beatty drew a distinction between Love's lack of punishment so far and that of Sen. Maria Chappelle-Nadal, D-University City, who was removed from committee assignments for calling for the assassination of President Donald Trump.

Also, Thursday's hearing was originally scheduled for the Friday before Christmas, which Beatty criticized as a sign the Republican majority in the House wasn't taking the issue seriously.

"There seems there is one standard for black Democratic women and another for white Republican men," Beatty said.

In August, Love, referring to an article about a Confederate monument in Springfield, Mo., being vandalized, said the culprits should be punished extrajudicially.

"This is totally against the law," Love wrote on Facebook. "I hope they are found & hung from a tall tree with a long rope."

Democrats swiftly criticized Love and called for his resignation. Love told the Post-Dispatch at the time that he wasn't trying to evoke lynching but was using a "Western term."

During the hearing, Love was represented by Buffalo, Mo., attorney Melvin Lee Gilbert, who said he has never heard "hung from a tall tree" used to mean lynching.

"It was a crime," he said, referring to the vandalism. "That seems to be lost in this case. At times, it seems Warren is treated worse than the crime in this case. … He is not a racist."

But Rep. Marsha Haefner, who represents the Oakville area, and the only Republican on the committee who voted to reprimand Love, said she found it hard to believe he didn't recognize a connection between "hung from a tall tree" and a Confederate monument.

Love maintained there was a difference between a lynching and a hanging.

"I just think you're smarter than not knowing its connotations in regard to race," Haefner replied. "It's not cowboy talk. … I don't understand how you could interpret it any other way than to call out a race."

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SUNEDISON, INC., *et al.*,** | **Case No. 16-10992 (SMB)** |
| **Debtors.[1]** | **(Jointly Administered)** |

**NOTICE OF EFFECTIVE DATE OF CONFIRMED SECOND AMENDED JOINT PLAN OF REORGANIZATION OF SUNEDISON, INC. AND ITS DEBTOR AFFILIATES**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on July 28, 2017, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Docket No. 3735] (the "Confirmation Order") confirming the Second Amended Joint Plan of Reorganization of SunEdison, Inc. and Its Debtor Affiliates (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Plan"). Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.nysb.uscourts.gov, for a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Prime Clerk, LLC (the "Administrative Agent"), https://cases.primeclerk.com/sunedison, free of charge.

**PLEASE TAKE FURTHER NOTICE** that on December 29, 2017, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article XII therein have either been satisfied or waived in accordance with the Plan and Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Administrative Agent on or before the date that is thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including December 29, 2017, shall be filed with the Bankruptcy Court on or before the date that is sixty (60) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** pursuant to Article VIII of the Plan, except as otherwise provided in the Plan, each Executory Contract or Unexpired Lease is deemed automatically rejected as of the Effective Date unless any such Executory Contract or Unexpired Lease: (a) is listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" contained in Exhibit 8.1 of the Plan (as amended); (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a Bankruptcy Court order, any proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VIII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" in Exhibit 8.1 of the Plan (as amended) are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their successors or assignees (if any) in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumptions pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, unless a counterparty to an assumed Executory Contract or Unexpired Lease filed a proper and timely objection to the Cure Notice or proposed Cure on or before fourteen (14) days after the applicable counterparty was served with a Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, Reorganized Debtors, any Holder of a Claim against, or Interest in, the Debtors and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

Dated: New York, New York, December 29, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, By: */s/ J. Eric Ivester*, Jay M. Goffman, J. Eric Ivester, Four Times Square, New York, New York 10036-6522, Telephone: (212) 735-3000, Fax: (212) 735-2000 -and- James J. Mazza, Jr. (admitted *pro hac vice*), Louis S. Chiappetta (admitted *pro hac vice*), 155 N. Wacker Dr., Chicago, Illinois 60606-1720, Telephone: (312) 407-0700, Fax: (312) 407-0411 -and- Anthony W. Clark (admitted *pro hac vice*), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, *Counsel for Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

How to sell your valuable jewelry with confidence:
Choose a buyer like T. Brian Hill who has over 30 years experience buying and selling. Then call for a **free verbal estimate.**
(314) 313-5804











**Exhibit G**

The Oregonian OREGONLIVE.COM
OREGONIAN MEDIA GROUP

**The Oregonian**

**LEGAL AFFIDAVIT**

AD#: 0008485920

State of Oregon,) ss
County of Multnomah)

Justin Eubanks being duly sworn, deposes that he/she is principal clerk of Oregonian Media Group; that The Oregonian is a public newspaper published in the city of Portland, with general circulation in Oregon, and this notice is an accurate and true copy of this notice as printed in said newspaper, was printed and published in the regular edition and issue of said newspaper on the following date(s):

**The Oregonian 01/05/2018**

Principal Clerk of the Publisher

OFFICIAL STAMP
KIMBERLEE W O'NEILL
NOTARY PUBLIC-OREGON
COMMISSION NO. 932441
MY COMMISSION EXPIRES SEPTEMBER 22, 2018

Sworn to and subscribed before me this 8th day of January 2018

Notary Public

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SUNEDISON, INC., *et al.*,** | **Case No. 16-10992 (SMB)** |
| **Debtors.[1]** | **(Jointly Administered)** |

**NOTICE OF EFFECTIVE DATE OF CONFIRMED SECOND AMENDED JOINT PLAN OF REORGANIZATION OF SUNEDISON, INC. AND ITS DEBTOR AFFILIATES**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on July 28, 2017, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Docket No. 3735] (the "Confirmation Order") confirming the Second Amended Joint Plan of Reorganization of SunEdison, Inc. and Its Debtor Affiliates (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Plan"). Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.nysb.uscourts.gov, for a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Prime Clerk, LLC (the "Administrative Agent"), https://cases.primeclerk.com/sunedison, free of charge.

**PLEASE TAKE FURTHER NOTICE** that on December 29, 2017, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article XII therein have either been satisfied or waived in accordance with the Plan and Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Administrative Agent on or before the date that is thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including December 29, 2017, shall be filed with the Bankruptcy Court on or before the date that is sixty (60) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** pursuant to Article VIII of the Plan, except as otherwise provided in the Plan, each Executory Contract or Unexpired Lease is deemed automatically rejected as of the Effective Date unless any such Executory Contract or Unexpired Lease: (a) is listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" contained in Exhibit 8.1 of the Plan (as amended); (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a Bankruptcy Court order, any proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VIII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" in Exhibit 8.1 of the Plan (as amended) are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their successors or assignees (if any) in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumptions pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, unless a counterparty to an assumed Executory Contract or Unexpired Lease filed a proper and timely objection to the Cure Notice or proposed Cure on or before fourteen (14) days after the applicable counterparty was served with a Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, Reorganized Debtors, any Holder of a Claim against, or Interest in, the Debtors and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

Dated: New York, New York, December 29, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, By: /s/ J. Eric Ivester, Jay M. Goffman, J. Eric Ivester, Four Times Square, New York, New York 10036-6522, Telephone: (212) 735-3000, Fax: (212) 735-2000 -and- James J. Mazza, Jr. (admitted *pro hac vice*), Louis S. Chiappetta (admitted *pro hac vice*), 155 N. Wacker Dr., Chicago, Illinois 60606-1720, Telephone: (312) 407-0700, Fax: (312) 407-0411 -and- Anthony W. Clark (admitted *pro hac vice*), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, *Counsel for Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141. 08485920-01

ALWAYS ON OREGONLIVE

# MARKETPLACE

PLACE YOUR CLASSFIED ADS Monday-Friday, 8:00am-5:30pm
503-221-8000 • 1-800-221-4488 • OREGONLIVE.COM/PlaceAd

› AUTOMOTIVE
› EMPLOYMENT
› LEGAL NOTICES
› MERCHANDISE
› PETS
› REAL ESTATE & RENTALS

This is an action for Judicial Foreclosure of real property commonly known as 16943 SW CANBY ST, BEAVERTON, OR 97007. A motion or answer must be given to the court clerk or administrator within 30 days of the date of the first publication specified herein along with the required filing fee.

**IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF WASHINGTON**
Case No. 17CV46688

**SUMMONS - THE ESTATE OF RICHARD HAISLER and THE UNKNOWN HEIRS, DEVISEES AND ASSIGNEES OF RICHARD HAISLER**

CIT BANK, N.A., Plaintiff,
v.
THE ESTATE OF RICHARD HAISLER; THE UNKNOWN HEIRS, DEVISEES AND ASSIGNEES OF RICHARD HAISLER; LAURA OLSEN, TRUSTEE OF THE RICHARD HAISLER REVOCABLE TRUST U/T/A MAY 2, 2007; LAURA OLSEN; OREGON DEPARTMENT OF REVENUE; and ALL OTHER PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE REAL PROPERTY COMMONLY KNOWN AS 16943 SW CANBY ST, BEAVERTON, OR 97007, Defendants.

TO DEFENDANTS THE ESTATE OF RICHARD HAISLER and THE UNKNOWN HEIRS, DEVISEES AND ASSIGNEES OF RICHARD HAISLER:

IN THE NAME OF THE STATE OF OREGON: You are hereby required to appear and defend the action filed against you in the above-entitled cause within 30 days from the date of service of this Summons upon you; and if you fail to appear and defend, for want thereof, the Plaintiff will apply to the court for the relief demanded therein.

Dated: December 12, 2017
ALDRIDGE PITE, LLP
By: /s/ Katie L. Riggs, OSB #095861
(858) 750-7600
(503) 222-2260 (facsimile)
orecourtnotices@aldridgepite.com
Of Attorneys for Plaintiff

**NOTICE TO DEFENDANT/DEFENDANTS**
**PLEASE READ THESE PAPERS CAREFULLY**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer". The "motion" or "answer" must be given to the court clerk or administrator within 30 days (or 60 days for Defendant United States or State of Oregon Department of Revenue) along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

Dec. 15, 22, 29, 2017 & Jan. 5, 2018

---

This is an action for Judicial Foreclosure of real property commonly known as 6834 N Hudson Street, Portland, OR 97203. A motion or answer must be given to the court clerk or administrator within 30 days of the date of the first publication specified herein along with the required filing fee.

**IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF MULTNOMAH**
Case No. 17CV08644

**SUMMONS - THE UNKNOWN HEIRS OF DOROTHY NADINE CUNNINGHAM, DECEASED; THE UNKNOWN SUCCESSOR TRUSTEES OF THE DOROTHY NADINE CUNNINGHAM REVOCABLE LIVING TRUST; ALL OTHER PERSONS OR PARTIES UNKNOWN, CLAIMING ANY RIGHT, TITLE, INTEREST, LIEN, OR ESTATE IN THE PROPERTY HEREIN DESCRIBED; and SCOTT D. CUNNINGHAM**

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDER OF CWALT, INC., ALTERNATIVE LOAN TUST 2005-J14, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-J14, Plaintiff,
v.
THE ESTATE OF DOROTHY NADINE CUNNINGHAM, DECEASED; THE UNKNOWN HEIRS OF DOROTHY NADINE CUNNINGHAM, DECEASED; THE UNKOWN DEVISEES OF DOROTHY NADINE CUNNINGHAM, DECEASED; THE UNKNOWN SUCCESSOR TRUSTEES OF THE DOROTHY NADINE CUNNINGHAM REVOCABLE LIVING TRUST; STATE OF OREGON DEPARTMENT OF REVENUE; STATE OF OREGON ESTATE ADMINISTRATION UNIT; OREGON HEALTH AUTHORITY; NANCI L. SHAUGHNESSY; SCOTT D. CUNNINGHAM; BRIANNA LESLIE WITHERS; CHYANNA ROSETTA SHAUGHNESSY; OCCUPANTS OF THE SUBJECT REAL PROPERTY,AND ALL OTHER PERSONS OR PARTIES UNKNOWN, CLAIMING ANY RIGHT, TITLE, INTEREST, LIEN, OR ESTATE IN THE PROPERTY HEREIN DESCRIBED, Defendants.

TO DEFENDANTS THE UNKNOWN HEIRS OF DOROTHY NADINE CUNNINGHAM, DECEASED; THE UNKNOWN SUCCESSOR TRUSTEES OF THE DOROTHY NADINE CUNNINGHAM REVOCABLE LIVING TRUST; ALL OTHER PERSONS OR PARTIES UNKNOWN, CLAIMING ANY RIGHT, TITLE, INTEREST, LIEN, OR ESTATE IN THE PROPERTY HEREIN DESCRIBED; and SCOTT D. CUNNINGHAM:

IN THE NAME OF THE STATE OF OREGON: You are hereby required to appear and defend the action filed against you in the above-entitled cause within 30 days from the date of service of this Summons upon you; and if you fail to appear and defend, for want thereof, the Plaintiff will apply to the court for the relief demanded therein.

Dated: December 20, 2017
ALDRIDGE PITE, LLP
By: /s/ Katie L. Riggs, OSB #095861
(858) 750-7600
(503) 222-2260 (Facsimile)
kriggs@aldridgepite.com
Aldridge Pite, LLP
111 SW Columbia Street, Suite 950
Portland, OR 97201
Of Attorneys for Plaintiff

**NOTICE TO DEFENDANT/DEFENDANTS - READ THESE PAPERS CAREFULLY**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer". The "motion" or "answer" must be given to the court clerk or administrator within 30 days (or 60 days for Defendant United States or State of Oregon Department of Revenue) along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

Dec. 22 & 29, 2017, Jan. 5 & 12, 2018

## › PUBLIC NOTICES GENERAL

**Board of Directors Executive Session**
TriMet Administrative Office, Harrison Square 1800 SW 1st Ave., Portland, OR 97201. Board Room, 6th Floor January 10, 2018, 8:30 a.m. – 4:00 p.m.

**Executive Session:**
The TriMet Board of Directors will hold an executive session pursuant to ORS 192.660(2)(a) to consider employment of a public officer, employee, staff member or individual agent and is closed to the public. Representatives of the news media may attend the executive session pursuant to ORS 192.660(4) but are specifically directed not to disclose any content of the executive session.

## › PUBLIC NOTICES GENERAL

B STREET SELF STORAGE
ONLINE AUCTION WITH
**STORAGETREASURES.COM**
January 24, 2018 at or after 10am
Viewable as of Jan. 17, 2018
Pictures of units online
B66 B. Hale, B86 M. Dodd, E234 G. Bean, A14 L. Edwards. Houshold goods, wide variety. Whole units only, Cash deposits on winning bids.

**NOTICE OF DEATH OF UNCLAIMED BODY**
**PETERSON, Christopher V.** died 01/03/2018 at Legacy Emanuel Medical Center. Anyone with information about family is asked to contact Holly Stevens @ Legacy Emanuel Medical Center, 2801 N. Gantenbein Ave, Portland, OR 97227. Tel: 503-413-4367

---

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SUNEDISON, INC., *et al.*,** | **Case No. 16-10992 (SMB)** |
| **Debtors.[1]** | **(Jointly Administered)** |

**NOTICE OF EFFECTIVE DATE OF CONFIRMED SECOND AMENDED JOINT PLAN OF REORGANIZATION OF SUNEDISON, INC. AND ITS DEBTOR AFFILIATES**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on July 28, 2017, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Docket No. 3735] (the "Confirmation Order") confirming the Second Amended Joint Plan of Reorganization of SunEdison, Inc. and Its Debtor Affiliates (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Plan"). Copies of the Confirmation Order and the Plan, together with all pleadings and orders of the Bankruptcy Court in the above-captioned chapter 11 cases, are publicly available by accessing the Bankruptcy Court's website, http://www.nysb.uscourts.gov, for a nominal charge (a PACER account is required), or by accessing the website of the Debtors' claims, noticing and balloting agent, Prime Clerk, LLC (the "Administrative Agent"), https://cases.primeclerk.com/sunedison, free of charge.

**PLEASE TAKE FURTHER NOTICE** that on December 29, 2017, the Effective Date of the Plan occurred. All conditions precedent to consummation of the Plan set forth in Article XII therein have either been satisfied or waived in accordance with the Plan and Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Plan or the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Administrative Agent on or before the date that is thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Claims for services rendered to the Debtors from the Petition Date through and including December 29, 2017, shall be filed with the Bankruptcy Court on or before the date that is sixty (60) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** pursuant to Article VIII of the Plan, except as otherwise provided in the Plan, each Executory Contract or Unexpired Lease is deemed automatically rejected as of the Effective Date unless any such Executory Contract or Unexpired Lease: (a) is listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" contained in Exhibit 8.1 of the Plan (as amended); (b) has been previously assumed by the Debtors by Final Order of the Bankruptcy Court or has been assumed by the Debtors by order of the Bankruptcy Court as of the Effective Date, which order becomes a Final Order after the Effective Date; (c) is the subject of a motion to assume or reject pending as of the Effective Date; (d) is an Executory Contract related to any Intercompany Claim; or (e) is otherwise assumed pursuant to the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a Bankruptcy Court order, any proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Claims and Solicitation Agent no later than 30 days after the later of the Effective Date or the effective date of rejection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VIII, except as otherwise set forth in the Plan or Confirmation Order, each Executory Contract or Unexpired Lease listed on the schedule of "Assumed Executory Contracts and Unexpired Leases" in Exhibit 8.1 of the Plan (as amended) are deemed assumed as of the Effective Date, and shall be assumed, or assumed and assigned, as applicable, and shall vest in and be fully enforceable by the Reorganized Debtors or their successors or assignees (if any) in accordance with its terms, except as modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing or providing for its assumption or applicable federal law. Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all rights related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated pursuant to the Plan. The Confirmation Order shall constitute an order of the Bankruptcy Court approving any such assumptions pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, unless a counterparty to an assumed Executory Contract or Unexpired Lease filed a proper and timely objection to the Cure Notice or proposed Cure on or before fourteen (14) days after the applicable counterparty was served with a Cure Notice, such counterparty shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, Reorganized Debtors, any Holder of a Claim against, or Interest in, the Debtors and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

Dated: New York, New York, December 29, 2017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, By: */s/ J. Eric Ivester*, Jay M. Goffman, J. Eric Ivester, Four Times Square, New York, New York 10036-6522, Telephone: (212) 735-3000, Fax: (212) 735-2000 -and- James J. Mazza, Jr. (admitted *pro hac vice*), Louis S. Chiappetta (admitted *pro hac vice*), 155 N. Wacker Dr., Chicago, Illinois 60606-1720, Telephone: (312) 407-0700, Fax: (312) 407-0411 -and- Anthony W. Clark (admitted *pro hac vice*), One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Telephone: (302) 651-3000, *Counsel for Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141. O8485920-01

## › PUBLIC NOTICES MULTNOMAH COUNTY

This is an action for Judicial Foreclosure of real property commonly known as 6166 SOUTHWEST WILBARD ST, PORTLAND, OR 97219. A motion or answer must be given to the court clerk or administrator within 30 days of the date of the first publication specified herein along with the required filing fee.

**IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF MULTNOMAH**
Case No. 17CV18929

**SUMMONS - ALL OTHER PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE REAL PROPERTY COMMONLY KNOWN AS 6166 SOUTHWEST WILBARD ST, PORTLAND, OR 97219**

CITIMORTGAGE, INC., Plaintiff,
v.
MARGARET M. BARICEVIC; STATE OF OREGON; THE SPLIT IRREVOCABLE TRUST; and ALL OTHER PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE REAL PROPERTY COMMONLY KNOWN AS 6166 SOUTHWEST WILBARD ST, PORTLAND, OR 97219, Defendants.

TO DEFENDANTS ALL OTHER PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE REAL PROPERTY COMMONLY KNOWN AS 6166 SOUTHWEST WILBARD ST, PORTLAND, OR 97219:

IN THE NAME OF THE STATE OF OREGON: You are hereby required to appear and defend the action filed against you in the above-entitled cause within 30 days from the date of service of this Summons upon you; and if you fail to appear and defend, for want thereof, the Plaintiff will apply to the court for the relief demanded therein.

Dated: December 8, 2017
ALDRIDGE PITE, LLP
By: /s/ Sarah M. Mathenia, OSB #120681
(858) 750-7600
(503) 222-2260 (Facsimile)
smathenia@aldridgepite.com
Aldridge Pite, LLP
111 SW Columbia Street, Suite 950
Portland, OR 97201
Of Attorneys for Plaintiff
CITIMORTGAGE, INC.

**NOTICE TO DEFENDANT/DEFENDANTS - READ THESE PAPERS CAREFULLY**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer". The "motion" or "answer" must be given to the court clerk or administrator within 30 days (or 60 days for Defendant United States or State of Oregon Department of Revenue) along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

Dec. 15, 22 & 29, 2017, Jan. 5, 2018

---

This is an action for Judicial Foreclosure of real property commonly known as 5304 NE 54TH AVE, PORTLAND, OR 97218. A motion or answer must be given to the court clerk or administrator within 30 days of the date of the first publication specified herein along with the required filing fee.

**IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF MULTNOMAH**
Case No. 17CV44618

**SUMMONS - ALL OTHER PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE REAL PROPERTY COMMONLY KNOWN AS 5304 NE 54TH AVE, PORTLAND, OR 97218**

HSBC BANK USA, NATIONAL ASSOCIATION Trustee for DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, SERIES 2007-AR1 MORTGAGE PASS-THROUGH CERTIFICATE, Plaintiff,
v.
JASON BRABEC; JEFF HALL AKA JEFFREY HALL; CITIMORTGAGE, INC.; 4M COLLECXTIONS LLC DBA DISCOVERY FINANCIAL SERVICES; MIDLAND FUNDING, LLC and ALL OTHER PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE REAL PROPERTY COMMONLY KNOWN AS 5304 NE 54TH AVE, PORTLAND, OR 97218, Defendants.

TO DEFENDANTS ALL OTHER PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE REAL PROPERTY COMMONLY KNOWN AS 5304 NE 54TH AVE, PORTLAND, OR 97218 :

IN THE NAME OF THE STATE OF OREGON: You are hereby required to appear and defend the action filed against you in the above-entitled cause within 30 days from the date of service of this Summons upon you; and if you fail to appear and defend, for want thereof, the Plaintiff will apply to the court for the relief demanded therein.

Dated: December 15, 2017
ALDRIDGE PITE, LLP
By: /s/ Sarah M. Mathenia, OSB #120681
(858) 750-7600
(503) 222-2260 (Facsimile)
smathenia@aldridgepite.com
Aldridge Pite, LLP
111 SW Columbia Street, Suite 950
Portland, OR 97201
Of Attorneys for Plaintiff
HSBC BANK USA, NATIONAL ASSOCIATION Trustee for DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, SERIES 2007-AR1 MORTGAGE PASS-THROUGH CERTIFICATE

**NOTICE TO DEFENDANT/DEFENDANTS - READ THESE PAPERS CAREFULLY**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer". The "motion" or "answer" must be given to the court clerk or administrator within 30 days (or 60 days for Defendant United States or State of Oregon Department of Revenue) along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

Dec. 22 & 29, 2017, Jan. 5 & 12, 2018

---

## TRUSTEE'S NOTICE OF SALE

TS No.: 060238-OR Loan No.: ******7236 Reference is made to that certain trust deed (the "Deed of Trust") executed by FREDERICK T. FORD, as Grantor, to U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, as Trustee, in favor of U.S. BANK, NATIONAL ASSOCIATION, as Beneficiary, dated 12/2/2002, recorded 6/27/2003, as Instrument No. 200309870, in the Official Records of Lincoln County, Oregon, which covers the following described real property situated in Lincoln County, Oregon: LOT 18, BLOCK 4, PACIFIC PALISADES, IN LINCOLN COUNTY, OREGON APN: R475438 // 08-11-28-CB-10200 Commonly known as: 3605 SEA MIST AVE DEPOE BAY, OR 97341 The current beneficiary is: U.S. BANK NATIONAL ASSOCIATION Both the beneficiary and the trustee have elected to sell the above-described real property to satisfy the obligations secured by the Deed of Trust and notice has been recorded pursuant to ORS 86.752(3). The default for which the foreclosure is made is the grantor's failure to pay when due, the following sums:

*Delinquent Payments:*

| Dates: | Total: |
|---|---|
| 09/01/2016 thru 12/01/2017 | $3,302.46 |
| *Late Charges:* | $0.00 |
| *Beneficiary Advances:* | $8,786.25 |
| ***Total Required to Reinstate:*** | **$12,088.71** |
| ***TOTAL REQUIRED TO PAYOFF:*** | **$61,320.43** |

By reason of the default, the beneficiary has declared all obligations secured by the Deed of Trust immediately due and payable, including: the principal sum of $49,138.14 together with interest thereon at the rate of 5 % per annum, from 8/1/2016 until paid, plus all accrued late charges, and all trustee's fees, foreclosure costs, and any sums advanced by the beneficiary pursuant to the terms and conditions of the Deed of Trust Whereof, notice hereby is given that the undersigned trustee, CLEAR RECON CORP., whose address is **111 SW Columbia Street #950, Portland, OR 97201**, will on 4/19/2018, at the hour of **10:00 AM**, standard time, as established by ORS 187.110, **AT THE OLIVE STREET ENTRANCE TO THE LINCOLN COUNTY COURTHOUSE, 225 W OLIVE STREET, NEWPORT, OR 97365**, sell at public auction to the highest bidder for cash the interest in the above-described real property which the grantor had or had power to convey at the time it executed the Deed of Trust, together with any interest which the grantor or his successors in interest acquired after the execution of the Deed of Trust, to satisfy the foregoing obligations thereby secured and the costs and expenses of sale, including a reasonable charge by the trustee. Notice is further given that any person named in ORS 86.778 has the right to have the foreclosure proceeding dismissed and the Deed of Trust reinstated by payment to the beneficiary of the entire amount then due (other than the portion of principal that would not then be due had no default occurred), together with the costs, trustee's and attorneys' fees, and curing any other default complained of in the Notice of Default by tendering the performance required under the Deed of Trust at any time not later than five days before the date last set for sale. Without limiting the trustee's disclaimer of representations or warranties, Oregon law requires the trustee to state in this notice that some residential property sold at a trustee's sale may have been used in manufacturing methamphetamines, the chemical components of which are known to be toxic. Prospective purchasers of residential property should be aware of this potential danger before deciding to place a bid for this property at the trustee's sale. In construing this notice, the masculine gender includes the feminine and the neuter, the singular includes plural, the word "grantor" includes any successor in interest to the grantor as well as any other persons owing an obligation, the performance of which is secured by the Deed of Trust, the words "trustee" and 'beneficiary" include their respective successors in interest, if any. **CLEAR RECON CORP 111 SW Columbia Street #950 Portland, OR 97201 Phone: 858-750-7600 866-931-0036 Sheila Domilos, Authorized Signatory of Trustee**

Dated: 12/7/2017
Dec. 29, 2017, Jan. 5, 12 & 19, 2018
O8460927-01

## TRUSTEE'S NOTICE OF SALE

TRUSTEE'S NOTICE OF SALE TS No.: 021734-OR Loan No.: ******3042 Reference is made to that certain trust deed (the "Deed of Trust") executed by CANDICE FAVILLA, as Grantor, to TICOR TITLE, as Trustee, in favor of NATIONAL CITY MORTGAGE A DIVISION OF NATIONAL CITY BANK, as Beneficiary, dated 1/19/2007, recorded 1/31/2007, as Instrument No. 2007-1387, in the Official Records of Coos County, Oregon, which covers the following described real property situated in Coos County, Oregon: LOTS 1 AND 2, BLOCK 4, AZALEA PARK ADDITION TO THE TOWN OF BANDON, COOS COUNTY, OREGON. APN: 2215900 // 28S1525-DC-10200 Commonly known as: 887 12TH CT SW BANDON, OR 97411 The current beneficiary is: PNC BANK, NATIONAL ASSOCIATION Both the beneficiary and the trustee have elected to sell the above-described real property to satisfy the obligations secured by the Deed of Trust and notice has been recorded pursuant to ORS 86.752(3). The default for which the foreclosure is made is the grantor's failure to pay when due, the following sums:

*Delinquent Payments:*

| Dates: | No. | Amount | Total: |
|---|---|---|---|
| 04/01/14 thru 12/01/17 | 45 | $1,165.06 | $52,427.70 |
| *Late Charges:* | | | $0.00 |
| *Beneficiary Advances:* | | | $3,227.09 |
| ***Total Required to Reinstate:*** | | | **$55,654.79** |
| ***TOTAL REQUIRED TO PAYOFF:*** | | | **$192,011.64** |

By reason of the default, the beneficiary has declared all obligations secured by the Deed of Trust immediately due and payable, including: the principal sum of $146,596.17 together with interest thereon at the rate of 6.5 % per annum, from 3/1/2014 until paid, plus all accrued late charges, and all trustee's fees, foreclosure costs, and any sums advanced by the beneficiary pursuant to the terms and conditions of the Deed of Trust Whereof, notice hereby is given that the undersigned trustee, **CLEAR RECON CORP., whose address is 111 SW Columbia Street #950, Portland, OR 97201**, will on 4/24/2018, at the hour of **1:00 PM**, standard time, as established by ORS 187.110, **AT THE FRONT ENTRANCE TO THE COOS COUNTY COURTHOUSE, 250 NORTH BAXTER STREET, COQUILLE, OR 97423**, sell at public auction to the highest bidder for cash the interest in the above-described real property which the grantor had or had power to convey at the time it executed the Deed of Trust, together with any interest which the grantor or his successors in interest acquired after the execution of the Deed of Trust, to satisfy the foregoing obligations thereby secured and the costs and expenses of sale, including a reasonable charge by the trustee. Notice is further given that any person named in ORS 86.778 has the right to have the foreclosure proceeding dismissed and the Deed of Trust reinstated by payment to the beneficiary of the entire amount then due (other than the portion of principal that would not then be due had no default occurred), together with the costs, trustee's and attorneys' fees, and curing any other default complained of in the Notice of Default by tendering the performance required under the Deed of Trust at any time not later than five days before the date last set for sale. Without limiting the trustee's disclaimer of representations or warranties, Oregon law requires the trustee to state in this notice that some residential property sold at a trustee's sale may have been used in manufacturing methamphetamines, the chemical components of which are known to be toxic. Prospective purchasers of residential property should be aware of this potential danger before deciding to place a bid for this property at the trustee's sale. In construing this notice, the masculine gender includes the feminine and the neuter, the singular includes plural, the word "grantor" includes any successor in interest to the grantor as well as any other persons owing an obligation, the performance of which is secured by the Deed of Trust, the words "trustee" and 'beneficiary" include their respective successors in interest, if any. Dated: 12/14/2017 **CLEAR RECON CORP 111 SW Columbia Street #950 Portland, OR 97201 Phone: 858-750-7600 866-931-0036 Sheila Domilos, Authorized Signatory of Trustee**

Dated: 12/14/2017
Jan. 5, 12, 19 & 26, 2018
O8468461-01