COLE SCHOTZ P.C.
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
David R. Hurst
Daniel F.X. Geoghan

*Counsel to the SunEdison Litigation Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.,* | Case No. 16-10992 (SMB) |
| Reorganized Debtors.[1] | (Jointly Administered) |

**NOTICE OF ADJOURNMENT *SINE DIE* OF PRETRIAL CONFERENCES FOR**
**ADVERSARY PROCEEDINGS COMMENCED BY SUNEDISON LITIGATION TRUST**

PLEASE TAKE NOTICE that the SunEdison Litigation Trust (the "Trust") filed

the adversary proceedings listed on Exhibit A hereto (the "Adversary Proceedings"), for which

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE Minnesota Holdings, LLC (8926); SunE MN Development Holdings, LLC (5388); and SunE MN Development, LLC (8669). The address of the Reorganized Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

57533/0001-15840287v1

pretrial conferences were scheduled to be held on May 15, 2018 at 10:00 a.m. (collectively, the "Pretrial Conferences").

PLEASE TAKE FURTHER NOTICE that such Pretrial Conferences have been adjourned to a date to be determined.

Dated: New York, New York
May 9, 2018

        COLE SCHOTZ P.C.

        /s/ David R. Hurst
        David R. Hurst
        Daniel F.X. Geoghan
        1325 Avenue of the Americas
        19th Floor
        New York, New York 10019
        Telephone: (212) 752-8000
        Facsimile: (212) 752-8393

        *Counsel to the SunEdison Litigation Trust*

# EXHIBIT A

## Adversary Proceedings

| Defendants | Adv. Pro. No. |
|---|---|
| 1111 19th Street Association | 18-01279 |
| 3Megawatt Gmbh | 18-01041 |
| 8minuteenergy SPV1 LLC | 18-01474 |
| 8X8, Inc. | 18-01278 |
| ABB, Inc. | 18-01042 |
| Abogados Y Asesores S. De R.L. | 18-01248 |
| ABS Netcom, Inc. | 18-01320 |
| A-C Electric Company | 18-01337 |
| Accent Design | 18-01115 |
| ACE USA | 18-01338 |
| Acnovate Business Solutions | 18-01435 |
| Addleshaw Goddard | 18-01281 |
| Adecco Employment Services | 18-01523 |
| Adler Tank Rentals | 18-01293 |
| Advanced Energy Renewables Inc. | 18-01282 |
| Advantech Corporation | 18-01043 |
| Aerotek, Inc. | 18-01531 |
| Aetna Life And Casualty Bermuda | 18-01294 |
| Afco Credit Corp. | 18-01283 |
| Agile Consulting Co. | 18-01284 |
| Agilent Technologies Inc. | 18-01295 |
| Air Products & Chemicals | 18-01514 |
| Aireko Construction Co. | 18-01339 |
| Alamosa County Treasurer | 18-01091 |
| Alejandro Hernandez | 18-01409 |
| AllCell Technologies, LLC | 18-01092 |
| Alliance Roofing Company Inc. | 18-01093 |
| Allied Industrial Sales Inc. | 18-01296 |
| Altai Capital Management, L.P. | 18-01285 |
| Alvarado Tax And Business Advisors LLC | 18-01136 |
| Ameresco, Inc. | 18-01044 |
| American Express | 18-01481 |
| American Roll Formed Products | 18-01482 |
| Anish Shah | 18-01410 |
| Antelope Valley Cattle & Milling Co. | 18-01094 |
| Aon Risk Services | 18-01515 |
| APC Workforce Solutions LLC (dba ZeroChaos) | 18-01116 |
| Apple Ridge Funding LLC | 18-01348 |

| | |
|---|---|
| Cartus Corp. | |
| Applus (Shanghai) Quality Inspection | 18-01483 |
| Aramark Uniform Services | 18-01524 |
| Arizona Solar Concepts | 18-01321 |
| Arizona Solar Solution | 18-01484 |
| Arizona Solar Wave | 18-01485 |
| Arthur Leblanc | 18-01411 |
| Astrom Technical Advisors S.L. | 18-01475 |
| AT&T | 18-01322 |
| Atersa Grupo Elecnor | 18-01045 |
| Avoca Engineers & Architects, LLC | 18-01340 |
| Axial Sistemas Solares, S.L. | 18-01249 |
| B. Bosch S.A. | 18-01486 |
| Ballswood | 18-01533 |
| Balwara LLC | 18-01455 |
| Bank Direct Capital Finance LLC | 18-01046 |
| Bank Of America, N.A. | 18-01250 |
| Barnes Solar Inc. | 18-01323 |
| Barry-Wehmiller Design Group, Inc. | 18-01251 |
| Beacon Hill Staffing, LLC | 18-01252 |
| Benjamin Fairbanks | 18-01412 |
| Bergelectic Corp. | 18-01341 |
| Best Vinyl Fence & Deck, LLC | 18-01476 |
| Big Island Toyota, Inc. | 18-01389 |
| Bixby Land Company | 18-01047 |
| Blackline Systems, Inc. (dba OSABA Inc.) | 18-01048 |
| Blair, Church & Flynn Consulting Engineers, Inc. | 18-01343 |
| Bluewave Capital LLC | 18-01049 |
| Bockmon & Woody Electric Co., Inc. | 18-01253 |
| Bonfiglioli Vectron Gmbh | 18-01254 |
| Boulder County Treasurer | 18-01095 |
| Box Inc. | 18-01255 |
| Braun Intertec Corporation | 18-01344 |
| Braux UK Limited | 18-01256 |
| Brian McCurdy | 18-01413 |
| Bright Planet Solar, Inc. | 18-01436 |
| Brio Energy-Solar | 18-01324 |
| Brite Energy-Solar | 18-01325 |
| Bruce W. Kingsley | 18-01257 |
| Bryan Harris | 18-01414 |
| Build Native, Inc. | 18-01050 |
| Burnell Controls (Kent) Ltd. (dba Burnell Switchgear & Control) | 18-01258 |

2

| | |
|---|---|
| Burr & Tiegs Electrical | 18-01051 |
| BWC Burnshirt River, LLC | 18-01345 |
| Bybee Lakes Logistics Center | 18-01297 |
| Cam Building Maintenance, Inc. | 18-01346 |
| Capital Safety Services, Inc. | 18-01052 |
| Capital Search Group LLC | 18-01347 |
| CDW | 18-01400 |
| Celestica Hong Kong Ltd. | 18-01326 |
| Centerpoint Engineering, Inc. | 18-01259 |
| CG Power Solution USA | 18-01053 |
| Chatham Financial | 18-01349 |
| Chembrough Group, L.P. | 18-01298 |
| Chris White | 18-01415 |
| Cigna Healthcare | 18-01260 |
| Citibank N. A. Uruguay | 18-01261 |
| Citiguard, Inc. | 18-01262 |
| City Of Brockton | 18-01263 |
| City of Las Cruces Economic Development | 18-01350 |
| Citysafe Security Ltd. | 18-01264 |
| Clarke Realty, LP | 18-01265 |
| Claro & Cia | 18-01266 |
| Clean Energy Counsel, LLP | 18-01351 |
| Clean Energy of America Group, Inc. | 18-01327 |
| Clean Harbors Environmental | 18-01299 |
| Cleary Brothers Landscape | 18-01352 |
| Cochran Inc. | 18-01353 |
| Cognizant Technology Solutions | 18-01267 |
| Color Art Integrated Interiors, LLC | 18-01055 |
| Commercial Due Diligence Services | 18-01096 |
| Commonwealth Electric | 18-01354 |
| Complete Solar Solution Inc. | 18-01437 |
| Coneco Energy LLC | 18-01056 |
| Coneco Energy LLC | 18-01056 |
| Cool Blew, Inc. | 18-01487 |
| Cooper Investment Partners | 18-01268 |
| Cox Castle & Nicholson LLP | 18-01355 |
| Crane Solutions LLC | 18-01525 |
| Csolar IV South, LLC | 18-01390 |
| CT Corporation | 18-01058 |
| Cwl Crane Worldwide Transportation | 18-01300 |
| DAC Beachcroft | 18-01269 |
| Dashiell Corporation | 18-01391 |
| Datareef, LLC | 18-01328 |

3

| | |
|---|---|
| David Wood and Associates | 18-01438 |
| Del Monte Electric Co., Inc. | 18-01059 |
| Delta Dental | 18-01270 |
| Demand Solutions Group LLC | 18-01329 |
| DeMarse Electric, Inc. (dba Apex Solar Power) | 18-01439 |
| Dennis and Bonnie McPadden | 18-01117 |
| Deutsche Bank Trust Company Americas | 18-01392 |
| Dewinter Group, Inc. | 18-01330 |
| Divine Power USA, Inc. | 18-01331 |
| Dixieland, LLC | 18-01060 |
| DNO Consulting Limited | 18-01271 |
| DNV GL PVEL, LLC | 18-01356 |
| DNV Kema Renewables, Inc. | 18-01061 |
| Dotsolved Systems, Inc. | 18-01272 |
| Dynasolar Services, LLC | 18-01062 |
| Eastcoast Site Work, Inc. | 18-01063 |
| Ecka Granules of America LP | 18-01401 |
| Ecoplexus Inc. | 18-01456 |
| Efacec Equipos Eléctricos S.L. | 18-01273 |
| Effective Environmental | 18-01301 |
| Eldor Contracting Corp. | 18-01274 |
| Electric Power Systems | 18-01275 |
| Eltropy Inc. | 18-01440 |
| Elwood Staffing Services, Inc. | 18-01276 |
| Endeavor Staffing LLC | 18-01277 |
| Enercon Technologies | 18-01206 |
| Enertis Inc. USA | 18-01245 |
| Enphase Energy | 18-01207 |
| Enterprise Fleet Management | 18-01064 |
| Epic Home Solar | 18-01208 |
| Erm-West, Inc. | 18-01097 |
| Eversource | 18-01065 |
| Evolve Solar Inc. | 18-01457 |
| Eynon Management, Inc. (dba Eynon Weed Control) | 18-01066 |
| F & F Electric, Inc. | 18-01246 |
| Far East Cable Co. Ltd. | 18-01488 |
| Feeney Wireless LLC | 18-01209 |
| Fidelity Investments Institutional | 18-01118 |
| First American Title Company | 18-01210 |
| FirstMark Advantage, LLC | 18-01489 |
| Five Star Impact LLC | 18-01402 |
| Forlexco | 18-01490 |
| Francisco Perez-Gundin | 18-01416 |

4

| | |
|---|---|
| Frank W. Nichols And Celestia | 18-01211 |
| Franklin Shuttle | 18-01067 |
| Fuss & O'Neill, Inc. | 18-01068 |
| Future Perfect Studios, Inc. | 18-01212 |
| Fyrsoft LLC | 18-01213 |
| General Electric Company | 18-01433 |
| General Supply & Services Inc. (dba Gexpro) | 18-01069 |
| Genpact International | 18-01441 |
| Geocon West Inc. | 18-01070 |
| Gestalt Collective Inc. | 18-01214 |
| Global Freight Solutions Inc. | 18-01071 |
| Global Power Gas & Electric LLC | 18-01215 |
| Green Care Companies Inc. | 18-01216 |
| Green Energy Construction & Consulting | 18-01491 |
| Green Mountain Power | 18-01217 |
| Greenbiz Group Inc. | 18-01393 |
| Gsolutionz, Inc. | 18-01218 |
| Habitat Aid Ltd. | 18-01219 |
| Hambright Company | 18-01098 |
| Hamilton Solar | 18-01492 |
| Harmon Solar | 18-01493 |
| Hart Tech LLC | 18-01494 |
| Harter Secrest & Emery LLP | 18-01357 |
| Hawaii Medical Service Association | 18-01220 |
| Hawaiian Electric Company, Inc. | 18-01221 |
| HDR Engineering Inc. | 18-01358 |
| Hebt Irvine 1 LLC | 18-01458 |
| Hebt Irvine 2 LLC | 18-01459 |
| Hellmann Worldwide Logistics | 18-01403 |
| Hertz | 18-01532 |
| Hewitt Associates LLC | 18-01072 |
| Home Improvement Leads | 18-01442 |
| Howard Roofing Company, Inc. | 18-01516 |
| Hsef Gb | 18-01247 |
| HSEF Seguridad y Salud, S.L. | 18-01222 |
| Hwang Mok Park PC | 18-01223 |
| Hybrid Electric Bldg. Technologies Irvine 2, LLC | 18-01224 |
| Ian Smith | 18-01417 |
| IBM Corp. | 18-01527 |
| Ilan Daskal | 18-01418 |
| Industrial Specialty Services | 18-01302 |
| Inelsa UK, Ltd. | 18-01225 |
| Infinity Energy, Inc. | 18-01443 |

5

| | |
|---|---|
| Info Reliance Corporation | 18-01359 |
| Infovity Inc. | 18-01444 |
| Ingenieria Mecano S.L. | 18-01404 |
| Inmata Solutions Inc. | 18-01073 |
| Innovative Structural Engineering MD, Inc. | 18-01119 |
| Instalaciones Negratin, S.L. | 18-01226 |
| Integra Enclosures, Inc. | 18-01099 |
| Interior Architects, Inc. | 18-01227 |
| International Equipment Leasing Inc. | 18-01303 |
| International Fidelity Insurance | 18-01394 |
| Irrevocable Trust Of William B | 18-01120 |
| ISM Solar Solutions, LLC | 18-01360 |
| Jackie Denney - KCTTC | 18-01228 |
| James W. Scarrow PLLC | 18-01074 |
| Jane Middaugh | 18-01395 |
| Jefferson County Treasurer | 18-01100 |
| Jiang Yin Free Newenergy Electric Power Invest. Co., Ltd. | 18-01517 |
| Jiangsu 1 Touch | 18-01460 |
| Jiangyin Jianhe Steel | 18-01461 |
| Jive Software | 18-01229 |
| Joshua Plaisted | 18-01419 |
| Kelly Receivables Funding LLC | 18-01396 |
| Kendall Fong | 18-01420 |
| Kevin T. Butler | 18-01421 |
| Kforce Inc. | 18-01534 |
| Kim & Chang | 18-01518 |
| Kingsbridge Holdings, LLC | 18-01075 |
| Kipp Zonen USA Inc. | 18-01121 |
| KLB Group Performance Everyday, S.L | 18-01230 |
| Knowlton Farm Nominee Trust | 18-01231 |
| Kroll Advisory LLC | 18-01445 |
| Kupper Engineering Inc. | 18-01361 |
| LA Power Center Corp. | 18-01232 |
| LA Solar Group, Inc. | 18-01446 |
| Lafayette Center LLC | 18-01076 |
| LBF-94, LC | 18-01233 |
| Lead Genesis Partners | 18-01447 |
| Leap Consulting | 18-01304 |
| Leschaco, Inc. | 18-01528 |
| Life Insurance Company Of North America | 18-01122 |
| Linde | 18-01519 |
| LN Legal Consulting Group, LLP | 18-01362 |
| Locke Lord LLP | 18-01448 |

| | |
|---|---|
| Lockton Companies | 18-01077 |
| Locus Energy, LLC | 18-01234 |
| Long Island Power Solutions | 18-01449 |
| LookingPoint Inc. | 18-01078 |
| LP Daniel Engineers & Contractors Inc. | 18-01450 |
| Lucas Environmental, LLC | 18-01235 |
| M Bar C Construction Inc. | 18-01236 |
| M.A. Mortenson Company | 18-01473 |
| Manufacturas Braux S.L. | 18-01237 |
| Maricopa County | 18-01079 |
| Marshall & Stevens, Inc. | 18-01238 |
| MC Tech Co. Ltd. | 18-01495 |
| McCarthy Building Companies, Inc. | 18-01080 |
| Meins Consulting, S.L. | 18-01405 |
| Mercer (US) Inc. | 18-01239 |
| Meridian Imaging Solutions | 18-01081 |
| Michael Mattioli | 18-01422 |
| Microsoft Licensing GP | 18-01123 |
| Mike Owen Fabrication, Inc. | 18-01082 |
| MJM Construction Corp. Inc. | 18-01363 |
| Mobile Modular | 18-01305 |
| Modsolar LLC | 18-01529 |
| Modular Space Corporation | 18-01397 |
| Moodys Analytics | 18-01364 |
| Moore-McNeil, LLC | 18-01240 |
| MP KM Golding Ltd. | 18-01241 |
| MSSA Company Corporation | 18-01406 |
| My Nguyen | 18-01242 |
| My Nguyen | 18-01423 |
| Namaste Solar | 18-01243 |
| National Grid | 18-01244 |
| Natural Power Sources | 18-01496 |
| Negratin Renewable SL | 18-01141 |
| Neva Corp. | 18-01306 |
| Nexamp, Inc. | 18-01365 |
| Next Phase Solar Inc. | 18-01083 |
| Northeast Solar Services | 18-01497 |
| Northern States Metals | 18-01085 |
| Nova Partners Group, Inc. | 18-01177 |
| NV Construction Inc. (dba GNRG Solar) | 18-01142 |
| NYSE Market | 18-01143 |
| Oak Leaf Energy Partners Ohio, LLC | 18-01086 |
| OI Analytical/Xylem Inc. | 18-01144 |

| | |
|---|---|
| Okta Inc. | 18-01366 |
| Omni Logistics, Inc. | 18-01145 |
| Omni Valley Construction Corp. | 18-01398 |
| ON Search Partners | 18-01178 |
| OneEnergy Development, LLC | 18-01146 |
| Oracle America | 18-01367 |
| Orbis Terrarum Projects | 18-01147 |
| OTR Nominee Of State Teachers Retirement System | 18-01148 |
| Pacific Gas & Electric Company | 18-01149 |
| Panel Claw, Inc. | 18-01087 |
| Paragon Partners Ltd. | 18-01368 |
| Patterson Consulting, Ltd. | 18-01124 |
| PC Housing | 18-01125 |
| Pepco | 18-01369 |
| Peter Sullivan | 18-01424 |
| Pinsent Masons | 18-01477 |
| Plymouth Sand & Gravel, LLC | 18-01150 |
| PM&M Electrical Inc. | 18-01498 |
| Portland General Electric | 18-01307 |
| Power Electronics Corp. | 18-01152 |
| PowerGuard Specialty Insurance Services | 18-01151 |
| PowerOptions Inc. | 18-01462 |
| Prime Source Solar, LLC | 18-01126 |
| Pro Line Shipping Inc. | 18-01127 |
| Pro Tech Energy Solutions LLC | 18-01463 |
| Prologis Perth Amboy Associates, LLC | 18-01128 |
| Prosolia Siglo XXI | 18-01153 |
| PTI Manitoba Inc. | 18-01478 |
| Public Service Electric & Gas Company | 18-01154 |
| Pure Power Systems, Inc. | 18-01370 |
| PV Guru Inc. | 18-01451 |
| QE Solar LLC | 18-01088 |
| Quanta Power Generation, Inc. | 18-01155 |
| R. M. Young Company | 18-01129 |
| Radiance Solar, LLC | 18-01156 |
| Ravi Sankaran | 18-01425 |
| RBI Solar Inc. | 18-01089 |
| RC Hunt Electric Inc. | 18-01090 |
| ReallyGreatRate Inc. | 18-01158 |
| Red River Island | 18-01159 |
| Red Ventures LLC | 18-01499 |
| Redcat Systems LLC | 18-01101 |
| Reed & Reed, Inc. | 18-01479 |

8

| | |
|---|---|
| Regus Management LLC | 18-01102 |
| Reliant Labs, Inc. | 18-01160 |
| Renew Energy Group | 18-01452 |
| Renewable Energy Test Center | 18-01308 |
| Ricardo C. Graf | 18-01426 |
| Riggs Distler & Co., Inc. | 18-01103 |
| Ritch, Mueller, Heather y Nicolau | 18-01161 |
| Robert H. Busler | 18-01162 |
| Robinson Fencing, Inc. | 18-01371 |
| ROC II DPC 1875 Lawrence, LLC | 18-01372 |
| Samraj Engineering | 18-01464 |
| Sasan Vossoughi | 18-01427 |
| Schenker, Inc. | 18-01500 |
| Schweitzer Engineering Lab Inc. | 18-01163 |
| Seller Note, LLC, et al. | 18-01537 |
| Sepratech Corp. | 18-01309 |
| Shafer Landfill Trust | 18-01130 |
| Shandong Sunway Steel Building Co. | 18-01501 |
| Shane Messer | 18-01428 |
| Shanghai Zhichuan Electronic Tech | 18-01502 |
| Shine Up Solar LLC | 18-01373 |
| Shin-Etsu Quartz | 18-01465 |
| Shinsung Solar Energy Co. Ltd. | 18-01385 |
| Siemens | 18-01530 |
| Sierra Building Products | 18-01374 |
| Singletary Farm LLC | 18-01164 |
| Sino-American Silicon Products | 18-01386 |
| SkyBlue Solar | 18-01503 |
| Skyline Solar LLC | 18-01504 |
| Skyline Steel Inc. | 18-01375 |
| SMA America, LLC | 18-01165 |
| Snowline Joint Unified School District | 18-01505 |
| SolAmerica Energy Services, LLC | 18-01131 |
| Solaredge Technologies, Inc. | 18-01466 |
| Solaria Corporation | 18-01399 |
| Solon Corporation | 18-01166 |
| Solvchem Inc. | 18-01310 |
| Southern California Edison | 18-01535 |
| Southern Power Company | 18-01467 |
| SparkMeter, Inc. | 18-01167 |
| Spectrum Energy, Inc. | 18-01332 |
| Spencer J. Carlsen | 18-01168 |
| Spencer Ogden Ltd. | 18-01169 |

9

| | |
|---|---|
| SR Striping, LLC | 18-01376 |
| SSCOP Properties LLC | 18-01104 |
| Standard Solar, Inc. | 18-01105 |
| Starhub Ltd. | 18-01318 |
| State of California, Dept. of General Services | 18-01468 |
| State Roofing Systems, Inc. | 18-01377 |
| Steel Connections, Inc. | 18-01170 |
| Stephen O'Rourke | 18-01429 |
| Stone Roofing Company, Inc. | 18-01171 |
| Subino Business Solutions | 18-01172 |
| Sun Power Corporation Systems | 18-01106 |
| Sun Valley Solar Solutions | 18-01506 |
| Sunergy Construction Inc. | 18-01173 |
| SunFusion Solar Electric, Inc. | 18-01333 |
| Sung Ju Co. Ltd. | 18-01507 |
| Sungard Avantgard LLC | 18-01107 |
| Sunlight Solar Energy | 18-01508 |
| Sustainable Energy Systems | 18-01509 |
| SVT 1100 Perimeter Park, LP | 18-01179 |
| Swinerton Builders | 18-01378 |
| Synergy Innovations PTE Ltd. | 18-01469 |
| Systems Electric LLC | 18-01108 |
| Tangoe, Inc. | 18-01109 |
| Targray Technology International | 18-01470 |
| Tata America International Corporation | 18-01407 |
| Tate Times 2, LLC | 18-01510 |
| Tavrida Electric North America | 18-01174 |
| Tech Mahindra Ltd. | 18-01334 |
| Teracai Corporation | 18-01175 |
| Terracon Consultants, Inc. | 18-01379 |
| Terrasmart LLC | 18-01110 |
| Tetra Tech Inc. | 18-01111 |
| Texas Commission On Environmental Quality | 18-01176 |
| The Bloom Organization | 18-01132 |
| The Hackett Group | 18-01180 |
| Thunderbird Logistics | 18-01133 |
| Thuraisingham, Ravi | 18-01157 |
| TK HVAC & Electrical Services | 18-01335 |
| Tokai Carbon USA Inc. | 18-01408 |
| Top Choice Electrical | 18-01511 |
| Top Quality Services LLC | 18-01380 |
| Town Of Andover | 18-01181 |
| Town Of Berlin | 18-01182 |

10

| | |
|---|---|
| Town Of Franklin | 18-01183 |
| Town Of Grafton | 18-01184 |
| Town of Holliston | 18-01520 |
| Town Of Mattapoisett | 18-01185 |
| Town Of Monson | 18-01186 |
| Town Of Plymouth | 18-01187 |
| Town Of Rutland | 18-01188 |
| Town Of Salisbury | 18-01189 |
| Transwood Inc. | 18-01311 |
| TRC Companies, Inc. | 18-01190 |
| Triad Consulting Engineers Inc. | 18-01381 |
| Trimark Associates, Inc. | 18-01112 |
| Triple Crown Solar Structures Inc. | 18-01191 |
| True South Renewables, Inc. | 18-01113 |
| Ttcal-Vi-Reit-Col Jackson | 18-01312 |
| TUV SUD Cert & Test China SHH | 18-01313 |
| Twin State Sun LLC | 18-01512 |
| U.S. Security Associates | 18-01192 |
| UCPC Limited | 18-01193 |
| Unirac, Inc. | 18-01453 |
| United Rentals (North America), Inc. | 18-01194 |
| United Site Services, Inc. | 18-01195 |
| US Customs & Border Protection | 18-01521 |
| US Ecology Texas Inc. | 18-01314 |
| UTS Environmental | 18-01315 |
| V3 Electric | 18-01454 |
| Vanasse Hangen Brustlin Inc. | 18-01114 |
| Velocify, Inc. | 18-01336 |
| Vendorpass Inc. | 18-01196 |
| Verizon | 18-01522 |
| Vikas Desai | 18-01430 |
| Vision Service Plan | 18-01134 |
| Vogt Solar | 18-01197 |
| Vortex Web Solutions LLC | 18-01198 |
| Vwr Corp. | 18-01316 |
| Walters Wholesale Electric Company | 18-01199 |
| West Coast Solar, Inc. | 18-01201 |
| West Tec Construction, Inc. | 18-01382 |
| Western Oilfield Supply Co. | 18-01317 |
| Westland Resources Inc. | 18-01135 |
| Whitman | 18-01383 |
| Wilks Lukoff & Bracegirdle, LLC | 18-01202 |
| Wind Turbine & Energy Cables | 18-01384 |

57533/0001-15840287v1

| | |
|---|---|
| Winmax Systems Corporation | 18-01203 |
| Woodlawn Associates | 18-01204 |
| Woongjin Energy | 18-01387 |
| XOOM Solar LLC | 18-01513 |
| Zeewoo Tech Corp. | 18-01471 |
| Zhengzhou XSD Mach. | 18-01472 |
| Zhonghuan Semiconductor Corporation | 18-01388 |

57533/0001-15840287v1