Mazzola Lindstrom, LLP
733 Third Ave. 15th FL
New York, NY 10017
(646) 216-8300
*Attorneys for Trina Solar, Chint Solar, JA Solar*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Case No. 16-10992 (SMB) |
| SUNEDISON, INC., *et al*., | : Chapter 11 |
| Debtors[1]. | : (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE**, that Ruofei Xiang of Mazzola Lindstrom LLP hereby substitutes Messner Reeves LLP as counsel for Creditors, Trina Solar, Inc., JA Solar and Chint Solar (Zhejiang) Co., Ltd.

Ruofei Xiang of Mazzola Lindstrom LLP hereby enters her appearance as counsel of record on behalf of the Creditors.

The address, telephone and facsimile numbers and email address for Ruofei Xiang are:

Mazzola Lindstrom LLP
733 Third Avenue, 15th Floor
New York, NY 10017
Tel: 646-216-8178
Fax: 646-417-7879
ruofei@mazzolalindstrom.com

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A). The address of the Debtors' corporate headquarters is 13736 Riverport Dr., Maryland Heights, Missouri 63043.

Any and all notices given or required to be given in these cases and all papers served or required to be served in these cases, should be delivered and served to the above-referenced address.

Dated: August 7, 2018
New York, New York

MAZZOLA LINDSTROM LLP

s/Ruofei Xiang
Ruofei Xiang
733 3rd Ave, 15 FL
New York, NY 10017
Tel: (646) 216-8178
ruofei@mazzolalindstrom.com

*Counsel for Trina Solar, Inc., JA Solar and Chint Solar (Zhejiang) Co.*