UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| SUNEDISON, INC., *et al.,* | : | Case No. 16-10992 (SMB) |
|  | : |  |
| Reorganized Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**ORDER EXTENDING TIME FOR SERVICE OF PROCESS PURSUANT TO
RULES 7004(a) AND 9006(b)(1) OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE AND RULE 4(m) OF THE FEDERAL RULES OF CIVIL
PROCEDURE IN CERTAIN ADVERSARY PROCEEDINGS**

Upon consideration of the SunEdison Litigation Trust's Second Motion for Order Extending Time for Service of Process Pursuant to Rules 7004(a) and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure and Rule 4(m) of the Federal Rules of Civil Procedure in Certain Adversary Proceedings (the "**Motion**");[2] and the Court having jurisdiction to consider the Motion and to grant the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the matter being a core proceeding under 28 U.S.C. § 157(b)(2); and venue being proper under

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's tax identification number, are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); EverStream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE Minnesota Holdings, LLC (8926); SunE MN Development Holdings, LLC (5388); SunE MN Development, LLC (8669); Terraform Private Holdings, LLC (5993); Hudson Energy Solar Corporation (3557); SunE REIT-D PR, LLC (5519); SunEdison Products, LLC (4445); SunEdison International Construction, LLC (9605); Vaughn Wind, LLC (4825); Maine Wind Holdings, LLC (1344); First Wind Energy, LLC (2171); First Wind Holdings, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Reorganized Debtors' corporate headquarters is Two CityPlace Drive, 2nd floor, St. Louis, MO 63141.

[2] Capitalized terms used in this Order but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

28 U.S.C. §§ 1408 and 1409; and due and proper notice having been given, and it appearing that no other or further notice need be provided; and approval of the Motion being in the best interests of the SunEdison Litigation Trust, creditors and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The deadline to serve a summons and complaint, as set forth in Rule 7004(a) of the Federal Rules of Bankruptcy Procedure, is extended to April 17, 2019, in each of the Adversary Proceedings listed on **Exhibit 1** attached hereto.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November **5th**, 2018
New York, New York

**/s/ STUART M. BERNSTEIN**
Honorable Stuart M. Bernstein
United States Bankruptcy Judge

# EXHIBIT 1 TO ORDER

## Adversary Proceedings

| Defendant | Adv. Pro. No. | Domestic / Foreign |
|---|---|---|
| 3Megawatt Gmbh | 18-01041 | Foreign |
| 8minuteenergy SPV1 LLC | 18-01474 | Domestic |
| Abogados Y Asesores S. De R.L., et al. | 18-01248 | Foreign |
| Accent Design | 18-01115 | Domestic |
| Addleshaw Goddard | 18-01281 | Domestic |
| Antelope Valley Cattle & Milling Co. | 18-01094 | Domestic |
| Applus (Shanghai) Quality Inspection | 18-01483 | Foreign |
| Arizona Solar Wave | 18-01485 | Domestic |
| Astrom Technical Advisors S.L. | 18-01475 | Foreign |
| Atersa Grupo Elecnor<br>Atersa S.L. | 18-01045 | Foreign |
| Axial Sistemas Solares, S.L. | 18-01249 | Foreign |
| B. Bosch S.A. | 18-01486 | Domestic |
| Bruce W. Kingsley | 18-01257 | Domestic |
| Build Native, Inc. | 18-01050 | Domestic |
| Burnell Controls (Kent) Ltd. (dba Burnell Switchgear & Control) | 18-01258 | Domestic |
| Burr & Tiegs Electrical | 18-01051 | Domestic |
| Citibank N. A. Uruguay | 18-01261 | Domestic |
| Citiguard, Inc. | 18-01262 | Domestic |
| City Of Brockton | 18-01263 | Domestic |
| Claro & Cia | 18-01266 | Domestic |
| Clean Energy of America Group, Inc. | 18-01327 | Domestic |
| Cochran Inc. | 18-01353 | Domestic |
| CT Corporation | 18-01058 | Domestic |
| DAC Beachcroft | 18-01269 | Domestic |
| Datareef, LLC | 18-01328 | Domestic |
| Dennis McPadden<br>Bonnie McPadden | 18-01117 | Domestic |
| Effective Environmental | 18-01301 | Domestic |
| Endeavor Staffing LLC | 18-01277 | Domestic |
| Far East Cable Co. Ltd. | 18-01488 | Foreign |
| Feeney Wireless LLC | 18-01209 | Domestic |
| FirstMark Advantage, LLC | 18-01489 | Domestic |
| Five Star Impact LLC | 18-01402 | Domestic |
| Forlexco | 18-01490 | Domestic |
| Francisco Perez-Gundin | 18-01416 | Domestic |
| Frank W. Nichols And Celestia | 18-01211 | Domestic |
| Global Power Gas & Electric LLC | 18-01215 | Domestic |

| | | |
|---|---|---|
| Green Care Companies Inc. | 18-01216 | Domestic |
| Greenbiz Group Inc. | 18-01393 | Domestic |
| Hart Tech LLC | 18-01494 | Domestic |
| Hebt Irvine 1 LLC | 18-01458 | Domestic |
| Hebt Irvine 2 LLC | 18-01459 | Domestic |
| HSEF Seguridad y Salud, S.L. | 18-01222 | Foreign |
| Hwang Mok Park PC | 18-01223 | Foreign |
| Hybrid Electric Bldg. Technologies Irvine 2, LLC | 18-01224 | Domestic |
| Industrial Specialty Services | 18-01302 | Domestic |
| Ingenieria Mecano S.L. | 18-01404 | Foreign |
| Instalaciones Negratin, S.L. | 18-01226 | Foreign |
| International Equipment Leasing Inc. | 18-01303 | Domestic |
| Irrevocable Trust Of William B | 18-01120 | Domestic |
| Jiang Yin Free Newenergy Electric Power Investment Co., Ltd. | 18-01517 | Foreign |
| Jiangsu 1 Touch | 18-01460 | Foreign |
| Jiangyin Jianhe Steel | 18-01461 | Foreign |
| Kim & Chang | 18-01518 | Foreign |
| KLB Group Performance Everyday, S.L | 18-01230 | Foreign |
| Leap Consulting | 18-01304 | Domestic |
| Manufacturas Braux S.L. | 18-01237 | Foreign |
| MC Tech Co. Ltd. | 18-01495 | Foreign |
| Meins Consulting, S.L. | 18-01405 | Foreign |
| MP KM Golding Ltd. | 18-01241 | Domestic |
| Negratin Renewable SL | 18-01141 | Foreign |
| Northeast Solar Services | 18-01497 | Domestic |
| Omni Logistics, Inc. | 18-01145 | Domestic |
| Orbis Terrarum Projects | 18-01147 | Foreign |
| Pacific Gas & Electric Company | 18-01149 | Domestic |
| Power Electronics Corp. Power Electronics USA, Inc. | 18-01152 | Foreign |
| Prime Solar Source, LLC | 18-01126 | Domestic |
| Prosolia Siglo XXI | 18-01153 | Foreign |
| PV Guru Inc. | 18-01451 | Domestic |
| R. M. Young Company | 18-01129 | Domestic |
| Renew Energy Group | 18-01452 | Domestic |
| Ritch, Mueller, Heather y Nicolau | 18-01161 | Foreign |
| Samraj Engineering | 18-01464 | Foreign |
| Schenker, Inc. | 18-01500 | Domestic |
| Shafer Landfill Trust | 18-01130 | Domestic |
| Shandong Sunway Steel Building Co. | 18-01501 | Foreign |

| | | |
|---|---|---|
| Shine Up Solar LLC | 18-01373 | Domestic |
| Shinsung Solar Energy Co. Ltd. | 18-01385 | Foreign |
| Sino-American Silicon Products | 18-01386 | Foreign |
| Starhub Ltd. | 18-01318 | Domestic |
| SunFusion Solar Electric, Inc. | 18-01333 | Domestic |
| Sung Ju Co. Ltd. | 18-01507 | Foreign |
| Sunlight Solar Energy | 18-01508 | Domestic |
| Sustainable Energy Systems | 18-01509 | Domestic |
| Synergy Innovations PTE Ltd. | 18-01469 | Foreign |
| Tech Mahindra Ltd. | 18-01334 | Foreign |
| Thunderbird Logistics | 18-01133 | Domestic |
| Thuraisingham, Ravi | 18-01157 | Domestic |
| TK HVAC & Electrical Services | 18-01335 | Domestic |
| Town Of Grafton | 18-01184 | Domestic |
| Town of Holliston | 18-01520 | Domestic |
| Triple Crown Solar Structures Inc. | 18-01191 | Domestic |
| TUV SUD Cert & Test China SHH | 18-01313 | Foreign |
| UCPC Limited | 18-01193 | Domestic |
| Unirac, Inc. | 18-01453 | Domestic |
| Woongjin Energy | 18-01387 | Foreign |
| Zeewoo Tech Corp. | 18-01471 | Foreign |
| Zhengzhou XSD Mach. | 18-01472 | Foreign |
| Zhonghuan Semiconductor Corporation | 18-01388 | Foreign |