UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*, | Case No. 16-10992 (SMB) |
| Debtors.[1] | Jointly Administered |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Charles J. McCracken, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 16, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by First Class Mail on SunFusion Solar Electric, Inc. (MMLID# 5865085), SunFusion Solar Electric, Inc., 9020 Kenamar Dr Ste 204, San Diego, CA, 92121-2431:

- SunEdison Litigation Trust's Motion for Order Establishing Procedures Governing Adversary Proceedings [Docket No. 4741]

On November 16, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Everstream HoldCo Fund I, LLC (9564); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); TerraForm Private Holdings LLC (5993); SunEdison Products, LLC (3557); Hudson Energy Solar Corporation (1344); SunE REIT-D PR, LLC (2171); First Wind Energy, LLC (5519); First Wind Holdings, LLC (4445); Vaughn Wind, LLC (9605); Maine Wind Holdings, LLC (4825); SunEdison International Construction, LLC (6257); and EchoFirst Finance Co., LLC (1607). The address of the Debtors' corporate headquarters is Two CityPlace Drive, 2nd Floor, St. Louis, Missouri, 63141.

- SunEdison Litigation Trust's Second Motion for Order Extending Time for Service of Process in Certain Adversary Proceedings [Docket No. 5573]

Dated: November 20, 2018

_____
Charles J. McCracken

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 20, 2018, by Charles J. McCracken, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSICA G. BERMAN
NOTARY PUBLIC, STATE OF NEW YORK
No. 02BE6333194
Qualified in Nassau County
Commission Expires 11/16/2019

SRF 28986

**Exhibit A**

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | DESCRIPTION | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2933383 | Global Power Gas & Electric LLC | 2290 10th Ave N, Ste 202 | Lake Worth | FL | 33461-6609 |
| 2552423 | Global Power Gas & Electric LLC-NVT | 208 N Orem Blvd | Orem | UT | 84057 |
| 2554628 | Hart Tech LLC | 12291 Bentwood Farms Drive | Pickerington | OH | 43147-8369 |
| 2561382 | SunFusion Solar Electric, Inc-EFF | 9020 Kenamar Dr. Suite 204 | San Diego | CA | 92121 |

In re: SunEdison, Inc., *et al.*
Case No. 16-10992 (SMB)

Page 1 of 1