**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Chapter 11

In re:                                                                          Case No. 16-10992-smb
SunEdison, Inc. et al.                                                   (Jointly Administered)
    Reorganized Debtors

**POST CONFIRMATION QUARTERLY OPERATING REPORT**
**FOR THE PERIOD ENDED JUNE 30, 2020**

REORGANIZED
DEBTORS' ADDRESS:    SunEdison, Inc.
    2 City Place Drive, Suite 200
    Saint Louis, Missouri 63141

REORGANIZED
DEBTORS' ATTORNEYS:    Togut, Segal & Segal LLP
    One Penn Plaza, Suite 3335
    New York, New York 10119

DISBURSEMENTS (IN THOUSANDS):    $  See Page 3
FOR THE PERIOD ENDED JUNE 30, 2020

REPORT PREPARER:    SUNEDISON, INC.

The undersigned, having reviewed the attached report and being familiar with the Reorganized Debtors' financial affairs, verifies under penalty of perjury, that the information contained herein is complete, accurate, and truthful to the best of my knowledge.

_/s/ Jeffrey F. Winnick_
Jeffrey F. Winnick
Senior Vice President and Chief Financial Officer

**BACKGROUND**

On April 21, 2016, SunEdison, Inc. and 25 affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Chapter 11 Cases"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors' cases were jointly administered under Case No. 16-10992. Additional affiliates have subsequently filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code. On July 28, 2017, the Bankruptcy Court entered an order (Docket No. 3735) confirming the Debtors' Second Amended Joint Chapter 11 Plan (the "Plan"). The Effective Date (as defined in the Plan) of the Plan occurred on December 29, 2017, and, as a result, the Plan has been substantially consummated.

This Post Confirmation Operating Report covers the period between April 1, 2020 through and including June 30, 2020 (the "QOR"). The QOR is unaudited, is limited in scope, covers a limited time period, and has been prepared solely for complying with the post-confirmation quarterly reporting requirements for Chapter 11 debtors as required by the Office of the United States Trustee for the Southern District of New York and the Bankruptcy Court. This QOR is not intended to be relied upon as a complete description of the Debtors, their business, results of operations, prospects, assets or liabilities. This QOR does not include all the information and footnotes required by generally accepted accounting principles for complete financial statements. Therefore, there can be no assurance that any consolidated financial information presented herein is complete and readers are strongly cautioned not to place undue reliance on this QOR. This QOR should be read in conjunction with the Debtors' previously filed monthly operating reports.

Notwithstanding any indications of value that may be contained in the Plan or this QOR, no assurance can be given as to the ultimate value that may be ascribed to the Debtors' various prepetition liabilities and other securities. The Company cannot predict what the ultimate value of any of its or the other Debtors' securities may be.

Additional information about the Chapter 11 Cases is available on the internet at www.sunedison.com/restructuring.html. Court filings and claims information are available at https://cases.primeclerk.com/sunedison/Home-Index.

The Debtors' reserve the right to amend this QOR from time to time as may be necessary or appropriate.

2

**Schedule of Cash Disbursements**

| Legal Entity | Case Number | Disbursements for the period between April 1, 2020 and June 30, 2020 | Quarterly Fees Owed |
|---|---|---|---|
| EVERSTREAM HOLDCO FUND I, LLC | 081-16-12058 | $ - | $ 325.00 |
| SUNEDISON, INC., ET AL., | 081-16-10992 | $ 5,046,843.74 | * |
| Total | | | $ 325.00 |

\* - Amount of quarterly fees owed is currently being disputed by the Debtors.