B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York    ▼

In re SunEdison, Inc._____,       Case No. 16-10992 (DSJ)____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MR Beteiligungen 2. GmbH | MR RENT-Investment GmbH |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Königinstraße 107
80802 Munich, Germany

Court Claim # (if known): ____3940____
Amount of Claim: ___Unliquidated___
Date Claim Filed: _____09/23/2016_____

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____        Date: 08 April 2021_____
Transferee/Transferee's Agent

*Pottmann Robert Munich 2021.04.08 18:11:34 +02'00'*
*Stefan Sindelar München 2021.04.08 17:41:37 +02'00'*

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **SunEdison, Inc.,** *et al.*, | **Case No. 16-10992 (DSJ)** |
| **Reorganized Debtors.**[1] | **(Jointly Administered)** |

**DECLARATION IN SUPPORT OF CLAIM TRANSFER AND WAIVER OF
NOTICE AND OPPORTUNITY TO OBJECT**

The undersigned hereby declares and states as follows:

1.      The undersigned is an employee or authorized representative of MR RENT-Investment GmbH (the "**Transferor**" or "**MR RENT**") and has been duly-authorized by the Transferor to execute this *Declaration in Support of Claim Transfer and Waiver of Notice and Opportunity to Object* (the "**Declaration**").

2.      Reference is made hereby to that certain *Proof of Claim* filed by Transferor against SunEdison, Inc. (the "**Debtor**") in reference Case No. 16-10992-DSJ (assigned Claim No. 3940) (the "**Proof of Claim**").

3.      Effective as of February 4, 2021, Transferor transferred and assigned to MR Beteiligungen 2. GmbH (the "**Transferee**") all of Transferor's right, title, and interest in and to

---

[1]     The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC (5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669); SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132); MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370); NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC (5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Buckthorn Renewables Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC (N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings, LLC (8926); Terraform Private Holdings, LLC (5993); SunEdison Products, LLC (3557); Hudson Energy Solar Corporation (1344); SunE REIT-D PR, LLC (2171); First Wind Energy, LLC (5519); First Wind Holdings, LLC (4445); Vaughn Wind, LLC (9605); Maine Wind Holdings, LLC (4825); SunEdison International Construction, LLC (6257); and EchoFirst Finance Co., LLC (1607) (collectively, the "Debtors" and, as reorganized, the "Reorganized Debtors"). The address of the Debtors' corporate headquarters is Two City Place Drive, 2nd floor, St. Louis, MO 63141.

the claim asserted against the Debtor as set forth on the Proof of Claim (the "**Assigned Claim**") in connection with (i) that certain Quota Transfer Agreement between MR RENT and SunE Solar B.V. ("**SUNE Solar**") dated June 28, 2012, a copy of which is annexed as Exhibit A to the Proof of Claim, (ii) that certain Parent Guaranty between MEMC Electronic Materials, Inc. and SunE Solar dated June 29, 2012, which is annexed as Exhibit B to the Proof of Claim, (iii) that certain letter MR RENT sent to SUNE Solar on April 24, 2013 regarding a complaint dated April 12, 2013 filed by Messrs. Cosimo Rosato, Nicola Rosato, Vincenzo Rosato, Giovanni Rosato, Mario Rosato, Franco Rosato, and the company Conserfrutta S.r.l. (the "**Plaintiffs**") against Sun Energy & Partners S.r.l. and Sun Edison Italia S.r.l. in the Court of Brindisi, Italy, a copy of which is annexed as Exhibit C to the Proof of Claim, (iv) that certain response letter SUNE Solar sent to MR RENT on May 24, 2013, a copy of which is annexed as Exhibit D to the Proof of Claim, and (v) that certain complaint filed by the Plaintiffs with the Civil Court of Rome on March 11, 2015 (Docket No. 16179/2015), a copy of which is annexed as Exhibit E to the Proof of Claim (and of which an English translation is annexed as Exhibit F to the Proof of Claim).

4.      The undersigned has reviewed the *Transfer of Claim Other Than for Security* (the "**Claim Transfer Notice**") to which this Declaration is appended, and certifies that Transferor has no objection to the Claim Transfer Notice or the transfer of the Assigned Claim from Transferor to Transferee evidenced thereby.  Transferor further hereby (a) waives its right to raise any objection to the Claim Transfer Notice and the transfer of the Assigned Claim from Transferor to Transferee evidenced thereby, and (b) waives its right to receive notice of the Claim Transfer Notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure.

*[Remainder of This Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, the undersigned hereby declares under penalty of perjury that each of the foregoing statements is true and correct.

Date: 08 April 2021

Pottmann
Robert
Munich
2021.04.08
18:13:08 +02'00'

Stefan
Sindelar
München
2021.04.08
17:36:03
+02'00'

*Signature*

Robert Pottmann        Stefan Sindelar

*Printed Name*

Managing Director    Authorized Signatory

*Title*

3