# UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF New York

In re: SunEdison, Inc. et al.  §  Case No. 16-10992
§
§  Lead Case No. 16-10992
§
Debtor(s)  §  ☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2021                         Petition Date: 04/21/2016

Plan Confirmed Date: 07/27/2017                         Plan Effective Date: 12/29/2017

This Post-confirmation Report relates to:  ● Reorganized Debtor

○ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

/s/ Frank A. Oswald                                      Frank A. Oswald
Signature of Responsible Party                           Printed Name of Responsible Party

07/23/2021
Date

                                                         One Penn Plaza, Suite 3335, New York, NY 10119
                                                         Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | SunEdison, Inc. et al. | Case No. | 16-10992 |
|---|---|---|---|

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $1,112,667 | $274,142,625 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $1,112,667 | $274,142,625 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $173,306,230 | $0 | $173,306,230 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Multiple Firms | Other | $0 | $173,306,230 | $0 | $173,306,230 |
| | ii | None | Other | $0 | $0 | $0 | $0 |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | None | Other | $0 | $0 | $0 | $0 |
| | ii | None | Other | $0 | $0 | $0 | $0 |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $173,306,230 | $0 | $173,306,230 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $16,950,246 | $0 | $16,950,246 | $16,950,246 | 100% [1] |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?   Yes ○   No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:   12/31/2023

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ○   No ⦿

---

1 - Amount includes all administrative, secured, and priority claims paid to date.

| Debtor's Name SunEdison, Inc. et al. | Case No. 16-10992 |
|---|---|

3

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Jeffrey Winnick | Jeffrey Winnick |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| SVP and CFO | 07/23/2021 |
| Title | Date |

UST Form 11-PCR (06/07/2021)                3

**Schedule of Cash Disbursements**

| Legal Entity | Case Number | Disbursements for the period between April 1, 2021 and June 30, 2021 | Quarterly Fees Owed |
|---|---|---|---|
| EVERSTREAM HOLDCO FUND I, LLC | 081-16-12058 | $ - | $ 250.00 |
| SUNEDISON, INC., ET AL., | 081-16-10992 | $ 1,112,667.00 | * |
| Total | | | $ 250.00 |

\* - Amount of quarterly fees owed is being held in escrow, as they are currently being disputed by the Debtors.