One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Minta J. Nester

*Co-Counsel to the Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
                                                           :
In re:                                                     :     Chapter 11
                                                           :
SUNEDISON, INC., *et al.*,                                 :     Case No. 16-10992 (DSJ)
                                                           :
                     Reorganized Debtors.[1]               :     (Jointly Administered)
                                                           :
---------------------------------------------------------- x

## NOTICE OF SCHEDULING OF TELEPHONIC OMNIBUS HEARING

**PLEASE TAKE NOTICE** that SunEdison, Inc. ("SUNE") and certain of its

affiliates, the above-captioned Reorganized Debtors (as defined in the confirmed *Second*

*Amended Joint Plan of Reorganization of SunEdison, Inc. and its Debtor Affiliates*

[Dkt. No. 3735]) (collectively, the "Debtors"), hereby give notice that a telephonic

---

[1]    The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax
identification number are as follows: SunEdison, Inc. (5767); SunEdison DG, LLC (N/A); SUNE Wind
Holdings, Inc. (2144); SUNE Hawaii Solar Holdings, LLC (0994); First Wind Solar Portfolio, LLC
(5014); First Wind California Holdings, LLC (7697); SunEdison Holdings Corporation (8669);
SunEdison Utility Holdings, Inc. (6443); SunEdison International, Inc. (4551); SUNE ML 1, LLC (3132);
MEMC Pasadena, Inc. (5238); Solaicx (1969); SunEdison Contracting, LLC (3819); NVT, LLC (5370);
NVT Licenses, LLC (5445); Team-Solar, Inc. (7782); SunEdison Canada, LLC (6287); Enflex
Corporation (5515); Fotowatio Renewable Ventures, Inc. (1788); Silver Ridge Power Holdings, LLC
(5886); SunEdison International, LLC (1567); Sun Edison LLC (1450); SunEdison Products Singapore
Pte. Ltd. (7373); SunEdison Residential Services, LLC (5787); PVT Solar, Inc. (3308); SEV Merger Sub
Inc. (N/A); Sunflower Renewable Holdings 1, LLC (6273); Blue Sky West Capital, LLC (7962); First
Wind Oakfield Portfolio, LLC (3711); First Wind Panhandle Holdings III, LLC (4238); DSP
Renewables, LLC (5513); Hancock Renewables Holdings, LLC (N/A); Buckthorn Renewables
Holdings, LLC (7616); Greenmountain Wind Holdings, LLC (N/A); Rattlesnake Flat Holdings, LLC
(N/A); Somerset Wind Holdings, LLC (N/A); SunE Waiawa Holdings, LLC (9757); SunE MN
Development, LLC (8669); SunE MN Development Holdings, LLC (5388); SunE Minnesota Holdings,
LLC (8926); Terraform Private Holdings, LLC (5993); SunEdison Products, LLC (3557); Hudson
Energy Solar Corporation (1344); SunE REIT-D PR, LLC (2171); First Wind Energy, LLC (5519); First
Wind Holdings, LLC (4445); Vaughn Wind, LLC (9605); Maine Wind Holdings, LLC (4825);
SunEdison International Construction, LLC (6257); and EchoFirst Finance Co., LLC (1607)
(collectively, the "Debtors" and, as reorganized, the "Reorganized Debtors"). The address of the
Debtors' corporate headquarters is Two City Place Drive, 2nd floor, St. Louis, MO 63141.

omnibus hearing (the "Omnibus Hearing") has been scheduled for **January 27, 2022 at 10:00 a.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the Omnibus Hearing will be held before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, Courtroom 501, New York, New York 10004, unless otherwise ordered by the Bankruptcy Court.  In light of the COVID-19 pandemic, the Omnibus Hearing shall take place via Zoom for Government.  Those wishing to appear before the Bankruptcy Court at the Omnibus Hearing must register their appearance by utilizing the Electronic Appearance portal located at the Bankruptcy Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Appearances must be entered no later than January 26, 2021 at 4:00 p.m. (Prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that additional Omnibus Hearings will occur thereafter as may be scheduled by the Bankruptcy Court.

Dated:  New York, New York  
      October 26, 2021

TOGUT, SEGAL & SEGAL LLP  
*Co-Counsel for the Reorganized Debtors*  
By:

*/s/ Frank A. Oswald*  
FRANK A. OSWALD  
MINTA J. NESTER  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000